UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
WESTLAKE AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.

_____/

## GABRIEL LUC HADDON'S NOTICE OF FILING EXPERT WITNESS DISCLOSURE

COMES NOW, Plaintiff GABRIEL LUC HADDON, pursuant to Fed R. Civ. P. 26 (a) (2) by and through undersigned counsel and notices all parties of the filing of his Expert Witness Disclosure.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was provided to the persons shown on the Service List, on October 10, 2023.

                                                     /s/ Joshua E. Feygin
                                                   JOSHUA FEYGIN, ESQ.

FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff*

## SERVICE LIST

LIEBLER, GONZALEZ & PORTUONDO
*Counsel for Defendant WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*
C/o **James Liebler, Esq. and Ira Silverstein, Esq.**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400


ARMSTRONG TEASDALE LLP
*Counsel for Defendant FS INVESTMETS OF AMERICA, INC.*
C/o **Keith D. Silverstein, Esq.**
355 Alhambra Circle
Suite 1250
Coral Gables, FL 33134
(305) 371-8809
Fax: (305) 448-4155