# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
WESTLAKE AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.

_____/

## **GABRIEL LUC HADDON'S EXPERT WITNESS DISCLOSURE**

    COMES NOW, Plaintiff GABRIEL LUC HADDON, by and through undersigned counsel, and discloses the following retained expert and his report which is subject to modification and supplementation based upon additional information obtained during the applicable discovery period in this matter.

1. Stuart Raskin
   South Florida Auto Appraisers
   923 N.E. 27th Ave, Hallandale Beach, FL 33009

   **Title:** Auto truck and Specialty Vehicle Appraiser

   **Qualifications:** Stuart Raskin has gained his experience through a long

career which has included, his time as a I.A.A.A. Certified Automobile, Truck & Vehicle Appraiser, 25 years of experience as a Florida Licensed Independent Automobile Dealer, his experience as a Certified Automotive Technician, and 35 years of experience in the Automotive Industry. He has also graduated from the Uniform Standards of Professional Appraisal Practice and Uniform Standards for Automotive Appraisal Procedure.

**Substance of Facts and Opinions:** Mr. Raskin is expected to testify as to the diminished market value of the subject vehicle as a result of the odometer tampering. Mr. Raskin will also testify regarding industry standards relative to the acquisition, inspection, marketing and transfer of title of used motor vehicles. He will offer opinions regarding his examination of the vehicle, photographs of the vehicle, and reviews of the vehicle's title history.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was provided to the persons shown on the Service List, on October 10, 2023.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff*

## SERVICE LIST

LIEBLER, GONZALEZ & PORTUONDO

Page **2** of **3**

*Counsel for Defendant WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*
C/o **James Liebler, Esq. and Ira Silverstein, Esq.**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400


ARMSTRONG TEASDALE LLP
*Counsel for Defendant FS INVESTMETS OF AMERICA, INC.*
C/o **Keith D. Silverstein, Esq.**
355 Alhambra Circle
Suite 1250
Coral Gables, FL 33134
(305) 371-8809
Fax: (305) 448-4155