## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

      Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

      Defendants.

_____/

## JOINT NOTICE OF SELECTING A MEDIATOR

PLEASE TAKE NOTICE that the parties have selected Honorable Manuel Mendez, Jr., a certified mediator whose contact information is: 3225 S. MacDill Ave., Suite 129-204, Tampa, FL 33629; (813) 245-8343; manny@manuelmendezjr.com.

The parties have scheduled the mediation to occur on December 7th, 2023, starting at 10:00am via Zoom. In the event of a conflict, the Parties agree to reschedule the mediation for a mutually convenient date/time and shall supplement this Notice accordingly. Should the Parties need to reschedule the mediation date, the same shall occur within the timeframe set forth in the Court's Order Setting Trial. [ECF No. 24].

Respectfully submitted this 28th day of November, 2023.

By: */s/ Joshua Feygin*
Joshua Feygin, Esquire
Florida Bar No.: 124685
**JOSHUA FEYGIN, PLLC**
1930 Harrison Street, Suite 208-F
Hollywood, FL 33020
954.228.5674
josh@jfeyginesq.com
*Attorney for Plaintiff*

By: */s/ Keith D. Silverstein*
**ARMSTRONG
TEASDALE**
Florida Bar No. 086820
355 Alhambra Circle, Suite
1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: keith@atllp.com
*Attorneys for Defendants*

By: */s/ Jose Ariel Peralta*
**ARMSTRONG
TEASDALE**
Florida Bar No. 1028554
355 Alhambra Circle, Suite
1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: jperalta@atllp.com
*Attorneys for Defendants*