# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GABRIEL LUC HADDON,

    Plaintiff,

v.                                        Case No: 8:23-cv-709-WFJ-SPF

FS INVESTMENTS OF AMERICA,
INC. and WESTLAKE SERVICES,
LLC,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

Pursuant to the Notice of Mediation (Dkt. 26), and in accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED** that mediation will take place before the court-appointed mediator, Manuel Menendez, Jr., as follows:

| | |
|---|---|
| **Date/Time of Mediation**: | December 7, 2023<br>10:00 a.m. |
| **Place of Mediation**: | TBD |

***To proceed via Zoom, the parties must file a motion asserting good cause.***

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's

1

approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on November 29, 2023.

                                                  s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any