# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT MEDIATION

The Parties, through undersigned counsel, and pursuant to Local Rule 3.01(a), respectfully request that the Court enter an order permitting remote attendance by counsel and parties at mediation. In support of this request, the Parties state:

1. On March 31, 2023, this Honorable Court entered its Order appointing Manuel Mendez, Jr. as mediator in this action. [DE 5].

2. This matter is presently scheduled for a half-day mediation before Manuel Mendez, Jr. on December 7th, 2023 at 10:00 a.m.

3. The Plaintiff currently resides in Texas.

4. Plaintiff's counsel is located in Broward County, Florida.

5. Defendant, FS INVESTMENTS OF AMERICA INC., d/b/a POWERHOUSE AUTOMOTIVE, a Florida Corporation's counsel, is located in Miami-Dade County.

6. Likewise, Defendant WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, A Foreign corporation's counsel is located in Miami-Dade County.

7. Due to the expenses associated with traveling to Tampa to attend the mediation session in person, the Parties each request permission to appear at the mediation via a video-teleconferencing method. Allowing the remote appearance in this fashion is in the interest of justice as the Parties believe that such cost saving measures will enable an efficient use of available funds which is likely to foster an early resolution in this action.

## MEMORANDUM OF LAW

Federal Courts permit parties to engage in telephonic hearings and conferences when a party experiences hardship. *See Dunn-Fischer v. Dist. Sch. Bd.*, 2010 U.S. Dist. LEXIS 98253, 1-2 (M.D. Fla. Sept. 7, 2010). Some courts even

permit telephonic hearings where the parties are located in different cities as distance can lead to hardships. *See Fisher v. District School Board of Collier County*, 2010 WL 3522215 (M.D. Fla. 2010).

Here, the Parties submit that due to sizable distance traveling round trip to appear in person, such appearance would generate substantial transportation expenses (and lodging expenses for Mr. Haddon), should they be required to travel to Mr. Mendez's office for the mediation.

Wherefore, the Parties, through counsel, respectfully request that the Parties each be granted permission to appear via video-teleconference at the Parties' Mediation on December 7, 2023.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Undersigned counsel conferred with counsel for the Defendants and is authorized to represent that the Defendants have no objection to the relief requested herein and join in the Motion.

Respectfully submitted this 4th day of December, 2023.

By: */s/ Joshua Feygin*
Joshua Feygin, Esquire
Florida Bar No.: 124685
**JOSHUA FEYGIN, PLLC**
1930 Harrison Street, Suite 208-F
Hollywood, FL 33020
954.228.5674
josh@jfeyginesq.com
*Attorney for Plaintiff*

By: */s/ Keith D. Silverstein*
**ARMSTRONG TEASDALE**
Florida Bar No. 086820
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: keith@atllp.com
*Attorneys for Defendant, FS INVESTMENTS OF AMERICA INC., d/b/a POWERHOUSE AUTOMOTIVE*

By: */s/ Jose Ariel Peralta*
**ARMSTRONG TEASDALE**
Florida Bar No. 1028554
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: jperalta@atllp.com
*Attorneys for Defendant, FS INVESTMENTS OF AMERICA INC., d/b/a POWERHOUSE AUTOMOTIVE*

By: */s/ James R. Liebler*
**James R. Liebler, II**
Florida Bar No.: 115348
Primary Email Address:
jrl@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Defendant WESTLAKE SERVICES, LLC.*

By: */s/ Ira Scott Silverstein*
**Ira Scott Silverstein**
Florida Bar No.: 9636
Primary Email Address:
iss@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Defendant WESTLAKE SERVICES, LLC.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 4, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin

JOSHUA FEYGIN, ESQ.

FL Bar No.: 124685