# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

      Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

      Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT MEDIATION

This cause came on for consideration without oral argument on the following motion filed herein: "Joint Motion for Leave to Appear Remotely at Mediation" [DE 27].

With the mediator's consent, the parties may conduct mediation via the remote Zoom platform. The parties and/or their representatives must be present throughout the duration of the mediation, just as if they were attending the mediation in person.

DONE and ORDERED in Tampa, Florida on _____, 2023.

                                                                     _____
                                                                     William F. Jung
                                                                     United States District Court Judge