UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GABRIEL LUC HADDON,

    Plaintiff,

v.                              Case No. 8:23-cv-709 - WFJ - SPF

FS INVESTMENTS OF AMERICA, INC.,
d/b/a POWERHOUSE AUTOMOTIVE,
a Florida Corporation and,
WESTLAKE SERVICE, LLC, d/b/a
WESTLAKE FINANCIAL SERVICES,
a Foreign corporation,

    Defendants.
_____/

## MEDIATION REPORT

    The parties held a mediation conference on December 7, 2023, and the results of that conference are indicated below.

1. **Attendance**

The following participants attended the mediation conference:

☑ lead counsel

☑ the parties or a party's surrogate satisfactory to the mediator

List any unexcused absence or departure from the mediation conference: NONE.

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even it the resolution is contingent or unwritten.

☐  The parties completely settled the case.

☐  The parties partially settled the case. The following issues remain:

_____
_____
_____

☐  The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☑  **The parties have reached an impasse.**


Reported on <u>December 7, 2023.</u>

s/ Manuel Menendez, Jr.
Signature of Mediator

Manuel Menendez, Jr.
m.menendezjr@gmail.com
813-245-8343
Mailing Address:
3225 S. MacDill Ave., Ste. 129-204
Tampa, FL 33629

Cc via email:

Joshua Feygin, Esq., josh@jfeyginesq.com, Attorney for Plaintiff
Keith Silverstein, Esq., ksilverstein@atllp.com, Attorney for Defendants
Jose Peralta, Esq., jperalta@atllp.com, Attorney for Defendants