**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

      Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA, INC., d/b/a
Powerhouse Automotive,
a Florida corporation, and
WESTLAKE SERVICES, LLC,
d/b/a Westlake Financial Services,
a foreign corporation,

      Defendants.

_____/

FS INVESTMENTS OF
AMERICA, INC.,

      Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC, d/b/a as
McCombs Ford West, a Texas limited
liability company,

      Third-Party Defendant,

_____/

## <u>MOTION TO MODIFY THE AMENDED CASE MANAGEMENT AND SCHEDULING ORDER</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendant/third-party plaintiff, FS Investments of America, Inc. ("FS Investments"), hereby moves this Court for an order extending certain deadlines and the trial date set forth in the Amended Case Management and Scheduling Order ("CMO"). [D.E. 24]. FS Investments makes this request in furtherance of its efforts to, (i), conduct discovery with respect to the liability of the recently added third-party defendant, McCombs West Ford, LLC ("McCombs"), (ii), accommodate the participation of McCombs in this action, (iii), complete remaining discovery and motions in an orderly and efficient manner, and (iv), permit further settlement negotiations among all parties.

## MEMORANDUM OF LAW

### I.    Pertinent Factual and Procedural Background

Pursuant to the CMO, this case is scheduled for trial during the July 2024 trial calendar (*id*. ¶ 6); the Pretrial Conference is scheduled for 9:00 a.m. on June 13, 2024 (*id*. ¶ 5); dispositive motions are due February 6, 2024 (*id*. ¶ 1); the discovery cutoff is March 13, 2024 (*id*.); and pre-trial statements are due June 6, 2024 (*id*.).

To date, FS Investments, plaintiff Gabriel Haddon ("Plaintiff"), and defendant Westlake Services LLC ("Westlake") (collectively, the "Parties"), have engaged in preliminary written discovery. Mediation occurred on December 7, 2023, among the Parties in accordance with the CMO's January 5, 2024, deadline to conduct mediation. Despite the Parties' best efforts, however, the mediator declared an impasse. [DE 32].

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 **T.** 786.822.3700 **F.** 305.448.4155   ArmstrongTeasdale.com

The Court granted FS Investments' Motion for Leave to File a Third-Party Complaint and Amend Its Affirmative Defenses on January 18, 2024. [DE 32, 33]. FS Investments filed its Amended Affirmative Defenses and Third-Party Complaint on January 19, 2024 [DE 35], and served the Third-Party Complaint on McCombs on January 26, 2024. However, McCombs has not made an appearance in the case.

Because of the recent service of the Third-Party Complaint upon McCombs, further discovery and motion practice is necessary as to the allegations asserted in this case. Accordingly, the current deadlines established by the CMO are no longer feasible. For this reason, FS Investments respectfully requests a 100-day extension of all upcoming deadlines and to continue the trial commensurately.

## II.   <u>Good Cause Exists</u>

Although Paragraph 4 of the CMO makes plain that motions to continue are disfavored, in light of the Third-Party Complaint, and the addition of McCombs, FS Investments respectfully submits that good cause exists to grant this Motion. The Motion is being filed more than 60 days before trial, which is currently set for the July 2024 trial calendar, and the requested modifications are not due to any lack of diligence. Rather, the requested modifications are in furtherance of the FS Investments' desire to, (i), conduct discovery with respect to the liability of McCombs, (ii), accommodate the participation of McCombs in this action, (iii), complete remaining discovery and motions in an orderly and efficient manner, and (iv), permit further settlement negotiations among all parties.

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134  **T.** 786.822.3700 **F.** 305.448.4155  **ArmstrongTeasdale.com**

This Motion is made in good faith and not to cause delays. Neither of the parties will be prejudiced by this Court granting the requested relief.

### III.   Requested Modification to the CMO

Based on the foregoing, the FS Investments hereby respectfully requests the following modifications:

| | |
|---|---|
| **M.D. Fla. 3.03 Disclosure** | **(no change)** |
| **Mandatory Rule 26(a)(1) Initial Disclosures** | **(no change)** |
| **Third Party Joinder/Amend Pleading** | **(no change)** |
| **Plaintiff Expert Disclosure October 6, 2023** | **(no change)** |
| **Defendant Expert Disclosure October 13, 2023** | **(no change)** |
| **Rebuttal Expert November 3, 2023** | **(no change)** |
| **Discovery Cut-Off** | **June 21, 2024** |
| **Mediation Scheduling Due By December 5, 2023** | **(no change)** |
| **Conduct Mediation by January 5, 2024** | **(no change)** |
| **Dispositive Motion filing** | **May 16, 2024** |
| **Pretrial Statement due** | **September 14, 2024** |
| **Pretrial Conference** | **xxxxxxx** |
| **Jury Trial** | **October 01, 2024** |

### A. CONCLUSION

Wherefore, based on the foregoing, Defendant respectfully requests that the Court grant this Motion and any other relief that the Court deems just and proper.

Dated <u>February 6, 2024</u>.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**
*Counsel for FS Investments of America, Inc.*
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (786) 822-3700
Telecopier: (305) 448-4155

By: <u>*/s/ Keith D. Silverstein*</u>

Page 4 of 5

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 **T.** 786.822.3700 **F.** 305.448.4155   ArmstrongTeasdale.com

Keith D. Silverstein, Esq.
Fla. Bar No. 086820
Jose Peralta, Esq.
Fla. Bar No. 1028554
**FOR SERVICE:**
miamiefiling@atllp.com

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), the undersign hereby certifies that it conferred with Plaintiff's and Westlake's counsel of record via e-mail on February 6, 2024, with respect to the relief sough by this Motion. Westlake's counsel of record consented to the motion. Plaintiff's counsel of record expressed that he does not opposes this Motion but is unwilling to consent to the motion without the participation and input of McCombs. As McCombs has not made an appearance, the undersigned was unable to confer with McCombs' counsel of record.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to every counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on February 6, 2024.

 /s/ *Keith D. Silverstein*
Keith D. Silverstein, Esq.

Page 5 of 5

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 **T.** 786.822.3700 **F.** 305.448.4155 ArmstrongTeasdale.com