UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a
POWERHOUSE AUTOMOTIVE, a Florida
Corporation, and WESTLAKE SERVICES, LLC.
d/b/a WESTLAKE FINANCIAL SERVICES,
a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a
MCCOMBS FORD WEST, a Foreign
Corporation,

    Third-Party Defendant.
_____/

**THIRD-PARTY DEFENDANT, MCCOMBS WEST FORD, LLC.'S, NOTICE OF LEAD COUNSEL DESIGNATION**

    COMES NOW, Third-Party Defendant, MCCOMBS WEST FORD, LLC. ("McCombs Ford") and hereby designates Edward R. Nicklaus, Esq. of Nicklaus and Associates, P.A. as lead counsel in accordance with Local Rule 2.02.

1

Dated: February 16, 2024.

        BY: /s/ Edward R. Nicklaus, Esq.
        **EDWARD R. NICKLAUS, ESQ.**
        Florida Bar No.: 138399
        **NICOLAS TORRES, ESQ.**
        Florida Bar No.: 1004232
        **NICKLAUS & ASSOCIATES, P.A.**
        *Attorneys for Third-Party Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF this 16th day of February, 2024.

        **NICKLAUS & ASSOCIATES, P.A.**
        *Attorneys for Third-Party Defendant*
        4651 Ponce de Leon Blvd., Suite 200
        Coral Gables, Florida 33146
        Telephone: 305-460-9888
        Facsimile: 305-460-9889
        edwardn@nicklauslaw.com
        nicolast@nicklauslaw.com

By: /s/ Edward R. Nicklaus, Esq.
        **EDWARD R. NICKLAUS, ESQ.**
        Florida Bar No.: 138399
        edwardn@nicklauslaw.com
        **NICOLAS TORRES, ESQ.**
        Florida Bar No.: 1004232
        nicolast@nicklauslaw.com