UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a
POWERHOUSE AUTOMOTIVE, a Florida
Corporation, and WESTLAKE SERVICES, LLC.
d/b/a WESTLAKE FINANCIAL SERVICES,
a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a
MCCOMBS FORD WEST, a Foreign
Corporation,

    Third-Party Defendant.
_____/

**THIRD-PARTY DEFENDANT, MCCOMBS WEST FORD, LLC.'S,
CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE**

    COMES NOW, Third-Party Defendant, MCCOMBS WEST FORD, LLC. ("McCombs Ford"), by and through undersigned counsel, and in accordance with

1

Fed. R. Civ. P. 7.1 and Local Rule 3.03 of the Middle District of Florida files this Certificate of Interested Parties and Corporate Disclosure Statement as follows:

### Rule 7.1 Corporate Disclosure Statement

McCombs West Ford, LLC., discloses that it is a Texas corporation, and that no other publicly-held corporation owns ten percent (10%) or more of McCombs West Ford, LLC.

### Local Rule 3.03 Disclosure Statement and Certification

Pursuant to Local Rule 3.03(a), Backer EHP, Inc., discloses the following entities and individuals:

**McCombs West Ford, LLC.** – a Texas corporation wholly owned by the following members, none of which is a publicly held company: Marsha M. Shields, Connie M. McNab, Lynda G. McCombs, Easton N. McNab Legacy Trust, Sita S. McNab Legacy Trust, Charles H. McNab Legacy Trust, Ian M. McNab Legacy Trust, Chloe R. Smith Legacy Trust, Arthur C. Rubey, IV Legacy Trust, Anna C. Shields Legacy Trust, and John J. Shields Legacy Trust.

**ACE American Insurance Company** – is a wholly owned subsidiary of INA Holdings Corporation, which is a wholly owned subsidiary of INA Financial Corporation. INA Financial Corporation is a wholly owned subsidiary of INA Corporation, which is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited (NYSE: CB) is the only publicly traded company holding more than a 10% ownership interest in ACE American Insurance Company.

**Nicklaus and Associates, P.A.** – a Florida professional association retained by McCombs West Ford, LLC. to represent their interest in this case.

**Edward R. Nicklaus, Esq.** – Lead Counsel for McCombs West Ford, LLC.

**Nicolas Torres, Esq.** – Counsel for McCombs West Ford, LLC.

McCombs Ford certifies that, except as disclosed, it is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and it will immediately notify the judge in writing within fourteen days after it knows of a conflict.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF this 21st day of February, 2024.

**NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Third-Party Defendant*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
edwardn@nicklauslaw.com
nicolast@nicklauslaw.com

By: */s/ Nicolas Torres, Esq.*
   **NICOLAS TORRES, ESQ.**
   Florida Bar No.: 1004232
   **EDWARD R. NICKLAUS, ESQ.**
   Florida Bar No.: 138399