UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## NOTICE OF FILING SUBPOENA DUCES TECUM

    Plaintiff, GABRIEL LUC HADDON, by and through this Notice of Filing files his subpoena duces tecum directed to non-party CARFAX, INC. The clerk of court of Fairfax County, Virginia requires that the same bear a docket number and filing number in order to domesticate the same.

**SUE YOUR DEALER – A LAW**

                                                    **FIRM**
                                                    */s/ Joshua Feygin*
                                                    Joshua Feygin, Esq.
                                                    FLORIDA BAR NO: 124685
                                                    Email: Josh@sueyourdealer.com
                                                    1930 Harrison Street
                                                    Suite 208 F
                                                    Hollywood, FL 33020
                                                    Telephone: (954) 228-5674
                                                    Facsimile: (954) 697-0357
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 15, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

LIEBLER, GONZALEZ & PORTUONDO
**James Liebler, Esq.**
FL Bar No.: 115348
**Ira Silverstein, Esq.**
FL Bar No.: 9636
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
*Counsel for Defendant WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

ARMSTRONG TEASDALE
**Keith D. Silverstein**
Florida Bar No. 086820
**Jose Ariel Peralta**
Florida Bar No. 1028554
355 Alhambra Circle, Suite 1250

Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: keith@atllp.com
E-mail: jperalta@atllp.com
*Counsel for Defendant, FS INVESTMENTS OF AMERICA, INC.*