# EXHIBIT C



JOSHUA FEYGIN <josh@sueyourdealer.com>

## Meet/Confer - Defendant's discovery responses - Case 8:23-cv-00709-WFJ-SPF Haddon v. FS Investments of America, Inc. et al

**JOSHUA FEYGIN** <josh@sueyourdealer.com>  Wed, May 8, 2024 at 5:14 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: Nicolas Torres <nicolast@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>

Sure.

**Joshua Feygin, Esq.**
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Wed, May 8, 2024 at 4:57 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Good Afternoon Joshua,
>
> Please advise if we may have until this Monday to respond, as our client is out of the country. Thank you.
>
> Regards,
>
> Jose
>
> 
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com
> *Always exceed expectations through teamwork and excellent client service.*

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, May 8, 2024 2:50 PM
**To:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
**Subject:** Re: Meet/Confer - Defendant's discovery responses - Case 8:23-cv-00709-WFJ-SPF Haddon v. FS Investments of America, Inc. et al

CAUTION:   EXTERNAL EMAIL

Following up here.



On Fri, May 3, 2024 at 12:07 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Counsel for Powerhouse:
>
> See attached time sensitive conferral correspondence in this above referenced action.
>
> Sincerely,
>
> 

********** **PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**



P: 954.321.0507
F: 954.697.0357
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

May 3, 2024

**Keith D. Silverstein, Esquire**
**Jose Ariel Peralta, Esquire**
ARMSTRONG TEASDALE
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
<u>**VIA EMAIL**</u>: keith@atllp.com ; jperalta@atllp.com

   *Re:*   *Court Case #: 8:23-cv-00709-WFJ-SPF*
       *Case Style: Gabriel Luc Haddon v. FS Investments of America Inc., et al.*

Dear Counselor:

Following the deposition of Defendant, Powerhouse Automotive, Inc.'s corporate representative, it has come to the Plaintiff's attention that certain of the Defendant's responses to the Plaintiff's discovery are inaccurate. Please accept this correspondence as the Plaintiff's attempt to meet and confer regarding the Defendant's deficient responses. A detailed discussion follows below. Please produce the responsive records and amended responses <u>by no later than close of business May 08, 2024</u>. Please do not hesitate to contact me should you have any questions.

   **<u>Communications Regarding Vehicle.</u>**

During the Corporate Representative's deposition, Franklyn Strusberg testified that he received emails from Stephanie Johnson/ The Law Office of Stephanie M. Johnson, P.A. regarding Plaintiff's claim against the motor vehicle dealer surety bond. These records are directly responsive to Plaintiff's Request for Production A and G which have not been produced. Please have the Defendant produce the same.

   **<u>Communications Regarding Vehicle Acquisition.</u>**

During the Corporate Representative's deposition, Franklyn Strusberg testified that he communicated with the penultimate transferee of the subject vehicle via text messages and WhatsApp messages. Such communications are directly responsive to Plaintiff's Request for Production C & G which have not been produced. Please have the Defendant produce the same.

   **<u>Advertisements</u>**.

1930 Harrison Street, Suite 208, Hollywood, Florida 33020



P: 954.321.0507
F: 954.697.0357
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

During the Corporate Representative's deposition, Franklyn Strusberg testified that he was able to locate and access a saved copy of the subject vehicle's advertisement from the Defendant's website. This record is directly responsive to Plaintiff's Request for Production B(13) yet these records have not been produced. Please have the Defendant produce the same.

### Financial Impact.

During the Corporate Representative's deposition, Franklyn Strusberg testified that he was in possession of a decal recap / "wash out" sheet as between Powerhouse and Westlake that identified the financial impact arising from the transaction. These records are responsive to Plaintiff's Request for Production P which have not been produced. Please have the Defendant produce the same.

### Prior Versions of Contracts.

During the Corporate Representative's deposition, Franklyn Strusberg testified that the dealership maintained copies of prior versions of draft contracts prepared for the purchase and finance of the vehicle that is the subject of this litigation. These records are responsive to Plaintiff's Request for Production B (1); B(3); and, B(7). These records have not been produced to date. Please have the Defendant produce the same.

### Request for Admission No. 4.

During the Corporate Representative's deposition, Franklyn Strusberg testified that the dealership did not inspect the vehicle's title. Please amend the Defendant's response to Request for Admission No. 4 to reflect the statement is admitted.

### Request for Admission No. 5.

During the Corporate Representative's deposition, Franklyn Strusberg testified that the dealership did in fact certify the mileage was accurate when it made the mileage representations to the Plaintiff. Please amend the Defendant's response to Request for Admission No. 5 to reflect the statement is admitted.

### Request for Admission No. 8.

During the Corporate Representative's deposition, Franklyn Strusberg testified that the person recording information in the Transfer Title was required by law to record the items of information contained therein correctly. Please amend the Defendant's response to Request for Admission No. 8 to reflect the statement is admitted.



P: 954.321.0507
F: 954.697.0357
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

### Request for Admission No. 9.

During the Corporate Representative's deposition, Franklyn Strusberg testified that the information recorded in the Transfer Title pertaining to the transfer of title to the Gabriel Luc Haddon was *not* provided contemporaneously with the transfer of the Vehicle to the Gabriel Luc Haddon. Please amend the Defendant's response to Request for Admission No. 9 to reflect the statement is denied.

### Interrogatories 7 & 8

During the Corporate Representative's deposition, Franklyn Strusberg testified that he had no recollection of inspecting the vehicle's oil level nor tire condition. In fact, he was unable to testify as to an inspection occurring at all. This directly contradicts the statements made in Interrogatories 7 & 8. Please amend to reflect that no inspection occurred.

Sincerely,

*/s/ J. Feygin, Esq.*
_____
**Joshua Feygin**, **Esq.**