UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,

    Plaintiff,
vs.

FS INVESTMENTS OF
AMERICA, INC., and
WESTLAKE SERVICES, LLC,

    Defendants.
_____/

FS INVESTMENTS OF
AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC,

    Third-Party Defendant,
_____/

### JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF DATE AND DEADLINE TO FILE DISPOSITIVE MOTIONS

Defendant/third-party plaintiff, FS Investments of America, Inc. ("FS Investments"), and third-party defendant, McCombs West Ford, LLC ("McCombs"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby move this Court for an order extending the discovery cut-

off date and the deadline to file dispositive motions as set forth by this Court's Endorsed Orders [DE 39, 55], and in support thereof, state the following:

## MEMORANDUM OF LAW

### I. Factual Background

Starting on May 9, 2024, counsel for FS Investments made several requests to McCombs' counsel for the availability for deposition of McCombs' corporate representative. On June 11, counsel for McCombs was able to provide the availability, offering June 19th after 3:00 p.m. and June 20th and June 21st for the entire business day. These are the only times that third-party defendant McCombs is available for deposition.

However, on June 21st, the undersigned has a trial in the matter *Julio Cesar Orellana v. A+ Auto, Inc.*, Case No. COCE-22-063041, before the Honorable County Court Judge Florence Barner; on June 20th, counsel for plaintiff, Gabriel Luc Haddon ("Plaintiff"), is unavailable; and June 19th does not provide sufficient time for the parties to conduct the deposition of third-party defendant McCombs' corporate representative. Additionally, FS Investments has requested the deposition of Plaintiff, who was available only on June 11th and 17th, days that counsel for FS Investments is unavailable.

The deposition of Haddon and McCombs are crucial in order for the parties to prepare and submit motions for summary judgment and potential for settlement discussions, in which the parties are currently engaged. However, the discovery cut-off date in this case, June 21, 2024, as set forth by this Court's Endorsed Order [D.E.

39], does not provide sufficient time for the parties to complete the dispositions. Accordingly, McCombs and FS Investments respectfully request that the discovery cut-off date be extend 30 days to and including July 22, 2024, and the deadline to file dispositive motions by 30 days to and including August 5, 2024.

## II.  Good Cause Exists

In light of FS Investments' efforts to take McCombs' and Plaintiff's deposition, and the importance of these depositions on the parties' motions for summary judgment and settlement negotiations, McCombs and FS Investments respectfully submit that good cause exists to grant this Motion. The Motion is being filed more than 60 days before trial, which is currently set for the November 2024 Trial Term commencing on November 4, 2024. The requested modifications are also not due to any lack of diligence. Rather, the requested modifications are in furtherance of McCombs' and FS Investments' desire to, (i), complete the deposition of Plaintiff and McCombs, (ii), advance settlement negotiations among the parties, and (iii), discover information necessary for the parties' motions for summary judgment.

This Motion is made in good faith and not to cause delays. As demonstrated by the requested modifications below, neither of the parties will be prejudiced by this Court granting the requested relief.

## III.  Requested Modification to the Remaining Pretrial Deadlines

Based on the foregoing, FS Investments and McCombs hereby respectfully request the following modifications to the remaining pretrial deadlines:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Discovery Cut-Off | June 21, 2024 | July 22, 2024 |
| Dispositive Motion filing | July 5, 2024 | August 5, 2024 |
| Pretrial Statement due | October 3, 2024 | N.A. |
| Pretrial Conference | October 10, 024 | N.A. |
| Jury Trial | November 2024 Trial Term | N.A. |

A. **CONCLUSION**

Based on the foregoing, defendant/third-party plaintiff, FS Investments of America, Inc., and third-party defendant, McCombs West Ford, LLC, respectfully request that the Court grant this Motion and any other relief that the Court deems just and proper.

Dated June 17, 2024.

Respectfully submitted,

| **ARMSTRONG TEASDALE LLP** | **NICKLAUS & ASSOCIATES, P.A.** |
|---|---|
| *Counsel for FS Investments of America, Inc.* | *Attorneys for McCombs Ford* |
| 355 Alhambra Circle, Suite 1200 | 4651 Ponce de Leon Blvd., Suite 200 |
| Coral Gables, Florida 33134 | Coral Gables, Florida 33146 |
| Telephone: (786) 822-3700 | Telephone: 305-460-9888 |
| Telecopier: (305) 448-4155 | Facsimile: 305-460-9889 |
| | |
| By: */s/ Jose A. Peralta* | By: */s/ Nicolas Torres, Esq.* |
| Keith D. Silverstein, Esq. | **NICOLAS TORRES, ESQ.** |
| Fla. Bar No. 086820 | Florida Bar No.: 1004232 |
| Jose A. Peralta, Esq. | nicolast@nicklauslaw.com |
| Fla. Bar No. 1028554 | **EDWARD R. NICKLAUS, ESQ.** |
| **FOR SERVICE:** | Florida Bar No.: 138399 |
| miamiefiling@atllp.com | edwardn@nicklauslaw.com |

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for FS Investments hereby certifies that it conferred with counsel for Haddon via e-mail, who disagreed with the relief

requested herein. The undersign hereby also certifies that he conferred via e-mail with counsel of record for defendant, Westlake Services, LLC, who consented to the relief sought herein, and with counsel for McCombs, who agreed to join this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to every counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on June 17, 2024.

                                              /s/ *Jose A. Peralta*
                                              Jose A. Peralta, Esq.