

JOSHUA FEYGIN <josh@sueyourdealer.com>

## RE: Gabriel Haddon v. FS Investments, et al.: Deposition Request (Attempt to Confer in Good Faith Pursuant to Local R. 3.01g)

**Jose A. Peralta** <JPeralta@atllp.com>  Fri, Jun 7, 2024 at 10:53 AM
To: Nicolas Torres <NicolasT@nicklauslaw.com>, Edward Nicklaus <edwardn@nicklauslaw.com>, Ana Chavez <anac@nicklauslaw.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Mae Van Gils <MVanGils@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, JOSHUA FEYGIN <josh@sueyourdealer.com>, Joshua Feygin <josh@jfeyginesq.com>

Good Morning Nicholas,

The discovery deadline in this case is fast approaching. Accordingly, please provide dates for McCombs' deposition by the end of the day today. Otherwise, we will have no option but to file a motion to compel.

Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
**Sent:** Thursday, May 23, 2024 5:19 PM
**To:** Nicolas Torres <NicolasT@nicklauslaw.com>; Edward Nicklaus <edwardn@nicklauslaw.com>; Ana Chavez <anac@nicklauslaw.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Mae Van Gils <MVanGils@Atllp.com>
**Subject:** RE: Gabriel Luc Haddon v. FS Investments of America, etc., et al. - Middle District of Florida Case No. 8:23-cv-00709
**Importance:** High

Good afternoon:

I am following up on the email chain below.  Have you had an opportunity to review the notice, identify who the corporate representative will be and obtained dates?



Armstrong Teasdale LLP
**Nancy Torres-Curiel** | Legal Assistant
355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134

MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605
DIRECT: 786-822-3722
ntorres-curiel@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

**From:** Nicolas Torres <NicolasT@nicklauslaw.com>
**Sent:** Monday, May 20, 2024 5:30 PM
**To:** Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Edward Nicklaus <edwardn@nicklauslaw.com>; Ana Chavez <anac@nicklauslaw.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Mae Van Gils <MVanGils@Atllp.com>
**Subject:** Re: Gabriel Luc Haddon v. FS Investments of America, etc., et al. - Middle District of Florida Case No. 8:23-cv-00709

**CAUTION:   EXTERNAL EMAIL**

Hi all:

Please include my paralegal Ana, who is now on the email, on all correspondence for this case. I will review your Notice and speak to our client regarding dates.

Respectfully,

Nicolas T.

**From:** Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
**Sent:** Monday, May 20, 2024 5:27:26 PM
**To:** Nicolas Torres <NicolasT@nicklauslaw.com>; Edward Nicklaus <edwardn@nicklauslaw.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Mae Van Gils <MVanGils@Atllp.com>

**Subject:** RE: Gabriel Luc Haddon v. FS Investments of America, etc., et al. - Middle District of Florida Case No. 8:23-cv-00709

Good afternoon:

I am following up on the email chain below regarding our request for your availability for us to depose the Corporate Representative of McCombs West Ford's Corporate Representative.  Attached is a draft of the notice, which includes the topics to help facilitate the identity of the person(s) who will be testifying.  Please provide us with various dates of availability so that we may also coordinate with Plaintiff's counsel.



Armstrong Teasdale LLP
**Nancy Torres-Curiel** | Legal Assistant
355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134

MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605
DIRECT: 786-822-3722
ntorres-curiel@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

---

**From:** Nancy Torres-Curiel
**Sent:** Thursday, May 16, 2024 5:30 PM
**To:** Nicolas Torres <NicolasT@nicklauslaw.com>; edwardn@nicklauslaw.com
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Mae Van Gils <MVanGils@Atllp.com>
**Subject:** RE: Gabriel Luc Haddon v. FS Investments of America, etc., et al. - Middle District of Florida Case No. 8:23-cv-00709
**Importance:** High

Good afternoon, everyone:

I am following up on the email below requesting your availability for the deposition of the Corporate Representative of McCombs West Ford's Corporate Representative.  Attached is a draft of the notice, which includes the topics to help facilitate the identity of the person(s) who will be testifying.  Please provide us with various dates of availability so that we may also coordinate with Plaintiff's counsel.

Thank you.



Armstrong Teasdale LLP

**Nancy Torres-Curiel** | Legal Assistant

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134

MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605
DIRECT: 786-822-3722
ntorres-curiel@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

---

**From:** Nancy Torres-Curiel
**Sent:** Thursday, May 9, 2024 10:37 AM
**To:** Nicolas Torres <NicolasT@nicklauslaw.com>; edwardn@nicklauslaw.com
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Mae Van Gils <MVanGils@Atllp.com>
**Subject:** RE: Gabriel Luc Haddon v. FS Investments of America, etc., et al. - Middle District of Florida Case No. 8:23-cv-00709
**Importance:** High


Good morning:

We will be scheduling the deposition of the Corporate Representative of McCombs West Ford's Corporate Representative.  Attached is a draft of the notice, which includes the topics to help facilitate the identity of the person(s) who will be testifying.  Please provide us with various dates of availability so that we may also coordinate with Plaintiff's counsel.

Thank you.



Armstrong Teasdale LLP

**Nancy Torres-Curiel** | Legal Assistant

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134

MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605
DIRECT: 786-822-3722
ntorres-curiel@atllp.com

www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.