

JOSHUA FEYGIN <josh@sueyourdealer.com>

## Gabriel Haddon v. FS Investments, et al.: Request for Plaintiff's Deposition

**Keith D. Silverstein** <KSilverstein@atllp.com>  Sun, Jun 9, 2024 at 12:29 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>, "Jose A. Peralta" <JPeralta@atllp.com>
Cc: Joshua Feygin <josh@jfeyginesq.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, Nicolas Torres <NicolasT@nicklauslaw.com>, Edward Nicklaus <edwardn@nicklauslaw.com>, Ana Chavez <anac@nicklauslaw.com>

Josh: 6/12 doesn't work. Too soon and I cannot reschedule what is already on the calendar.

Keith D Silverstein, Esq.
Armstrong Teasdale LLP

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Sunday, June 9, 2024 7:40 AM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Joshua Feygin <josh@jfeyginesq.com>; Keith D. Silverstein <KSilverstein@Atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Nicolas Torres <NicolasT@nicklauslaw.com>; Edward Nicklaus <edwardn@nicklauslaw.com>; Ana Chavez <anac@nicklauslaw.com>
**Subject:** Re: Gabriel Haddon v. FS Investments, et al.: Request for Plaintiff's Deposition

**CAUTION:   EXTERNAL EMAIL**

Mr. Haddon is available June 12th. This is the only day he is available due to his work schedule. If possible, I would ask for the deposition to start as late as possible to accommodate him as he works night shifts.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Fri, Jun 7, 2024, 11:22 AM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Good Morning Joshua,
>
> We would like to schedule the deposition of plaintiff Gabriel Haddon.  Please provide us with various dates of availability so that we may schedule the same. Thank you.
>
> Regards,
>
> Jose

Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale

**Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE**. Please review our **International Legal Notices.**



JOSHUA FEYGIN <josh@sueyourdealer.com>

## RE: Gabriel Haddon v. FS Investments, et al.: Request for Plaintiff's Deposition (Attempt to Confer in Good Faith Pursuant to Local R. 3.01g)

**JOSHUA FEYGIN** <josh@sueyourdealer.com>  Tue, Jun 11, 2024 at 3:18 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: Joshua Feygin <josh@jfeyginesq.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, Nicolas Torres <NicolasT@nicklauslaw.com>, Edward Nicklaus <edwardn@nicklauslaw.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>

Aside from the 17th, the dates proposed fall outside of the court's discovery deadline. I will inquire with my client regarding his availability on the 17th and get back to you as soon as I hear from him.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Tue, Jun 11, 2024, 2:43 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua,
>
> Defendant is available on June 17, 24, 25, and 26 to take plaintiff's deposition.
>
> Regards,
>
> Jose
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com

*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, June 10, 2024 3:25 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Joshua Feygin <josh@jfeyginesq.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Nicolas Torres <NicolasT@nicklauslaw.com>; Edward Nicklaus <edwardn@nicklauslaw.com>; Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@Atllp.com>
**Subject:** Re: Gabriel Haddon v. FS Investments, et al.: Request for Plaintiff's Deposition (Attempt to Confer in Good Faith Pursuant to Local R. 3.01g)

Jose:

Instead of playing a guessing game, please provide the Defendant's availability to take his deposition since the date previously provided is not feasible.

Best,



On Mon, Jun 10, 2024 at 3:18 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua,
>
> Please advise whether Plaintiff will provide additional dates for his deposition. Please also advise exactly at what time he is available for the deposition.
>
> Regards,
>
> Jose

Armstrong Teasdale LLP

**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** Keith D. Silverstein <KSilverstein@Atllp.com>
**Sent:** Sunday, June 9, 2024 12:29 PM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>; Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Joshua Feygin <josh@jfeyginesq.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Nicolas Torres <NicolasT@nicklauslaw.com>; Edward Nicklaus <edwardn@nicklauslaw.com>; Ana Chavez <anac@nicklauslaw.com>
**Subject:** Re: Gabriel Haddon v. FS Investments, et al.: Request for Plaintiff's Deposition

Josh: 6/12 doesn't work. Too soon and I cannot reschedule what is already on the calendar.

Keith D Silverstein, Esq.

Armstrong Teasdale LLP

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Sunday, June 9, 2024 7:40 AM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Joshua Feygin <josh@jfeyginesq.com>; Keith D. Silverstein <KSilverstein@Atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Nicolas Torres <NicolasT@nicklauslaw.com>; Edward Nicklaus <edwardn@nicklauslaw.com>; Ana Chavez <anac@nicklauslaw.com>
**Subject:** Re: Gabriel Haddon v. FS Investments, et al.: Request for Plaintiff's Deposition

**CAUTION:   EXTERNAL EMAIL**

Mr. Haddon is available June 12th. This is the only day he is available due to his work schedule. If possible, I would ask for the deposition to start as late as possible to accommodate him as he works night shifts.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357

A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Fri, Jun 7, 2024, 11:22 AM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Good Morning Joshua,
>
> We would like to schedule the deposition of plaintiff Gabriel Haddon.  Please provide us with various dates of availability so that we may schedule the same. Thank you.
>
> Regards,
>
> Jose
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com
> *Always exceed expectations through teamwork and excellent client service.*
>
> ********** PRIVATE AND CONFIDENTIAL**********
>
> This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.
>
> Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

**3 attachments**


image001.jpg
6K


image001.jpg
6K


image001.jpg
6K