

JOSHUA FEYGIN <josh@sueyourdealer.com>

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**JOSHUA FEYGIN** <josh@sueyourdealer.com>　　　　　　　　　　　　Fri, Jun 14, 2024 at 4:32 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

This request has been pending since May 14th. There is also no basis for the Defendant's proposed tit-for-tat approach regarding unilaterally setting Plaintiff's deposition. In any event, Plaintiff is available on the 17th. We will not be joining in the third motion to extend deadlines and object to any further extensions of time given the lack of diligence.

Joshua Feygin, Esq.
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Wed, Jun 12, 2024 at 3:05 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua,
>
> Do not schedule unilaterally as there is also the availability of counsel and counsel for other parties to consider. Moreover, Plaintiff appears to be unavailable before the discovery deadline. If you schedule Westlake's deposition unilaterally, you may not object to us doing the same. Additionally, McCombs appears to be unavailable for deposition before the discovery deadline.
>
> I suggest we file a joint motion to continue the remaining pretrial deadlines to schedule the remaining depositions.
>
> Regards,
>
> Jose
>
> 
>
> Armstrong Teasdale LLP
> Jose A. Peralta | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, June 12, 2024 2:19 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

Following up for deposition dates **prior to** the discovery deadline. We will be setting nilaterally tomorrow should we not hear back to this request which has been pending since May 14th.



On Tue, Jun 11, 2024 at 3:59 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua: Westlake responded that it is available in mid-July. I will try to obtain exact dates and/or earlier dates.
>
> Regards,
>
> Jose
>
> 
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com

*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, June 10, 2024 3:27 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

Jose:

Following up on my May 16th email.

Please provide dates by COB Tuesday for the deposition of WL's CR otherwise we'll be forced to enlist the assistance of the court, which we would prefer to avoid.

As to 1-4 on Schedule B, those relate to the Defendant's compliance with the ESIGN Act as it relates to the electronically signed documents purportedly executed by Mr. Haddon.

Regards,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E:  josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Thu, May 16, 2024, 10:30 AM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Good Morning Joshua,

We will send you dates to meet and confer shortly. In anticipation for this meeting, please advise the relation of requests 1–4 in Schedule B to the claims and defenses asserted in this action, or how are they reasonably calculated to lead to the disclosure of admissible evidence. Thank you.

Regards,

Jose



Armstrong Teasdale LLP

**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, May 14, 2024 9:46 PM
**To:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Cc:** Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
**Subject:** Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**CAUTION:    EXTERNAL EMAIL**

To Counsel for Westlake:

Attached please find Plaintiff's draft (b)(6) notice in this matter. Let me know your availability to meet/confer re: same.

Regards,

**Joshua Feygin, Esq.**
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by

email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.