UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a POWERHOUSE AUTOMOTIVE, a Florida Corporation, and WESTLAKE SERVICES, LLC. d/b/a WESTLAKE FINANCIAL SERVICES, a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a MCCOMBS FORD WEST, a Foreign Corporation,

    Third-Party Defendant.
_____/

### DEFENDANT, MCCOMBS WEST FORD, LLC.'S PRIVILEGE LOG

| DATE | BATES | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| May 4, 2023 | 023 | McCombs internal email regarding odometer discrepancy as to subject Ford F-150 | Work product, prepared in anticipation of litigation, and confidential |

**NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for McCombs Ford*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889

By: _____
**BRUCE B. BALDWIN, ESQ.**
Florida Bar No.: 493023
bruceb@nicklauslaw.com
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
edwardn@nicklauslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically on all counsel of record *via* CM/ECF this 9th day of July, 2024.

_____
**BRUCE B. BALDWIN**