**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

**PLAINTIFF'S TIME SENSITIVE MOTION**
**TO COMPEL WESTLAKE FINANCIAL SERVICES' DEPOSITION**

Pursuant to Federal Rule Civil Procedure 37(a), Plaintiff, GABRIEL LUC HADDON ("**Plaintiff**"), by and through the undersigned counsel, hereby moves to compel the deposition of WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES ("**Westlake**") corporate representative and states as follows:

1. This motion is time sensitive because, pursuant to the Amended Case Management and Scheduling Order entered June 18, 2024, the discovery deadline is July 22, 2024 and dispositive motion filing deadline is August 5, 2024. [DE 60].

2. On May 14, 2024, Plaintiff served his draft notice of taking deposition upon Westlake and requested dates for the deposition.

3. Since that time, Plaintiff has made numerous attempts to coordinate the deposition of the Defendant prior to the deadline for discovery and dispositive motions. *See email communications between Plaintiff's counsel and Westlake attached hereto as Exhibit "A".*

4. Westlake refused to provide dates for its deposition prior to the discovery deadline.

5. On July 17, 2024, Counsel for Plaintiff held a conferral call with counsel for Westlake to resolve the issues raised by this Motion. Westlake's counsel advised it would endeavor to obtain dates for the deposition to occur before the discovery cut-off period. Plaintiff advised it would be forced to enlist the Court's assistance should dates not be provided by close of business given the time-sensitive circumstances. Westlake did not oppose the Plaintiff's proposed course of action.

6. Despite this, Westlake has failed to provide its availability for a deposition to occur before the discovery deadline in this case.

7. The deposition of Westlake is necessary for Plaintiff to adequately prepare for pre-trial motions such as a motion for summary judgment, and for trial.

8. Plaintiff will be severely prejudiced should the requested deposition does not take place.

9. Plaintiff has been diligent in his efforts to set the deposition of Westlake, as shown by the communications between the parties.

10. As the discovery deadline in this case is July 22, 2024, Plaintiff has no choice but file the instant motion in an effort to protect his interest and to compel Defendant WESTLAKE SERVICES, LLC to provide dates for deposition to take place within a reasonable time prior to the discovery cutoff deadline and dispositive motion deadline or for the Court to extend the aforementioned deadlines to permit sufficient time for the deposition to occur.

11. It is within a trial Court's discretion to compel depositions of witnesses likely to provide relevant information. *Allianz Global Risks U.S. Ins. Co. v. Singlesource Roofing Corp.,* 2006 WL 5112608, at *1 (M.D. Fla. Nov. 14, 2006) (granting motion to compel deposition dates after Plaintiff's counsel "made two separate attempts" to contact counsel to schedule the proposed deposition but was unable to establish dates).

## Certification of Conferral

As reflected above, pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 7.1(a)(3), Plaintiff has, in good faith, attempted to confer with counsel for the Defendant, WESTLAKE SERVICES LLC, and a resolution was not achieved.

## Request for Attorney's Fees

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff requests his reasonable attorney's fees and costs incurred in relation to this Motion to Compel and all efforts undertaken to obtain compliance with the Defendant's discovery obligations in this matter.

**WHEREFORE**, Plaintiff, GABRIEL LUC HADDON, respectfully requests the Court enter an Order compelling the Defendant WESTLAKE SERVICES, LLC to provide deposition dates for the deposition to take place within a reasonable time or extend the discovery and dispositive motion deadline, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: July 17, 2024

/s/ Joshua E. Feygin
**JOSHUA FEYGIN, ESQ.**
FL Bar No.: 124685
Email: Josh@sueyourdealer.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street Suite 208F
Hollywood, Florida 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685