# EXHIBIT A



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                                     Tue, May 14, 2024 at 9:45 PM
To: "Keith D. Silverstein" <KSilverstein@atllp.com>, "Jose A. Peralta" <jperalta@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>
Cc: Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>

To Counsel for Westlake:

Attached please find Plaintiff's draft (b)(6) notice in this matter. Let me know your availability to meet/confer re: same.

Regards,


**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



---

📄 **Haddon - Notice of Taking Depo HOLDER.docx**
31K



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

Jose A. Peralta <JPeralta@atllp.com>                                        Thu, May 16, 2024 at 10:30 AM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>
Cc: Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein"
<ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Good Morning Joshua,


We will send you dates to meet and confer shortly. In anticipation for this meeting, please advise the relation of requests 1–4 in Schedule B to the claims and defenses asserted in this action, or how are they reasonably calculated to lead to the disclosure of admissible evidence. Thank you.


Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, May 14, 2024 9:46 PM
**To:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Ira S. Silverstein
<ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Cc:** Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
**Subject:** Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse


CAUTION:    EXTERNAL EMAIL

[Quoted text hidden]

********** **PRIVATE AND CONFIDENTIAL**\**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                               Mon, Jun 10, 2024 at 3:27 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Jose:

Following up on my May 16th email.

Please provide dates by COB Tuesday for the deposition of WL's CR otherwise we'll be forced to enlist the assistance of the court, which we would prefer to avoid.

As to 1-4 on Schedule B, those relate to the Defendant's compliance with the ESIGN Act as it relates to the electronically signed documents purportedly executed by Mr. Haddon.

Regards,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.
[Quoted text hidden]

                                    **JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**Jose A. Peralta** <JPeralta@atllp.com>                    Mon, Jun 10, 2024 at 4:00 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel
<NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Joshua,


Today is when you responded to our inquiry regarding the topics listed on Plaintiff's notice of deposition directed to
Westlake. Accordingly, we would request more time before enlisting the court's assistance.


The ESIGN Act is not at issue in Plaintiff's Complaint or any other pleading filed in this case. Therefore, any inquiry
concerning this Act is outside the scope of the claims and defenses asserted in this action, and it is not reasonably
calculated to lead to the discovery of admissible evidence. We request that Plaintiff remove those topics and refrain for
inquiring as to the same. If we are mistaken, please provide where in this case has Plaintiff alleged a violation of this Act.


We have attempted to contact Westlake. However, Ira Silverstein and James Liebler remain Westlake's counsel of record.
Ira and James, please advise on Westlake's availability and if you have any further objections to Plaintiff's notice of
deposition.



Regards,

Jose




Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, June 10, 2024 3:27 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel

<NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>

**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

[Quoted text hidden]

[Quoted text hidden]

                                    **JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                    Tue, Jun 11, 2024 at 3:26 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

The ESIGN Act does not provide a private cause of action. The ESIGN Act ensures that contracts signed electronically are considered just as legally valid and enforceable as their paper counterparts. Failure to comply with the Act is a basis to exclude electronically executed contracts from coming in as evidence.

In any event, since we are now playing whack-a-mole, I will deal with these contentions with Messrs. Liebler and Silverstein.

**IRA/JAMES:**

Please provide Westlake's CR's availability to sit for a deposition before the Court's discovery deadline of 06/20/24. This request has been pending since 05/14/24 and the Defendant has refused to coordinate in good faith. If we do not get a date ironed out by COB tomorrow, I will pick/set unilaterally, which I would prefer to avoid.

JF

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

[Quoted text hidden]

---

  **image001.jpg**
6K



JOSHUA FEYGIN <josh@sueyourdealer.com>

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**Jose A. Peralta** <JPeralta@atllp.com>                    Tue, Jun 11, 2024 at 3:59 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Joshua: Westlake responded that it is available in mid-July. I will try to obtain exact dates and/or earlier dates.


Regards,

Jose




Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, June 10, 2024 3:27 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

_____

[Quoted text hidden]
[Quoted text hidden]



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                           Wed, Jun 12, 2024 at 2:18 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel
<NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Following up for deposition dates **prior to** the discovery deadline. We will be setting nilaterally tomorrow should we not hear back to this request which has been pending since May 14th.

**Joshua Feygin, Esq.**
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



[Quoted text hidden]



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**Jose A. Peralta** <JPeralta@atllp.com>                                    Wed, Jun 12, 2024 at 3:05 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel
<NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Joshua,


Do not schedule unilaterally as there is also the availability of counsel and counsel for other parties to consider. Moreover, Plaintiff appears to be unavailable before the discovery deadline. If you schedule Westlake's deposition unilaterally, you may not object to us doing the same. Additionally, McCombs appears to be unavailable for deposition before the discovery deadline.


I suggest we file a joint motion to continue the remaining pretrial deadlines to schedule the remaining depositions.


Regards,

Jose




Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, June 12, 2024 2:19 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel
<NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

[Quoted text hidden]
[Quoted text hidden]



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                          Fri, Jun 14, 2024 at 4:32 PM
To: "Jose A. Peralta" <JPeralta@atllp.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>


This request has been pending since May 14th. There is also no basis for the Defendant's proposed tit-for-tat approach regarding unilaterally setting Plaintiff's deposition. In any event, Plaintiff is available on the 17th. We will not be joining in the third motion to extend deadlines and object to any further extensions of time given the lack of diligence.


**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020




[Quoted text hidden]



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**Jose A. Peralta** <JPeralta@atllp.com>                                   Fri, Jun 14, 2024 at 4:40 PM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Keith D. Silverstein" <KSilverstein@atllp.com>, Nicolas Torres <nicolast@nicklauslaw.com>, Nancy Torres-Curiel
<NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Joshua, this means we will schedule McCombs' deposition for June 20th, as Plaintiff does not care to participate in this deposition. Nicolas, I will send you the notice on Monday.

Please hold June 17 for Plaintiff's deposition.

Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Friday, June 14, 2024 4:33 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel
<NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

[Quoted text hidden]
[Quoted text hidden]

                                          JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                          Fri, Jun 14, 2024 at 4:54 PM
To: "Jose A. Peralta" <jperalta@atllp.com>
Cc: Ana Chavez <anac@nicklauslaw.com>, Nicolas Torres <nicolast@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>, "Bruce B. Baldwin" <bruceb@nicklauslaw.com>

> Joshua, this means we will schedule McCombs' deposition for June 20th, as Plaintiff does not care to participate in this deposition. Nicolas, I will send you the notice on Monday.

Not sure how you could possibly interpret that from my email below. Plaintiff's refusal to seek a third extension of time of the discovery deadline has no bearing of the Plaintiff's desire to participate in the deposition of Defendant McCoombs.

And it appears that despite having agreed to schedule McComb's deposition for the 19th of June in prior emails to accomodate my schedule, FS Investments has now chosen to proceed with the deposition on the 20th, full and well aware of my scheduling conflict. Evidently, this decision was made out of retribution due to the Plaintiff's refusal to join with  FS Investment's third extension of time of the pre-trial deadlines.

Should FS Investments set the deposition for the 20th- notwithstanding the prior agreement of the parties to proceed on the 19th- in order to intentionally exclude the Plaintiff's participation in the same, we will be forced to move for sanctions.

The Court will be most displeased with the gamesmanship and lack of diligence on the FS Investment's behalf.

Be governed accordingly.

Sincerely,


**Joshua Feygin, Esq.**

**Attorney at Law**

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020




[Quoted text hidden]



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                          Mon, Jul 8, 2024 at 7:11 PM
To: "Jose A. Peralta" <jperalta@atllp.com>
Cc: Ana Chavez <anac@nicklauslaw.com>, Nicolas Torres <nicolast@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>, "Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Greetings Jose:

By close of business Wednesday 07/10/24, please provide Westlake's CR's availability to sit for a deposition on the topics provided on May 14, 2024 before the discovery cut-off deadline .

Regards,

**Joshua Feygin, Esq.**

**Attorney at Law**

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



[Quoted text hidden]



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                    Tue, Jul 9, 2024 at 4:38 PM
To: "Jose A. Peralta" <jperalta@atllp.com>
Cc: Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>, "Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Jose:

Please confirm WL will provide its availability by COB tomorrow.

Regards,

**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



[Quoted text hidden]



JOSHUA FEYGIN <josh@sueyourdealer.com>

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**Ira S. Silverstein** <ISS@lgplaw.com>                                      Wed, Jul 10, 2024 at 6:48 AM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>, "Jose A. Peralta" <jperalta@atllp.com>
Cc: Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>, "Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Josh:

I have reached out to Westlake and am waiting for its response with proposed dates.



Ira S. Silverstein
Partner - Licensed in FL, IL, NY, and DC
LIEBLER, GONZALEZ & PORTUONDO

44 West Flagler Street | Courthouse Tower 25th Floor | Miami, FL 33130 | Tel: (305) 379-0400 | Fax (305) 379-9626 Email: ISS@lgplaw.com | Web: www.lgplaw.com

"Representing America's Leading Businesses"

CONFIDENTIALITY NOTICE: This e-mail contains confidential information that is legally privileged. Do Not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to itadmin@lgplaw.com or by telephone at (305) 379-0400 and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, July 9, 2024 4:38 PM
**To:** Jose A. Peralta <jperalta@atllp.com>
**Cc:** Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>; Bruce B. Baldwin <bruceb@nicklauslaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**CAUTION: EXTERNAL SENDER.**

[Quoted text hidden]

This email has been scanned for spam and viruses. Click here to report this email as spam.



JOSHUA FEYGIN <josh@sueyourdealer.com>

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**Jose A. Peralta** <JPeralta@atllp.com>                                    Wed, Jul 10, 2024 at 9:23 AM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Ira S. Silverstein" <ISS@lgplaw.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein"
<KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>,
"Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Joshua,

Ira is attempting to obtain dates from Westlake. However, Ira's and our office objects to examination matters 1–3 and 22 as well as requests for documents 18, 19, and 23. As to 1–3, please advise what contracts you are seeking to validate, as we are not objecting to the validity of the contracts produced by Powerhouse. As to matter 22 and requests 18, 19, and 23, this area is outside the scope of the claims and defenses asserted in this action, and it is not reasonably calculated to lead to the discovery of admissible evidence. The same objection applies to matters 1–3. Please advise whether you agree to remove these matters and requests from the notice and refrain from inquiring as to them at the deposition. Please also state what "verified copy" means in request 1.

Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** Ira S. Silverstein <ISS@lgplaw.com>
**Sent:** Wednesday, July 10, 2024 6:49 AM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>; Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@Atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; James R. Liebler <JRLII@lgplaw.com>; Bruce B. Baldwin <bruceb@nicklauslaw.com>
**Subject:** RE: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

Josh:

I have reached out to Westlake and am waiting for its response with proposed dates.



Ira S. Silverstein
Partner - Licensed in FL, IL, NY, and DC
LIEBLER, GONZALEZ & PORTUONDO

44 West Flagler Street | Courthouse Tower 25th Floor | Miami, FL 33130 | Tel: (305) 379-0400 | Fax (305) 379-9626 Email: ISS@lgplaw.com | Web: www.lgplaw.com

"Representing America's Leading Businesses"

CONFIDENTIALITY NOTICE: This e-mail contains confidential information that is legally privileged. Do Not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to itadmin@lgplaw.com or by telephone at (305) 379-0400 and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, July 9, 2024 4:38 PM
**To:** Jose A. Peralta <jperalta@atllp.com>
**Cc:** Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>; Bruce B. Baldwin <bruceb@nicklauslaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

CAUTION: EXTERNAL SENDER.

Jose:

Please confirm WL will provide its availability by COB tomorrow.

Regards,



On Mon, Jul 8, 2024 at 7:11 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

Greetings Jose:

By close of business Wednesday 07/10/24, please provide Westlake's CR's availability to sit for a deposition on the topics provided on May 14, 2024 before the discovery cut-off deadline .

Regards,



On Fri, Jun 14, 2024 at 4:54 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

Joshua, this means we will schedule McCombs' deposition for June 20th, as Plaintiff does not care to participate in this deposition. Nicolas, I will send you the notice on Monday.

Not sure how you could possibly interpret that from my email below. Plaintiff's refusal to seek a third extension of time of the discovery deadline has no bearing of the Plaintiff's desire to participate in the deposition of Defendant McCoombs.

And it appears that despite having agreed to schedule McComb's deposition for the 19th of June in prior emails to accomodate my schedule, FS Investments has now chosen to proceed with the deposition on the 20th, full and well aware of my scheduling conflict. Evidently, this decision was made out of retribution due to the Plaintiff's refusal to join with  FS Investment's third extension of time of the pre-trial deadlines.

Should FS Investments set the deposition for the 20th- notwithstanding the prior agreement of the parties to proceed on the 19th- in order to intentionally exclude the Plaintiff's participation in the same, we will be forced to move for sanctions.

The Court will be most displeased with the gamesmanship and lack of diligence on the FS Investment's behalf.

Be governed accordingly.

Sincerely,

**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Fri, Jun 14, 2024 at 4:51 PM Nicolas Torres <NicolasT@nicklauslaw.com> wrote:

Hi all:

I am also looping in Bruce Baldwin from my office who will be handling this case going forward.

We do not have an objection to an extension of time, but if we are going forward next week just let me know Monday. I will let you know if there are any time restrictions Monday as well. What time on the 17th will the Plaintiff depo go forward?

Respectfully,

Nicolas Torres, Esq.

Nicklaus & Associates, P.A.

4651 Ponce De Leon Blvd., Suite 200

Coral Gables, Florida 33146

(305) 460-9888

(305) 460-9889 Facsimile

nicolast@nicklauslaw.com

---

**From:** Jose A. Peralta <JPeralta@Atllp.com>
**Sent:** Friday, June 14, 2024 4:46 PM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Cc:** Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <NicolasT@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** FW: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse
**Importance:** High


Adding Nicolas' assistant, Ana Chavez, to the parties' e-mails below concerning the scheduling of the depositions of the Plaintiff and McCombs' corporate representative.


Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** Jose A. Peralta
**Sent:** Friday, June 14, 2024 4:40 PM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** RE: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse
**Importance:** High


Joshua, this means we will schedule McCombs' deposition for June 20th, as Plaintiff does not care to participate in this deposition. Nicolas, I will send you the notice on Monday.


Please hold June 17 for Plaintiff's deposition.


Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Friday, June 14, 2024 4:33 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

This request has been pending since May 14th. There is also no basis for the Defendant's proposed tit-for-tat approach regarding unilaterally setting Plaintiff's deposition. In any event, Plaintiff is available on the 17th. We will not be joining in the third motion to extend deadlines and object to any further extensions of time given the lack of diligence.

On Wed, Jun 12, 2024 at 3:05 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua,
>
> Do not schedule unilaterally as there is also the availability of counsel and counsel for other parties to consider. Moreover, Plaintiff appears to be unavailable before the discovery deadline. If you schedule Westlake's

deposition unilaterally, you may not object to us doing the same. Additionally, McCombs appears to be unavailable for deposition before the discovery deadline.

I suggest we file a joint motion to continue the remaining pretrial deadlines to schedule the remaining depositions.

Regards,

Jose



Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, June 12, 2024 2:19 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

Following up for deposition dates **prior to** the discovery deadline. We will be setting nilaterally tomorrow should we not hear back to this request which has been pending since May 14th.

On Tue, Jun 11, 2024 at 3:59 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua: Westlake responded that it is available in mid-July. I will try to obtain exact dates and/or earlier dates.
>
>
> Regards,
>
> Jose
>
> 
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com
> *Always exceed expectations through teamwork and excellent client service.*
>
> ---
>
> **From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
> **Sent:** Monday, June 10, 2024 3:27 PM
> **To:** Jose A. Peralta <JPeralta@Atllp.com>
> **Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
> **Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse
>
>
>
>
> Jose:
>
>
> Following up on my May 16th email.
>
>
> Please provide dates by COB Tuesday for the deposition of WL's CR otherwise we'll be forced to enlist the assistance of the court, which we would prefer to avoid.
>
>
> As to 1-4 on Schedule B, those relate to the Defendant's compliance with the ESIGN Act as it relates to the electronically signed documents purportedly executed by Mr. Haddon.

Regards,


*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.


On Thu, May 16, 2024, 10:30 AM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Good Morning Joshua,
>
>
> We will send you dates to meet and confer shortly. In anticipation for this meeting, please advise the relation of requests 1–4 in Schedule B to the claims and defenses asserted in this action, or how are they reasonably calculated to lead to the disclosure of admissible evidence. Thank you.
>
>
> Regards,
>
> Jose
>
>
> 
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com
> *Always exceed expectations through teamwork and excellent client service.*
>
>
> ------
>
> **From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
> **Sent:** Tuesday, May 14, 2024 9:46 PM
> **To:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
> **Cc:** Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
> **Subject:** Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

CAUTION:   EXTERNAL EMAIL

To Counsel for Westlake:

Attached please find Plaintiff's draft (b)(6) notice in this matter. Let me know your availability to meet/confer re: same.

Regards,

---

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1  800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.**

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any**

disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you

have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.

This email has been scanned for spam and viruses. Click here to report this email as spam.

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.**

**Haddon - Notice of Taking Depo HOLDER.docx**
25K



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                          Mon, Jul 15, 2024 at 7:32 AM
To: "Ira S. Silverstein" <ISS@lgplaw.com>
Cc: "Jose A. Peralta" <jperalta@atllp.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein" <KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>, "Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Good morning Ira:

Please provide your availability to confer by no later than tomorrow regarding Plaintiff's Motion to Compel WL' Deposition.

Regards,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.
[Quoted text hidden]

---

**12 attachments**



**image001.jpg**
6K

**image002.jpg**
1K



**LGPEmail70_347a54aa-52ab-4353-bb0a-f31800a1d72b.jpg**
4K

**image002.jpg**
1K


**image001.jpg**
6K

**image002.jpg**
1K


**image001.jpg**
6K


**LGPEmail70_347a54aa-52ab-4353-bb0a-f31800a1d72b.jpg**
4K

**image002.jpg**
1K


**image001.jpg**
6K


**image001.jpg**
6K


**image001.jpg**
6K



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**Ira S. Silverstein** <ISS@lgplaw.com>                                    Mon, Jul 15, 2024 at 7:36 AM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Jose A. Peralta" <jperalta@atllp.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein"
<KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>,
"Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Good Morning, Josh!


I am open all day tomorrow.

[Quoted text hidden]



**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**Ira S. Silverstein** <ISS@lgplaw.com>                                                           Mon, Jul 15, 2024 at 10:41 AM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>
Cc: "Jose A. Peralta" <jperalta@atllp.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein"
<KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>,
"Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Josh:


My client is available for its deposition the week of August 12.  Please note that the representative is in
California and is 3 hours behind.




Ira S. Silverstein
Partner - Licensed in FL, IL, NY, and DC
LIEBLER, GONZALEZ & PORTUONDO

44 West Flagler Street | Courthouse Tower 25th Floor | Miami, FL 33130 | Tel: (305) 379-0400 | Fax (305) 379-9626 Email: ISS@lgplaw.com
| Web: www.lgplaw.com

"Representing America's Leading Businesses"

CONFIDENTIALITY NOTICE: This e-mail contains confidential information that is legally privileged. Do Not read this e-mail if you are not the intended recipient. This
e-mail transmission, and any documents files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are
not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or
use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify us by reply e-mail, by forwarding this to itadmin@lgplaw.com or by telephone at (305) 379-0400 and destroy the original transmission and its
attachments without reading or saving in any manner.

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, July 15, 2024 7:47 AM
**To:** Ira S. Silverstein <ISS@lgplaw.com>
**Cc:** Jose A. Peralta <jperalta@atllp.com>; Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein
<KSilverstein@atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@atllp.com>; James R. Liebler
<JRLII@lgplaw.com>; Bruce B. Baldwin <bruceb@nicklauslaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse


**CAUTION: EXTERNAL SENDER.**


I will call you at 10am. Please confirm the best number to reach you.


*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*

P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
 Suite 208F
 Hollywood, FL 33020
 (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Mon, Jul 15, 2024, 7:37 AM Ira S. Silverstein <ISS@lgplaw.com> wrote:

Good Morning, Josh!

I am open all day tomorrow.



Ira S. Silverstein
Partner - Licensed in FL, IL, NY, and DC
LIEBLER, GONZALEZ & PORTUONDO

44 West Flagler Street | Courthouse Tower 25th Floor | Miami, FL 33130 | Tel: (305) 379-0400 | Fax (305) 379-9626 Email: ISS@lgplaw.com | Web: www.lgplaw.com

"Representing America's Leading Businesses"

CONFIDENTIALITY NOTICE: This e-mail contains confidential information that is legally privileged. Do Not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to itadmin@lgplaw.com or by telephone at (305) 379-0400 and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, July 15, 2024 7:33 AM
**To:** Ira S. Silverstein <ISS@lgplaw.com>
**Cc:** Jose A. Peralta <jperalta@atllp.com>; Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@atllp.com>; James R. Liebler <JRLII@lgplaw.com>; Bruce B. Baldwin <bruceb@nicklauslaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

**CAUTION: EXTERNAL SENDER.**

Good morning Ira:


Please provide your availability to confer by no later than tomorrow regarding Plaintiff's Motion to Compel WL' Deposition.


Regards,


*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
     Suite 208F
     Hollywood, FL 33020
     (Note: By Appointment Only)
W: www.sueyourdealer.com
E:  josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.


On Wed, Jul 10, 2024, 6:49 AM Ira S. Silverstein <ISS@lgplaw.com> wrote:

> Josh:
>
>
> I have reached out to Westlake and am waiting for its response with proposed dates.
>
>
>
>
> Ira S. Silverstein
> Partner - Licensed in FL, IL, NY, and DC
> LIEBLER, GONZALEZ & PORTUONDO
>
> 44 West Flagler Street | Courthouse Tower 25th Floor | Miami, FL 33130 | Tel: (305) 379-0400 | Fax (305) 379-9626 Email: ISS@lgplaw.com | Web: www.lgplaw.com
>
> "Representing America's Leading Businesses"
>
> CONFIDENTIALITY NOTICE: This e-mail contains confidential information that is legally privileged. Do Not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to itadmin@lgplaw.com or by telephone at (305) 379-0400 and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, July 9, 2024 4:38 PM
**To:** Jose A. Peralta <jperalta@atllp.com>
**Cc:** Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@atllp.com>; Nancy Torres-Curiel <NTorres-Curiel@atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>; Bruce B. Baldwin <bruceb@nicklauslaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

CAUTION: EXTERNAL SENDER.

Jose:

Please confirm WL will provide its availability by COB tomorrow.

Regards,

**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Mon, Jul 8, 2024 at 7:11 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

Greetings Jose:

By close of business Wednesday 07/10/24, please provide Westlake's CR's availability to sit for a deposition on the topics provided on May 14, 2024 before the discovery cut-off deadline .

Regards,



**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020

On Fri, Jun 14, 2024 at 4:54 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Joshua, this means we will schedule McCombs' deposition for June 20th, as Plaintiff does not care to participate in this deposition. Nicolas, I will send you the notice on Monday.

Not sure how you could possibly interpret that from my email below. Plaintiff's refusal to seek a third extension of time of the discovery deadline has no bearing of the Plaintiff's desire to participate in the deposition of Defendant McCoombs.

And it appears that despite having agreed to schedule McComb's deposition for the 19th of June in prior emails to accomodate my schedule, FS Investments has now chosen to proceed with the deposition on the 20th, full and well aware of my scheduling conflict. Evidently, this decision was made out of retribution due to the Plaintiff's refusal to join with  FS Investment's third extension of time of the pre-trial deadlines.

Should FS Investments set the deposition for the 20th- notwithstanding the prior agreement of the parties to proceed on the 19th- in order to intentionally exclude the Plaintiff's participation in the same, we will be forced to move for sanctions.

The Court will be most displeased with the gamesmanship and lack of diligence on the FS Investment's behalf.

Be governed accordingly.

Sincerely,

**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Fri, Jun 14, 2024 at 4:51 PM Nicolas Torres <NicolasT@nicklauslaw.com> wrote:

Hi all:

I am also looping in Bruce Baldwin from my office who will be handling this case going forward.

We do not have an objection to an extension of time, but if we are going forward next week just let me know Monday. I will let you know if there are any time restrictions Monday as well. What time on the 17th will the Plaintiff depo go forward?

Respectfully,

Nicolas Torres, Esq.

Nicklaus & Associates, P.A.

4651 Ponce De Leon Blvd., Suite 200

Coral Gables, Florida 33146

(305) 460-9888

(305) 460-9889 Facsimile

nicolast@nicklauslaw.com

---

**From:** Jose A. Peralta <JPeralta@Atllp.com>
**Sent:** Friday, June 14, 2024 4:46 PM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Cc:** Ana Chavez <anac@nicklauslaw.com>; Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <NicolasT@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** FW: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse
**Importance:** High

Adding Nicolas' assistant, Ana Chavez, to the parties' e-mails below concerning the scheduling of the depositions of the Plaintiff and McCombs' corporate representative.


Regards,

Jose


Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** Jose A. Peralta
**Sent:** Friday, June 14, 2024 4:40 PM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** RE: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse
**Importance:** High


Joshua, this means we will schedule McCombs' deposition for June 20th, as Plaintiff does not care to participate in this deposition. Nicolas, I will send you the notice on Monday.

Please hold June 17 for Plaintiff's deposition.


Regards,

Jose


Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Friday, June 14, 2024 4:33 PM

**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

_____

This request has been pending since May 14th. There is also no basis for the Defendant's proposed tit-for-tat approach regarding unilaterally setting Plaintiff's deposition. In any event, Plaintiff is available on the 17th. We will not be joining in the third motion to extend deadlines and object to any further extensions of time given the lack of diligence.

On Wed, Jun 12, 2024 at 3:05 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Joshua,
>
> Do not schedule unilaterally as there is also the availability of counsel and counsel for other parties to consider. Moreover, Plaintiff appears to be unavailable before the discovery deadline. If you schedule Westlake's deposition unilaterally, you may not object to us doing the same. Additionally, McCombs appears to be unavailable for deposition before the discovery deadline.
>
> I suggest we file a joint motion to continue the remaining pretrial deadlines to schedule the remaining depositions.
>
> Regards,
>
> Jose
>
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com
> _Always exceed expectations through teamwork and excellent client service._
>
> _____
>
> **From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
> **Sent:** Wednesday, June 12, 2024 2:19 PM
> **To:** Jose A. Peralta <JPeralta@Atllp.com>
> **Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler

<JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

Following up for deposition dates **prior to** the discovery deadline. We will be setting nilaterally tomorrow should we not hear back to this request which has been pending since May 14th.

On Tue, Jun 11, 2024 at 3:59 PM Jose A. Peralta <JPeralta@atllp.com> wrote:

Joshua: Westlake responded that it is available in mid-July. I will try to obtain exact dates and/or earlier dates.

Regards,

Jose

Armstrong Teasdale LLP
**Jose A. Peralta** | Associate

355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155

jperalta@atllp.com
www.armstrongteasdale.com
*Always exceed expectations through teamwork and excellent client service.*

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, June 10, 2024 3:27 PM
**To:** Jose A. Peralta <JPeralta@Atllp.com>
**Cc:** Keith D. Silverstein <KSilverstein@Atllp.com>; Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

Jose:

Following up on my May 16th email.

Please provide dates by COB Tuesday for the deposition of WL's CR otherwise we'll be forced to enlist the assistance of the court, which we would prefer to avoid.

As to 1-4 on Schedule B, those relate to the Defendant's compliance with the ESIGN Act as it relates to the electronically signed documents purportedly executed by Mr. Haddon.

Regards,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)
W: www.sueyourdealer.com
E:  josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Thu, May 16, 2024, 10:30 AM Jose A. Peralta <JPeralta@atllp.com> wrote:

> Good Morning Joshua,
>
> We will send you dates to meet and confer shortly. In anticipation for this meeting, please advise the relation of requests 1–4 in Schedule B to the claims and defenses asserted in this action, or how are they reasonably calculated to lead to the disclosure of admissible evidence. Thank you.
>
> Regards,
>
> Jose
>
> Armstrong Teasdale LLP
> **Jose A. Peralta** | Associate
>
> 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134
> MAIN PHONE: 786.822.3700 | MAIN FAX: 305.448.4155
>
> jperalta@atllp.com
> www.armstrongteasdale.com
> *Always exceed expectations through teamwork and excellent client service.*

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, May 14, 2024 9:46 PM
**To:** Keith D. Silverstein <KSilverstein@Atllp.com>; Jose A. Peralta <JPeralta@Atllp.com>; Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Cc:** Nicolas Torres <nicolast@nicklauslaw.com>; Nancy Torres-Curiel <NTorres-Curiel@Atllp.com>
**Subject:** Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

CAUTION:   EXTERNAL EMAIL

To Counsel for Westlake:

Attached please find Plaintiff's draft (b)(6) notice in this matter. Let me know your availability to meet/confer re: same.

Regards,

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.**

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic**

data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and

permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.

This email has been scanned for spam and viruses. Click here to report this email as spam.

This email has been scanned for spam and viruses. Click here to report this email as spam.

This email has been scanned for spam and viruses. Click here to report this email as spam.



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                    Mon, Jul 15, 2024 at 10:51 AM
To: "Ira S. Silverstein" <ISS@lgplaw.com>
Cc: "Jose A. Peralta" <jperalta@atllp.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein"
<KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>,
"Bruce B. Baldwin" <bruceb@nicklauslaw.com>

That date is unacceptable. Discovery cut off is this coming Monday and dispositive motions are due to be filed August 5th.
The plaintiff has been trying to set this deposition since May. Please provide dates for the deposition before the discovery
cutoff.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself
create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this
law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client
relationship is established by formal written agreement.

[Quoted text hidden]

---

**4 attachments**


**image001.jpg**
4K


**LGPEmail70_347a54aa-52ab-4353-bb0a-f31800a1d72b.jpg**
4K


**LGPEmail70_347a54aa-52ab-4353-bb0a-f31800a1d72b.jpg**
4K


**image001.jpg**
4K

 JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Meet/Confer - (b)(6) deposition of Westlake Financial Services - Haddon v. Powerhouse

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>                                              Tue, Jul 16, 2024 at 10:13 AM
To: "Ira S. Silverstein" <ISS@lgplaw.com>
Cc: "Jose A. Peralta" <jperalta@atllp.com>, Ana Chavez <anac@nicklauslaw.com>, "Keith D. Silverstein"
<KSilverstein@atllp.com>, Nancy Torres-Curiel <NTorres-Curiel@atllp.com>, "James R. Liebler" <JRLII@lgplaw.com>,
"Bruce B. Baldwin" <bruceb@nicklauslaw.com>

Ira:

Pleasure chatting with you moments ago. As discussed, you have reached out to your client representative for dates to take their deposition before the discovery deadline. In the event I should not hear back by close of business I'll be forced to enlist the court's assistance to resolve this matter. I'm hopefully we can resolve this amicably.

Best,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E:  josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

[Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]
    [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]
      [Quoted text hidden]

        [Quoted text hidden]
        [Quoted text hidden]
        [Quoted text hidden]

          [Quoted text hidden]
          [Quoted text hidden]

            [Quoted text hidden]
            [Quoted text hidden]

              [Quoted text hidden]

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.

This email has been scanned for spam and viruses. Click here to report this email as spam.

This email has been scanned for spam and viruses. Click here to report this email as spam.

This email has been scanned for spam and viruses. Click here to report this email as spam.

[Quoted text hidden]

**4 attachments**


**image001.jpg**
4K


**LGPEmail70_347a54aa-52ab-4353-bb0a-f31800a1d72b.jpg**
4K


**image001.jpg**
4K


**LGPEmail70_347a54aa-52ab-4353-bb0a-f31800a1d72b.jpg**
4K