UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO.: | 8:23-cv-709-WFJ-SPF | DATE: | July 18, 2024 |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** ||||
| **GABRIEL LUC HADDON,**<br><br>    Plaintiff<br><br>v.<br><br>**FS INVESTMENTS OF AMERICA, INC., et al.,**<br><br>    Defendants || **PLAINTIFF COUNSEL**<br>Joshua Feygin, Retained<br><br><br><br><br>**DEFENDANT COUNSEL**<br>Ira Silverstein, Bruce Baldwin, Jose Peralta, and Keith Silverstein, Retained ||
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 4:29 PM - 4:34 PM<br>**TOTAL:** 5 Minutes | | **COURTROOM:** | Telephonic |

**PROCEEDINGS:**   MOTION HEARING re: (Doc. 63) MOTION to Compel

Court in session.

Counsel identified for the record.

The Court addressed the pending motion with the parties.

Counsel for the Plaintiff presented their argument.

Counsel for the Defendant responded to the Plaintiff's argument.

The Court makes a ruling on the record.

Court Adjourned.