## <u>MCCOMBS WEST FORD ANSWERS TO FS INVESTMENT OF AMERICA FIRST SET OF FIRST SET OF INTERROGATORIES</u>

1.     Please identify every person who participated in providing the information and/or preparing the responses to FS Investments' First Set of Interrogatories and Request for Production, and for each person, state whether their participation was based on personal knowledge. If their participation was not based solely on personal knowledge, please identity the Documents upon which each person relied for their participation.

**ANSWER:** Amanda Francis
Director of Finance & Compliance
c/o Nicklaus & Associates, P.A.
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146

2.     Please identify₁ every person whom You believe has, or may have, knowledge and/or Documents related to the facts and/or claims that are the subject of this action, and for each person, please state the following:
a. each person's relationship with You;
b. each person's complete name, e-mail, phone number, home address, and work address;
c. the knowledge You believe each person has or may have;
d. the documents You believe each person has or may have.
e. each person's involvement with the Vehicle and/or Your acquisition and/or sale of this Vehicle.

**ANSWER:** The following individuals may have personal knowledge related to the acquisition and sale of the vehicle at issue, and their contact information will be provided to Third-Party Plaintiff's counsel under separate cover: Lagarrion A. Winfrey, Loyd R. Shultis and Syman N. Aldarwish.

3.     Please identify each person whom You may use as a fact witness at trial, and please state with specificity the substance of the facts and testimony to be provided by each person.

**ANSWER:** Trial disclosures will be made in accordance with the Court's Case Management Order.

4.     Please describe in detail the circumstances under which You acquired the Vehicle, including the identity from whom You acquired it and for what purpose did this person offered it to You.

**ANSWER:** The vehicle was acquired on March 31, 2020, as a trade-in from Mr. Francisco Aguilar Escobedo.

5.    Please describe in detail every step You took to inspect the Vehicle after acquiring the same.

**ANSWER:** Trade-ins are visually inspected on-site for visible damage and to make sure all features are in working order. An appraising manager will then compare the milage on the odometer with Carfax and Autocheck. Our reconditioning team will then conduct a state certified inspection, get the unit road ready, and conduct checks for open recalls and warranty related issues.

6.    Please describe in detail every step You took to investigate the history of the Vehicle after acquiring the same, including the name of the reports You obtained and/or databases You searched.

**ANSWER:** We use Carfax and Autocheck to check the history of a vehicle.

7.    Please identify each of Your employees who were involved in Your acquisition of the Vehicle, including supervisors, sale representatives, financing representatives, and automotive technicians.

**ANSWER:** See response to Interrogatory No. 2 above.

8.    Please identify each of Your employees who were involved in Your sale of the Vehicle, including supervisors, sale representatives, financing representatives, and automotive technicians.

**ANSWER:** See response to Interrogatory No. 2 above.

9.    Please state the complete factual basis for Your allegation that "*There is no special relationship between McCombs Ford and FS Investments that can be characterized as conferring vicarious, constrictive [sic], derivative, or technical liability onto McCombs Ford*[,]" as set forth in Your First Affirmative Defense.

**ANSWER:** McCombs Ford and FS Investments are not in privity in any way that would confer vicarious, constructive, derivative, or technical liability onto McCombs Ford as McCombs sold the vehicle to Auto Deal Corp., through intermediary Manheim, and had do direct dealings with FS Investments at all. The vehicle was subsequently sold by Auto Deal Corp. to FS Investments without any involvement from McCombs Ford.

10.    Please state the complete factual basis for Your allegation that "*This third-party action is barred by the timing limitations imposed by 49 U.S. Code § 32710*[,]" as set forth in Your Second Affirmative Defense.
**ANSWER:** The relevant statute creates a two-year statute of limitations from when the cause of action accrued.

11.     Please state the complete factual basis for Your allegation that "*McCombs Ford owed no duty to FS Investments*[,]" as set forth in Your Third Affirmative Defense.

**ANSWER:** See response to Interrogatory No. 9 above.

12.     Please state the complete factual basis for Your allegation that "*if a duty existed McCombs Ford never breach said duty*[,]" as set forth in Your Third Affirmative Defense.

**ANSWER:** McCombs Ford made complete and accurate disclosure at the time of the transaction at issue here based on all information available to McCombs Ford at that time.

13.      Please state the complete factual basis for Your allegation that "*Any all representations made by McCombs Ford were made to the best of their knowledge*[,]" as set forth in Your Fourth Affirmative Defense.

**ANSWER:** The relevant affirmative defense speaks for itself. Additionally, see response to Interrogatory No. 12.

14.     Please state the complete factual basis for Your allegation that "*Any all representations made by McCombs Ford were made. . . not with any intend to defraud, mislead, confuse, or otherwise entice FS Investments*[,]" as set forth in Your Fourth Affirmative Defense.

**ANSWER:** The relevant affirmative defense speaks for itself. Additionally, see response to Interrogatory No. 12.

15.     Please state the complete factual basis for Your allegation that "*[FS Investments']* own conduct resulted in the alleged damages claimed*[,]" as set forth in Your Sixth Affirmative Defense.

**ANSWER:**  Discovery is ongoing and McCombs Ford reserves the right to amend this response as more information becomes available.

16.     Please state the complete factual basis for Your allegation that "*FS Investments' claims are barred by the doctrine of laches*[,]" as set forth in Your Seventh Affirmative Defense.

**ANSWER:** FS Investments waited nearly four years after the transaction involving McCombs Ford, and nearly an entire year after Plaintiff's original Complaint before bringing in McCombs Ford into the case.

17.     Please state the complete factual basis for Your allegation that *"FS Investments conduct contributed, in whole or in part, to the alleged damages claimed* [,]" as set forth in Your Eighth Affirmative Defense.

**ANSWER:** Discovery is ongoing and McCombs Ford reserves the right to amend this response as more information becomes available.

18.     Please state the complete factual basis for Your allegation that *"FS Investments was in a position to verify the vehicle's milage prior to advertising and selling the vehicle with the same allegedly false representations they bought it under*[,]" as set forth in Your Tenth Affirmative Defense.

**ANSWER:** This affirmative defense is self-explanatory.

19.     Please state the complete factual basis for Your allegation that *"FS Investments knew or should have known that the representations it made to Gabriel Luc Haddon were false*[,]" as set forth in Your Eleventh Affirmative Defense.

**ANSWER:** This affirmative defense is self-explanatory.

20.     Please state the complete factual basis for Your allegation that *"FS Investments. . . communicated those same allegedly false representations in an effort to mislead Gabriel Luc Haddon*[,]" as set forth in Your Eleventh Affirmative Defense.

**ANSWER:** This affirmative defense is self-explanatory.

I have read the foregoing answers to Defendant's First Set of Interrogatories, and I do hereby swear that they are true and correct to the best of my knowledge and belief. Executed on behalf of **McCombs West Ford, LLC.**, on this _io_ day of June, 2024, by Amanda Francis, as Director of Finance and Compliance for **McCombs West Ford, LLC.**

_____
**Tim Cliver**
**Chief Operating Officer**
**McCombs West Ford, LLC.**

STATE OF TEXAS          )
                        ) ss:
COUNTY OF Bexar          )

The foregoing instrument was acknowledged before me by means of _ physical presence or _ online notarization, this 12th day of June, 2024, by Tim Cliver _____, who is personally known to me or who has produced identification in the form of _____, with identifying number _____, and after being duly sworn, acknowledged that he/she has executed the foregoing answers to interrogatories and that said answers are true and correct to the best of his/her knowledge and belief.

Mary Ann Colonna
Notary Public, State of Texas
MARY ANN COLONNA
Name (Print)
My Commission Expires: 03-13-2025

MARY ANN COLONNA
NOTARY PUBLIC
STATE OF TEXAS
ID 1079669-1
COMM. EXP. 03-13-2025