UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709-WFJ

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a POWERHOUSE AUTOMOTIVE, a Florida Corporation, and WESTLAKE SERVICES, LLC. d/b/a WESTLAKE FINANCIAL SERVICES, a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a MCCOMBS FORD WEST, a Foreign Corporation,

    Third-Party Defendant.
_____/

## AFFIDAVIT

1. I, _Tim CLiveR_, am over the age of eighteen (18) and have personal, firsthand knowledge of the facts set forth herein.

2. I am employed by Third-Party Defendant, McCombs West Ford, LLC ("McCombs") as C.O.O.

3. On or about April 11, 2020, McCombs sold the 2012 Ford F-150 that is the subject of this action, to non-party, Auto Deal Corp.

4. Auto Deal Corp. purchased the 2012 Ford F-150 from MCombs by placing the winning "bid" on same through auction company, Manheim.

5. McCombs has never had any business dealings with or any relationship whatsoever with FS Investments of America, Inc.

6. At no time did McCombs ever make any representations to FS Investments of America, Inc. regarding any aspect regarding the 2012 Ford F-150 that is the subject of this action.

## JURAT

The State of Texas
County of Bexar

Subscribed and sworn to before me on this 2nd day of October ____, 2024 by Jim Cliver.

(Seal)

JANA MORALES
Notary Public, State of Texas
My Comm. Exp. 10-02-2026
ID No. 12691042-2

(Notary's Signature)
Notary Public, State of Texas

AFFIANT