Re: Claim #:AHD-0007017, Hudson / Powerhouse Automotive / Haddon

**JOSHUA FEYGIN** <josh@sueyourdealer.com>
Thu 3/9/2023 1:39 PM
To: Stephanie Johnson <SJohnson@johnson-lawoffice.com>

Good afternoon:

As reflected in the documentation provided to Hudson in February, the purchase price of the vehicle was $21,998.
My expert has informally opined that a diminution of value model would be inline with a 40% reduction in value of the vehicle.
40% of $21,988 comes out to $8,799.20 ==which is the Plaintiff's good faith estimate of damages in this claim as reflected in the statutory demand== delivered to and ignored by the insured.

That said, please advise if Hudson has determined that the loss suffered by the Claimant is covered under the terms of the MVD bond. If any information remains outstanding for Hudson to render a decision in this claim, please advise accordingly. Further, please advise if Hudson has received any response from the insured to date and whether the insured has agreed to indemnify Hudson.

Sincerely,


On Thu, Mar 9, 2023 at 12:54 PM Stephanie Johnson <SJohnson@johnson-lawoffice.com> wrote:
> Mr. Feygin,
>
> This is Hudson's third request for information. We have not heard from you since February 7, 2023. Hudson again requests you describe how you calculated Mr. Haddon's actual damages to be $8,799.20. If this claim has been resolved, please immediately advise.
>
> We look forward to your response. Hudson reserves and preserves any rights, defenses and claims it may have under the Bond, at law and in equity. Nothing herein shall be construed as an admission or waiver of those rights, defenses and claims.
>
> Thank you,
>
> Stephanie
>
> Stephanie M. Johnson
> Attorney at Law
> The Law Office of Stephanie M. Johnson, P.A.
> P.O. Box 1064
> Odessa, FL 33556
> Phone: (813) 733-8231
> Facsimile: (813) 592-0018
> Email: sjohnson@johnson-lawoffice.com
>
> *This office is closed on Fridays

Exhibit C

**From:** Stephanie Johnson <SJohnson@johnson-lawoffice.com>
**Sent:** Tuesday, February 21, 2023 3:42 PM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Subject:** Re: Claim #:AHD-0007017, Hudson / Powerhouse Automotive / Haddon

Mr. Feygin,

I am following up on the email below. Please describe how you calculated Mr. Haddon's actual damages to be $8,799.20.

We look forward to your response. Hudson reserves and preserves any rights, defenses and claims it may have under the Bond, at law and in equity. Nothing herein shall be construed as an admission or waiver of those rights, defenses and claims.

Thank you,

Stephanie

Stephanie M. Johnson
Attorney at Law
The Law Office of Stephanie M. Johnson, P.A.
P.O. Box 1064
Odessa, FL 33556
Phone: (813) 733-8231
Facsimile: (813) 592-0018
Email: sjohnson@johnson-lawoffice.com

*This office is closed on Fridays

**From:** Stephanie Johnson <SJohnson@johnson-lawoffice.com>
**Sent:** Wednesday, February 15, 2023 9:40 AM
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Subject:** Re: Claim #:AHD-0007017, Hudson / Powerhouse Automotive / Haddon

Mr. Feygin,

Please describe why you believe Mr. Haddon's actual damages are $8,799.20 and how you arrived at that number.

We look forward to your response. Hudson reserves and preserves any rights, defenses and claims it may have under the Bond, at law and in equity. Nothing herein shall be construed as an admission or waiver of those rights, defenses and claims.

Thank you,

Stephanie

Stephanie M. Johnson

Attorney at Law  
The Law Office of Stephanie M. Johnson, P.A.  
P.O. Box 1064  
Odessa, FL 33556  
Phone: (813) 733-8231  
Facsimile: (813) 592-0018  
Email: sjohnson@johnson-lawoffice.com

---

**From:** Stephanie Johnson <SJohnson@johnson-lawoffice.com>  
**Sent:** Wednesday, February 8, 2023 3:29 PM  
**To:** JOSHUA FEYGIN <josh@sueyourdealer.com>  
**Subject:** Re: Claim #:AHD-0007017, Hudson / Powerhouse Automotive / Haddon

Received. Hudson will review.

Thank you,

Stephanie

Stephanie M. Johnson  
Attorney at Law  
The Law Office of Stephanie M. Johnson, P.A.  
P.O. Box 1064  
Odessa, FL 33556  
Phone: (813) 733-8231  
Facsimile: (813) 592-0018  
Email: sjohnson@johnson-lawoffice.com

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>  
**Sent:** Tuesday, February 7, 2023 2:48 PM  
**To:** Stephanie Johnson <SJohnson@johnson-lawoffice.com>  
**Subject:** Re: Claim #:AHD-0007017, Hudson / Powerhouse Automotive / Haddon

Attached please find executed bond claim form and demand letter with supporting attachments previously delivered to Hudson at the inception of this claim. Please confirm receipt.

Regards,

**Dealer Demand Scan HADDON.pdf**

On Mon, Feb 6, 2023 at 3:22 PM Stephanie Johnson <SJohnson@johnson-lawoffice.com> wrote:
> Mr. Feygin,
>
> Please see attached correspondence.

Thank you,

Stephanie M. Johnson
Attorney at Law
The Law Office of Stephanie M. Johnson, P.A.
P.O. Box 1064
Odessa, FL 33556
Phone: (813) 733-8231
Facsimile: (813) 592-0018
Email: sjohnson@johnson-lawoffice.com