**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

**INDEX OF EXHIBITS TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Number | Title |
| --- | --- |
| Exhibit 1 | Deposition transcript of Defendant, FS Investments, Corp. |
| Exhibit 1. A. | Plaintiff's Notice of Taking Deposition of Defendant FS Investments, Corp. |
| Exhibit 1. B. | Manheim auction vehicle information listing |
| Exhibit 1. C. | Texas Certificate of Title FSIA000019-FSIA000020 |
| Exhibit 1. D. | Buyer's Order FSIA00005-FSIA00007 |
| Exhibit 1. E. | Retail Installment Sales Contract FSIA000026-FSIA000031 |
| Exhibit 1. F. | Odometer Disclosure Statement FSIA000018 |
| Exhibit 1. G. | Application for Certificate of Title With/Without Registration FSIA000034 |
| Exhibit 1. H. | Unsecure Power of Attorney Plaintiff's_Resp_FS_RFP018 |
| Exhibit 1. L. | Texas Certificate of Title |

| Exhibit 1. J. | Defendant's Amended Answer and Affirmative Defenses |
|---|---|
| Exhibit I. K. | Defendant's Motion for Leave to File Third Party Complaint |
| Exhibit 1.L. | Pre-Suit Demand for Violations of the Odometer Act. |
| Exhibit 1. M. | Pre-Suit Demand for Violations of Florida's Deceptive and Unfair Trade Practices Act. |
| Exhibit 2 | Declaration of Plaintiff, Mr. Gabriel Haddon |
| Exhibit 3 | Buyer's Order |
| Exhibit 4 | Defendant's Responses to Plaintiff's Requests for Admission |
| Exhibit 5 | Retail Installment Sales Contract |
| Exhibit 6 | Application for Certificate of Title |
| Exhibit 7 | Manheim Auction's response to Plaintiff's Subpoena Duces Tecum |
| Exhibit 8 | Defendant's Responses to Plaintiff's Interrogatories |
| Exhibit 9 | Subject Vehicle's Texas Transfer Title |

| Exhibit 10 | Title history from the Texas Department of Motor Vehicles |
|---|---|
| Exhibit 11 | Expert Report of Stuart Raskin |
| Exhibit 12 | Invoice for repairs by Quality Care Automotive Center |

Respectfully submitted on Monday, 7 October 2024, by:

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357

**CERTIFICATE OF SERVICE**

I certify that on Monday, 7 October 2024, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685