

## 2012 Ford F-150 XLT

| Sale Date | |
|---|---|
| APR 11 2020 | |

1FTFW1ET2CFA12718
131,628 mi
Silver/GRY

CR  2.8

**Facilitating Location**
TX - Manheim San Antonio
OVE, 92-1
Bill of Sale (PDF)

○ ○ ○ ☐

## Services

PSI

Transportation

DealShield                                                    --

## Arbitration

Outcome                                                 Start a Claim

## Vehicle Release

Status                                                      Left Lot ©
                                                          Apr 14, 2020

                                                   Manheim San Antonio
                                                      2042 Ackerman Rd
                                              San Antonio, TX 78219-3016
                                                       (210) 661-4200

## Title

Status                                              Shipped Apr 28, 2020

Tracking Info                                                   USPS

Delivery                                                    Shipped To

                                                      AUTO DEAL CORP
                                                       290 191ST ST
                                           SUNNY ISLES BEACH, FL 33160
                                                              USA
                                                         7863339730
                                                    MARTIN SANTESSI

## Charges

| Total* | $9,375.00 |
|---|---|
| Unpaid Charges | $0.00 |
| Balance | $0.00 |

| Invoice 30832505 (PDF) | Paid Withdrawal - TD BANK, NA ‖ XXXXXX1322 |
|---|---|
| Date | Apr 11, 2020 © |
| Description | TRUCK |
| (Credits)/Charges | $9,200.00 |
| Date | Apr 11, 2020 © |
| Description | BUYER SUCCESS FEE |
| (Credits)/Charges | $175.00 |

Invoice History ▾

**EXHIBIT**

Ex. B Franklyn Strusberg 4-23-24

exhibitsticker.com

* Taxes included

** A late fee will be added, where applicable, to all past due invoices, subject to details in the Manheim Terms & Conditions