

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.

144973339

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**
Name of Purchaser: MCCOMBS FORD WEST, 7111 N.W. LOOP 410, SAN ANTONIO, TX 78238
ODOMETER READING (No Tenths): 131627
Date of Sale: 3/31/20
Printed Name: Francisco Herrera Escobedo / Sally Gomez

**FIRST REASSIGNMENT DEALER ONLY**
Name of Purchaser: Auto Deal Corp   Street: 7611 NW 7th Ave Unit 126   City: Miami   State: FL   Zip: 33150
ODOMETER READING (No Tenths): 131628
Date of Sale: 04-14-2020
Dealer's Name: McCombs Ford West
Dealer No.: P5975

**SECOND REASSIGNMENT DEALER ONLY**
(blank)

**THIRD REASSIGNMENT DEALER ONLY**
(blank)

**LIEN** - LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: 1ST LIEN IN FAVOR OF (NAME & ADDRESS)

NON-NEGOTIABLE COPY

FSIA000020