# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **Powerhouse Automotive** (transferor's name, print) state that the odometer now reads **131636** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.   WARNING—ODOMETER DISCREPANCY.

Make **Ford**  
Model **F150 SuperCrew Cab**  
Body Type **Pickup**  

Vehicle Identification Number **1FTFW1ET2CFA12718**  
Year **2012**  
Date of Statement **5/25/2020**

eSigned By: *Alex Reyes* — May 25, 2020 11:43:19 AM PDT  
(Transferor's Signature)

eSigned By: *Gabriel Haddon* — May 25, 2020 11:45:07 AM PDT  
eSigned By: *Maria Haddon* — May 25, 2020 11:47:03 AM PDT  
(Transferee's Signature)

Gabriel Luc Haddon and Maria Haddon  
(Printed Name)

**TRANSFEROR'S NAME AND ADDRESS**  
Powerhouse Automotive  
(Printed Name)  
10333 Woodberry Rd  
(Street or Address)  
Tampa | FL | 33619  
(City) | (State) | (Zip)

**TRANSFEREE'S NAME AND ADDRESS**  
Gabriel Luc Haddon and Maria Haddon  
(Printed Name)  
3532 Braemar St  
(Street or Address)  
Land O Lakes | FL | 34638  
(City) | (State) | (Zip)

**EXHIBIT**  
Ex. F Franklyn Strusberg 4-23-24

Odometer Disclosure Statement  
Bankers Systems™  
Wolters Kluwer Financial Services © 1989, 2007

ODS 4/24/2007

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian,