# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

*New Tag*

**CHECK APPLICATION TYPE:** ORIGINAL ☐  TRANSFER ☐  **VEHICLE TYPE:** ☒ MOTOR VEHICLE  MOBILE HOME ☐  VESSEL ☐  **OFF-HIGHWAY VEHICLE:** ATV ☐  ROV ☐

### 1. OWNER / APPLICANT INFORMATION

- Are you a Florida resident? ☒ yes ☐ no  Co-Owner: ☐ yes ☐ no
- Are you an alien? ☐ yes ☒ no  ☐ yes ☐ no

OR ☐  AND ☒

- Owner's Name: Gabriel Luc Haddon
- Owner's Email: VALHADDON2@GMAIL.COM
- Date of Birth: 3/26/1999
- Sex: M
- FL DL: H350292991066

- Co-Owner's Name: Maria Haddon
- Co-Owner Email: VALHADDON2@GMAIL.COM
- Date of Birth: 1/12/1967
- Sex: F
- FL DL: H350540675127

- Owner's Mailing Address: 3532 Braemar St
- City: Land O Lakes
- State: FL
- Zip: 34638

- Co-Owner's Mailing Address: 3532 Braemar St
- City: Land O Lakes
- State: FL
- Zip: 34638

- Physical Street Address: 3532 Braemar St
- City: Land O Lakes
- State: FL
- Zip: 34638

### 2. MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

- VIN: 1FTFW1ET2CFA12718
- Make: Ford
- Year: 2012
- Body: Pickup
- Color: Sil
- Previous State: TX
- License Plate: New
- Weight: 5615
- GVW/LOC: 7200

### 3. BRANDS, USAGE AND TYPE
☒ PRIVATE USE

### 4. LIENHOLDER INFORMATION

- DMV Account #: 0201803682
- Date of Lien: 5/25/2020
- Lienholder's Name: Westlake Financial
- Email: wfscustomerservice@westlakefinancial
- Address: PO Box 997592
- City: Sacramento
- State: CA
- Zip: 95899-7592

### 5. TRANSFER TYPE
☒ SALE  DATE ACQUIRED: 05/25/2020

### 6. ODOMETER DECLARATION
☒ 6 DIGIT ODOMETER NOW READS: 131,636  DATE READ: 05/25/2020
☒ 1. REFLECTS ACTUAL MILEAGE

### 7. DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION

- FLORIDA SALES TAX REGISTRATION NUMBER: 39-8017694423-2
- DATE OF SALE: 5/25/2020
- DEALER LICENSE NUMBER: VI1128009-1
- AMOUNT OF TAX: 1417.82

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov   10529   FSIA000034