SCAN TRANSACTION NUMBER  539994090

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES – DIVISION OF MOTORIST SERVICES
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

## POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME OR VESSEL

5/25/2020
(Date)

I/We hereby name and appoint, __Don Hall__, to be my/our
(Full Legibly Printed Name is Required)

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home or vessel described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

CHECK ONE:   ☒ Motor Vehicle   ☐ Mobile Home   ☐ Vessel

| Year | Make/Manufacturer | Body Type | Title Number |
|---|---|---|---|
| 2012 | Ford F150 SuperCrew Cab | Pickup | |

Vehicle/Vessel Identification Number
1FTFW1ET2CFA12718

**NOTICE TO OWNER(S): COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.**

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_/s/ Gab___                           Gabriel Luc Haddon
(Signature of Owner "Grantor")        (Legibly Printed Name of Owner "Grantor")
                                      3/26/1999
(Driver License, Identification Card or FEID Number for Owner)  (Date of Birth for Owner, if applicable)

3532 Braemar St           Land O Lakes    FL       34638
(Owner's Address)         (City)          (State)  (Zip)

_/s/_                                 Maria Haddon
(Signature of Co-Owner "Grantor," if applicable)   (Legibly Printed Name of Co-Owner "Grantor," if applicable)
                                      1/12/1967
(Driver License, Identification Card or FEID Number for Co-Owner)  (Date of Birth for Co-Owner, if applicable)

3532 Braemar St           Land O Lakes    FL       34638
(Co-Owner's Address)      (City)          (State)  (Zip)

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the buyer only or the seller only. However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for the purpose of disclosing the odometer reading. This may be accomplished only with the secure power of attorney (HSMV 82995) when:
(a)   the title is physically being held by the lienholder; or
(b)   the title is lost.

NOTE: A licensed dealer and his/her employees are considered a single entity.

Check your local phone book government pages or visit the following website for current mailing addresses:
http://www.flhsmv.gov/offices/

HSMV 82053 (Rev. 12/11) S          www.flhsmv.gov

**EXHIBIT**
Ex. H Franklyn Strusberg 4-23-24

Plaintiff's_Resp_FS_RFP018