SCAN TRANSACTION NUMBER 539994086

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

FRANCISCO HERRERA ESCOBEDO
11119 ACUFF STATION
SAN ANTONIO, TX 78254

9905310

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

144973339

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK |

TITLE/DOCUMENT NUMBER: 01541843520093008
DATE TITLE ISSUED: 03/06/2019

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| F-1 | | 5400 | JCV3889 |

PREVIOUS OWNER: CHER SHANE ULANDAY HUNT TX
ODOMETER READING: 201150

OWNER:
FRANCISCO HERRERA ESCOBEDO
11119 ACUFF STATION
SAN ANTONIO, TX 78254

REMARK(S): ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: NONE    1ST LIENHOLDER
1ST LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN    2ND LIENHOLDER
2ND LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN    3RD LIENHOLDER
3RD LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE
SIGNATURE _____ DATE
SIGNATURE _____ DATE

FORM 30-C REV. 05/2016    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

**EXHIBIT**
Ex. I Franklyn Strusberg 4-23-24

SCAN TRANSACTION NUMBER 539994087

- Whenever you sell or trade in a vehicle, be sure to protect yourself by filing the Vehicle Transfer Notification online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.

144973339

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**
- Name of Purchaser: MCCOMBS FORD WEST, 7111 N.W. LOOP 410, SAN ANTONIO, TX 78238
- Odometer Reading: 131621
- Date of Sale: 3/31/20
- Printed Name: Francisco Herrera Escobedo
- Buyer Printed Name: Sally Gomez

**FIRST REASSIGNMENT DEALER ONLY**
- Name of Purchaser: Auto Deal Corp, 7611 NW 7th Ave Unit 126, Miami, FL 33150
- Odometer Reading: 131628
- Date of Sale: 04-14-2020
- Dealer's Name: McCombs Ford West
- Dealer No.: 75775
- Buyer Printed Name: Juliana

**SECOND REASSIGNMENT DEALER ONLY**
- Name of Purchaser: Powerhouse Automotive, 10333 Woodberry Rd, Tampa, FL 33619
- Odometer Reading: 131630
- Date of Sale: 5-15-20
- Dealer's Name: Auto Deal Corp
- Dealer No.: VI1023695
- Buyer Printed Name: Juliana A / Franklyn Strusberg

**THIRD REASSIGNMENT DEALER ONLY**
- Name of Purchaser: Gabriel Luc Haddon and Maria Haddon, 3532 Braeman St, Lanoolakes, FL 34639
- Odometer Reading: 131636
- Date of Sale: 5-25-20
- Dealer's Name: Powerhouse Automotive
- Dealer No.: B1128009-1
- Printed Name: Franklyn Strusberg
- Buyer Printed Name: Gabriel Luc Haddon and Maria Haddon By Poa Don Hall

LIEN: LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)