

**EXHIBIT**

Ex. L Franklyn Strusberg 4-23-24

P: 954.321.0507
F: 954.697.0357
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

**POWERHOUSE AUTOMOTIVE**
10333 Woodberry Road
Tampa, FL 33619
**VIA USPS PRIORITY MAIL**: 9405503699300438683775

**WESTLAKE FINANCIAL SERVICES, INC.**
4751 Wilshire Boulevard, Suite 100
Los Angeles, CA 90010
**VIA USPS PRIORITY MAIL**: 9405503699300438647722

December 21, 2022

  *Re*:  Consumer: **GABRIEL HADDON**
      Vehicle: 2012 Ford F150 SuperCrew Cab
      VIN:    █████████████████2718

## DEMAND FOR VIOLATIONS OF THE
## MOTOR VEHICLE AND INFORMATION COST SAVINGS ACT

To Whom It May Concern:

As you are aware, this office represents GABRIEL HADDON (hereinafter the "Plaintiff") regarding claims POWERHOUSE AUTOMOTIVE, located at 10333 Woodberry Road, Tampa, FL 33619 (hereinafter the "Dealer" or the "Dealership"), arising under the Motor Vehicle and Information Cost Savings Act, formerly known as the Federal Odometer Act, stemming from the purchase of the above referenced vehicle (hereinafter the "Vehicle").

Congress passed the Motor Vehicle and Information Cost Savings Act to prevent fraud in the sale of motor vehicles. The two main ways in which a person transferring a motor vehicle can violate the Act are (1) tampering with the odometer -- the classic odometer "rollback" -- and (2) failing to obtain the buyer's signature on the title certificate which discloses the odometer reading, in connection with the sale. This basis of the Plaintiff's claims against the Dealership are founded primarily on the Dealership's violation of the Act's disclosure requirements, not on a claim of tampering.

As explicated in the Fla. Stat. 501.98 Demand Letter sent on even date herewith, the Dealership failed to provide the Plaintiff with the actual title certificate, for examination and signature, as required by the Federal Motor Vehicle Information and Cost Savings Act, 49 U.S.C. §32705, and the regulations promulgated thereunder, including 49 C.F.R. §580.5. In this way, the Dealership was able to hide and conceal from the Consumer the



P: 954.321.0507
F: 954.697.0357
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

vehicle's mileage history.

Instead of complying with federal and state law, the Dealership had the Plaintiff sign a power of attorney form and application for certificate of title. This tactic was designed to prevent the Plaintiff from seeing the Vehicle title, so that he would not discover the Vehicle's mileage was misrepresented to be much less than it actually was, and worth vastly less than he had agreed to pay. The Dealership deliberately deceived the Plaintiff through oral and written misrepresentations with the express intent to defraud. As a result of the Dealership's acts, omissions and misrepresentations, the Plaintiff has been damaged.

Pursuant to 49 U.S.C. §32710, a person that violates this chapter or a regulation prescribed or order issued under this chapter, with intent to defraud, is liable for 3 times the actual damages or $10,000.00, whichever is greater.

## Good-Faith Settlement Demand

In light of the foregoing, my Client is willing to amicably resolve this matter without the need for protracted litigation and attorney's fees and demands the following:

a. Payment of $10,000.00 in statutory damages arising under 49 U.S.C. §32710; and,
b. Reasonable attorney's fees and costs in an amount to be determined.

In exchange, Plaintiff will release Dealership and its employees, sureties, agents, principles, and insurers from liability for damages under 49 U.S.C. §32710 in connection with the above-described transaction. This offer of resolution is reasonable given your liability in this situation.

We will look forward to hearing from you regarding the Plaintiff's dispute. **Please respond in writing within 30 days from the date of receipt of this letter or else we will be forced to proceed accordingly.**

Sincerely,

**Joshua Feygin, Esq.**
1930 Harrison Street
Suite 208F
Hollywood, FL 33020
T. 954-228-5674

1930 Harrison Street, Suite 208, Hollywood, Florida 33020



P: 954.321.0507
F: 954.697.0357
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

F. 954-697-0357
E. Josh@sueyourdealer.com
www.sueyourdealer.com

Cc:
**GABRIEL LUC HADDON**

Encl:
As indicated

1930 Harrison Street, Suite 208, Hollywood, Florida 33020