# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION   *New Tag*
### SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

**CHECK APPLICATION TYPE:** ☐ ORIGINAL  ☐ TRANSFER   **VEHICLE TYPE:** ☒ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL   **OFF-HIGHWAY VEHICLE:** ☐ ATV  ☐ ROV  ☐ MC

## 1. OWNER / APPLICANT INFORMATION

- Customer Number: (blank)
- Check this box if you are requesting the certificate of title to be printed: ☐
- Are you a Florida resident? Owner: ☒ yes ☐ no   Co-Owner: ☐ yes ☐ no
- Are you an alien? Owner: ☐ yes ☒ no   Co-Owner: ☐ yes ☐ no
- Unit Number: (blank)
- Fleet Number: (blank)

☐ OR  ☒ AND   NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."

If applicable: ☐ Life Estate/Remainder Person  ☐ Tenancy By the Entirety  ☐ With Rights of Survivorship   ☒ Owner's County of Residence: _____

| Field | Value |
|---|---|
| Owner's Name | Gabriel Luc Haddon |
| Owner's Email Address | VALHADDON2@GMAIL.COM |
| Date of Birth | 3/26/1999 |
| Sex | M |
| FL Driver License # | H350292991060 |
| Co-Owner's Name | Maria Haddon |
| Co-Owner Email | VALHADDON2@GMAIL.COM |
| Date of Birth | 1/12/1967 |
| Sex | F |
| FL Driver License # | H350540675120 |
| Owner's Mailing Address | 3532 Braemar St |
| City | Land O Lakes |
| State | FL |
| Zip | 34638 |
| Co-Owner's Mailing Address | 3532 Braemar St |
| City | Land O Lakes |
| State | FL |
| Zip | 34638 |
| Owner's/Lessee's Physical Street Address | 3532 Braemar St |
| City | Land O Lakes |
| State | FL |
| Zip | 34638 |

## 2. MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Field | Value |
|---|---|
| Vehicle/Vessel Identification Number | 1FTFW1ET2CFA12718 |
| Make/Manufacturer | Ford |
| Year | 2012 |
| Body | Pickup |
| Color | S/ |
| Florida Title Number | (blank) |
| Previous State of Issue | TX |
| License Plate or Vessel Registration Number | New |
| Weight | 5615 / 5400 |
| GVW/LOC | 7200 |

## 3. BRANDS, USAGE AND TYPE

☒ PRIVATE USE

## 4. LIENHOLDER INFORMATION

- CHECK IF ELT CUSTOMER: ☐
- FEID #: 0201803682
- Date of Lien: 5/25/2020
- Lienholder's Name: Westlake Financial
- Lienholder's Email Address: wfscustomerservice@westlakefinancial
- Lienholder's Address: PO Box 997592
- City: Sacramento
- State: CA
- Zip: 95899-7592

## 5. TRANSFER TYPE

☒ SALE   DATE ACQUIRED: 05/25/2020

## 6. ODOMETER DECLARATION

I/WE STATE THAT THIS ☒ 6 DIGIT ODOMETER NOW READS: **1 3 1 , 6 3 6** .XX (NO TENTHS) MILES, DATE READ 05/25/2020

☒ 1. REFLECTS ACTUAL MILEAGE.

## 7. DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION

| Florida Sales Tax Registration Number | Date of Sale | Dealer License Number | Amount of Tax |
|---|---|---|---|
| 39-8017694423-2 | 5/25/2020 | VF1128009-1 | 1417.82 |

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov   6529

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **1FTFW1ET2CFA12718** (Vehicle Identification Number)

DATE: 5/25/2020
SIGNATURE: [signed]
PRINTED NAME: Franklyn Strusberg

Law Enforcement Officer or Florida Dealer/Agency Name: **Powerhouse Automotive**      Badge # or Florida Dealer #: **1128009**     Notary Stamp or Seal

FL DMV/Tax Collector Employee _____     Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ (Print, Type or Stamp)     NOTARY'S SIGNATURE _____

| 9 | SALES TAX EXEMPTION CERTIFICATION |

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE     CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE   ☐ MOBILE HOME   ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL     SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason:  ☐ INHERITANCE  ☐ GIFT
☐ DIVORCE DECREE   ☐ TRANSFER BETWEEN A MARRIED COUPLE   ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")
☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☒ OTHER: (EXPLAIN) **Body "TK" Weight 5400.**

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER): [signed]     Date: 5/25/2020
SIGNATURE OF APPLICANT (CO-OWNER): [signed]     Date: 5/25/2020

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |

The undersigned person(s) state(s) as follows: That _____ (Name of Deceased) died on _____ (Date)
☐ testate (with a will)     ☐ intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)     Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

**Gabriel Luc Haddon and Maria Haddon**
Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15     RULE 15C-21.001, FAC