Gabriel Luc Haddon v. FS Investments of America, Inc., et al., Case No. 8:23-cv-00709

## CERTIFICATE OF AUTHENTICATION OF RECORDS

COUNTY OF WILLIAMSON                )
                                    ) .ss
STATE OF TENNESSEE                  )


I, Jenna A. Mathews, hereby certify and affirm that I am over the age of eighteen (18) and the duly authorized custodian of the attached records for Manheim Remarketing, Inc. ("Manheim"), and that I have the authority to certify that:

a)      the records attached and bates numbered **MRI_000001 - MRI_000039** are true and accurate copies of the original records requested and reflect all available records;

b)      no documents have been withheld in order to avoid their being copied;

c)      to the best of my knowledge,

    i.      all such records were prepared or compiled by personnel of Manheim or given to personnel of Manheim to be copied in the ordinary course of business, at or near the time of the acts, conditions or events recorded;

    ii.     the records attached were made by, or from information transmitted by, a person with personal knowledge;

    iii.    the records attached were kept in the ordinary course of a regularly conducted business activity; and,

    iv.     it is the regular practice of this business to make the attached records.

I certify that the foregoing is true and correct to the best of my knowledge. This certificate is given in lieu of the personal appearance of the undersigned.

Dated: October 16, 2023


*Jenna Mathews*

_____
RECORDS CUSTODIAN FOR
Manheim Remarketing, Inc.





MRI_000002

**5264057**
## AUTO DEAL CORP
Legal Name  AUTO DEAL CORP

**Business Address**      **Mailing Address**

7611 NW 7TH AVE UNIT 126
MIAMI FL 33150
ANDRESCARSALES@GMAIL.COM
O (954) 530-5207

| | | | |
|---|---|---|---|
| **Sale Date** **APR 11 2020** | **2012 Ford F-150 XLT** <br> 1FTFW1ET2CFA12718 <br> 131,628 mi <br> Silver/GRY <br> CR  2.8 | Facilitating Location <br> **TX - Manheim San Antonio** <br> OVE, 2020-16-92-1 <br> **Bill of Sale** (PDF) |  |

## Services

| | |
|---|---|
| PSI | Not eligible |
| Transportation | Not Eligible |
| DealShield | -- |

## Arbitration

| | |
|---|---|
| Outcome | Not Arbitrated |

## Vehicle Release

| | |
|---|---|
| Status | Apr 14, 2020 <br> **Manheim San Antonio** <br> 2042 Ackerman Rd <br> San Antonio, TX 78219-3016 <br> (210) 661-4200 |

## Title

| | |
|---|---|
| Status | Shipped Apr 28, 2020 |
| Image | **View Title** |
| Tracking Info | USPS |
| Delivery | Shipped To <br> **AUTO DEAL CORP** <br> 290 191ST ST <br> SUNNY ISLES BEACH, FL 33160 <br> USA <br> 7863339730 <br> MARTIN SANTESSI |

## Charges

| | |
|---|---|
| Total* | **$9,375.00** |
| Unpaid Charges | **$0.00** |
| Balance | **$0.00** |

| Invoice <br> **30832506** (PDF) | **Paid** <br> Withdrawal - TD BANK, NA \|\| XXXXXX1322 |
|---|---|

| Date | Description | (Credits)/Charges |
|---|---|---|
| Apr 11, 2020 | TRUCK | $9,200.00 |
| Apr 11, 2020 | BUYER SUCCESS FEE | $175.00 |

Invoice History ▾

* Taxes included

** A late fee will be added, where applicable, to all past due invoices, subject to details in the **Manheim Terms & Conditions**

 InSight Condition Report

## 2012 Ford F-150 4WD SuperCrew 145" XLT

1FTFW1ET2**CFA12718** • 131,628mi

Four Wheel Drive • 3.5L V6 Cylinder Engine • Gas • A/T • Hard Top • Leather

Lane/Run   N/A        Facilitation Manheim San Antonio        Seller        MCCOMBS FORD WEST



 Condition Details

 No Structural Damage

 Prior Paint

 Tires

 View Report

 Drivable        Starts        No Odor        Keys 2 | Fobs 0        Title? (No Data)

### Announcements
No Announcements

### High Value Options
- Fog Lamps
- Integrated Turn Signal Mirrors
- Power Driver Seat
- Privacy Glass
- Running Boards/Side Steps
- Tire Pressure Monitor

### Condition Details



None ● ● ● Severe



● Structural Issue

### Exterior (22)

| Description | Condition | Status | Image | Additional Info |
|---|---|---|---|---|
| ● Front Bumper Cover | Chipped | | | |

**MRI_000004**

| Description | Condition | Status | Image | Additional Info |
|---|---|---|---|---|
| 🟠 **F Metal Bumper Chrome** | Dent/No Paint Dmg | |  | |
| 🟡 **Hood** | Prev Repair | | | |
| 🟡 **LF Door** | Mult Dents/No Paint Dmg | | | |
| 🟡 **LF Fender** | Mult Dents/No Paint Dmg | | | |
| 🟡 **LF Fender** | Prev Repair | | | |
| ⚫ **LF Wheel** | After Market | | | |
| 🟡 **LF Center Cap** | Missing | | | |
| 🟡 **L Bed Side** | Mult Dents/No Paint Dmg | | | |
| 🟡 **LR Door** | Chipped | | | |
| 🟡 **LR Door** | Dent/No Paint Dmg | | | |
| 🟠 **L Cab Corner Panel** | Heavy Mult Scratches | | | |
| ⚫ **LR Wheel** | After Market | | | |
| 🟡 **LR Center Cap** | Missing | | | |
| 🟡 **Tailgate** | Mult Dents/No Paint Dmg | | | |
| ⚫ **RR Wheel** | After Market | | | |
| 🟠 **R Headlight** | Cracked | |  | |
| 🟠 **R Bed Side** | Heavy Mult Scratches | |  | |
| 🟡 **R Bed Side** | Mult Dents/No Paint Dmg | | | |
| 🟡 **RF Door** | Mult Dents/No Paint Dmg | | | |
| ⚫ **RF Wheel** | After Market | | | |
| 🟠 **Inside Bed** | Heavy Mult Scratches | |  | |

Interior (5)

| Description | Condition | Status | Image | Additional Info |
|---|---|---|---|---|
| 🟡 **LF Seat Adjustment Handle Trim** | Broken | | | |
| 🟠 **RR Seat Cushion** | Worn | | | |
| 🟠 **RF Seat** | Worn | | | |
| 🟡 **Console Cover** | Worn | | | |
| 🟡 **Headliner** | Stained | | | |

### Structure (0)

No structural condition items were reported

### Other (0)

No other condition items were reported

### Tires & Wheels

Wheels   Aluminum



| | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
| | Cooper | Cooper | Cooper | Cooper | (Compact) |
| | **9/32″** | **10/32″** | **7/32″** | **7/32″** | **N/A** |
| | 305/70R18 | 305/70R18 | 305/70R18 | 305/70R18 | |

- 🟢 6/32 +
- 🟡 5/32 to 4/32
- 🔴 < 4/32
- 🔵 N/A

### History



| No. of Historical Events | 45 |
|---|---|
| Last Reported Event Date | 06/27/2022 |
| Calculated Owners | 4 |
| Last Reported Mileage | 149,913 |
| Calculated Accidents | 1 |

| Title and Problem Check | ✅ Vehicle checks out! |
|---|---|
| Odometer Check | 🛑 Odometer problem reported |
| Use and Event Check | 🟡 Vehicle Use or Event information available |
| AutoCheck Buyback Protection | ✅ Qualifies |

**CARFAX**   [View CARFAX](#)

### Details

| Exterior Color | Silver | MSRP | $40,930 | Received Date | 04/08/2020 | Work Order | 2876454 | Org Mfg Basic Warranty |
|---|---|---|---|---|---|---|---|---|

Exterior Color
Silver

Interior Color
Gray

Top Type
Hard Top

MSRP
$40,930

Title State
TX

Title Received
04/28/2020

Received Date
04/08/2020

Inspection Location
Manheim San Antonio

Work Order
2876454

In Service Date
--

Org Mfg Basic Warranty
*3 Years/36,000 MILES
*Manheim is not responsible for voided warranties

### Equipment

#### Manufacturer Info

#### Manufacturer Package Information

*Information set forth herein is based solely on information provided by the vehicle manufacturer at the time of manufacture and may not be accurate or complete. Manheim has not undertaken steps to confirm the accuracy of any such information, and any information disclosed herein is provided "as is".*

**MRI_000006**

## Packages

### Trailer Tow Pkg - 535

- Class Iv Trailer Hitch Receiver
- 7-Pin Wiring Harness
- Upgraded Radiator
- Aux Trans Oil Cooler
- Selectshift Trans *Required For Towing Over 5000 Lbs*

### Xlt Convenience Pkg - 61C

- Pwr Heated Side Mirrors W/Turn Signals/Drivers Auto-Dimming Function
- Auto-Dimming Rearview Mirror
- Pwr Adjustable Pedals
- Sync Voice Activated Communications & Entertainment System
- Bluetooth Capability
- USB Port
- Audio Input Jack
- 911 Assist
- Vehicle Health Report
- 4.2" Lcd Cluster
- Leather-Wrapped Steering Wheel
- Steering Wheel Controls
- 6-Way Pwr Driver Seat (Req: 535 Trailer Tow Pkg Or 60P Max Trailer Tow Pkg) *Auto-Dimming Rearview Mirror Not Included When 60P Is Ordered*

### Xlt Chrome Pkg - 86X

- 5" Chrome Running Boards
- Chrome Exhaust Tip
- Chrome Door Handles W/Black Bezels
- P275/65R18 All-Terrain Owl Tires
- 18" Chrome Aluminum Wheels
- Chrome Billet-Style Grille
- Chrome Front Tow Hooks (Req: 61C Xlt Convenience Pkg) (Req: 535 Trailer Tow Pkg Or 60P Max Trailer Tow Pkg)

## Equipment

- Steel Gray, Premium Cloth 40/20/40 Split Bench Front Seat
- Front License Plate Bracket
- 5" Chrome Running Boards
- 6-Speed Electronic Automatic Transmission W/Od & Tow/Haul Mode
- Tailgate Step
- Trailer Brake Controller
- 3.5L V6 Ecoboost Engine
- P275/65R18 All-Terrain Owl Tires
- 3.31 Axle Ratio
- Xlt Series Order Code
- Ingot Silver Metallic

## Options

### Interior

- 60/40 flip-up rear split bench seat
- 4-way adjustable front seat headrests
- Color-coordinated carpet -inc: carpeted front/rear floor mats
- Driver & front passenger door scuff plates
- Color-coordinated urethane steering wheel
- Tilt steering column
- Gauges -inc: fuel gauge, voltmeter, oil pressure, engine coolant temp, speedometer, tachometer, odometer
- Display center -inc: warning messages &
- text functions
- Customer info display
- Outside temp gauge
- Pwr 1st & 2nd row windows w/driver 1-touch down
- Delayed accessory pwr
- Pwr door locks w/autolock feature
- Perimeter alarm
- Remote keyless entry w/integrated key transmitter, illuminated entry & panic button
- Cruise control
- SecuriLock anti-theft ignition (PATS)
- Manual air conditioning
- Chrome ring w/obsidian vanes air
- conditioning registers
- Deployable cupholder under middle seat
- Rear door cupholders
- Instrument panel mounted cigar lighter
- Front pwr point
- Rear pwr point
- Compass
- Overhead console w/(2) storage bins
- Driver & front passenger covered visor vanity mirrors
- Front passenger side A-pillar grab handle
- 2nd row B-pillar grab handles
- Front/rear map lights
- Fade-to-off interior lighting

### Exterior

- Full-size spare tire w/lock, under frame winch-type carrier, safety catch
- Chrome front bumper w/black lower valance & molded-in-color upper fascia
- Chrome front/rear step bumper
- Black front/rear stone cuffs
- Chrome grille surround w/chrome "bar style" insert
- Autolamp -inc: automatic on/off headlamps
- Cargo lamp integrated w/high mount stop light
- Fog lamps
- Black pwr side mirrors
- Fixed rear window
- Rear privacy tint glass
- Variable speed intermittent wipers
- Black door & tailgate handles
- (4) full-size doors
- Removable tailgate w/key lock & lift assist

### Entertainment

- AM/FM stereo w/CD/MP3 player -inc: clock, aux audio input jack

### Mechanical

- 3.55 axle ratio (REQ: 99F Engine)
- 4-wheel drive -inc: electronic-shift-on-the fly (ESOF)
- 78-amp/hr (750CCA) maintenance-free battery
- Trailer sway control
- (2) front tow hooks
- 5.5' pickup box
- Four-wheel-down towing
- (4) pickup box tie-down hooks
- 7350# GVWR, 1700# maximum payload
- Long-spindle double wishbone front suspension w/coil-over-shock IFS
- Leaf spring rear suspension w/2-stage variable rear springs
- Gas shock absorbers
- Pwr rack & pinion steering
- Pwr front/rear disc brakes
- Easy Fuel capless fuel filler system
- 2-ton jack

### Safety/Security

- Anti-lock braking system (ABS)
- AdvanceTrac w/roll stability control (RSC)
- Hill start assist
- Dual stage driver & passenger front airbags
- Dual stage driver & front passenger seat-mounted side airbags
- Safety Canopy front/rear outboard side curtain airbags
- MyKey system -inc: top speed limiter, audio volume limiter,

MRI_000007

early low fuel warning, programmable sound chimes, Beltminder w/audio mute
- SOS post crash alert system

- Outboard front lap & shoulder safety belts - inc: height adjusters, pretensioners, energy management retractors
- Center front 2-point safety belt

- 3-point safety belts at all rear seat positions
- Auto lock safety belt feature for child seats
- Tire pressure monitoring system
- Dual note horn

## Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Auxiliary Audio Input
- CD Player
- Cruise Control
- Driver Adjustable Lumbar
- Driver Air Bag
- Driver Vanity Mirror

- Engine Immobilizer
- Floor Mats
- Fourth Passenger Door
- Front Head Air Bag
- Front Reading Lamps
- Front Side Air Bag
- Heated Mirrors
- Intermittent Wipers
- Keyless Entry
- Leather Steering Wheel
- MP3 Player

- Pass-Through Rear Seat
- Passenger Air Bag
- Passenger Vanity Mirror
- Power Door Locks
- Power Mirror(s)
- Power Outlet
- Power Steering
- Power Windows
- Rear Bench Seat
- Rear Floor Mats
- Rear Head Air Bag

- Rear Reading Lamps
- Security System
- Split Bench Seat
- Stability Control
- Steering Wheel Audio Controls
- Third Passenger Door
- Tow Hooks
- Traction Control
- Transmission Overdrive Switch
- Variable Speed Intermittent Wipers

## Interior

- Leather
- Odometer Operable

## Mechanical

- 3.5L Turbocharged
- ABS Brakes
- Automatic Transmission
- Four Wheel Drive
- Gasoline Fuel
- V6 Cylinder Engine

## Keys

- Combo - 2

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade® Condition Score. The use of the report and any AutoGrade Condition Score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This AutoGrade Condition Score was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Condition Details diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,230,362

**VIN: 1FTFW1ET2CFA12718,**
**Work Order: 2876454**

© 2023 Manheim. All Rights Reserved. AutoGrade and the G logo are trademarks of Cox Automotive, Inc.

Return to the classic CR





MRI_000010



MRI_000011



MRI_000012







MRI_000015



MRI_000016





MRI_000018



MRI_000019





MRI_000021





MRI_000023





**Manheim San Antonio**
**2042 Ackerman Rd**
**San Antonio, TX 78219-3016**
**210.661.4200**

## VEHICLE DETAILS - 2012 FORD F150 4X4 CR XLT

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 1FTFW1ET2CFA12718 | Body Style: | CREW | Top Type: | Hard Top |
| Ext Color: | SILVER | Int Color: | GRY | Odometer: | 131,628 |
| Work Order: | 2876454 | Seller: | MCCOMBS FORD WEST | Received Date: | 04/08/2020 |
| Sale Number: | 16 | Lane Number: | 92 | Run Number: | 1 |
| Inspector: | SMILLIGAN1 04/09/2020 | InService Date: | N/A | | |



### GRADING



Auto Grade

**Grade 2.8  Below Average**
- **MSRP**-Not Available
- **Engine Starts**-Yes
- **Drivable**-Yes

*Process protected under U.S. Patent No. 8,230,362

### VALUE ADDED OPTIONS

- Auxiliary Audio Input
- Heated Mirrors
- Leather Seats
- MP3 Compatible Stereo

## VEHICLE INFORMATION

### OPTIONS

- A/C
- Automatic Headlights
- Auxiliary Pwr Outlet
- CD Player
- Cruise Control
- Driver Adjustable Lumbar
- Driver Air Bag
- Driver Vanity Mirror
- Dual Air Bags
- Electrochromatic Rearview Mirror
- Electronic Stability Control
- Engine Immobilizer
- Fog Lamps
- Fourth Passenger Door
- Front Floor Mats
- Front Head Air Bag
- Front Reading Lamps
- Front Side Air Bag
- Front Tow Hooks
- Intermittent Wipers
- Keyless Entry
- Leather Steering Wheel
- Owner's Manual
- Pass-Through Rear Seat
- Passenger Vanity Mirror
- Power Locks
- Power Mirrors
- Power Windows
- Pwr Seats - Drivers Only
- Pwr Steering
- Quick Charge Port
- Rear Bench Seat
- Rear Floor Mats
- Rear Head Air Bag
- Rear Reading Lamps
- Running Boards / Side Steps
- Security System
- Side Air Bags
- Split Bench Seat
- Steering Wheel Audio Control
- Third Passenger Door
- Tilt Steering
- Tilt Steering Wheel
- Tinted Windows
- Tire Pressure Monitor System
- Traction Control
- Transmission Overdrive Switch
- Turbocharged
- Turn Signal Mirrors
- Variable Speed Intermittent Wi
- Warranty Books

### MECHANICAL

- 6 Cylinder Gas Turbo
- Automatic w O/D
- 4X4
- Anti-lock Brakes
- Automatic Transmission
- 3.5 L

### INTERIOR

- Odometer - Digits Analog -Operable
- Int Odor: OK
- Leather

Feedback

**MRI_000024**

## TIRES AND WHEELS

**Tire Condition:**                    **Wheels:** Alloy

| Tire | Tread Depth | Brand | Size |
|------|-------------|-------|------|
| Left Front: | 9/32" | Cooper | 305/70R18 |
| Left Rear: | 7/32" | Cooper | 305/70R18 |
| Right Front: | 10/32" | Cooper | 305/70R18 |
| Right Rear: | 7/32" | Cooper | 305/70R18 |
| Spare: | N/A | (Mini) | N/A |

## KEYS

- Combo Key - 2

## OTHER

- Title State: TX
- Title Received Date: 04/28/2020

## ADDITIONAL INFORMATION

From DX: dlr#: 5014051; 2020-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

Feedback

**MRI_000025**

**CHARGEABLES**

| HIDE | | | ITEM DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL COST | REPAIRED |
|---|---|---|---|---|---|---|---|---|
| PIC | LINE | | | | | | LABOR HOURS | |

**NON-CHARGEABLES AND ADDITIONAL IMAGES**

| HIDE | | | ITEM DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL COST | REPAIRED |
|---|---|---|---|---|---|---|---|---|
| PIC | LINE | | | | | | LABOR HOURS | |
| ☐ | ☐ | 0000 | Overall Picture-FRONT/LFT FRNT | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0000 | Overall Picture-REAR/RGT REAR | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0000 | Overall Picture - Interior | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0000 | Overall Picture - Dash | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0000 | Overall Picture - Odometer | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0000 | Overall Picture VIN/ID Sticker | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0000 | Overall Picture - Cargo Area | Overall Picture | | | .00 | $.00 | ☐ |
| ☐ | ☐ | 0021 | Front Bumper Cover | Chipped | 7 | Paint Chip Repair | .00 | $.00 | ☐ |
| ☐ | ☐ | 0021 | F Metal Bumper Chrome | Dent/No Paint Dmg 3" to 4" | | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0042 | R Headlight | Cracked | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0050 | Hood | Prev Repair | Acceptable | No Action Required | .00 | $.00 | ☐ |
| ☐ | ☐ | 0110 | LF Fender | Mult Dents/No Paint Dmg | PDR/4 | PDR | .00 | $.00 | ☐ |
| ☐ | ☐ | 0110 | LF Fender | Prev Repair | Acceptable | No Action Required | .00 | $.00 | ☐ |
| ☐ | ☐ | 0120 | LF Wheel | After Market | Acceptable | No Action Required | .00 | $.00 | ☐ |
| ☐ | ☐ | 0120 | LF Center Cap | Missing | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0130 | LF Door | Mult Dents/No Paint Dmg | PDR/3 | PDR | .00 | $.00 | ☐ |
| ☐ | ☐ | 0160 | LR Door | Chipped | 4 | Paint Chip Repair | .00 | $.00 | ☐ |
| ☐ | ☐ | 0160 | LR Door | Dent/No Paint Dmg | PDR/1 | PDR | .00 | $.00 | ☐ |
| ☐ | ☐ | 0180 | L Bed Side | Mult Dents/No Paint Dmg | PDR/2 | PDR | .00 | $.00 | ☐ |
| ☐ | ☐ | 0180 | L Cab Corner Panel | Heavy Mult Scratches | 4 | Refinish | .00 | $.00 | ☐ |
| ☐ | ☐ | 0190 | LR Wheel | After Market | Acceptable | No Action Required | .00 | $.00 | ☐ |
| ☐ | ☐ | 0190 | LR Center Cap | Missing | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0221 | Tailgate | Mult Dents/No Paint Dmg | PDR/3 | PDR | .00 | $.00 | ☐ |
| ☐ | ☐ | 0221 | Inside Bed | Heavy Mult Scratches | 10 or More | Install/Bedliner | .00 | $.00 | ☐ |
| ☐ | ☐ | 0320 | RF Wheel | After Market | Acceptable | No Action Required | .00 | $.00 | ☐ |
| ☐ | ☐ | 0330 | RF Door | Mult Dents/No Paint Dmg | PDR/3 | PDR | .00 | $.00 | ☐ |

Feedback

**MRI_000026**

| HIDE | PIC | LINE | ITEM DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL LABOR HOURS | COST | REPAIRED |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 0380 | R Bed Side | Mult Dents/No Paint Dmg | PDR/2 | PDR | .00 | $.00 | ☐ |
| ☐ | ☐ | 0380 | R Bed Side | Heavy Mult Scratches | 6 | Refinish | .00 | $.00 | ☐ |
| ☐ | ☐ | 0390 | RR Wheel | After Market | Acceptable | No Action Required | .00 | $.00 | ☐ |
| ☐ | ☐ | 0431 | LF Seat Adjustment Handle Trim | Broken | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0433 | RF Seat | Worn | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0434 | RR Seat Cushion | Worn | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0470 | Console Cover | Worn | Replacement Required | Replace | .00 | $.00 | ☐ |
| ☐ | ☐ | 0490 | Headliner | Stained | Permanent | Dyeing | .00 | $.00 | ☐ |
| | | | | | | TOTALS | .00 | $.00 | |

**REPAIRED**

| HIDE | PIC | LINE | ITEM DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL LABOR HOURS | COST | REPAIRED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TOTALS | .00 | $.00 | |

**RECON CHARGES**

| DATE | QTY | PART | DESCRIPTION | RETAIL |
|---|---|---|---|---|
| 04/09/2020 | | | CR W/O ESTIMATE FEE | $25.00 |

**TOTAL CHARGES**

| | |
|---|---|
| Chargeables | $.00 |
| Non-Chargeables | $.00 |
| Repaired | $.00 |
| Deductibles | $.00 |
| Recon Charges | $25.00 |
| **Total Charges** | **$25.00** |

VIN: 1FTFW1ET2CFA12718, Work Order: 2876454

Feedback

MRI_000027











MRI_000032





MRI_000034

 Manheim

# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

| **522 MANHEIM SAN ANTONIO**<br>2042 ACKERMAN RD<br>SAN ANTONIO, TX 78219 US<br><br>Please refer to the vehicle release for the pickup location | **Sale Date**<br>11-APR-2020 07:33:18<br><br>**Yr Wk Ln Rn**<br>2020-16-92-1<br>**Sale Type**<br>OVE |
|---|---|

**Vehicle Information**
2012 Ford F-150
CREW XLT Silver Four Wheel Drive
1FTFW1ET2CFA12718

Mileage: 131628 Miles     0

License Plate No:

**Title Information**
State: TX     Number: 1

**Vehicle Features**

| | |
|---|---|
| Hard Top<br>8 Cylinder Engine<br>Automatic w O/D<br>Power Steering<br>GRY<br>Leather Seats<br>A/C | Power Windows<br>Power Door Locks<br>Cruise Control<br>Driver Air Bag<br>Emissions label missing |

## Vehicle Purchase Price

| | |
|---|---|
| **Sale Price** | $ 9,200.00 |
| **Adjustments** | $ 0.00 |
| **Final Sale Price** | $ 9,200.00 |

**Seller**
MCCOMBS FORD WEST
7111 NW LOOP 410
San Antonio, TX 78238 US

Seller Rep:
*Signature on file*

**Buyer**
AUTO DEAL CORP
7611 NW 7TH AVE UNIT 126
MIAMI, FL 33150 US

Buyer Rep: STRUSBERG, FRANKLYN
*Signature on file*

### Auction Lights

GREEN     Buyer protection to conditions
YELLOW     Certain conditions announced prior to sale

### Odometer Disclosure

Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

### Announcements & Notes

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties.  See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 16-Oct-2023 06:30:08

**MRI_000035**



# Invoice # 30832506

| DUE FROM | OWNER | REMIT PAYMENT TO | INVOICE TYPE | Buyer |
|---|---|---|---|---|
| AUTO DEAL CORP | MCCOMBS FORD WEST | Cox Automotive, Inc. | INVOICE DATE | 13-APR-2020 |
| 7611 NW 7TH AVE UNIT 126 | 7111 NW LOOP 410 | PO Box 105156 | PAYMENT DUE DATE | 28-APR-2020 |
| MIAMI, FL 33150 US | San Antonio, TX 78238 US | Atlanta, GA 30348-5156 US | BUYER REPRESENTATIVE | STRUSBERG, FRANKLYN |
| 5264057 | | | TRANSACTION LOCATION | 522 MANHEIM SAN ANTONIO |
| | | See Special Instructions for title mailing address | ORIGINAL BUYER | |
| **BUYER** | **INVOICING-SALES LOCATION** | | **LEASE ACCOUNT NO** | |
| AUTO DEAL CORP | Manheim San Antonio | | YEAR MAKE MODEL | **2012 Ford F-150** |
| 7611 NW 7TH AVE UNIT 126 | 2042 ACKERMAN RD | | VIN | 1FTFW1ET2CFA12718 |
| MIAMI, FL 33150 US | SAN ANTONIO, TX 78219 US | | MILEAGE | 131628 Miles |
| | | | CUSTOMER PO# | |
| | EIN:58-1620001 | | | |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 11-APR-2020 | 2876454 | 2020-16-92-1 | 2012 Ford F-150 | | $9,200.00 | $0.00 | $9,200.00 |
| 11-APR-2020 | 2876454 | 2020-16-92-1 | BUYER SUCCESS FEE | | $175.00 | $0.00 | $175.00 |

## ADJUSTMENTS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | **TOTAL ADJUSTMENTS** | $0.00 |

## PAYMENTS

| DATE | REF NO | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 28-APR-2020 | ACH1644473 | ACH Bank Transfer | | $9,375.00 |
| | | | **TOTAL PAYMENTS** | $9,375.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.
A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-10pm; or email us by clicking on Contact Us on Manheim.com.

Remit overnight payments to:
Cox Automotive Inc, Attn: Lockbox 105156, 3585 Atlanta Avenue, Hapeville, GA 30354-1705 US

Please send titles to the nearest Manheim title processing facility or facilitating/invoicing-sales location.

| | |
|---|---|
| SUB TOTAL | $9,375.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $9,375.00 |
| PAYMENTS | ($9,375.00) |
| OUTSTANDING BALANCE | $0.00 |

Printed on: 2023-10-16 18:30:08

**MRI_000036**



## RECEIPT
## #ACH1644473

| PAYMENT DATE | PAYMENT METHOD | CLIENT |
|---|---|---|
| 28-Apr-2020 | Withdrawal - TD BANK, NA \|\| XXXXXX1322 | AUTO DEAL CORP<br>5264057<br>290 191ST ST<br>Sunny Isles Beach, FL 33160 |

| DATE APPLIED | VIN | YEAR MAKE MODEL | INVOICE | AMOUNT |
|---|---|---|---|---|
| 28-Apr-2020 | 1FTFW1ET2CFA12718 | 2012 Ford F-150 | 30832506 | $9,375.00 |

**PAYMENT AMOUNT $9,375.00**

MRI_000037

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

**FRANCISCO HERRERA ESCOBEDO**
**11119 ACUFF STATION**
**SAN ANTONIO, TX 78254**

99053116

0189876

DETACH HERE

---



# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

144973339

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK |

TITLE/DOCUMENT NUMBER 01541843520093008   DATE TITLE ISSUED 03/06/2019

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| F-1 | | 5400 | JCV3889 |

PREVIOUS OWNER
CHER SHANE ULANDAY HUNT TX

ODOMETER READING
201150

OWNER
**FRANCISCO HERRERA ESCOBEDO**
**11119 ACUFF STATION**
**SAN ANTONIO, TX 78254**

REMARK(S)
**ACTUAL MILEAGE**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER
**NONE**

1ST LIEN RELEASED _____ DATE

BY _____ AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE

BY _____ AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 05/2016          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

NON-NEGOTIABLE COPY

MRI_000038

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

NOT NEGOTIABLE COPY

| WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY. | 144973339 |

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described herein is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

MCCOMBS FORD WEST
7111 N.W. LOOP 410
SAN ANTONIO, TX 78238

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) 131021

Date of Sale 3/31/20

Signature of Seller/Agent _____ Francisco Herrira Escobedo

I am aware of the above odometer certification made by the seller/agent. **Sally Gomez**

Signature of Buyer/Agent _____ Printed Name (same as signature)

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser Auto Deal corp   Street 7611 NW 7th Ave Unit 126   City Miami   State FL   Zip 33150

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) 131420

Date of Sale 04.14.2020   Dealer's Name MCCombs Ford West   Dealer No. P5975

Agent's Signature _____ Printed Name (same as signature) Claudette Villanueva

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) _____

Date of Sale _____   Dealer's Name _____   Dealer No. _____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths) _____

Date of Sale _____   Dealer's Name _____   Dealer No. _____

Agent's Signature _____ Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent _____ Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

**MRI_000039**