SCAN TRANSACTION NUMBER 539994086

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

FRANCISCO HERRERA ESCOBEDO
11119 ACUFF STATION
SAN ANTONIO, TX 78254

9905310

0180
1897
6

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE

**TxDMV**  TEXAS DEPARTMENT OF MOTOR VEHICLES

144973339

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK |

TITLE/DOCUMENT NUMBER: 015418435200093008
DATE TITLE ISSUED: 03/06/2019

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| F-1 | | 5400 | JCV3889 |

PREVIOUS OWNER
CHER SHANE ULANDAY HUNT TX

ODOMETER READING: 201150
REMARK(S): ACTUAL MILEAGE

OWNER
FRANCISCO HERRERA ESCOBEDO
11119 ACUFF STATION
SAN ANTONIO, TX 78254

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: NONE    1ST LIENHOLDER
1ST LIEN RELEASED ___ DATE ___
BY ___ AUTHORIZED AGENT

DATE OF LIEN    2ND LIENHOLDER
2ND LIEN RELEASED ___ DATE ___
BY ___ AUTHORIZED AGENT

DATE OF LIEN    3RD LIENHOLDER
3RD LIEN RELEASED ___ DATE ___
BY ___ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ___ DATE ___
SIGNATURE ___ DATE ___
SIGNATURE ___ DATE ___

FORM 30-C REV. 05/2016    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification** online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.

144973339

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
7111 N.W. LOOP 410
SAN ANTONIO, TX 78238
Name of Purchaser / Street / City / State / Zip
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING: 51021
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.
Date of Sale: 3/31/20
Signature of Seller/Agent
Printed Name: Francisco Herrera Escobedo
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name: Sally Gomez

**FIRST REASSIGNMENT DEALER ONLY**
The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Auto Deal Corp / 7611 NW 7TH Ave Unit 126 / Miami / FL / 33150
Name of Purchaser / Street / City / State / Zip
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING: 31628
☐ 1. ☐ 2.
Date of Sale: 04-14-2020
Dealer's Name: McCombs Ford West
Dealer No: 75775
Agent's Signature: Juliana B.
Printed Name: Juliana
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name: Juliana

**SECOND REASSIGNMENT DEALER ONLY**
The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Powerhouse Automotive / 10333 Woodberry Rd / Tampa / FL / 33619
Name of Purchaser / Street / City / State / Zip
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING: 31630
☐ 1. ☐ 2.
Date of Sale: 5-15-20
Dealer's Name: Auto Deal Corp
Dealer No: VF1023690
Agent's Signature
Printed Name: Juliana
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent
Printed Name: Franklyn Strusberg

**THIRD REASSIGNMENT DEALER ONLY**
The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:
Gabriel Luc Haddon and Maria Haddon / 3532 Braeman St / Land O Lakes / FL / 34639
Name of Purchaser / Street / City / State / Zip
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
ODOMETER READING: 31636
☐ 1. ☐ 2.
Date of Sale: 5-25-20
Dealer's Name: Powerhouse Automotive
Dealer No: VF1128009
Agent's Signature
Printed Name: Franklyn Strusberg
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: Gabriel Luc Haddon and Maria Haddon
Printed Name: Gabriel Luc Haddon and Maria Haddon Bufon Donktall

**LIEN**
LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)