

**Texas Department of Motor Vehicles**

HELPING TEXANS GO. HELPING TEXAS GROW.

November 28, 2022

STATE OF TEXAS
COUNTY OF TRAVIS

KNOW ALL MEN BY THESE PRESENTS:

I, <u>Nicole Caston</u>, do hereby certify that I am a Custodian of Records for the
Texas Department of Motor Vehicles and that the information shown on the attached:

☒ Title History produced from our current files:
   Document/Title Number <u>015418435200093008</u>   Pages 1 Through <u>24</u>

☐ Title and Registration Verification Printout By:
   VIN _____, Plate _____, Document/Title Number _____

☐ Title History records for Document/Title Number _____ are not available.

☐ Title History records prior to Title Date <u>09-01-2012</u> are no longer available.

☐ Document/Title Number _____ was issued as
   "REGISTRATION PURPOSES ONLY" and is Non-Negotiable.

☐ FORM 34, Application for Certified Copy of Texas Title, and supporting documents.

☐ FORM 75-R, Inventory Receipt for Surrender of Certificate of Title by Insurance
   Company and supporting documents.

☐ Vehicle Transfer Notification.

☐ Verification stating that this department does not have a title record covering
   VIN _____, Plate _____ or Document/Title Number _____

☐ Non-Titled Trailer  ☐ Farm Trailer

☐ Other _____.

   is, to the best of my knowledge, a true and correct copy of records on file with this
department.

_____
CUSTODIAN OF RECORDS
TEXAS DEPARTMENT OF MOTOR VEHICLES

11/28/2022
TEXAS DEPARTMENT OF MOTOR VEHICLES
VEHICLE TITLES AND REGISTRATION DIVISION

```
LIC JCV3889 JAN/2021 OLD # JCV3889 JAN/2020 EWT  5400 GWT   6400
PASSENGER-TRUCK PLT, STKR        REG CLASS  35  $ 87.75 BEXAR CNTY
TITLE 01541843520093008 ISSUED 03/06/2019 ODOMETER 201150 REG DT 01/23/2020
YR:2012 MAK:FORD MODL:F-1 BDY STYL:PK VEH CLS:TRK<=1    SALE PRC:    $8000.00
VIN: 1FTFW1ET2CFA12718 BODY VIN: COLOR: SILVER
PREV TTL: JUR TX TTL # 27431043493111113 ISSUE 01/30/2019
PREV OWN  CHER SHANE ULANDAY HUNT TX
OWNER     FRANCISCO HERRERA ESCOBEDO,,11119 ACUFF STATION,,SAN ANTONIO,TX,782
          54
PLATE AGE:  5  LAST ACTIVITY 06/04/2020 WRENEW OFC: 286 IN
REMARKS ACTUAL MILEAGE.TITLE SURRENDERED TO: FL ON 2020/06/04.DATE OF ASSIGN
MENT:2019/01/30.PAPER TITLE.
```

*TITLE AND REGISTRATION VERIFICATION*
USER NAME: NCASTON1

Department *of* Motor Vehicles 

# TITLE APPLICATION RECEIPT



0154 1843 5200 9300 85

COUNTY: BEXAR

PLATE NO: JCV3889
DOCUMENT NO: 0154184352009308
PREV DOC NO: 27431043493111113 P

TAC NAME: ALBERT URESTI, MPA
DATE: 02/26/2019          EFFECTIVE DATE: 02/26/2019
TIME: 09:30AM             EXPIRATION DATE: 1/2020
EMPLOYEE ID: 0039071      TRANSACTION ID: 0154184352009308

OWNER NAME AND ADDRESS
FRANCISCO HERRERA ESCOBEDO
11119 ACUFF STATION
SAN ANTONIO, TX 78254

REGISTRATION CLASS: TRUCK-LESS/EQL. 1 TON
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1FTFW1ET2CFA12718        VEHICLE CLASSIFICATION: TRK<=1
YR/MAKE: 2012/FORD   MODEL: F-1   BODY STYLE: PK   UNIT NO:
EMPTY WT: 5400   CARRYING CAPACITY: 1000   GROSS WT: 6400   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                          TVL TRLR L/W/SQFT: 0'0"
PREV OWNER NAME: CHER SHANE ULANDAY      PREV CITY/STATE: HUNT, TX

INVENTORY ITEM(S)                YR
WINDSHIELD STICKER               2020

| | FEES ASSESSED | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13.00 |
| TEXAS MOBILITY FUND FEE | $ | 20.00 |
| SALES TAX FEE | $ | 500.00 |
| TRANSFER | $ | 2.50 |
| WINDSHIELD STICKER | $ | 54.00 |
| REG FEE-DPS | $ | 1.00 |
| CNTY ROAD BRIDGE ADD-ON FEE | $ | 10.00 |
| CHILD SAFETY FUND | $ | 1.50 |
| COUNTY MOBILITY FEE | $ | 10.00 |
| INSPECTION FEE-1YR | $ | 7.50 |
| PROCESSING AND HANDLING FEE | $ | 4.75 |
| TOTAL | $ | 624.25 |

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE
PAPER TITLE
MAJOR COLOR: SILVER

ODOMETER READING: 201150   BRAND: A
OWNERSHIP EVIDENCE: CERTIFIED COPY TEXAS TITLE
1ST LIEN

SALES TAX CATEGORY: SALES/USE

2ND LIEN
Date of Assignment/Sales Tax Date: 01/30/2019

| | | |
|---|---|---|
| Sales Price | $ | 8,000.00 |
| Less Trade In Allowance | $ | 0.00 |
| Taxable Amount | $ | 8,000.00 |
| Sales Tax Paid | $ | 500.00 |
| Less Other State Tax Paid | $ | 0.00 |
| Tax Penalty | $ | 0.00 |
| TOTAL TAX PAID | $ | 500.00 |

3RD LIEN

Batch No: 4184352001        Batch Count: 1

JCV3889

# 01 20

**BEXAR**        **CFA12718**

# VOID
### DO NOT USE/ NO USE

ORIGINAL
VTR-500-RTS (REV 10/2016) DHT157490

2

# Application for Texas Title and/or Registration

| Applying for (please check one): | | | | TAX OFFICE USE ONLY |
|---|---|---|---|---|
| ☑ Title & Registration ☐ Title Only ☐ Registration Purposes Only ☐ Nontitle Registration | | | | County 01 5 |
| For a corrected title or registration, check reason: | | | | Doc # 0754184352009300 8 |
| ☐ Vehicle Description ☐ Add/Remove Lien ☐ Other: _____ | | | | ☑ SAV ☐ Appraisal Value $ 5,080 |

| 1 Vehicle Identification Number | 2. Year | 3 Make | 4 Body Style | 5 Model | 6 Major Color | 7 Minor Color |
|---|---|---|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK | F150 | Silver | |

| 8 Texas License Plate No | 9 Odometer Reading (no tenths) | 10 This is the Actual Mileage unless the mileage is | 11 Empty Weight | 12 Carrying Capacity (if any) |
|---|---|---|---|---|
| JCV3889 | 201150 | ☐ Not Actual ☐ Exceeds Mechanical Limits ☐ Exempt | 5400 | |

| 13 Applicant Type | | | | | 14 Applicant Photo ID Number or FEIN/EIN |
|---|---|---|---|---|---|
| ☐ Individual ☐ Business ☐ Government ☐ Trust ☐ Non-Profit | | | | | ▇▇▇▇ |

**15 ID Type** ☑ U.S. Driver License/ID Card (issued by: Texas ) ☐ NATO ID ☐ U.S. Dept. of State ID
☐ Passport (issued by: _____ ) ☐ U S Military ID ☐ U.S. Dept of Homeland Security ID
☐ U.S. Citizenship & Immigration Services/DOJ ID ☐ Other Military Status of Forces Photo ID

| 16 Applicant First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Francisco | Herrera | ESCOBEDO | |

| 17 Additional Applicant First Name (if applicable) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 18 Applicant Mailing Address | City | State | Zip | 19. Owner County of Residence |
|---|---|---|---|---|
| 11119 ACUFF STATION | San Antonio | TX | 78254 | Bexar |

| 20 Previous Owner Name (or Entity Name) | City | State | 21 Dealer GDN (if applicable) | 22 Unit No. (if applicable) |
|---|---|---|---|---|
| Cher Lani ULANDAY / Shane Troy ULANDAY | | Hurt Texas | | |

| 23 Renewal Recipient First Name (or Entity Name) (if different) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 24 Renewal Notice Mailing Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 25 Applicant Phone Number (optional) | 26 Email (optional) | | 27 Registration Renewal eReminder |
|---|---|---|---|
| | | | ☐ Yes (Provide Email in #26) |

| 28 Vehicle Location Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 29 Multiple (Additional) Liens | 30. Electronic Title Request | 31 Certified/eTitle Lienholder ID Number (if any) | 32 First Lien Date (if any) |
|---|---|---|---|
| ☐ Yes (Attach Form VTR-267) | ☐ Yes (Cannot check #29) | | |

| 33 First Lienholder Name (if any) | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |

**34 Check only if applicable:**     **MOTOR VEHICLE TAX STATEMENT**
☐ I hold Motor Vehicle Retailer's (Rental) Permit No _____ and will satisfy the minimum tax liability (V A T S , Tax Code §152 046(c))
☐ I am a dealer or lessor and qualify to take the Fair Market Value Deduction (V A T S , Tax Code, §152 002(c)) GDN or Lessor Number

| 35 Trade-In (if any) Year Make | Vehicle Identification Number | 36 Additional Trade-In(s) |
|---|---|---|
| ☐ Yes (Complete) | | ☐ Yes |

**37. Check only if applicable**    **SALES AND USE TAX COMPUTATION**

| | | | |
|---|---|---|---|
| ☐ (a) Sales Price ($_____ rebate has been deducted) | $ 8000.00 | ☐ $90 New Resident Tax – (Previous State) | |
| (b) Less Trade-in Amount, described in Item 35 above | $ (_____) | ☐ $5 Even Trade Tax | |
| (c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, described in Item 35 above | $ (_____) | ☐ $10 Gift Tax – Use Comptroller Form 14-317 | |
| (d) Taxable Amount (Item a minus Item b or Item c) | $ _____ | ☐ $65 Rebuilt Salvage Fee | |
| (e) 6 25% Tax on Taxable Amount (Multiply Item d by 0625) | $ _____ | ☐ 2 5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs ) | |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ _____ | ☐ 1 % Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs ) | |
| (g) Tax Paid to _____ (STATE) | $ _____ | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____ | |
| (h) AMOUNT OF TAX AND PENALTY DUE (Item e plus Item f minus Item g) | $ _____ | ☐ $28 or $33 Application Fee for Texas Title (Contact your county tax assessor-collector for the correct fee ) | |

**CERTIFICATION – State law makes falsifying information a third degree felony**

I hereby certify all statements in this document are true and correct to the best of my knowledge and belief, and I am eligible for title and/or registration (as applicable).

| Signature(s) of Seller(s), Donor(s), or Trader(s) | Printed Name(s) (Same as Signature(s)) SHANE T WANDEY / CHER L. ULANDAY | Date 12/25/18 |
|---|---|---|
| Signature of Applicant/Owner | Printed Name (Same as Signature) Francisco H. Escobedo | Date 12/28/18 |
| Signature of Additional Applicant(s)/Owner(s) | Printed Name(s) (Same as Signature(s)) | Date |

| Form 130-U Rev 08/16 | Form available online at www.TxDMV.gov | Page 1 of 2 |
|---|---|---|

# TEXAS CERTIFICATE OF TITLE

## CERTIFIED COPY

TEXAS DEPARTMENT OF MOTOR VEHICLES

**TxDMV**

11168700

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK |

TITLE/DOCUMENT NUMBER
27431043493111113

ORIGINAL TITLE DATE

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | CERTIFIED COPY DATE |
|---|---|---|---|---|
| F-1 | | 5400 | JCV3889 | 01/30/2019 |

ODOMETER READING
**154495**

PREVIOUS OWNER
**CHER LANI ULANDAY HUNT, TX**

OWNER
**CHER LANI ULANDAY
SHANE TROY ULANDAY
112 W QUAIL RUN DR
HUNT, TX 78024**

REMARK(S)
**ACTUAL MILEAGE**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

**WARNING**
THIS IS A REPLACEMENT CERTIFICATE OF TITLE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE. ANY PURCHASER OR LIENHOLDER MAY REQUIRE THE SELLER TO GUARANTEE AGAINST ANY LOSS CAUSED UPON THE PRESENTATION OF THE ORIGINAL CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER

1ST LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S)

SIGNATURE _____ DATE

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-CCO REV 05/2018          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION

4

...CLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING ... OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ...SOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.

11168700

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address

Francisco Herrera Escobedo    1119 Aqiff STATION    San Antonio    TX    78254

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths)    201150

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY.

Date of Sale  01/30/19

Signature of Seller/Agent    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent    Francisco H Escobedo    Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY.

Date of Sale    Dealer

**SURRENDERED**

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent    Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage  WARNING - ODOMETER DISCREPANCY

Date of Sale    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent

Signature of Buyer/Agent    Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

ODOMETER READING (No Tenths)

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale    Dealer No

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

5

Department of Motor Vehicles

ECO **TRANSACTION**





2743 1043 4931 1111 32

```
OFFICE: SAN ANTONIO REGIONAL OFFICE
PLATE NO: JCV3889              DATE: 01/30/2019
DOCUMENT NO: 27431043493111113   TIME: 11:11AM
PREV DOC NO: 28695343344007296 P  EMPLOYEE ID: PVALDEZ    TRANSACTION ID: 27431043493111113
```

```
INVENTORY ITEM(S)           YR   NUMBER
CERTIFIED COPY ORIG TITLE         11168700
```

```
                    FEES ASSESSED
                    CERTIFIED COPY ORIG REGION    $        5.45

                                      TOTAL   $        5.45
```

ORIGINAL
VTR-500-RTS (REV 10/2018) DHT157490

6

# Application for a
# Certified Copy of Title

**Texas Department of Motor Vehicles**

## Information

Use this form to apply for a Certified Copy of Texas Title for a motor vehicle. *The applicant (person signing this application) must be the recorded owner, lienholder, or an agent of the owner/lienholder.* Submit this completed application and all required documents by mail or in person to a Texas Department of Motor Vehicles (TxDMV) Regional Service Center (see page 2 for locations).

**Documents:** (Note: All original documents (or certified copies) submitted to a TxDMV Regional Service Center will be returned.)
- Originals are required for release of lien.
- Either originals or certified copies are required for court documents such as divorce decrees and court orders.
- Photocopies, faxes, or scans are acceptable for photo identification (ID), employee ID, business cards, and powers of attorney

### ***IMPORTANT***

Please ensure the following requirements are met, and the "Applicant Guidelines" on page 2 have been reviewed
- **The fee is $2.00 by mail or $5.45 in person.**
  Mailed fees must be in the form of a personal check, cashier's check, or money order payable to the TxDMV. Do not mail cash. Credit/debit cards and temporary checks are not accepted. Fees are non-refundable.
- **Copy of acceptable government issued photo ID for <u>each</u> recorded owner and/or agent is required.**
  All forms of ID must be valid and cannot be expired more than 12 months. Refer to "Acceptable Government Issued Photo Identification" and "Applicant Guidelines" on page 2 for requirements.
- **<u>Original</u> signature(s) are required on this application (black or blue ink).**
  Note: If the vehicle is jointly owned, original signatures are required of <u>each</u> owner
- **<u>Original, signed</u> release of lien is required if a lien is still shown on the department's record.**
  Required even if a lien (loan or financing) has been paid in full, but is still shown on the department's record. A paid lien may not be automatically removed from the department's record. Refer to "Lien on Title Record" on page 2
- **Agent authorization is required when applying on behalf of an entity.**
  Refer to "Entity Applying" in the "Applicant Guidelines" section on page 2 for requirements

## Vehicle Information

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | Ford | PK | F150 |

| Title/Document Number (if unknown, leave blank) | Texas License Plate Number (if unknown, leave blank) |
|---|---|
| | JCV3889 |

## Certification – State law makes falsifying information a third degree felony

I, the undersigned, hereby certify I am the recorded owner, lienholder, or verified agent of the owner or lienholder of the vehicle described above, and the original title issued for the vehicle has been lost, destroyed, or mutilated

| Signature of Applicant/Owner | Printed Name (Same as Signature) | Date |
|---|---|---|
| | SHANE T ULANDAY | 1/30/19 |
| Signature of Additional Applicant/Owner (if any) | Cher Ulanday | 1/30/19 |

## Recipient Information – To Whom the Certified Copy will be Released or Mailed

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| SHANE T ULANDAY | | | |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| P.O. Box 223 | Hunt | Tx | 78024 |

| Email | Phone Number |
|---|---|
| shane.ulanday@yahoo.com | (337)424-5971 |

## Department Use Only

| Customer ID Number | ID Type | ID Expiration Date |
|---|---|---|
| ▓▓▓▓ | ☑ TXDL   ☐ TXID   ☐ Other | 1/25/20 |
| Customer ID Number | ID Type | ID Expiration Date |
| | ☐ TXDL   ☐ TXID   ☐ Other | |

VTR-34 Rev 01/19               Form available online at www.TxDMV.gov               Page 1 of 2

# Application for a Certified Copy of Title

## Acceptable Government Issued Photo Identification

The following are the only acceptable forms of government issued photo ID for an Application for Certified Copy of Texas Title:
1) Driver license or state ID certificate issued by a state or territory of the U.S , 2) Texas handgun license, 3) U S  or foreign passport, 4) U S  military ID, 5) North Atlantic Treaty Organization ID, 6) ID issued under a Status of Forces Agreement, 7) U S Department of Homeland Security ID, 8) U.S  Department of State ID, 9) U S  Citizenship and Immigration Services ID document.

All forms of ID must be valid and cannot be expired more than 12 months. If an individual other than the owner(s) is receiving the certified copy of title in person, that individual must also present a valid photo ID.

## Applicant Guidelines

**Individual(s) Applying**

If a vehicle is in the name of an individual(s), the individual owner(s) must each sign this application and must provide a copy of each owner's government issued photo ID

**Entity Applying**

If the vehicle is in the name of an entity, an agent representing the entity must sign the application
Additional Requirements: Letter of signature authority on letterhead, printed business card (containing the agent's name), or employee ID connecting the signing agent to the entity (may be copies) and copy of the agent's government issued photo ID

**Lienholder Applying**

If the vehicle has a recorded lien, the lienholder (or an agent of the lienholder) may apply for a Certified Copy of Texas Title and sign the application.
Additional Requirements. If the lienholder is an individual, a copy of the individual's government issued photo ID  If the lienholder is an entity, letter of signature authority on letterhead, printed business card (containing the agent's name), or employee ID connecting the signing agent to the entity (may be copies) and copy of the agent's government issued photo ID.

**Using Power(s) of Attorney**

If a power of attorney (POA) is used, the above requirements apply for both the individual or entity granting the POA and the individual or entity being granted POA  For an individual (whether granting or being granted the POA), a copy of that individual's government issued photo ID is required.  For an entity (whether granting or being granted the POA), both a copy of the agent's government issued photo ID and a letter of signature authority on letterhead, printed business card (with the agent's name), or employee ID connecting the signing agent to the entity (may be copies) are required

## Lien on Title Record

If the current owner(s) of the motor vehicle had a lien (loan or financing) of any kind on the motor vehicle, even if it has been paid off, the department's records may still show the lien unless the owner(s) filed an application to have the lien removed or received a new title (without a lien shown) from the Texas Department of Motor Vehicles after payoff

An original, signed release of lien on lienholder's original letterhead or on the Prescribed Form for Release of Lien (Form VTR-266) is required if there is a lien shown on the department's record.  Photocopies, faxes, and scans are not acceptable.  If the release of lien is on the Form VTR-266, the lienholder's agent signing the Form VTR-266 must attach a letter of signature authority on letterhead, printed business card (with the agent's name), or employee ID that connects the agent to the entity (copies acceptable)

## Application by Mail – $2.00 Fee

| | |
|---|---|
| Mail this application, $2 00 fee, copy of ID(s), and any other documentation to.<br><br>**Texas Department of Motor Vehicles**<br>**1601-A Southwest Parkway**<br>**Wichita Falls, TX 76302** | • Mailed applications may take up to 10 business days to process plus mailing time<br>• Original documentation submitted with the application will be returned to the person/entity receiving the title. |

## Application in Person – $5.45 Fee

| | |
|---|---|
| **ABILENE -** 4210 N  Clack St , Abilene, TX 79601<br>Phone (325) 674-1000 | **HOUSTON -** 2110 East Governors Cir , Houston, TX 77092<br>Phone (713) 316-6100 |
| **AMARILLO -** 5715 Canyon Dr , Building H, Amarillo, TX 79110<br>Phone (806) 467-3600 | **LONGVIEW -** 4549 W  Loop 281, Longview, TX 75604<br>Phone (903) 237-2800 |
| **AUSTIN -** 1001 E. Parmer Ln , Ste  A, Austin, TX 78753<br>Phone (512) 719-6900 | **LUBBOCK -** 135 Slaton Rd , Lubbock, TX 79404<br>Phone (806) 748-2900 |
| **BEAUMONT-** 8550 Eastex Freeway, Beaumont, TX 77708<br>Phone (409) 895-3200 | **MIDLAND/ODESSA -** 3901 East Highway 80, Odessa, TX 79761<br>Phone (432) 276-4400 |
| **CORPUS CHRISTI -** 602 N  Staples St , Ste  130, Corpus Christi, TX 78401<br>Phone (361) 808-3900 | **PHARR -** 600 West Expressway 83, Pharr, TX 78577<br>Phone (956) 784-6700 |
| **DALLAS -** 1925 E  Beltline Rd , Ste  100, Carrollton, TX 75006<br>Phone (972) 478-5200 | **SAN ANTONIO -** 15150 Nacogdoches Rd , Ste  100, San Antonio, TX 78247<br>Phone (210) 731-2130 |
| **EL PASO –** 1227 Lee Trevino, Ste  100, El Paso, TX 79907<br>Phone (915) 594-6000 | **WACO -** 2203 Austin Ave , Waco, TX 76701<br>Phone (254) 296-2700 |
| **FORT WORTH –** 2425 Gravel Dr , Fort Worth, TX 76118<br>Phone (817) 285-1500 | **WICHITA FALLS -** 1601-A Southwest Pkwy , Wichita Falls, TX 76302<br>Phone (940) 235-4800 |



**Texas Department of Motor Vehicles**

## Application for a
## Certified Copy of Title

```
CCO
DEC 1 2 2018
SAN ANTONIO  TC
```

### Information

Use this form to apply for a Certified Copy of Texas Title for a motor vehicle. *The applicant (person signing this application) must be the owner, lienholder, or a verified agent of the owner/lienholder.* Submit this completed application and all required documents by mail or in person to a Texas Department of Motor Vehicles (TxDMV) Regional Service Center (see page 2 for locations).

**Documents:** (Note: All original documents (or certified copies) submitted to a TxDMV Regional Service Center will be returned.)
- Originals are required for release of lien.
- Either originals or <u>certified</u> copies are required for court documents such as divorce decrees and court orders.
- Photocopies, faxes, or scans are acceptable for photo identification (ID), employee ID, business cards, and powers of attorney.

### ***IMPORTANT***

Please ensure the following requirements are met, and the "Applicant Guidelines" on page 2 have been reviewed:

- **The fee is $2.00 by mail or $5.45 in person.**
  Mailed fees must be in the form of a personal check, cashier's check, or money order payable to the TxDMV. **Do not mail cash.** Credit/debit cards and temporary checks are not accepted. **Fees are non-refundable.**

- **Copy of acceptable current government issued photo ID is required.**
  Refer to "Acceptable Government Issued Photo Identification" and "Applicant Guidelines" on page 2 for requirements.

- <u>**Original**</u> **signature(s) are required on this application (black or blue ink).**
  Note: If the vehicle is jointly owned, original signatures are required of <u>each</u> owner.

- **Original, signed** release of lien is required if a lien is still shown on the department's record.
  Required even if a lien (loan or financing) has been paid in full, but is still shown on the department's record. A paid lien may not be automatically removed from the department's record. <u>Refer to "Lien on Title Record" on page 2.</u>

- **Agent authorization is required when applying on behalf of an entity.**
  Refer to "Entity Applying" in the "Applicant Guidelines" section on page 2 for requirements.

### Vehicle Information

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 1FTFW1ET2CFA[2718 | 2012 | For9 | 4Dr TRck | E150 |

| Title/Document Number (if unknown, leave blank) | Texas License Plate Number (if unknown, leave blank) |
|---|---|
| 28[04S-34334[0072910 | JCV3884 |

### Certification – State law makes falsifying information a third degree felony

I, the undersigned, hereby certify I am the recorded owner, lienholder, or verified agent of the owner or lienholder of the vehicle described above, and the original title issued for the vehicle has been lost, destroyed, or mutilated.

| Signature of Applicant/Owner | Printed Name (Same as Signature) | Date |
|---|---|---|
| *[signature]* | SHANE T WANDAY | 12DEC18 |
| Signature of Additional Applicant/Owner (if any) *[signature]* | Cher Lani Wanday | 12-12-18 |

### Recipient Information – To Whom the Certified Copy will be Released or Mailed

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| SHANE T WANDAY | | | |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| P.O. Box 223 | Hunt | TK | 78024 |

| Email | Phone Number |
|---|---|

### Department Use Only

| | ID Type | Customer ID Expiration Date | Application Type |
|---|---|---|---|
| *[redacted]* | TXDL | 1/25/2020 | ☐ Mail  ☑ In Person |

| CCO Control Number | Issue Date | Clerk Initials | NMVTIS Checked |
|---|---|---|---|
| 111140847 | 12/12/18 | ABE | ☑ Yes  ☐ No |

| Region: ☐ AB  ☐ AM  ☐ AU  ☐ BT  ☐ CC  ☐ DL  ☐ EP  ☐ FW  ☐ HO  ☐ LV  ☐ LB  ☐ MO  ☐ PH  ☑ SA  ☐ WA  ☐ WF |
|---|

VTR-34 Rev 08/17     Form available online at www.TxDMV.gov     Page 1 of 2

9

 

*1FTFW1ET2CFA12718*                    *28695343344007296*          FORM 500

ELECTRONIC TITLE LIEN RELEASE EVIDENCE

COUNTY: KERR                          TAC NAME: DIANE BOLIN
                                      DATE: 09/03/2018  EFF DATE: 01/17/2018
PLATE NO: JCV3889                                       EXP DATE: 12/2018
DOCUMENT NO: 28695343344007296       TRANS ID: 28695343344007296

OWNER NAME AND ADDRESS:
 CHER LANI ULANDAY
 SHANE TROY ULANDAY
 112 W QUAIL RUN DR
 HUNT, TX 78024

                                      REG CLASS: TRUCK-LESS/EQL. 1 TON
                                      PLATE TYPE: PASSENGER-TRUCK PLT
                                      ORGANIZATION:
                                      STICKER TYPE: WS

VEHICLE IDENT NO: 1FTFW1ET2CFA12718        VEHICLE CLASS: TRK<=1
YR/MAKE: 2012/FORD  MODEL: F-1  BODY STYLE: PK    UNIT NO:
EMPTY WT: 5400    CARRYING CAP: 1000    GROSS WT: 6400
BODY VEHICLE IDENT NO:                     TRLR LNG/WDTH:      TRLR TYPE:
PREV OWNER NAME: CHER LANI ULANDAY
PREV CITY/STATE: BUDA TX

VEHICLE RECORD NOTATIONS:
 ACTUAL MILEAGE
 PAPER TITLE
 MAJOR COLOR: SILVER

ODOMETER READING: 154495    BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE

10

ELECTRONIC TITLE

| VEHICLE IDENT NUMBER | YEAR MODEL | VEHICLE MAKE | BODY STYLE |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK |

TITLE/DOCUMENT NUMBER          DATE TITLE ISSUED
10532042721250010                12/26/2016

MODEL          WEIGHT     LICENSE NUMBER
F-1            5400       JCV3889

PREVIOUS OWNER                                        ODOMETER READING
LEIF JOHNSON FORD TRUCK  BUDA TX                          154495

OWNER                                    REMARKS
CHER LANI ULANDAY                        ACTUAL MILEAGE
SHANE TROY ULANDAY
112 W QUAIL RUN DR
HUNT, TX 78024


DATE OF LIEN              1ST LIENHOLDER          1ST LIEN RELEASE DATE
12/10/2016            RANDOLPH BROOKS FCU             08/31/2018
                     PO BOX 2097
                     UNIVERSAL CITY, TX 78148


MAIL TAB
CHER LANI ULANDAY
SHANE TROY ULANDAY
112 W QUAIL RUN DR
HUNT, TX 78024

CHER LANI ULANDAY
SHANE TROY ULANDAY
112 W QUAIL RUN DR
HUNT, TX 78024

11

**WEB DEALER ORIGINAL TITLE**

1FTFW1ET2CFA12718

1053204272125010

COUNTY: HAYS

PLATE NO: JCV3889
DOCUMENT NO: 1053204272125010
PREV DOC NO: 0152074126114632 P

TAG NAME: LUANNE CARAWAY
DATE: 12/19/2016                    EFFECTIVE DATE: 12/19/2016
TIME: 09:35AM                       EXPIRATION DATE: 11/2017
USER: 105-PGILARD                   WEB TITLE ID: 2156392

OWNER NAME AND ADDRESS
CHER LANI ULANDAY
SHANE TROY ULANDAY
112 W QUAIL RUN DR
HUNT, TX 78024

REGISTRATION CLASS: TRUCK-LESS/EQL. 1 TON
PLATE TYPE: PASSENGER-TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1FTFW1ET2CFA12718     VEHICLE CLASSIFICATION: TRK<-1
YR/MAKE: 2012/FORD   MODEL: F-1 BODY STYLE: PK   UNIT NO:
EMPTY WT: 5400      CARRYING CAPACITY: 1000   GROSS WT: 6400   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                 TVL TRLR L/W/SQFT: 0'0"
PREV OWNER NAME: LEIF JOHNSON FORD TRUCK   PREV CITY/STATE: BUDA, TX

INVENTORY ITEM(S)              YR
PASSENGER-TRUCK PLT
WINDSHIELD STICKER             2017

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE
E-TITLE
MAJOR COLOR: SILVER

FEES ASSESSED
TITLE APPLICATION FEE                      13.00
OWNER VERIFICATION FEE                      0.50
TEXAS MOBILITY FUND FEE                    20.00
SALES TAX FEE                             999.44
BUYERS TAG                                  5.00
WINDSHIELD STICKER                         54.00
REG FEE-DPS                                 1.00
CNTY ROAD BRIDGE ADD-ON FEE                10.00
AUTOMATION FEE                              1.00
                    TOTAL                1,103.94

ODOMETER READING: 154495   BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN          DATE: 12/10/2016
RANDOLPH BROOKS FCU
PO BOX 2097
UNIVERSAL CITY, TX 78148

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: SALES/USE

Date of Assignment/Sales Tax Date: 12/10/2016
                 Sales Price  $      15,991.00
          Less Trade In Allowance  $       0.00
                Taxable Amount  $    15,991.00
              Sales Tax Paid  $        999.44
     Less Other State Tax Paid  $         0.00
              Tax-Penalty  $              0.00
          TOTAL TAX PAID  $          999.44

TITLE WILL BE ELECTRONICALLY FILED WITH THE LIENHOLDER.

THIS RECEIPT IS YOUR PROOF OF APPLICATION FOR CERTIFICATE OF TITLE AND REGISTRATION.

JCV3889

# 11 17

KERR          CFA12718

# VOID
**DO NOT USE/
NO USE**

12

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

108807591

TxDMV

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | PK |

TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED
01520741261114632 | 01/04/2013

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | ODOMETER READING |
|---|---|---|---|---|
| F15 | 1/2 | 5400 | BZ30062 | 850 |

PREVIOUS OWNER

**JORDAN FORD LTD SAN ANTONIO TX**

REMARK(S)

**ACTUAL MILEAGE**

OWNER

**KEVIN PRINCE**
**2606 WOODBURY**
**SAN ANTONIO, TX 78217**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN | 1ST LIENHOLDER

08/20/2012 **SECURITY SERVICE FEDERAL CU**
P.O. BOX 691510
SAN ANTONIO, TX 78269

1ST LIEN RELEASED        **DEC 08 2016**        DATE
Security Service Federal Credit Union
BY _____  AUTHORIZED AGENT

DATE OF LIEN | 2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN | 3RD LIENHOLDER

**SURRENDERED**

3RD LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

SIGNATURE _____ DATE

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND, IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE

SIGNATURE _____ DATE

FORM 30-C REV. 04/2012        DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION OR MUTILATION.

VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.

► FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: LEIF JOHNSON FORD TRUCK CITY   Street: 15301 S. IH35   City: Buda, TX   State   Zip 78610

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths): 144410   Date of Sale: 11/17/12

Signature of Seller/Agent   Printed Name (same as signature): Kevin Prince

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature): C. Wells

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Cher Lani Manday Shane Troy Manday   Street: 112 W Quail Run Dr   City: Hunt TX   State   Zip 78024

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths): 144445   Date of Sale: 12/10/12

Dealer's Name: LEIF JOHNSON FORD TRUCK CITY   Dealer No. P52491

Agent's Signature   Printed Name (same as signature): C. Wells

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature): Cher Lani Manday Shane Troy Manday

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State   Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths):    Date of Sale:    Dealer No.

Dealer's Name:

Agent's Signature   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature)

*SURRENDERED*

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State   Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths):    Date of Sale:    Dealer No.

Dealer's Name:

Agent's Signature   Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

12546171T

# STATE OF TEXAS
## POWER OF ATTORNEY FOR TRANSFER OF OWNERSHIP TO A MOTOR VEHICLE
### (SEE REVERSE SIDE FOR INSTRUCTIONS)
### THIS FORM MAY BE USED ONLY WHEN TITLE
### IS HELD BY LIENHOLDER OR IS LOST.

This form must be submitted to the state by the person exercising powers of attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| 1FTFW1ET2CFA12718 | 2012 | FORD | PK | F-150 |
|---|---|---|---|---|
| Vehicle Identification Number | Year Model | Make of Vehicle | Body Style | Model |

## PART A. A POWER OF ATTORNEY TO TRANSFER OWNERSHIP AND TO DISCLOSE MILEAGE

Federal and State law require that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I, __KEVIN PRINCE__, appoint __LEIF JOHNSON FORD TRUCK CITY__
   (Seller's Name, Print)                          (Buyer's Firm Name, Print)

as my attorney-in-fact, to complete all documents necessary to transfer my interest in the above described vehicle and to disclose the mileage on the title for the vehicle described above exactly as stated in my following disclosure.

I state that the odometer now reads ~~XXXXX~~ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

_____          KEVIN PRINCE          11/17/2016
(Signature of Seller/Agent)       (Printed Name)        (Date of Statement)

2606 WOODBURY, SAN ANTONIO, TX 78217
(Seller's Street Address, City, State, Zip Code)

_____
(Signature of Buyer/Agent)       LEIF JOHNSON FORD TRUCK CITY       (Printed Name of Individual Signing as Buyer/Agent)

LEIF JOHNSON FORD TRUCK CITY          BUDA, TX   78610          P-52491
(Firm's Name, Street Address, City, State, Zip Code - Print or Type)          Dealer Number

## PART B. POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)

I, _____, appoint _____
   (Buyer's Name, Print)                          (Dealership's Name, Print)

as my attorney-in-fact, to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

_____          _____
(Signature of Buyer/Agent)       (Printed Name)

_____
(Print or Type Firm Name, If Applicable)

_____
(Buyer's Street Address, City, State, Zip Code)

Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I, _____, state that the odometer now reads ▮▮▮▮▮ (NO TENTHS)
   (Seller's Name, Print)

miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

_____          _____          _____
(Signature of Seller/Agent)       (Print Name)                     (Date of Statement)

_____
(Dealership's Name, Street Address, City, State, Zip Code)          Dealer Number

## PART C. CERTIFICATION (TO BE COMPLETED WHEN PARTS A AND B HAVE BEEN USED)

I, _____, hereby certify that the mileage I have disclosed on
   (Person Exercising Above Powers of Attorney, Print)

the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create any new or additional liability under Federal or State law.

_____          _____          _____
(Signature)                       (Printed Name)                   (Date of Certification)

_____
(Street Address, City, State, Zip Code)

24873281          THIS DOCUMENT IS VOID IF ALTERED.          VTR-271-A (Rev. 05/2015) DHT # 142811

15

## Vehicle Test Detail

Click Here To Print

| | | |
|---|---|---|
| Station ID: 6P40711 | Station Name: LEIF JOHNSON BEN WHITE | Overall Result: Pass |
| TAS Id: WW540241 | Test Type: Emissions & Safety | TX DOT #: |
| Test Date: 11/28/2016 | Safety Result: Pass | Waiver Number: |
| Test Start Time: 09:51:43 | Emission Result: Pass | Reg Free Code: TSIOBD |
| Test End Time: 09:54:36 | Gap Cap Result: Pass | Test Record No.: 437 |

| | | |
|---|---|---|
| VIN: 1FTFW1ET2CFA12718 | | License Plate: VFA12718 |
| Model Year: 2012 | Make: FORD | License Type: No Plate |
| Vehicle Type: Truck/Van/Bus/Sports Utility | Body Style: Pickup/Truck Tractor | Model: F150 4WD |
| Engine Size: 4600 | Trans. Type: Automatic | No. Cylinders: 8 |
| GVWR Type: Light | Act. GVWR: 7200 | Odometer: 15410 |
| Fuel Type: GAS | | Ignition Type: Conventional |
| | | Dual Exhaust: No |
| Inject Carburetion: Fuel Injection | | Decal No.: |
| Sticker No.: | Inspection Expiration Date: | |

### OBDII Test Information

| | | |
|---|---|---|
| MIL Command Status: Pass | Misfire: Completed | Heated Cat: Not Supported |
| DLC: Pass | Fuel System: Completed | Evap. System: Not Completed |
| MIL Engine On: Yes | Comp Cmpnt: Completed | 2nd System: Not Supported |
| MIL Engine Off: Yes | Catalyst: Completed | Air Cond: Not Supported |
| O2 Sensor: Completed | Heated O2: Completed | EGR: Completed |
| Fault Codes: | | |

| | | | |
|---|---|---|---|
| Gas Cap Result 1: Pass | Gas Cap 1 Testable: No | Gas Cap 1 Missing: No | |
| Gas Cap Result 2: | Gas Cap 2 Testable: | Gas Cap 2 Missing: | |

### Safety Test Information

| | | |
|---|---|---|
| Safety Test: Initial | Type: 1 Yr. Windshield – OBD/TSI (Safety & Emissions) | |
| Horn: Pass | Exhaust: Pass | School Buses: |
| Windshield Wipers: Pass | Emissions System: Pass | School Bus Signs: |
| Mirrors: Pass | Beam Indicator: Pass | Fire Extinguisher: |
| Steering System: Pass | Tail Lamp: Pass | Hazard Warning Lights: |
| Seat Belts: Pass | Stop Lamp: Pass | Convex Crossover Mirror: |
| Service Brake System: Pass | License Plate Lamp: Pass | Mud Flaps/Safety Guards: |
| Parking Brake System: Pass | Rear Reflector: Pass | Window Tint/Sun Screen: Pass |
| Tires: Pass | Turn Signals: Pass | Back-up Lamps: |
| Steering Axle Tires: | Turn Sig/Ind Lamp: Pass | Coupling Devices: |
| All Other Tires: | Headlamps: Pass | Fuel System: |
| Wheel Assembly: Pass | Clearance Lamps: | Suspension: |
| Master Cylinder: Pass | Side Marker Lamps: | Frame: |
| | Cab Lamps: | Windshield: |
| | Side Reflectors: | Reflective Tape: |

### Repair Information

| | |
|---|---|
| Repair Group: | |
| Repairs Performed: | |
| Repair Cost YIS: $0.00 | |
| Repair Cost NRF: $0.00 | Rep.ID: |
| Repair Cost RRF: $0.00 | Safety VI30A: |
| Total Parts Cost MSP: $0.00 | |
| Overall Repair Costs: $0.00 | |
| Total Emission Costs: $11.50 | |

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **LEIF JOHNSON FORD TRUCK CITY** _____ state that the odometer now
_____(TRANSFEROR'S NAME - PRINT)_____

reads **154495** _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

[ ] (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

[ ] (2) I hereby certify that the odometer reading is **NOT** the actual mileage.
**WARNING — ODOMETER DISCREPANCY.**

MAKE **FORD**

MODEL **F-150**     BODY TYPE **PK**

VEHICLE IDENTIFICATION NUMBER **1FTFW1ET2CFA12718**

YEAR **2012**

TRANSFEROR'S NAME **LEIF JOHNSON FORD TRUCK CITY**
(PRINTED NAME)

TRANSFEROR'S ADDRESS (STREET) **15301 SOUTH IH 35**

**BUDA, TX**          **78610**
(CITY)          (STATE)     (ZIP CODE)

TRANSFEROR'S NAME X _____
(SIGNATURE)

DATE OF STATEMENT **12/10/2016**

TRANSFEREE'S NAME **CHER LANI ULANDAY**

TRANSFEREE'S ADDRESS (STREET) **112 W QUAIL RUN DR**

**HUNT, TX 78024**
(CITY)     (STATE)     (ZIP CODE)

TRANSFEREE'S NAME X _____
(SIGNATURE)

(PRINTED NAME)

THE PRINTER MAKER NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**LAW**
FORM NO. LAWTX-65 (REV. 9/15)

©2015 The Reynolds and Reynolds Company
TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

17

12/10/2016

Page 1 of 1

**TEXAS DEPARTMENT OF MOTOR VEHICLES**
**VEHICLE TITLES AND REGISTRATION DIVISION**

LIC BZ30062 AUG/2017 OLD # BZ30062 AUG/2016 EWT  5400 GWT   6400
TRUCK PLT, STKR                    REG CLASS  35   $ 85.00 BEXAR CNTY
TITLE 01520741261114632 ISSUED 01/04/2013 ODOMETER 850 REG DT 09/13/2016
YR:2012 MAK:FORD MODL:F15 BDY STYL:PK VEH CLS:TRK<=1      SALE PRC:   $45357.93
VIN: 1FTFW1ET2CFA12718 BODY VIN: N/A COLOR: SILVER
PREV OWN  JORDAN FORD LTD,SAN ANTONIO,TX
OWNER     KEVIN PRINCE,,2606 WOODBURY,,SAN ANTONIO,TX,78217
LIEN      08/20/2012,SECURITY SERVICE FEDERAL CU,,P.O. BOX 691510,,SAN ANTONI
          O,TX,78269

PLATE AGE:  4   LAST ACTIVITY 09/17/2016 RENEW  OFC: 015
REMARKS ACTUAL MILEAGE.DATE OF ASSIGNMENT:2012/08/20.PAPER TITLE.


**\*TITLE AND REGISTRATION VERIFICATION\***

Department of Motor Vehicles

FOR MICROFILM PURPOSES





0152 0741 2611 1463 24

COUNTY: BEXAR

PLATE NO: BZ30062
DOCUMENT NO: 01520741261114632

OWNER NAME AND ADDRESS
KEVIN PRINCE
2606 WOODBURY
SAN ANTONIO, TX 78217

TAC NAME: SYLVIA S. ROMO, CPA, RTA
DATE: 12/20/2012          EFFECTIVE DATE: 09/10/2012
TIME: 11:46AM             EXPIRATION DATE: 8/2013
EMPLOYEE ID: 0002477      TRANSACTION ID: 01520741261114632
                          FORM 31 NO: E479365

REGISTRATION CLASS: TRUCK-LESS/EQL. 1 TON
PLATE TYPE: TRUCK PLT
ORGANIZATION:
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1FTFW1ET2CFA12718      VEHICLE CLASSIFICATION: TRK<=1
YR/MAKE: 2012/FORD  MODEL: F15  BODY STYLE: PK    UNIT NO: SC2718
EMPTY WT: 5400    CARRYING CAPACITY: 1000    GROSS WT: 6400    TONNAGE: 0.50   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                  TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: JORDAN FORD LTD          PREV CITY/STATE: SAN ANTONIO, TX

| INVENTORY ITEM(S) | YR | | | |
|---|---|---|---|---|
| FORM 31-RTS | | | | |
| TRUCK PLT | | FEES ASSESSED | | |
| WINDSHIELD STICKER | 2013 | TITLE APPLICATION FEE | $ | 13.00 |
| VEHICLE RECORD NOTATIONS | | TEXAS MOBILITY FUND FEE | $ | 15.00 |
| ACTUAL MILEAGE | | TERP FEE | $ | 5.00 |
| PAPER TITLE | | SALES TAX FEE | $ | 1,584.87 |
| MAJOR COLOR: SILVER | | BUYERS TAG | $ | 5.00 |
| | | WINDSHIELD STICKER | $ | 54.00 |
| | | REG FEE-DPS | $ | 1.00 |
| | | CNTY ROAD BRIDGE ADD-ON FEE | $ | 10.00 |
| | | CHILD SAFETY FUND | $ | 1.50 |
| | | AUTOMATION FEE | $ | 1.00 |
| | | TOTAL | $ | 1,690.37 |

ODOMETER READING: 850    BRAND: A
OWNERSHIP EVIDENCE: MANUFACTURER'S CERT. OF ORIGIN
1ST LIEN          DATE: 08/20/2012
SECURITY SERVICE FEDERAL CU
P.O. BOX 691510
SAN ANTONIO, TX 78269                    SALES TAX CATEGORY: SALES/USE

2ND LIEN

3RD LIEN

Date of Assignment/Sales Tax Date: 08/20/2012
Sales Price (Less $4,000.00 rebate) $   45,357.93
Less Trade In Allowance $   20,000.00
Taxable Amount $   25,357.93
Sales Tax Paid $    1,584.87
Less Other State Tax Paid $        0.00
Tax Penalty $        0.00
TOTAL TAX PAID $    1,584.87
Batch No: 2074126101    Batch Count: 61

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER.

ORIGINAL
VTR-500-RTS (REV. 09/2012) DHT 157490

19

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE
→ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ←
→ TYPE OR PRINT NEATLY IN INK ←

**TAX OFFICE USE ONLY**

Tax Collector: SYLVIA S. ROMO ROMO
Date: 09/10/2012
County: BEXAR   BEXAR
Transaction Number: E479365

**County Use Only**
☐ SPV $
☐ Appraisal Value $

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style |
|---|---|---|---|
| 1FTFW1ET2CFA12718 | 2012 | FORD | CREW CAB |

| 5. Model | 6. Odometer Reading | 7. Empty Weight | 8. Carrying Capacity (lbs.) | 9. Tonnage |
|---|---|---|---|---|
| F-150 | 850 | 5405 | 1000 | 0.50 |

| 10. Trailer Type | 11. Plate No. | 12. Vehicle Unit No. | 13. Major Vehicle Color | 13a. Minor Vehicle Color (two colored) |
|---|---|---|---|---|
| ☐ Semi ☐ Full | GBZ30062 | W1E | SILVER | |

14. Applicant's/Owner's Name(s)
KEVIN PRINCE
Address: 2606 WOODBURY
City, State, Zip Code: SAN ANTONIO   TX 78217
County Name: BEXAR

14a. Registrant's Name
(Renewal Notice Recipient)
Address
City, State, Zip Code
County Name

14b. Vehicle Physical Location
City, State, Zip Code

| 15. Previous Owner's Name | JORDAN FORD LTD | 15a. GDN - Dealer Use Only |
|---|---|---|
| Address | 13010 I H 35 N | P4642 |
| City, State, Zip Code | SAN ANTONIO   TX   78233 | |

**THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

16. 1st Lien Date: 08/20/2012
1st Lienholder Name: SECURITY SERVICE FEDERAL CU
Address: P. O. BOX 691510
City, State, Zip Code: SAN ANTONIO   TX   78269

16a. Electronic Title Request? ☐ YES (16c cannot be checked)
16b. Certified Lienholder ID No.:
16c. Additional Lien(s)? ☐ YES (Attach Form VTR-267)

17. FOR CORRECTED TITLE, CHECK REASON(S)
☐ Change in Vehicle Description ☐ VIN ☐ No Change in Ownership ☐ Add Lien ☐ Remove Lien ☐ Odometer Brand ☐ Odometer Reading
☐ Year ☐ Make ☐ Body Style ☐ Other

18. ODOMETER DISCLOSURE - FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
I, JORDAN FORD LTD , state that the odometer now reads 850 (no tenths)
** (Name of Seller/Agent)
THE MILEAGE SHOWN IS ☒ A - Actual Mileage ☐ N - Not Actual Mileage   WARNING - ODOMETER DISCREPANCY ☐ X - Mileage Exceeds Mechanical Limits
** IF NO SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES "EXEMPT."

**MOTOR VEHICLE TAX STATEMENT**

19. CHECK ONLY IF APPLICABLE
☐ I hold Motor Vehicle Retailer's (Rental) Permit No.
☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002 (c)). and will satisfy the minimum tax liability (V.A.T.S., Tax Code, §152.046 (c)).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE - INS? (Y/N) |
|---|---|---|---|---|
| | 2011 | CHEVROLET | 3GCPKSE35BG127588 | N |

21. SALES AND USE TAX COMPUTATION
☐ (a) Sales Price ($ 4,000.00 rebate has been deducted)   $ 45,357.93
(b) Less Trade - In Amount, Describe in Item 20 Above   $ (20,000.00)
(c) For Dealers/Lessors/Rental ONLY - Fair Market Value Deduction, Describe in Item 20 Above   $ ( N/A )
(d) Taxable Amount (Item a. minus Item b./Item c.)   $ 25,357.93
(e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625)   $ 1,584.87
(f) Late Tax Payment Penalty ☐ 5% or ☐ 10%   $ N/A
(g) Tax Paid to _____ (STATE)   $ N/A
(h) AMOUNT OF TAX AND PENALTY DUE (Item e. plus Item f. minus Item g.)   $ 1,584.87

☐ $90 New Resident Tax - (Previous State)
☐ $5 Even Trade Tax
☐ $10 Gift Tax - Affidavit required. Use Comptroller Form 14-317.
☐ $65 Rebuilt Salvage Fee
☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs)
☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs)
☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because

☒ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE
(Contact your County Tax Assessor-Collector for the correct fee.)

**I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

22. _(signature)_
Signature of SELLER, DONOR, OR TRADER
JORDAN FORD LTD
PRINTED NAME (Same as signature)   08/20/2012   Date

23. _(signature)_
Signature of PURCHASER, DONEE, OR TRADER
KEVIN PRINCE
PRINTED NAME (Same as signature)   08/20/2012   Date

**RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT (MARRIED PERSONS)**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS APPLICATION FOR TITLE, SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR. NON-MARRIED PERSONS ARE REQUIRED TO EXECUTE A RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT FOR A MOTOR VEHICLE, FORM VTR-122.

SIGNATURE   Date
SIGNATURE   Date

WARNING: Transportation Code, §501.155, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

Form 130-U   (Rev. 04/11)

20

# CERTIFICATE OF ORIGIN FOR A VEHICLE



**DATE**
**NOVEMBER 07,2011**

**INVOICE NO.**
**FA12718**     0

**VEHICLE IDENTIFICATION NO.**
**1FTFW1ET2CFA12718**

**YEAR**
**2012**

**MAKE**
**FORD**

**BODY TYPE**
**145 F150 CREW CAB 4X4 SS**

**SHIPPING WEIGHT**
**5385 LBS.**

**H.P.(S.A.E.)**
**31.83**

**G.V.W.R.**
**7200 LBS**

**NO. CYLS.**
**6**

**SERIES OR MODEL**
**W1E1**

**NOMINAL TONNAGE**      **1/2**

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

**HOLIDAY FORD**
**1003 Highway 82 West**
**Whitesboro TX 76273**

**52W515**

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

**MEMO DATA**
-----------------------
**FINANCE SOURCE 110007H**

**General Motors Accep**
**5208 Tennyson**
**Plano**      **TX**
       **75024**

**B26421110**

**FORD MOTOR COMPANY**

BY _____
    **(SIGNATURE OF AUTHORIZED REPRESENTATIVE)**     **(AGENT)**

**DEARBORN, MICHIGAN**
            **CITY · STATE**



21

Each seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any other state. I further certify to the best of my knowledge with the vehicle is subject to any security interests other than those disclosed herein and warrants title to the vehicle.

FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**ASSIGNMENT NUMBER 3 — DISTRIBUTOR-DEALER**

NAME OF PURCHASER(S): Five Star Ford

ADDRESS: 1601B Northeast Loop 820, North Richland Hills TX 76180

I certify to the best of my knowledge that the odometer reading is ___ 14 ___ No Tenths

DEALER NAME OF DEALERSHIP: Holiday Ford
DEALERS LICENSE NUMBER: P109633
State of TX
County of Grayson
BY: John Watson
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to before this 20 day of Dec 2011
Notary Public

**ASSIGNMENT NUMBER 4 — DISTRIBUTOR-DEALER**

NAME OF PURCHASER(S): Sam Pack Five Sta

ADDRESS: 1635 INTERSTATE 35 FRONTAGE RD CARROLTON TX 75006

I certify to the best of my knowledge that the odometer reading is ___ 118 ___ No Tenths

DEALER NAME OF DEALERSHIP: Five Star
DEALERS LICENSE NUMBER: P33064
State of Texas
County of Tarrant
BY: M Lee
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to before this 27 day of Dec 2011
Notary Public

NAME OF PURCHASER(S): Jordan Ford Ltd

ADDRESS: 12010 IH 35 N San Antonio TX 78233

SAM PACK'S FIVE STAR FORD

I certify to the best of my knowledge that the odometer reading is ___ 500 ___ No Tenths

DEALER NAME OF DEALERSHIP:
DEALERS LICENSE NUMBER: P8388
State of TX
County of Dallas
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to before this 18 day of Jan 2012
Notary Public

NAME OF PURCHASER(S): KEVIN PRINCE

ADDRESS: 2606 WOODBURY SAN ANTONIO, TX 78217

I certify to the best of my knowledge that the odometer reading is ___ 850 ___ No Tenths

DEALER NAME OF DEALERSHIP: JORDAN FORD LTD
DEALERS LICENSE NUMBER: 4642
State of TEXAS
County of BEXAR
BY: Rebecca Jenkins
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to before this 20th day of AUG 20___
Notary Public

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.
WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____ Date of Statement _____ Date of Sale _____

Printed Name(s) of Sellers _____

Signature(s) of Purchaser(s) _____ **SURRENDERED**

Printed Name(s) of Purchaser(s) _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me this _____ day of _____ 20___
Notary Public

Company Name (If Applicable) _____ State of _____

Address of Purchaser(s) _____ County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

REV 11/02

HOLD DOCUMENT UNDER BLACKLIGHT TO VERIFY AUTHENTICITY

22

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, JORDAN FORD LTD _____ state that the odometer now

**(TRANSFEROR'S NAME - PRINT)**

reads _____. 850 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage.
**WARNING — ODOMETER DISCREPANCY.**

| | |
|---|---|
| MAKE | FORD |
| MODEL | F-150 |
| BODY TYPE | CREW CAB |
| VEHICLE IDENTIFICATION NUMBER | 1FTFW1ET2CFA12718 |
| YEAR | 2012 |
| TRANSFEROR'S NAME (PRINTED NAME) | JORDAN FORD LTD |
| TRANSFEROR'S ADDRESS (STREET) | 13010 I H 35 N |
| | SAN ANTONIO (CITY)   TX (STATE)   78233 (ZIP CODE) |
| TRANSFEROR'S NAME (SIGNATURE) | *[signature]* |
| DATE OF STATEMENT | AUGUST 18, 2012 |
| TRANSFEREE'S NAME | KEVIN PRINCE |
| TRANSFEREE'S ADDRESS (STREET) | 2606 WOODBURY |
| | SAN ANTONIO (CITY)   TX (STATE)   78217 (ZIP CODE) |
| TRANSFEREE'S NAME X (SIGNATURE) | *[signature]* |
| (PRINTED NAME) | KEVIN PRINCE |

23

**Receipt for Texas Title Application/Registration/Motor Vehicle Tax**

| Field | Value |
|---|---|
| 1. RECEIPT | 09/10/2012 |
| 2. | |
| 3. EXPIRES LAST DAY OF — MONTH 08 YEAR 2013 | |

4. ☐ TRANSFER OF CURRENT REGISTRATION  [X] REGISTRATION FEE PAID  [X] PLATES ISSUED

5. ☐ $5 PLATE TRANSFER FEE  ☑ $5 BUYER TEMP TAG FEE

6. PREVIOUS TEXAS LICENSE PLATE NO.

7. OWNER (NAME AND MAILING ADDRESS)
KEVIN PRINCE

2606 WOODBURY
SAN ANTONIO, TX 78217

8. 1st LIENHOLDER (NAME AND MAILING ADDRESS)
SECURITY SERVICE FEDERAL CU

P.O. BOX 691510

SAN ANTONIO TX 78269

DATE OF LIEN 08/20/2012

9. 2nd LIENHOLDER (NAME AND MAILING ADDRESS)

DATE OF LIEN

10. 3rd LIENHOLDER (NAME AND MAILING ADDRESS)

DATE OF LIEN

11. SELLER (NAME OF PREVIOUS OWNER AND MAILING ADDRESS)
JORDAN FORD LTD
13010 N IH 35, SAN ANTONIO, TX 78233-2614

FORM VTR-31-RTS (REV 10/2010) DHT #149517

**TAX AND TITLE COPY 1**

| Field | Value |
|---|---|
| 12. TEXAS LICENSE PLATE NO. | B230062 |
| | 479365 |
| 13. REG. CLASS | 35 |
| 14. TONNAGE | 0.50 |
| 15. EMPTY WEIGHT | 5400 |
| 16. CARRYING CAPACITY | 1000 |
| 17. GROSS WEIGHT | 6400 |
| 18. DIESEL FEE | |
| 19. YEAR | 2012 |
| 20. MAKE | FORD |
| 21. MODEL | F15 |
| 22. BODY STYLE | PK |
| 23. VEHICLE IDENTIFICATION NUMBER (VIN) | 1FTFW1ET2CFA12718 |
| 24. ODOMETER | 850 |
| 25. BRAND | A |
| 26. SURRENDERED TITLE NUMBER | MCO |
| 27. ☐ $90.00 NEW RESIDENT ☑ $5.00 EVEN TRADE ☐ $10.00 GIFT ☐ $65.00 REBUILT SALVAGE | |
| ☐ 2.5% EMISSIONS FEE ☐ 1% EMISSIONS FEE ☐ EXEMPT | |
| 26. SALES PRICE | 49357.93 |
| 29. TRADE-IN | 20000.00 |
| 30. REBATE | 4000.00 |
| 31. TAXABLE VALUE | 25357.93 |
| 32. SALES TAX | 1584.87 |
| 33. PENALTY | |
| 34. TOTAL REG. TRANS. FEE | 55.00 |
| 35. TAX & PENALTY PAID | 1584.87 |
| 36. TITLE APPL. FEE | 33.00 |
| 37. MISCELLANEOUS FEES | 0.00 |
| 38. REG FEE - DPS | 1.00 |
| 39. RESIDENT COUNTY | BEXAR |
| 40. LOCAL FEES | 11.50 |
| 41. DEPUTY | RT |
| 42. TOTAL FEES | 1690.37 |
| 43. TAX ASSESSOR-COLLECTOR | SYLVIA S ROMO |
| 44. PROCESSING CO | BEXAR |