*USED MOTOR VEHICLE HISTORY ASSESSMENT*
*ODOMETER ROLLBACK AND IMPACTS ON VALUE*

2012 FORD F150 XLT SUPERCREW 3.5 4X4
V.I.N. 1FTFW1ET2CFA12718

AUGUST 20, 2024

**PREPARED FOR:**

GABRIEL LUC HADDON
3532 BRAEMAR ST.
LAND O LAKES, FL. 34638



**PREPARED BY:**

SOUTH FLORIDA AUTO APPRAISERS
STUART RASKIN
I.A.A.A. CERTIFICATION NO. 1003300011
FLORIDAAUTOAPPRAISER@GMAIL.COM
(954) 695-0138

The information contained in this report is privileged and confidential information and is intended only for the use of the individual and/or entity identified.  All rights reserved.  No part of this document may be reproduced, distributed or transmitted in any form or by any means, including photocopying or other electronic or mechanical methods without prior written consent of the preparer.  Any unauthorized possession or distribution is strictly prohibited.

### I.  SCOPE OF WORK:

The following Motor Vehicle Historical Assessment has been prepared at the request of Mr. Joshua Feygin, Attorney at Law. Its sole purpose is to establish the subject vehicle's documented odometer history and the possible impacts of an odometer discrepancy on the vehicle's value on or about May 25, 2020.

### II.  DESCRIPTION:

The vehicle Identification number as stated above decodes accurately to a 2012 Ford F150 XLT Supercrew 3.5 4X4. The subject vehicle is painted Ingot Silver Metallic with gray cloth interior and factory equipped as follows:



### III.  INSPECTION:

A personal inspection was performed on August 14, 2024. At the time of the inspection, the vehicle identification number was verified. The odometer reading on the date of inspection showed 151,625 miles.




Page 1 of 10








IV.     **BACKGROUND AND HISTORY:**

The subject vehicle was originally sold as a new vehicle in the State of Texas. To establish the documented odometer history of the subject vehicle, records requests were submitted to both Texas and it's second state of registration being Florida. The title history documents the dates of title transfer and the odometer readings documented as actual on those specified dates.

- The following Texas Certificate of Title No. 108807591 bearing the subject vehicles V.I.N. documents that on Jan. 4, 2013 the subject vehicle had an actual odometer reading of 850 miles.



The following Texas Certificate of Title No. 11168700 bearing the subject vehicle's V.I.N., documents that on Jan. 30, 2019 the subject vehicle had an actual odometer reading of 154,495 miles.



The following Texas Certificate of Title No. 144973339 bearing the subject vehicle's V.I.N., documents that on March 6, 2019, the vehicle had an actual odometer reading of 201,150 miles.



Page 5 of 10

As evidenced below, on the reverse side of Texas Certificate of Title No. 144973339, an odometer reading of 131,627 miles was entered as the actual odometer reading on the first assignment section dated March 31, 2020. On April 14, 2020, the title was again reassigned with an actual odometer reading of 131,628 miles. On May 15, 2020, the vehicle was again reassigned to Powerhouse Automotive with an actual odometer reading of 131,630 miles and on May 25, 2020, the vehicle was reassigned to Gabriel Luc and Maria Haddon with an actual odometer reading of 131,636 miles.

Whomever was the first assignee on March 31, 2020 should have noticed the discrepancy in the mileage of 201,150 miles as documented on the front of the title as compared to the mileage of 131,621 miles entered by the first assignor. This discrepancy should have been legally noted by checking the appropriate box that the stated odometer reading of 131,626 miles was **"Not the actual mileage. WARNING – ODOMETER DISCREPENCY"**.



The following Florida Application for Certificate of Title documents that the application for title naming Gabriel Luc Haddon as the owner stated that the odometer reading of 131,636 miles reflected the actual mileage on May 25, 2020.

V.  **PURCHASE DOCUMENTATION:**

As evidenced below, the following Buyer's Order documents that Gabriel Luc Haddon purchased the subject vehicle from Powerhouse Automotive on May 25, 2020, with 131,636 miles for a price of $21,998.

**Buyer's Order**

Dealer/Seller Name and Address:
Powerhouse Automotive
10333 Woodberry Rd
Tampa, FL 33619
(813) 530-3090
(813) 436-3000

Date 5/25/2020
App No. App# 57987168 - V# 3

Buyer/Co-Buyer Name(s) and Address(es):
Gabriel Luc Haddon
3532 Braemar St
Land O Lakes, FL 34638
(813) 909-5344
VALHADDON2@GMAIL.COM
Mo. of birth 03

Maria Haddon
3532 Braemar St
Land O Lakes, FL 34638
(720) 519-3002
VALHADDON2@GMAIL.COM
Mo. of birth 01

Stock No.
Contract No. 1112
Salesperson

**Vehicle Information**
- ☐ New  ☒ Used  ☐ Demo
- Year 2012
- Make Ford
- Model F150 SuperCrew Ca
- Body Style Pickup
- VIN 1FTFW1ET2CFA12718
- Lic. No.
- Odometer Reading 131636
- Color

**Insurance Information**
Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

**Trade-In Information**
Trade-in 1
Year, Make, Model, Body Style, VIN, Lienholder Name, Address, Phone
Lic. No., Odometer Reading, Color
Payoff N/A
Payoff good through
Approved

Trade-in 2
Year, Make, Model, Body Style, VIN, Lienholder Name, Address, Phone
Lic. No., Odometer Reading, Color
Payoff N/A
Payoff good through
Approved

**Itemization of Sale**

| # | Item | Amount |
|---|------|--------|
| 1. | Vehicle Sales Price | $21998.00 |
| 2. | Sales Tax | $1367.82 |
| 3. | County Tax | $50.00 |
| 4. | Other Tax(es) | N/A |
| 5. | Subtotal (Add lines 1 through 4) | $23415.82 |
|    | Title, License, Taxes & Other Fees | |
| 6. | Pre-delivery Service Fee | $799.00 |
| 7. | Electronic Transfer Fee | N/A |
| 8. | License Plate/Registration | C.O.D |
| 9. | Certificate of Title | C.O.D |
| 10. | Temp Tag | N/A |
| 11. | Doc Stamp | $70.35 |
| 12. |  | N/A |
| 13. |  | N/A |
| 14. |  | N/A |
| 15. | Total Other Fees (Add lines 6 through 14) | $869.35 |
|    | Additional Products | |
| 16. |  | N/A |
| 17. |  | N/A |
| 18. | Knight Management Insurance Services | $795.00 |
| 19. |  | N/A |
| 20. |  | N/A |
| 21. |  |  |
| 22. |  |  |
| 23. |  |  |
| 24. | Total Products (Add lines 16 through 23) | $795.00 |
| 25. | Cash Sale Price (Add lines 5 + 15 + 24) | $25080.17 |
| 26. | Trade-in Allowance | N/A |
| 27. | Less Payoff | N/A |
| 28. | Net Trade Allowance (Line 26-27) | N/A |
| 29. | Cash Down Payment | $5000.00 |
| 30. | Deferred Down Payment | N/A |
| 31. | Total Down Payment (Line 28 + 29 + 30) | $5000.00 |
| 32. | Total Balance Due (Line 25-31) | $20080.17 |

* This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

Buyers Order-FL
Bankers Systems tw VMP®
Wolters Kluwer Financial Services © 2016

Initials: _____ _____

BUY-ORDER-FL 7/15/2016
Page 1 of 3

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian.

Page 8 of 10

VI. *NOT ACTUAL MILEAGE TITLE BRANDING AND IMPACT ON VALUE:*

When a used motor vehicle has a clear documented odometer discrepency, it should be branded as "Not Actual Mileage". This branding would have both a perceived and inherent impact on that vehicle's value. As such, it is the opinion of this appraiser that taking into consideration the type of vehicle, its age and model and a last assumed accurate odometer reading of 201,150 miles in March 2019, a fair value adjustment of Twenty-Five Percent should be considered. Therfore, with this vehicle being being correctly branded as "Not Actual Mileage" it is the opinion of this appraiser that a fair and accurate representation of the subject vehicle's fair market value in May 2020 are as follows:

- Actual purchase price:  $21,998     Adjusted value for odometer discrepency:   25% ($5,500)

- Adjusted value after value adjustment for odometer discrepency:  $16,500

VII. *CONCLUSION:*

Based on the actual purchase price as stated above, it is the opinion of this appraiser that as the direct result of this vehicle having a significant odometer discrepencey, the impact of said discrepency on this vehicle's retail value can be established at **$5,500.**

- I have been retained by Attorney Joshua Feygin to inspect the subject vehicle and photo-document the mileage on that date. In addition, I have been tasked to review the subject vehicle's title and documented odometer history. In so doing, establish if there are any documented odometer discrepencies and if so, to establish the monetary impact of said discrepency on the subject vehicle's value. My compensation to inspect the vehicle, review the provided documentation and perform the necessary historical research and prepare this written evaluation is $750.00.

- I have been working as a certified auto appraiser and offered my professional opinions as to the value of motor vehicles, light, medium and heavy duty trucks, motorcycles, classic and collectible automobiles and specialty vehicles since 2007. My litigation expertise can be estimated at Eighty-percent representation for plaintiff's and Twenty-Percent representation for defendants.

- The attached is a list of my most recent litigation matters. My service as an expert witness for litigation matters can be estimated at or about Ten-Percent of my work.

I hereby certify that the information contained within this report is true and accurate to the best of my knowledge. The opinions and conclusions contained within this report have been prepared according the Uniform Standards of Professional Appraisal Practice and the Uniform Standard for Automotive Appraisal Procedure. I hold certification with the International Association of Automobile Appraisers and had been a licensed Independent Automobile Dealer in the State of Florida for over twenty years. With over thirty years of experience in the Automotive Industry I have provided my expert opinion on several litigation matters throughout the State of Florida.

The information and opinions contained within this report are independent, unbiased and are not in any way contingent upon any predetermined value.  The seller, potential purchaser, finance company or any other entity which has or may have any financial interest in the subject automobile agrees to hold South Florida Auto Appraisers and any affiliates harmless for any claims, actions, or causes of action which exist or may arise on the basis of this report. This report and the within evaluation must not be construed as any offer to purchase.  This appraiser has not examined nor verified that the subject vehicle has a marketable title, the person for whom this appraisal has been prepared is the rightful owner or has the authority to make any representations thereto.  It is understood and agreed that any decision with respect this appraiser's opinion of value, the acceptance of any purchase offer(s), financing or insurable interest related thereto, rests solely with the vehicle's owner, seller or any agent thereof.  The individual or entity for whom this appraisal was prepared understands and agrees that any representation of value contained within this report is the sole opinion of this appraiser.  As such, this appraiser does not represent nor warrant that the appraised value in any way represents an actual selling price.

This appraiser warrants that he is not and has not been part of any purchase offer or decision in conjunction with the findings within report.  The appraiser's engagement is to render a value conclusion totally disconnected from any pre-determined values and without bias.  This appraiser has valued the subject vehicle relative to the market conditions on the date specified within this report.  This appraiser has no financial connection or undisclosed relationship with the vehicle's owner or any other entity stated within this report.  This report is for informational purposes only.  The individual for whom this report was prepared or any party relying upon the information contained herein, hereby expressly agrees that in the event of any errors or omissions the sole remedy to such parties shall be limited to the fee paid for the services provided herein.

Photographs, research documentation and notes are available upon request.

*Stuart C. Raskin* - IAAA Certification No. 1003300011
Vehicle Valuation Specialists, LLC
DBA South Florida Auto Appraisers