## QUALITY CARE AUTOMOTIVE CENTER
1915 COLLIER PARKWAY
LUTZ FL 33549
813 909-4030
MV#95185
YOU HAVE A CHOICE, THANKS FOR CHOOSING US!!

8/21/2020 4:10 PM                                                                 page 1

### Invoice #115059

HADDON, VAL & MARIA         Eve Phone   : 720-519-3001
3532 BRAEMAR ST             Cell Number : 720-519-3002
LAND O LAKES FL 34638

Vehicle  : 2012 Ford F150 1/2 Ton - Pickup 3.5 L 213 CID V6 DOHC
VIN      : 1FTFW1ET2CF A2718
Created  : 8/14/2020 2:58 PM            Odometer In  : 0
Complete : 8/21/2020 4:09 PM            Odometer Out : 132841
Invoiced : 8/21/2020 4:09 PM

### Labor/Notes

| Code/Tech* | Description | | Price |
|---|---|---|---|
| TC* | TURBOCHARGER Remove & Replace | M | $544.00 |
| TC* | SYNTHETIC BLEND OIL CHANGE | | $39.99 |
| | INCLUDES: LUBRICATE ALL FITTINGS, CHANGE OIL FILTER AND 5 QRTS OF SYNTHETIC BLEND OIL, INSPECT AND CORRECT ALL FLUIDS AND PRESSURE. | | |
| TC* | FILTER # 27502 | | $0.00 |
| TC* | PARTS 5W30 | | $0.00 |

### Parts

| Qty | Code/Tech* | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|
| 1 | TC* | TURBOCHARGER ASSEMBLY | NEW | $998.93 | $998.93 |

Note: M - Labor Purchase, Copyright, Mitchell International, All Rights Reserved

|   |   |
|---|---|
| L | $583.99 |
| P | $998.93 |
| Misc. | $0.00 |
| Supplies | $25.00 |

This charge represents fees and charges to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal.

|   |   |
|---|---|
| | $0.00 |
| Tax @ $1,607.92 * 7.0000% | $112.55 |
| DEBIT $1,720.47         Paid | $1,720.47 |

Tech    Certif
TC

A 24 month or ... whichever occurs first, is provided on all parts and labor unless otherwise s... ... pairs must be performed at this repair shop.

I HEREBY A... ... OF REPAIRS AS INDICATED HEREIN AND RECEIPT OF MY VEHICLE.

RECEIVED _____    DATE _____

Plaintiff's_Resp_FS_299