UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, GABRIEL LUC HADDON ("Plaintiff"), an individual, hereby moves for an extension of time to file a response to Defendant FS INVESTMENTS OF AMERICA INC., d/b/a POWERHOUSE AUTOMOTIVE's, Florida corporation ("Defendant") Motion for Summary Judgment [DE 72] up to and through November 02, 2024, and in support thereof states as follows:

1. On October 07, 2024, Defendant filed its Motion for Summary Judgment ("Motion"). [DE 72].

2. Local Rule 3.01(c) mandates Plaintiff's response to the Motion is due by October 28, 2024.

3. Undersigned counsel has been diligently preparing the Plaintiff's Response, however, his ability to timely meet the October 28, 2024 deadline has been impacted by his

observance of interceding Jewish Holy days. Namely, Yom Kippur (October 11, 2024 - October 12, 2024) and Simchat Torah (October 24, 2024 – October 25, 2024).

4. As a result, Plaintiff respectfully requests a brief extension of time of FIVE (5) days, up to and through November 02, 2024 to file a response to the Motion.

### Memorandum of Law in Support

As good cause has been shown, Plaintiff respectfully requests an extension as set forth above to respond to file a response to the Motion. *See* Fed. R. Civ. P. 6(b).

### Certificate of Conference Under Local Rule 7.1(a)(3)

Plaintiff conferred with Defendant, FS Investments of America Inc., d/b/a Powerhouse Automotive on October 23, 2024. Defendant opposes the extension on the basis that, *inter-alia* "Plaintiff previously denied two of Defendant's requests for extensions of time."

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully request that this Honorable Court grant an extension of time to file a response to the Defendant's Motion for Summary Judgment [DE 71] up to and through November 02, 2024.

Respectfully submitted on Wednesday, 23 October 2024, by:

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email:  Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357

## CERTIFICATE OF SERVICE

  I certify that on Wednesday, 23 October 2024, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 _/s/ Joshua Feygin_
                 Joshua Feygin, Esq.

                 FLORIDA BAR NO: 124685