

# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

**522 MANHEIM SAN ANTONIO**
2042 ACKERMAN RD
SAN ANTONIO, TX 78219 US

Please refer to the vehicle release for the pickup location

**Sale Date**
11-APR-2020 07:33:18

**Yr Wk Ln Rn**
2020-16-92-1

**Sale Type**
OVE

**Vehicle Purchase Price**
Sale Price         $ 9,200.00
Adjustments        $     0.00
Final Sale Price   $ 9,200.00

**Seller**
MCCOMBS FORD WEST
7111 NW LOOP 410
San Antonio, TX 78238 US

Seller Rep:
*Signature on file*

**Buyer**
AUTO DEAL CORP
7611 NW 7TH AVE UNIT 126
MIAMI, FL 33150 US

Buyer Rep: STRUSBERG, FRANKLYN
*Signature on file*

**Vehicle Information**
2012 Ford F-150
CREW XLT Silver Four Wheel Drive
1FTFW1ET2CFA12718

Mileage: 131628 Miles    0

License Plate No:

**Title Information**
State: TX    Number: 1

**Vehicle Features**
Hard Top
8 Cylinder Engine
Automatic w O/D
Power Steering
GRY
Leather Seats
A/C

Power Windows
Power Door Locks
Cruise Control
Driver Air Bag
Emissions label missing

**Auction Lights**

GREEN     Buyer protection to conditions
YELLOW    Certain conditions announced prior to sale

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 16-Jun-2023 10:31:04