Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  8:23-cv-00709

GABRIEL LUC HADDON,
an individual,

            Plaintiff,

v.

FS INVESTMENTS OF AMERICA, INC.,
d/b/a POWERHOUSE AUTOMOTIVE, a
Florida corporation, and
WESTLAKE SERVICES, LLC, d/b/a
WESTLAKE FINANCIAL SERVICES,
a foreign corporation,

            Defendants.
_____/
FS INVESTMENTS OF AMERICA, INC.,
d/b/a POWERHOUSE AUTOMOTIVE,

            Third-Party Plaintiff,

v.

MCCOMBS WEST FORD, LLC, d/b/a
MCCOMBS FORD WEST, a
foreign corporation,

            Third-Party Defendant.

- - - - - - - - - - - - - - - - -x


                    Zoom
                    July 12, 2024
                    10:03 a.m. - 11:44 a.m.


 DEPOSITION OF HENRY FINLEY, AS MCCOMBS WEST FORD,
         LLC'S, CORPORATE REPRESENTATIVE


     Taken before JAN L. BRONIS, Registered
Professional Reporter and Notary Public for the
State of Florida at Large, pursuant to Notice of
Taking Deposition filed in the above cause.

**Exhibit 2**

05ca64ed-d7d4-4156-816a-c033c9bc4d13

```
                                                         Page 2
 1      APPEARANCES (Via Zoom):

 2

        ARMSTRONG TEASDALE, LLP
 3      355 Alhambra Circle, Suite 1200
        Coral Gables, Florida 33134
 4      BY:  JOSE A. PERALTA, ESQ.
        On behalf of FS Investments of America, Inc.
 5      Tele:  (786) 822-3700
        E-Mail:  Jperalta@atllp.com
 6

 7      JOSHUA FEYGIN, PLLC / SUE YOUR DEALER -
        A LAW FIRM
 8      1930 Harrison Street, Suite 208F
        Hollywood, Florida 33020
 9      BY:  JOSHUA FEYGIN, ESQ.
        On behalf of the Plaintiff
10      Tele:  (954) 228-5674
        E-Mail:  Josh@sueyourdealer.com
11

12      NICKLAUS & ASSOCIATES, P.A.

13      4651 Ponce De Leon Boulevard, Suite 200

14      Coral Gables, Florida 33146

15      BY:  BRUCE BALDWIN, ESQ.

16      On behalf of McCombs Ford

17      Tele:  (305) 460-9888

18      E-Mail:  Bruceb@nicklauslaw.com

19

20

21

22

23

24

25      _____
```

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 3

1                    I N D E X

2

Examinations                                  Page

3

4

HENRY FINLEY, AS MCCOMBS WEST FORD, LLC'S,     4
5 CORPORATE REPRESENTATIVE

6 DIRECT EXAMINATION BY MR. PERALTA             4
  CROSS EXAMINATION BY MR. FEYGIN              56
7 REDIRECT EXAMINATION BY MR. PERALTA          70
  RECROSS EXAMINATION BY MR. FEYGIN            72
8

9

                   E X H I B I T S
10 No.                                         Page

11 Defendant's Exhibit 1 for Identification -   14
   Answers to Interrogatories
12
   Defendant's Exhibit 2 for Identification -   28
13 Auto Check Report

14 Defendant's Exhibit 3 for Identification -   32
   Carfax Report
15
   Defendant's Exhibit 4 for Identification -   37
16 F 150 Sale Log

17 Defendant's Exhibit 5 for Identification -   38
   F 150 Texas Vehicle Inquiry
18
   Defendant's Exhibit 6 for Identification -   44
19 F 150 Title Copy

20

21 Plaintiff's Exhibit A for Identification -   63

22 Title (McCombs to Auto Deal)

23

24 (The exhibits will be e-mailed with the

25 transcript.)

Choice - United

Page 4

1  Thereupon--

2      HENRY FINLEY, AS MCCOMBS WEST FORD, LLC'S,

3                    CORPORATE REPRESENTATIVE

4  was called as a witness by the

5  Defendants/Third-Party Plaintiff, and, having been

6  first duly sworn, testified as follows:

7                    DIRECT EXAMINATION

8  BY MR. PERALTA:

9      Q.    Mr. Finley, are you testifying today as

10  McCombs' corporate representative?

11      A.    Yes, sir.

12      Q.    Have you been deposed before?

13      A.    I'm sorry?

14      Q.    Have you been deposed before?

15      A.    Now, when you say, "deposed" --

16      Q.    So has anybody taken your deposition

17  before?

18      A.    No, sir.

19      Q.    Okay.  So I'll give you a couple of

20  instructions.  Pretty much this is the attorneys'

21  opportunity to ask McCombs questions through you so

22  we can understand the McCombs' claims and defenses

23  in this case.  So, having said that, you know, I

24  will ask you questions and other attorneys will.

25  If you can please just wait until we finish asking

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 5

1  our questions before you provide your answer, and

2  we will do the same; we will let you finish before

3  we go ahead and ask the next question.

4       If you need a break, just let me know.  That's

5  not a problem.

6       And your attorney may also pose objections.

7  Unless he asks you not to respond, please go ahead

8  and respond after he objects.

9       That's pretty much it.  Do you have any

10 questions for me as to that?

11     A.   No, sir.

12     Q.   Okay.  Great.

13          MR. BALDWIN:  Maybe one more thing about

14     not understanding the nature of a question.

15          MR. PERALTA:  Sure.

16 BY MR. PERALTA:

17     Q.   So I guess what your attorney wants me to

18 point out is that if you do not understand the

19 nature of a question, you can let me know and I can

20 repeat it or clarify it or change the question.

21          MR. PERALTA:  Anything else, Bruce?

22          MR. BALDWIN:  No, that's fine.

23          MR. PERALTA:  Okay.

24 BY MR. PERALTA:

25     Q.   So are you currently employed by McCombs?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 6

1    A.   Yes, I am.

2    **Q.   What's your title at McCombs?**

3    A.   I'm the general manager.

4    **Q.   General manager.  How long have you been**
5  **the general manager at McCombs?**

6    A.   I've been general manager for McCombs for
7  twelve years.

8    **Q.   Have you held any other titles?**

9    A.   Within McCombs, yes.

10   **Q.   Yes.  So which are they?**

11   A.   I was general sales manager prior to this
12  role, and then I was also new vehicle director.

13   **Q.   Okay.  And for how long did you hold the**
14  **title of general sales manager at McCombs?**

15   A.   That was -- for McCombs, that was two
16  years, general sales manager.

17   **Q.   And then as a new vehicle director, for**
18  **how long?**

19   A.   That was three-and-a-half years.

20   **Q.   Okay.  So as a general manager, what does**
21  **your job entail?**

22   A.   As a general manager, my job entails
23  overseeing full operations of every aspect of the
24  business, whether it's sales, parts, service.  Just
25  overseeing the full operation.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 7

1    **Q.   Okay.  And then as a general sales**

2  **manager, what did that job entail?**

3    A.   That job entailed making sure that we were

4  taking care of business as far as selling new and

5  used vehicles, making sure everything was pushed

6  through on a daily basis.  You know, and it was

7  really all sales end of it.  You know, as a general

8  sales manager, you're really over just the sales

9  department; new cars, used cars, finance.

10    **Q.   Okay.  Before working at McCombs, did you**

11  **work for another auto dealership?**

12    A.   I did.

13    **Q.   Where?**

14    A.   I was working for a company called

15  Gillespie Ford.

16    **Q.   Okay.  And what title did you held at that**

17  **company?**

18    A.   At that company, I was new -- I was a

19  sales manager as well.

20    **Q.   All right.  What did you do to prepare for**

21  **today's deposition?**

22    A.   What I basically did to prepare for

23  today's deposition was look over the deal itself,

24  looked at anything that pertained to this

25  particular deal that I may be asked questions

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 8

1 about.

2    Q.    When you say, "the deal itself," what

3 kinds of documents -- if you could highlight some

4 for me.  What kinds of documents did you look at?

5    A.    I mean, I basically looked over this

6 particular deal that's in question, basically.  You

7 know, I looked at the odometer, I looked at, you

8 know, the trade appraisal, the miles, things of

9 that nature.  That's basically all I really had to

10 look at for the most part.  The name of the

11 customer, dates.

12    Q.    So, pretty much, you looked at the deal

13 file.

14    A.    Yes, sir.

15    Q.    Okay.  Are you under any medication that

16 would prevent you from accurately testifying today?

17    A.    No, sir, not at all.

18    Q.    Do you have any health conditions that

19 would prevent you from accurately testifying today?

20    A.    No, sir.

21    Q.    Do you hold any professional licenses?

22    A.    Yes.  Finance license, as well as a --

23 yeah, that's really it.  Finance license, which

24 obviously kicks in for operating a store of this

25 size.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 9

1     Q.    Okay.  Did you know for how long has

2  McCombs been in business?

3     A.    McCombs has been in business for, man, 60,

4  70 years, plus.

5     Q.    And does McCombs only operate the

6  dealership located at 7111 Northwest Loop 410, San

7  Antonio, Texas?

8     A.    No, sir.  We have five additional

9  locations as well.

10     Q.    And they're all located in Texas?

11     A.    In San Antonio, yes, sir.

12     Q.    In San Antonio.  So does McCombs sell used

13  vehicles?

14     A.    Yes, we do.

15     Q.    Does it -- okay.  On average, how many

16  vehicles per month at the location located in 7111

17  Northwest Loop 410 --

18     A.    So --

19     Q.    -- would you say --

20     A.    So, now, are you asking for an average of

21  used vehicle sales or total sales?

22     Q.    On average on how many used vehicle sales

23  per month.

24     A.    Okay.  Used vehicles, I'm going to tell

25  you about 175 used vehicle sales per month on an

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 10

1  average.

2      Q.    Okay.  And with respect to the same

3  location, what about, on average, how many new

4  vehicles does it sells per month?

5      A.    About 200 to 210.

6      Q.    Okay.  To your knowledge, has McCombs ever

7  been sued in relation to its disclosure of a

8  vehicle mileage?

9      A.    No, sir.

10      Q.    Has McCombs received any complaints in

11  relation to its disclosure of a vehicle mileage?

12      A.    No, sir.

13      Q.    Are you familiar with Manheim?

14      A.    Yes, sir, I am.

15      Q.    How are you familiar with Manheim?

16      A.    Well, Manheim, obviously, has been around

17  for a long time and, you know, we run a lot of

18  vehicles through Manheim weekly, you know.  So,

19  yeah, that's been a huge auction for a long time

20  within this market here, as well as other markets.

21      Q.    When you say, "run," do you mean sale

22  vehicles through Manheim?

23      A.    Yes.

24      Q.    Okay.  Have you, yourself, sold vehicles

25  through Manheim?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1    A.   Now, when you say, me, myself, me,

2 personally?

3    **Q.   So have you posted vehicles for sale**

4 **through Manheim --**

5    A.   Again --

6    **Q.   -- on behalf of McCombs?**

7    A.   Okay.  Yes.  Not me, personally, posting

8 it, but, yes, McCombs has posted many vehicles

9 through Manheim, absolutely.

10   **Q.   Okay.  But the person posting those**

11 **vehicles through Manheim for sales, have you done**

12 **that on behalf of McCombs?**

13   A.   No, sir.

14   **Q.   Okay.  Have you seen others do that on**

15 **behalf of McCombs?**

16   A.   Yes.  I have a buyer that does that, yes,

17 sir.

18   **Q.   When you say, "a buyer," so you have a**

19 **buyer that posts vehicles for sale through Manheim**

20 **on behalf of McCombs.  Who is this person or**

21 **entity?**

22   A.   So I've got multiple buyers.  I've got a

23 guy named Joe Zapata, and he's the guy that

24 administers everything to the auction, and he works

25 for McCombs.

Page 12

1    Q.   And his name is Joe --

2    A.   Joe Zapata, yes, sir.

3    Q.   Zapata.   Okay.   Is Joe Zapata's title

4 buyer, or does he has an actual title?

5    A.   I would say Joe Zapata's title was either

6 a buyer or a wholesale -- a wholesale person, which

7 is kind of what -- what we call those guys

8 internally.

9    Q.   Okay.   When you say you have other

10 individuals, how many buyers do you have working

11 for McCombs?

12   A.   We have three.   Three guys, including Mr.

13 Zapata.

14   Q.   Got it.

15   A.   But Zapata's the guy that takes care of my

16 store, so the other guys really don't necessarily

17 do anything as it pertains to the 7111 Northwest

18 Loop 410 address.

19   Q.   Got it.   Okay.   So is it your

20 understanding that Manheim operates as an

21 intermediary between sellers and buyers by hosting

22 an online marketplace where, you know, buyers are

23 able to sell vehicles -- sorry -- sellers are able

24 to sell vehicles to buyers?

25   A.   That's correct.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1    Q.   Okay.  To your knowledge, do -- are only

2  licensed dealerships allowed to purchase from

3  Manheim?

4    A.   I would say so.  I mean, I don't know, you

5  know, exactly what their rules are there, because,

6  I mean, I don't control Manheim, but I would

7  imagine that not anybody can just go up there and

8  purchase a car.  I guess I would put it that way.

9    Q.   Okay.  Does McCombs purchase its vehicles

10  through Manheim?

11    A.   Yes, we do.

12    Q.   How many vehicles would you say they

13  purchase through Manheim per month?

14    A.   Oh, man.  If I had to give you a number

15  monthly through Manheim, I'm going to say probably

16  60 to 70.

17    Q.   Okay.  And those vehicles that it

18  purchases, it does for purposes of reselling those

19  vehicles?

20    A.   That is correct, yes, sir.

21    Q.   Okay.  I'm going to show you my first

22  exhibit, which are the Answers to Powerhouse

23  Interrogatories.  Just bear with me here.

24

25

Page 14

1             (Thereupon a document was marked

2       Defendant's Exhibit 1 for Identification in

3       the proceeding.)

4    BY MR. PERALTA:

5       Q.    Can you see the document I have on the

6    screen?

7       A.    I can.  Yes, sir.

8       Q.    Okay.  I'm going to scroll through it.

9    Just, you know, take a look at it.  If you need me

10   to stop to read something, let me know.

11      Okay.  So I said these are McCombs' Answers to

12   Powerhouse's First Set of Interrogatories.  When I

13   say, "Powerhouse," do you know who am I referring

14   to?

15      A.    Not necessarily.

16      Q.    So Powerhouse is the Defendant/Third-Party

17   Plaintiff in this case, so it's actually the entity

18   that sued McCombs in the case.  The actual name is

19   FS Investments of America, Inc.

20      A.    Okay.

21      Q.    But, you know, so I might say, "FS

22   Investments," or I might say, "Powerhouse."  That's

23   who I am referring to.

24       So have you seen this document before?

25      A.    Yes, I have.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 15

1      Q.   Okay.  Are these McCombs' Answers to

2   Powerhouse's First Set of Interrogatories?  That's

3   a question.

4      A.   Yes.

5      Q.   Let me ask you:  Who is Tim Cliver?

6      A.   Tim Cliver is the Chief Operating Officer

7   for McCombs.

8      Q.   And is this his signature?

9      A.   Yes, it is.  It's pronounced Tim Cliver.

10      Q.   Cliver.  Okay.  Thank you.  So Tim Cliver

11   notarized the answers to --

12      A.   That is correct.

13      Q.   -- McCombs' Answers to Powerhouse's First

14   Set of Interrogatories; correct?

15      A.   That's correct, yes, sir.

16      Q.   And then is Amanda Francis the Director of

17   Finance and Compliance for McCombs?

18      A.   Yes, she is.

19      Q.   Is she the director for your store or all

20   the other locations as well?

21      A.   She's the director over all compliance and

22   finance for the McCombs' dealerships.

23      Q.   Understood.  Okay.  So I want to ask you a

24   few clarifying questions as to these answers.

25          Let's go to answer -- so I'm going to ask you

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1 about the answer to Interrogatory Number 2.  I'll

2 give you a chance to read the answer.  I mean,

3 well, the question and the answer.  Let me know

4 when you're done.

5      A.    Okay.  Yeah, we're ready.

6      Q.    So who is Lagarrion Winfrey?

7      A.    So Lagarrion Winfrey was a finance manager

8 that was working for me a couple of years back.

9      Q.    So during what time did he work for you?

10      A.    Okay.  Come back.  You kind of cut out for

11 a second.

12      Q.    Sorry.  During what time period did he

13 work for you?

14      A.    So what are we; in '24?  So Mr. Lagarrion

15 worked for me, I'm going to say -- he left back in

16 2022.  His mother had some health issues in another

17 city, so he had to leave and go back.  So he was

18 with me, I'm going to tell you, probably from 2019

19 till, like, 2022 sometime, roughly.

20      Q.    Okay.  And you said that he was your

21 finance manager?

22      A.    Yes, sir.

23      Q.    So what connection -- well, is Mr. Winfrey

24 connected to the F150 that is the vehicle at issue

25 in this case?

Page 17

1    A.   Well, he's connected to it because he's

2 the guy that initially did the paperwork on the

3 transaction when the vehicle came in on trade.

4    **Q.   Okay.  By the way, when I say, "F150,"**

5 **going forward, I'm referring to the vehicle at**

6 **issue in the case.**

7    A.   Sure.

8    **Q.   Okay.  So who is Loyd Shultis?  I'm doing**

9 **my best here pronouncing these last names.**

10    A.   Yeah, Mr. Loyd Shultis was also a sales --

11 a used car sales manager that worked for me from,

12 gosh, I want to say 2018 till 2020.

13    **Q.   Okay.  And what's his connection to the**

14 **F150?**

15    A.   Loyd was the sales manager that put the

16 deal together.  Meaning he's the guy that

17 structured the car deal when the F150 that we're

18 referencing came in as a trade-in.

19    **Q.   And what about Syman Aldarwish?**

20    A.   So this gentleman here is a -- he was a

21 finance manager also that worked for me, gosh, man,

22 I'm going to say 2013 till 2023.

23    **Q.   And how is this person connected to the**

24 **F150?**

25    A.   I think he was also helping out facilitate

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1 the financial paperwork.

2      So now I'm going to actually go back.  Kind of

3 as I'm looking at this here, Lagarrion was

4 actually, at that time, was the salesperson that

5 sold the truck -- or sold the Mustang, rather, I'm

6 sorry, to the guy that traded in the F150.

7      **Q.   Got it.**

8      A.   And but I mentioned Lagarrion as a finance

9 manager because at one point in time, after his

10 sales career, he was part of my finance team as

11 well.

12      **Q.   I understand.   Thank you.**

13       **Okay.  And then all these individuals worked**

14 **for you during their employment at McCombs?**

15      A.   That is correct.

16      **Q.   So have you asked anybody to serve as a**

17 **fact witness in this case?**

18      A.   No, sir.

19      **Q.   So you already mentioned that the F150 was**

20 **acquired as a trade-in.  Was it acquired on**

21 **March 31st, 2020?**

22      A.   That is correct.

23      **Q.   So I'm going to ask you a question about**

24 **Interrogatory Number 5.  So if you could please**

25 **read it for a second and let me know when you're**

Page 19

1  done.

2      A.   Okay.

3      Q.   So are the actions described by McCombs in

4  response to this Interrogatory, were those same

5  actions performed with respect to the F150?

6      A.   Absolutely.

7      Q.   Have you seen the CarFax report with

8  respect to the F150?

9      A.   Yes, I have.

10     Q.   When?

11     A.   I saw it, I don't know, probably a month

12  or two months ago, maybe.

13     Q.   Okay.  Did you see it before the F150 was

14  sold through Manheim?

15     A.   No.  I, personally, did not see it, no,

16  sir.

17     Q.   Okay.  Did you know if anybody at McCombs

18  saw it when the vehicle was traded in to McCombs?

19     A.   I would imagine so, because that's

20  standard operating procedures.  I mean, when we

21  take any vehicle in, we look at AutoCheck or CarFax

22  on the vehicle -- on every vehicle.

23     Q.   Okay.  Do you know who's the person that

24  should have seen it, the CarFax report, when the

25  F150 was traded in?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1    A.   Yeah, it would have been -- based on the

2  names that you have on the other Interrogatories,

3  that would have been Mr. Loyd Shultis would have

4  been the used car manager that would have looked at

5  the CarFax at the time the vehicle was acquired.

6    **Q.   Okay.  And you said that it is standard**

7  **procedure.  Why is that?**

8    A.   Because you always want to make sure that

9  the vehicle is what it is, things of that nature.

10 You know, you want to make sure there aren't any --

11 you know, and, basically, you're looking for frame

12 damage.  I mean, you're looking for anything that

13 may, you know, pertain to the safety of the vehicle

14 itself.  That's really what you're looking for.

15 Frame damage, maybe a salvaged title.  I mean,

16 you're looking for things of that nature.  That's

17 really the biggest thing that you're looking for

18 when you look at a CarFax or an AutoCheck.

19   **Q.   Okay.  Does McCombs also check for any**

20 **mileage issues or problems?**

21   A.   You do, but the biggest thing that you're

22 really looking for is the things that I mentioned

23 before.  Safety.  You're looking for frame damage.

24 Anything that could deem the vehicle unsafe for

25 resale.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 21

1     Q.   Okay.  So we've been talking about CarFax.

2  Is it the same -- would the same reasons apply to

3  McCombs reviewing the AutoCheck report?

4     A.   Yes, sir.  Yeah, AutoCheck is just a

5  different form of CarFax.  I mean, you got CarFax,

6  you got AutoCheck; right?  I mean, they all kind of

7  have the same information on them.  But, yes, it

8  would be the same situation.  You're looking for

9  frame damage, you're looking for anything that may

10  deem that car unsafe.  You know, hey, this car

11  could have been under water at some point.  I mean,

12  all that information would show up on the CarFax,

13  AutoCheck, rather.

14     Q.   And would -- strike that.

15      So you consider the information on these two

16  kinds of vehicle reports when valuing the vehicle

17  for the -- as a trade-in?

18     A.   Yes, sir.

19     Q.   Do you also consider it when valuing the

20  vehicle for sale?

21     A.   Not necessarily.  But when you bring the

22  vehicle in on trade, you're valuing that car;

23  right; I mean, to see what it's worth and what it

24  potentially could be worth.

25      Now, when you sell that vehicle, you're not

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 22

1 necessarily going back to look at a CarFax on it as

2 you're retailing the car out.  There's other

3 records that we look at to deem the value of the

4 car as it's going out for sale.

5      Q.   Okay.  And what are those records?

6      A.   You know, NADA values, Blue Book values,

7 things of that nature.

8      Q.   Okay.  But do you use the information that

9 you obtain through CarFax and Auto Deal to then

10 input that information in Blue Book and the other

11 companies that you mentioned to value the vehicle

12 for sale?

13      A.   So that vehicle's going to have a value

14 based on the VIN number; right?  It's not going to

15 necessarily have anything to do with AutoCheck or

16 CarFax, rather.

17      Q.   Got it.  Okay.  Thank you.  So let me ask

18 you:  What is a state-certified inspection?

19      A.   A state-certified inspection is when we

20 check the vehicle out to make sure it's eligible to

21 get re-registered.  So it's just your window

22 sticker that goes on the car that tells you, hey,

23 this vehicle passed all the inspections and is

24 eligible to be properly registered to operate in

25 the state of -- in the state of where you reside,

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 23

1  so which in this case would be Texas.

2      Q.   Okay.  So but the inspection itself, what

3  does it entail?  You know, do you guys look at the

4  vehicle?

5      A.   Yes.  We look at the vehicle, we look at

6  the lights, headlights, horn, taillights, things of

7  that nature.

8      Q.   Okay.

9      A.   Just the safety aspect.  It's not a

10 full-on inspection for state, but it's more safety

11 related.  Again, headlights, taillights, brake

12 lights, reverse lights, horn, things of that

13 nature.  You know, is the vehicle in good enough

14 operating order to register this vehicle.

15     Q.   Got it.  And who would -- to your

16 knowledge, who would have conducted that inspection

17 at the time that the F150 was traded in to McCombs?

18     A.   So, actually, on this particular vehicle,

19 we probably would not have ran a state inspection

20 on it because this vehicle was going to the

21 auction.

22     Q.   Got it.  Okay.  And same question.  To

23 your knowledge, who have would conducted the

24 visually inspected -- well, who would have visually

25 inspected the F150 at the time of trade-in?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1    A.    It would have been Mr. Loyd Shultis would

2  have been the guy that would have visually walked

3  around this car and looked at it and drove it,

4  perhaps.

5    Q.    Okay.  So I'm going to ask a question as

6  to Interrogatory 12.  If you mind please reading

7  the question and the answer and then let me know

8  when you're done.

9    A.    Yeah, I'm ready.

10    Q.    So when McCombs says that you made a

11  complete and accurate disclosure at the time based

12  on all information available, to your knowledge, is

13  that referring to the CarFax report and the

14  AutoCheck report?

15    A.    Yes.  So that's referring to everything

16  that was involved and what we discussed earlier as

17  far as trading in, looking at the vehicle, checking

18  for, you know, the safety of the vehicle,

19  drivability and whatnot.

20    Q.    Got it.  Okay.  So, same thing.  I'm going

21  to ask a question as to Interrogatory 18.  If you

22  mind please reading the question and the answer

23  that McCombs provided.

24    A.    Okay.  I'm ready.

25    Q.    So what -- to your knowledge, what

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 25

1  position are you referring to with respect to FS

2  Investments?

3        MR. BALDWIN:  I'm just going to object

4     that this is calling for a legal conclusion.

5     Specifically, this is asking about the

6     affirmative defenses.

7        Henry, you can answer to the extent you

8     can.

9  BY MR. PERALTA:

10     Q.   Yeah, as to -- yeah, that's fine.  What's

11  your answer?

12     A.   You know, so I'm not sure on the names

13  that you mentioned, FS Investments, but, you know,

14  I know that we sold the vehicle to Auto Deal.

15     Q.   Okay.  But do you know what position --

16  you know, factually, what position is --

17      Well, let me ask you this:  Do you have any

18  factual basis to claim that FS Investments was in a

19  position to verify the vehicle mileage?

20     A.   I don't, because I'm not sure if they were

21  live or if they were going off of paperwork.  I'm

22  not sure.  When they purchased the vehicle, I'm not

23  sure what position they were in when they bought

24  the vehicle.

25      You know, now, I would imagine that they were

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1 live and in person and they would have been able to
2 look at the mileage that was on the odometer at the
3 time of purchase.
4     **Q.   Okay.  So if you're purchasing a vehicle**
5 **live from Manheim, do you have any other source to**
6 **confirm the mileage other than looking at the**
7 **odometer on the vehicle?**
8         MR. BALDWIN:  I'm going to object just
9     that it calls for speculation.  You can
10    answer.
11 BY MR. PERALTA:
12    **Q.   You can answer.**
13    A.   Okay.  Yeah, so when we purchase vehicles
14 at the auction, we do not have any other way to
15 determine mileage other than what's on the actual
16 odometer.
17    **Q.   Okay.  And is that the same as when**
18 **dealers purchase vehicles online through Manheim?**
19    A.   Same setup, yes, sir.
20    **Q.   Okay.  So we're almost done with this**
21 **document, but I do want to ask you a question as to**
22 **Interrogatory 17.  So if you don't mind reading it**
23 **and then also reading the answer and let me know**
24 **when you're finished.**
25    A.   Okay.  I'm ready.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

MR. BALDWIN: Okay. And I'm going to object on the basis that it calls for a legal conclusion as to this Interrogatory regarding one of McCombs' affirmative defenses.

You can answer.

BY MR. PERALTA:

**Q. Okay. So the question is: Do you have any factual basis for claiming that FS Investments' conduct contributed, in whole or in part, to the alleged damages' claim?**

A. Ask me that one more time.

**Q. So pretty much what I'm asking is -- and I hate that I cannot highlight this document. So do you have any factual basis for alleging what has been italicized in Interrogatory 17?**

A. I do not.

**Q. So I'm going to ask you the same question as to 19 and 20. So do you have any factual basis -- I will allow you to read it. I'm just going to pose the question and then I'll let you read it so we can be done with this document.**

**So do you have any factual basis for alleging what has been italicized in Interrogatory 19 and 20?**

MR. BALDWIN: I'm going to object again as

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 28

1      to questions relating to Interrogatories 19

2      and 20 as it calls for a legal conclusion.

3   BY MR. PERALTA:

4      Q.    Let me know what your answer is to my

5   question after you finish reading the

6   Interrogatories 19 and 20.

7      A.    Okay.  So, now, go ahead.

8      Q.    So my question was:  Do you have any

9   factual basis for alleging what has been italicized

10  in Interrogatories 19 and 20?

11     A.    I do not.

12     Q.    So I'm going to show you another exhibit.

13  It's going to be marked as Exhibit 2.

14         (Thereupon a document was marked

15     Defendant's Exhibit 2 for Identification in

16     the proceeding.)

17  BY MR. PERALTA:

18     Q.    And this exhibit is actually the AutoCheck

19  report that was produced by the Plaintiff in this

20  case, whose name is Gabriel Haddon.

21      So I just wanted to ask you:  Does this look

22  like the AutoCheck report that you saw with respect

23  to the F150?  And, wait.  Let me scroll down and

24  then you can answer the question.  I'm sorry.

25         MR. BALDWIN:  I just want to object.  Mr.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 29

1    Finley has already indicated that he didn't do

2    the AutoCheck or the CarFax check.

3         MR. PERALTA:  No, that's fine, but he said

4    that he saw it about a month or a

5    month-and-a-half ago, so, you know, I just

6    want to ask him whether this is the one that

7    he saw.

8         MR. BALDWIN:  Right.  Just housekeeping

9    issue, Jose.  Excuse me.

10        MR. PERALTA:  Yes.

11        MR. BALDWIN:  This would have been a

12   CarFax report from way after the actual

13   transaction; right?  This is Haddon.

14        MR. PERALTA:  Yeah.  Yeah.

15        MR. BALDWIN:  Yeah, okay.

16        MR. PERALTA:  But, I mean, this doesn't --

17   you know, it won't -- what I say is, it would

18   show the transactions in Haddon, but it would

19   still have all the information that should

20   have been included before.  See what I mean?

21        THE WITNESS:  So, AutoCheck is updated

22   daily.  So -- and I'm looking at the dates on

23   this here.  This was pulled in '22.  This

24   vehicle was sold back in 2020.  So this would

25   not have been the same AutoCheck that we --

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 30

1  BY MR. PERALTA:

2      Q.    Okay.

3      A.    -- that we would have looked at back, you

4  know, in 2020 versus 2022.

5      Q.    Okay.  No, good to know.

6          Well, let me ask you this:  The one that you

7  saw, the AutoCheck report that you saw, did it, you

8  know, have something similar to this notice here of

9  odometer problem reported on the first page?

10     A.    After the fact, yes.

11     Q.    Okay.  So, after the fact, you mean what

12 fact?

13     A.    After the fact that the vehicle was sold

14 and then we started investigating the deal as this

15 whole situation arose, I did see where it had

16 something stating that there was potentially an

17 odometer issue.

18     Q.    Okay.  So does that mean that the one --

19 so does that mean that before the vehicle was sold,

20 the AutoCheck report that was in McCombs'

21 possession did not have this notice?

22     A.    It may not have had it.  And, again, I

23 didn't necessarily look at that one at that time.

24 I looked at it as the years went by when this whole

25 issue surfaced.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 31

1      Q.   Okay.  Understood.

2       Did you have a copy of the AutoCheck report

3  that was obtained by McCombs when the vehicle was

4  traded?

5      A.   I don't have that in my possession this

6  second, but, yes, we would have all of that,

7  absolutely.

8      Q.   Okay.  Can you provide a copy to the

9  attorneys in this case?

10     A.   As we're sitting here live right now?

11     Q.   No, no, not right now, but, you know --

12     A.   Yes.

13     Q.   -- after the --

14     A.   Yes, absolutely.

15     Q.   And did you also have a copy of the CarFax

16  report that was obtained by McCombs when the F150

17  was traded to McCombs?

18     A.   Same thing, yes, I can provide that to you

19  if need be.  Not this second, but, sure,

20  absolutely.

21     Q.   Okay.  And do you -- well, I'm going to

22  show you Exhibit 3, which I'm going to -- you know,

23  it's going to be the CarFax report.

24

25

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 32

1          (Thereupon a document was marked

2      Defendant's Exhibit 3 for Identification in

3      the proceeding.)

4  BY MR. PERALTA:

5      Q.   We are going to have the same issue as to

6  -- you know, I expect, because this one was taken

7  after, but I just want to show it to you --

8      A.   Okay.  Yeah, sure.

9      Q.   -- one, to keep the order of my exhibits,

10  and, two, just to ask you:  Did the CarFax report

11  that you saw, did it had a notice similar to this

12  one here on the first page announcing a odometer

13  problem?

14     A.   Can you scroll down --

15     Q.   Sorry.  I couldn't hear you.

16     A.   No, no, I'm just kind of reading over

17  the --

18     Q.   Okay.  Sorry.  Yeah, go ahead.  Take your

19  time and read it.

20     A.   Yeah, I mean, that's standard.  I mean, if

21  there's a potential issue for an odometer rollback

22  indication, it will state that on any and every

23  AutoCheck and/or CarFax.

24     Q.   Okay.  So for what vehicle was the F150

25  traded in?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 33

1    A.    The gentleman that traded in this truck

2 purchased a Mustang.

3    Q.    And what's this gentleman's name?

4    A.    I want to say it was Francisco Escobedo.

5    Q.    And was the F150 used as a downpayment for

6 the purchase of the Mustang?

7    A.    It was.

8    Q.    What was the value given to the F150 as a

9 downpayment?

10    A.    If I'm remembering correctly, it was

11 8,000.

12    Q.    Okay.  Well, what was the basis for, you

13 know, valuing it at $8,000 as a downpayment?

14    A.    So, again, you know, when you're working

15 on a car deal, you know, you're looking at trade

16 values, you're looking at NADA values, you're

17 looking at wholesale values, and you're looking at

18 all of those different things.  You're looking at

19 the condition of the car and all of that, which

20 then comes -- we come up with a value that we

21 believe this vehicle's worth.

22    Q.    And who would be the person that

23 determined the value of the F150 --

24    A.    It would have been --

25    Q.    -- as a downpayment?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 34

1    A.    At the time, it would have been the used

2 car manager, Mr. Shultis.

3    **Q.    All right.  Do you know when -- like, what**

4 **was the date that McCombs posted the F150 for sale**

5 **through Manheim's online marketplace?**

6    A.    Oh, man, I can't remember the exact date,

7 but if I had to guess just based on the situation,

8 it was probably a week or so after the transaction

9 took place, which was the 31st of March.  So I

10 would say it was probably a week or so after that,

11 is what I would venture to tell you.

12    **Q.    Okay.  Was it Joe Zapata who posted the**

13 **F150 for sale through Manheim?**

14    A.    Now, if I had -- Joe Zapata is my buyer

15 now.  Four years ago, I can't recall if he was my

16 buyer then.  I had a -- there was another gentleman

17 that was working for us.  I can't remember time

18 frame of when he left or not, but I could certainly

19 pull that up if need be.

20    **Q.    Okay.  Do you know this gentleman's name?**

21    A.    The other gentleman that may have been

22 part of that transaction, it could have been Greg

23 Striker.

24    **Q.    Greg Striker.**

25    A.    Uh-huh.  It could have been.  He's no

Page 35

1  longer with the company, but he's the buyer that I

2  had before Mr. Zapata.

3     **Q.   Okay.  So do you know the time period that**

4  **Greg Striker worked for you?**

5     A.   Man, I don't.  He was with McCombs for a

6  long time.  I want to say he came to McCombs, gosh,

7  man, in 2003, and --

8     **Q.   Okay.**

9     A.   Yeah.  And then I can't remember when his

10 exit was, if it was 2020 or 2019.  That, I can't

11 necessarily remember, but he was with the company

12 for a long time.

13    **Q.   Okay.  That's fine.**

14      **So we touched on this a little bit before, but**

15 **I want to ask you:  To your knowledge, did the**

16 **person who posted the F150 for sale in Manheim's**

17 **online marketplace, did that person checked the**

18 **mileage of the F150 before posting it?**

19    A.   I would imagine so.  You know, I would

20 imagine that the mileage was checked visually on

21 the vehicle itself.

22    **Q.   Okay.  When you say, "imagine so," is it**

23 **because it is part of the buyer's job duty to**

24 **clarify the mileage?**

25    A.   Absolutely.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 36

1    Q.   And does that duty involve anything other

2 than checking the vehicle visually?

3    A.   So -- so when you're talking about

4 mileage; right; Mr. Peralta, everything's going to

5 be what's on the vehicle itself.  You know, this is

6 what's on the vehicle, this is what we're going to

7 list it as and post it as, and then you go from

8 there.  So it would have been all visual, not a

9 sheet of paper saying it's got this, that, or the

10 other on it.

11    Q.   Got it.  Okay.  To your knowledge, do you

12 know what mileage McCombs represented through

13 Manheim as to the F150?

14    A.   Yeah, it was 131,000 miles and some change

15 is the -- I don't remember the exact change, but it

16 was one 131 -- maybe 131.6, maybe.  You know,

17 131,600 and something.

18    Q.   Well, you're close.  Was it 131,628?  Do

19 you recall?

20    A.   I recall it was probably pretty close to

21 that.

22    Q.   Listen, I know you saw a lot of documents,

23 so, good memory.

24       So do you know if the mileage ever changed in

25 the posting of McCombs for the sale of the F150?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1    A.    No, there shouldn't have been any change

2 in the mileage, you know, because this is what's on

3 the car, that's what it is.  You know, there's no

4 changing it.  There would be no reason to change

5 the miles, you know.

6    **Q.    Got it.  Do you know for how much did**

7 **McCombs sell the F150?**

8    A.    I want to say -- let's see here.  So we

9 took that car in for 8,000.  I want to say we sold

10 it for, like, 9,000 and some change.  It was a

11 little -- I want to say it was a little under 9,100

12 --

13    **Q.    Okay.**

14    A.    -- if I'm remembering correctly.

15    **Q.    So I'll show you what I'm going to mark as**

16 **-- this will be Exhibit 4.  Just give me one**

17 **second.**

18         **(Thereupon a document was marked**

19     **Defendant's Exhibit 4 for Identification in**

20     **the proceeding.)**

21 BY MR. PERALTA:

22    **Q.    All right.  So this is Exhibit 4, what I'm**

23 **going to call Sale Log that McCombs produced in**

24 **response to Powerhouse's subpoena.  Okay.  So I'll**

25 **allow you to look at it for a little bit.  I'm**

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 38

1  going to scroll slowly.

2      Okay.  Are you familiar with this document?

3      A.   Yes, sir, I've seen it -- I've seen many

4  of these documents, absolutely.

5      Q.   Okay.  Give me one second.  They're

6  watering my plant.

7      Okay.  We're back on track.  Sorry.  So you

8  said this was the Sale Log of McCombs?

9      A.   That's correct.  Uh-huh.

10     Q.   And was the price that he sold -- that

11 McCombs sold the -- strike that.

12     Is this the price that McCombs sold the F150,

13 $9,075?

14     A.   That is correct.

15     Q.   Okay.  I want to show you Exhibit 5, which

16 is another document that McCombs produced in

17 response to Powerhouse's subpoena.  And for

18 identification purposes, Powerhouse Bates-stamped

19 it as MWF 000106.

20         (Thereupon a document was marked

21     Defendant's Exhibit 5 for Identification in

22     the proceeding.)

23 BY MR. PERALTA:

24     Q.   I'll allow you, you know, a couple minutes

25 to read.  Let me know when you're done.  I zoomed

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1  out so it can cover the entire screen, but let me

2  know if you need me to zoom in.

3      A.   All right.

4      Q.   So are you familiar with this document?

5      A.   Yes, sir, I am.

6      Q.   How did McCombs obtain the information

7  that's on this document?

8      A.   So we're able to pull -- this is actually

9  what you call, like, a registration, or a DMV,

10  rather.  And we pull this document on every

11  incoming vehicle that comes in as a trade-in.

12      Q.   Got it.

13      A.   Standard operating procedure.

14      Q.   So is this information from the Texas

15  Department of Motor Vehicles?

16      A.   Yes, sir.

17      Q.   Just to make things short, I'm going to

18  call it "Texas DMV" when I refer to the Texas

19  Department of Motor Vehicles.

20      A.   Absolutely.

21      Q.   So does -- I'm just trying to understand

22  how it all operates as to obtaining it from the

23  Texas DMV.  Does McCombs has access to an online

24  portal where it's able to obtain this information

25  through Texas DMV?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 40

1    A.    Yes, sir.

2    Q.    And you said that it's standard operating

3 procedure for a trade-in.  What is the information

4 provided by the Texas DMV used for?  Or how is it

5 used, the information?

6    A.    Okay.  So what we're looking for, we're

7 looking to see if there's a lien on the car, we're

8 looking to make sure that the person that's trading

9 it in matches everything that we have.  That's

10 basically what you're really looking for.  You're

11 looking to make sure the names match and there

12 isn't any liens or anything like that on the

13 vehicle itself.

14    You know, if a customer comes in and tells us

15 that, hey, you know, I have a free and clear title

16 to this vehicle, but they don't have it with them,

17 we can refer to this to just make sure that

18 everything that they're giving -- all the

19 information that they're giving us is factual.

20    Q.    Okay.  And did Mr. Escobar [sic] sign an

21 odometer disclosure as to the F150 when he traded

22 in this vehicle to McCombs?

23    A.    Yes, he would have, yes.  Mr. Escobedo,

24 you mean?

25    Q.    Well, I think it's Escobar, but I might be

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 41

1  pronouncing it wrong.

2          MR. BALDWIN:  No.  Escobedo.

3          THE WITNESS:  Escobedo.

4          MR. PERALTA:  Escobedo.  Oh.  Thank you,

5      guys.  Thank you for letting me know.  I don't

6      know why I thought it was Escobar.  I don't

7      know, Escobar just sounds --

8          MR. BALDWIN:  That's a different type of

9      case, especially if you watched Miami Vice.

10         MR. PERALTA:  Agreed.  Agreed.  Okay.

11     Escobedo.  Let me actually write it down here

12     so I don't mess up --

13         THE COURT REPORTER:  Can somebody spell

14     that for me?  I don't know if it's on there.

15     Oh, I see it.  E-s-c-o-b-e-d-o.  Thank you.

16  BY MR. PERALTA:

17     Q.   All right.  So where was I?

18      So when you say that you use the information

19  provided by the Texas DMV to confirm the

20  information provided as to the vehicle, does

21  McCombs use the information provided by the Texas

22  DMV to verify the mileage on the vehicle?

23     A.   No, sir, that's not what it's used for.

24  It's used mainly, and really solely to verify name

25  matches and things of that nature.  You know, who's

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 42

1  on the registration of the vehicle, et cetera, et

2  cetera.

3      **Q.   Got it.**

4      A.   Making sure the names are spelled

5  correctly, you know, and all of that good stuff.

6  That's really what we're using that document for.

7      **Q.   Okay.  Have you seen the mileage that**

8  **appears in this document as to the F150?**

9      A.   Have I seen the mileage that -- say this

10  one more time, if you will.

11      **Q.   Have you seen the mileage that appears on**

12  **this document with respect to the F150?**

13      A.   Yes.  I see that you got it on the screen,

14  yes, sir.

15      **Q.   Okay.  Let me ask you:  The date that**

16  **appears on the information window on this document,**

17  **is that the date that the individual at McCombs**

18  **accessed this information?**

19      A.   So when we -- we probably -- the deal

20  date, I want to say, was 3/31.  So sometimes a

21  customer may come in a day or two prior, whatever

22  the situation is, we can pull this information at

23  any point in time and then place this in the car

24  deal as the car deal comes together.

25          So as I'm looking at that date now that you

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 43

1  just highlighted, that was, what, three days prior

2  to the sale.

3       Q.   So that means that --

4       A.   Or four days, rather.

5       Q.   Yeah.  So that means that -- so that means

6  that this is the day that it was accessed by

7  McCombs?

8       A.   Based on what I'm seeing, I'm sure that's

9  probably how that came together.  Because I don't

10 -- I think when you pull a DMV, it will tell you --

11 it's time-stamped; right?  I mean, so it will kind

12 of -- you know, if you go pull one right now, it

13 will give me, you know, 7/12/2024; right?  And then

14 if the deal comes together next week, it's

15 obviously -- unless I pull another one, it's still

16 going to have the date that this document was

17 pulled.

18      Q.   I understand.  Okay.  Then the last

19 question that I have is, this -- let me zoom in.

20 Hold on.  Let me zoom in a lot.

21       This section here, "Remarks Actual Mileage,"

22 is that -- was that added by McCombs, or is that

23 information provided by the Texas DMV?

24      A.   Oh, yeah, no, you can't add any

25 information to this, so this is actually provided

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 44

1  by DMV.  When we pull this document here,

2  everything is on there.

3      Q.   Got it.  Okay.  I want to show you now

4  Exhibit 6, which is a copy of the title, of the

5  Texas Certificate of Title produced by McCombs in

6  response to Powerhouse's subpoena.  And it has been

7  Bates-stamped for identification purposes by

8  Powerhouse.

9          (Thereupon a document was marked

10      Defendant's Exhibit 6 for Identification in

11      the proceeding.)

12  BY MR. PERALTA:

13      Q.   Okay.  So I'm going to scroll down to

14  allow you some time to look at this document.

15  Please let me know when you -- you know, if you

16  need me to stop or anything.

17      A.   Okay.  Yeah, I'm good.

18      Q.   Okay.  So who is Sally Gomez?

19      A.   Sally Gomez is the young lady that works

20  for us that -- she's one of my billing clerks, and

21  she is also a person that helps us with the

22  assignments of titles and things of that nature.

23      Q.   For how long has she worked at McCombs?

24      A.   Gosh, I hired Sally in 2012.  Up until

25  now, she's still with us.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 45

1    Q.    Nice.  That speaks well about McCombs, so

2  congratulations.

3    A.    Appreciate that.

4    Q.    Where Sally Gomez signed on the

5  Certificate of Title -- of the Texas Certificate of

6  Title, there's a date here that says March 31st,

7  2020.  Is that the date that Sally Gomez signed

8  this Texas Certificate of Title?

9    A.    Yes.

10    Q.    To your knowledge, did Sally review the

11  first page of this Texas Certificate of Title?

12    A.    Yes.

13    Q.    This page here?  Okay.

14    A.    And, again, she would have been looking at

15  names, how it's registered, and things of that

16  nature.

17    Q.    Okay.  Do you know if she saw the mileage

18  that appears in the cover page of this Texas

19  Certificate of Title?

20    A.    That, I can't say if she -- I can't

21  acknowledge and say, oh, yes, she did see it, you

22  know.

23    Q.    Is it part of her job duties when

24  transferring title to look at the mileage?

25    A.    Yes, you want to look at the miles on all

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 46

1  your paperwork.  You know, that's what you're

2  really looking at is on your -- there's a lot of

3  internal paperwork, a trade pack and things of that

4  nature that has the miles.  We actually take a

5  photo snapshot of the actual miles that's on the

6  vehicle itself, and that's really what we stand on

7  and go by.

8      **Q.   Okay.  Do you have a copy of that photo**

9  **that McCombs took of the odometer dashboard of the**

10 **F150?**

11     A.   I don't have it right in front of me as we

12 speak right now, but, yes, we do have that.

13     **Q.   Okay.  And same question as before.  Are**

14 **you able to provide that to the attorneys in this**

15 **case?**

16     A.   Yes, I would be able to, a hundred

17 percent.

18     **Q.   Were you ever notified by one of your**

19 **employees that the Certificate of Title showed a**

20 **different mileage than the one that appeared on the**

21 **dashboard of the F150?**

22     A.   I was notified as this situation came up.

23 Never anything before that.

24     **Q.   Okay.  When you say, "this situation," you**

25 **mean the lawsuit.**

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 47

1    A.    Yes.

2    Q.    **To your knowledge, is the mileage that**

3 **appears on the Certificate of Title the actual**

4 **mileage on the F150?**

5    A.    To my knowledge, no.

6    Q.    **Okay.  Do you have any reason to believe**

7 **that this is not the actual mileage?**

8    A.    Well, other than the mileage that we have

9 on record and the pictures that we've taken, there

10 would be no reason for me to think it's got more

11 miles on it than what's actually on the vehicle

12 itself.

13    Q.    **Do you have any idea why the Certificate**

14 **of Title would show a higher mileage than the one**

15 **that appears on the dashboard?**

16    A.    What I can tell you, and we've seen this

17 before, somebody could have fat-fingered and put

18 different miles on it and that's what would appear,

19 you know.

20    Q.    **Okay.**

21    A.    That'd be -- yeah.  Because, I mean,

22 somebody's gotta get this mileage from somewhere.

23 And if someone just gave them the wrong miles or

24 someone input the wrong miles at any point in time,

25 that creates this right here.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 48

1    Q.   Do you have any other, you know, ideas as

2 to how this could happen that the certificate shows

3 a higher mileage than the dashboard of the F150?

4    A.   Other than -- like I said, other than

5 human error, there's no other way, I don't believe,

6 that this document shows this versus the actual

7 vehicle.

8    Q.   And I'm going to ask you the same question

9 as to the CarFax report.  Do you have any idea, you

10 know, why the CarFax report would show a

11 discrepancy as to the mileage of the F150?

12         MR. BALDWIN:  I'm just going to object

13     that it calls for speculation.

14         You can answer, Mr. Finley.

15         THE WITNESS:  So, yeah, same -- same thing

16     as I've stated a little while ago.  I mean,

17     you know, if you go to Jiffy Lube or any of

18     these places, if someone inputs the wrong

19     miles, you know, that could potentially cause

20     this sort of issue, for sure.

21         I mean, the only thing I have to stand on

22     a hundred percent is the mileage that we

23     recorded off the actual vehicle when the

24     vehicle came in on trade.

25 BY MR. PERALTA:

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 49

1    Q.   Let me ask you.  You've been in the

2  automobile industry for a while.  Do owners of

3  vehicles in Texas, do they have to take the vehicle

4  to a government agency for inspections?

5    A.   Yes, you have -- not necessarily a

6  government agency, but for an inspection, you have

7  to go to a place that's licensed to be able to

8  inspect your car.

9    Q.   Okay.

10    A.   So you can't just go to just any -- I

11  mean, you gotta go to a licensed place to be able

12  to do an inspection on your vehicle.

13    Q.   Okay.  And what is the purpose of this

14  inspection?

15    A.   Again, it's really safety.  You know, it's

16  safety, brakes, visibility, windshield, headlights,

17  brake lights, things of that nature.

18    Q.   Is this a requirement of the -- like, is

19  this a county requirement or is this a state

20  requirement?

21    A.   It's a state requirement.

22    Q.   And to your knowledge, is it for safety

23  reasons?

24    A.   Yes.  Makes your vehicle safe, it passes

25  all the inspections that need to be passed in order

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 50

1  to properly operate your vehicle on a state or city

2  highway.

3       Q.    That sounds great.  Other states don't

4  have that.

5       All right.  So do you know why Sally Gomez did

6  not check any of the boxes under the assignment of

7  title being the -- considering that the odometer in

8  the certificate is different from the odometer that

9  appears on the F150?

10      A.    I'm not sure why any of these boxes

11  weren't checked.  I mean, the first one states the

12  mileage stated is in excess of its mechanical

13  limits, which, in this case, it was not.  And then

14  the odometer reading is not the actual mileage

15  warning, "Odometer discrepancy," which, again, she

16  wasn't necessarily looking for that either in this

17  particular instance.

18      Q.    Okay.  To your understanding, what does it

19  mean when these two boxes here, 1 and 2, are not

20  checked?

21      A.    To my knowledge, it actually -- it doesn't

22  mean that either one of those apply to the vehicle.

23      Q.    Okay.  Is McCombs certifying that the

24  odometer reading, the actual mileage -- strike

25  that.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 51

1      Is McCombs certifying that the odometer

2  reading that it's placing on this assignment of

3  title is the actual mileage on the vehicle by not

4  marking any of these squares?

5      A.   Yes.

6      Q.   Did you have -- well, strike that.  I

7  think you already answered that.

8      So having possession of the Texas Certificate

9  of Title, of the CarFax and AutoCheck, as well as

10  the information from the Texas DMV, why did McCombs

11  posted a different mileage as to the F150 when it

12  posted this vehicle for sale through Manheim?

13      A.   We posted the mileage based on what's on

14  the actual vehicle itself.  There'd be -- again,

15  there'd be no reason, Mr. Peralta, for me to post

16  anything else other than what I'm looking at on the

17  odometer.

18      Q.   Okay.  Before this lawsuit, did you know

19  anything about Auto Deal Corp?

20      A.   Never heard of them.

21      Q.   Okay.  And so that means that you've never

22  had any communications with Auto Deal Corp before

23  this lawsuit.

24      A.   That is correct.

25      Q.   Have you had any communications after this

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 52

1  lawsuit?

2     A.   No, sir, not at all.  Not with Auto Deal,

3  no, sir.

4     Q.   Okay.  And besides the title to the F150,

5  have you shared any documents with Auto Deal Corp?

6     A.   No, sir.

7     Q.   So same questions with FS Investments.  Do

8  you know anything about FS Investments before this

9  lawsuit?

10    A.   No, sir, not at all.

11    Q.   Have you had any communications with FS

12  Investments or shared any documents before this

13  lawsuit?

14    A.   No, sir, not at all.

15    Q.   Okay.  So would you say that McCombs, as

16  the seller of the F150, owed a duty to buyers to

17  accurately disclose the mileage that appears in the

18  title of this vehicle?

19         MR. BALDWIN:  I object to the question as

20     it calls for a legal conclusion.

21         You can answer, Mr. Finley.

22         THE WITNESS:  Okay.  So now come back one

23     more time with that.

24  BY MR. PERALTA:

25     Q.   That's fine.  So would you say that

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 53

1 **McCombs, as the seller of the F150, owes a duty to**

2 **buyers to accurately disclose the mileage that**

3 **appears on the title of the F150?**

4      A.   We would always --

5            MR. BALDWIN:  Object to the question.  It

6      calls for a legal conclusion.

7            You can answer.

8            THE WITNESS:  We would always disclose

9      what's actually on the vehicle itself.

10 BY MR. PERALTA:

11      **Q.   But will you agree or disagree that**

12 **McCombs should disclose what's on the title of the**

13 **vehicle?**

14            MR. BALDWIN:  Objection; calls for

15      speculation.

16 BY MR. PERALTA:

17      **Q.   I'm sorry.  Go ahead.**

18      A.   Yeah, we would only disclose proper

19 knowledge that we have, which the odometer states X

20 amount, this is the mileage that's on the vehicle.

21      **Q.   Got it.**

22      A.   There would be no reason to disclose

23 something different than the facts that we have in

24 front of us, if that makes sense to you.

25      **Q.   Got it.  So if I'm understanding**

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 54

1  correctly, then, what you're saying is that McCombs

2  should disclose the mileage as it appears on the

3  dashboard of the F150.

4      A.   One hundred percent.

5      Q.   Got it.  Now, are you aware that the same

6  -- well, strike that.

7       Are you aware that the director of FS

8  Investments purchased the F150 through Auto Deal?

9      A.   I'm not necessarily aware of that, no,

10  sir.  Because I know we sold the vehicle to Auto

11  Deal.  So, after that, I'm not certain who's who,

12  where, or what, you know.

13      Q.   Let me ask you:  When do you come to find

14  out who the buyer is of the vehicles that you sell

15  through Manheim?

16      A.   We usually find out right around the time

17  that that document that you pulled earlier is

18  produced that has all the VINs and has all the

19  amounts and whatnot, then we can kind of see who

20  may have purchased that vehicle.  And that's not

21  necessarily something that we look at or go back

22  and visit, per se.  You know, if we sell the

23  vehicle to, you know, Enterprise Rental Car or

24  whatnot, that's kind of the end of it, you know.

25  Unless we have to go back and look at something,

05ca64ed-d7d4-4156-816a-c033c9bc4d13

1  then we can go back and look.  There's other

2  documents that will go with this that will tell you

3  who actually purchased the vehicle.

4      **Q.   Okay.  When you were describing the**

5  **document, was it this one?**

6      A.   Yeah, this is the document that I'm

7  talking about, yes, sir.

8      **Q.   Okay.  And just for the transcript, it's**

9  **exhibit -- the Sales Log, which I believe was**

10 **marked as Exhibit 4.**

11          MR. PERALTA:  Okay.  I have no further

12      questions.

13          MR. BALDWIN:  I don't have any.

14          MR. FEYGIN:  All righty.  Let me give this

15      a crack.  Good afternoon, or good morning,

16      everybody.  I apologize for not appearing

17      through video today, but I'm on day six of

18      dealing with COVID.

19          My name is attorney Joshua Feygin.  I

20      represent the Plaintiff in this action.  I'm

21      going to try and make this as quick and

22      painless as possible.  I just have a few

23      followup.  Can everybody hear me?

24          THE WITNESS:  Yes, sir.

25          MR. PERALTA:  Yes.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 56

1        MR. FEYGIN:  All righty.

2              CROSS EXAMINATION

3 BY MR. FEYGIN:

4     Q.    So, sir, is it accurate to say that

5 McCombs sold a 2012 Ford F150 with a VIN ending in

6 12718?

7     A.    Yes, sir.

8     Q.    And you mentioned that the vehicle was

9 acquired in a trade-in transaction; is that

10 accurate?

11    A.    That is accurate.

12    Q.    And you also mentioned that this vehicle

13 was ultimately resold by McCombs through Manheim

14 Auction House; is that accurate?

15    A.    That is accurate.

16    Q.    Why is it that McCombs sold the vehicle at

17 auction instead of on its lot?

18    A.    Because the vehicle didn't pass the

19 inspections that we would like for it to have

20 passed and it was probably -- I would not say

21 probably.  I think the vehicle at the time was,

22 what, eight years old, so we --

23    Q.    Okay.

24    A.    -- we don't sell vehicles like that to --

25 you know, out here on the lot for sale.  We usually

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 57

1  -- if it's an older vehicle like that with, you

2  know, a-hundred-plus-thousand miles, we normally

3  send that to the auction.

4      **Q.   Okay.  And you had mentioned that the**

5  **vehicle was inspected.  Can you expand on that?**

6  **What, exactly, occurred during this inspection?**

7      A.   So what I would tell you occurred during

8  this and all inspections is drivability, visual

9  inspection of it, making sure the vehicle stops,

10 runs, drives properly and things of that nature.

11 It's a --

12     **Q.   Okay.  And who completed this inspection?**

13     A.   -- basic appraisal.  Come back.  I'm

14 sorry.

15     **Q.   My apologies for interrupting.  I thought**

16 **the response was given.**

17        **Who completed this inspection?**

18     A.   Mr. Loyd Shultis was the sales manager, so

19 he would have completed this inspection.

20     **Q.   Okay.  And is there a written policy or**

21 **procedure regarding the extent or the process in**

22 **which a vehicle is inspected?**

23     A.   I mean, it's generally -- it's Car

24 Business 101; right?  It's not necessarily a

25 hundred percent written appraisal process, I mean,

1  but, you know, these guys in these roles have been

2  doing this for years upon years and years, so they

3  know what they need to look at as far as inspecting

4  a car and checking it for safety and drivability or

5  whatnot.

6     Q.   Okay.  Are mechanical components inspected

7  of the vehicle?

8     A.   Yes, they are.  If it's going to be a

9  vehicle that we're going to resell, yes, one

10 hundred percent.  I've certified --

11    Q.   And you --

12    A.   -- double-check all that.

13    Q.   Okay.  And what components are usually

14 checked during this inspection process?  Do you

15 know?

16    A.   Transmission, motor.  Well, again, if

17 you're talking about a vehicle that we're going to

18 post to resell here or a vehicle that's going to

19 the auction, if it's just going to the auction,

20 there's not a whole lot of checks that go into it

21 as far as mechanical.  But if it's a vehicle that

22 we're going to resell, sure.  There's -- there's

23 engine, transmission, brakes, tires, et cetera.

24    Q.   And you mentioned this is Car Sales 101,

25 so that's to say that this is industry standard,

Page 59

1  **based upon your experience?**

2      A.   Yes.

3      **Q.   Okay.**

4      A.   And McCombs' standards are probably a

5  little higher than the rest.  I mean, we generally

6  take care of our customers and do a pretty thorough

7  job.  That's why I don't have any of these issues.

8      **Q.   In your experience in the industry, would**

9  **it be surprising to you that a vehicle was resold**

10 **to a consumer without completing this type of**

11 **inspection?**

12     A.   I wouldn't -- now, that -- obviously, I

13 would say that shouldn't take place, but I know

14 McCombs would never do that.  That's what I can

15 say.

16     **Q.   What about another dealership?**

17     A.   That, I can't answer for you on that

18 because I don't -- I don't work for anybody else

19 other than McCombs, so --

20     **Q.   Well, no.  What I'm asking is your opinion**

21 **based upon your experience in the industry if, you**

22 **know, another dealership resold a vehicle without**

23 **doing this type of an inspection, would it depart**

24 **from industry standard, in your experience?**

25     A.   Well, it definitely would depart from

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 60

1 industry standard, for sure.

2    Q.    So what is your understanding of whom this

3 vehicle was actually sold to at auction?

4    A.    To my understanding, this vehicle was

5 actually sold to Auto Deal.

6    Q.    And who is the one that actually paid for

7 it?

8    A.    I would -- it would have to be Auto Deal.

9    Q.    Do you know if McCombs had any contractual

10 relationship with FS Investments regarding the sale

11 of the F150?

12    A.    Actually, I know McCombs has no obligation

13 or knowledge of who Auto Deal is.

14    Q.    So when McCombs sold the vehicle to Auto

15 Deal, was it in possession of the vehicle's title?

16    A.    McCombs would have been in possession of

17 the title, yes.

18    Q.    And is that because the person that traded

19 it in provided you with the title right there on

20 the spot?

21    A.    That is correct.

22    Q.    Okay.  And when Auto Deal purchased this

23 vehicle, when did it get the title?

24    A.    I would probably tell you within 30 days,

25 I want to say, after the sale took place.  That's

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 61

1  our obligation at that point to provide title to

2  the person who purchased the vehicle from us.

3      **Q.   And how long was McCombs in possession of**

4  **the F150 at issue here before but it was ultimately**

5  **sold?**

6      A.   I'm going to tell you, just roughly, a

7  week or two is what I would -- what I would venture

8  to tell you.

9      **Q.   Okay.  And then based upon your experience**

10  **in the used car sales industry, would it be**

11  **industry standard for a dealership to cross**

12  **reference a vehicle history report such as a CarFax**

13  **or AutoCheck to ensure a vehicle's odometer reading**

14  **is accurate?**

15      A.   Sometimes, but, mainly, as an operator of

16  a store of this caliber, we look at what's on the

17  -- because we know that there's people out there

18  that could potentially just input the wrong miles;

19  right?  So there would be no reason for me to go

20  off of what someone at Jiffy Lube, as an example,

21  put on there.  I mean, we're going to go off of

22  what's actually listed on the vehicle itself.

23      **Q.   Okay.  Would it be important to review a**

24  **vehicle's title to ensure mileage accuracy before**

25  **it is being sold to a consumer or advertised for**

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 62

1  sale to a consumer?

2      A.   Yeah.  I mean, yeah, I would say so.

3      Q.   And based upon your experience in the

4  industry, is a mileage reading an important

5  consideration when consumers purchase used

6  vehicles?

7      A.   Oh, yes, absolutely.

8      Q.   And why is that?

9      A.   Well, you want to know what you're

10  getting.  You want to know what the mileage is on

11  the vehicle that you're purchasing, you know.

12      Q.   Would it be fair to say that a mileage

13  reading on a vehicle plays a factor into the

14  vehicle's value?

15      A.   Yes, absolutely.  For sure.

16      Q.   And would it be an accurate representation

17  that as a vehicle ages and the mileage goes up,

18  mechanical components tend to wear out?

19      A.   That's correct.

20      Q.   And would it be an accurate representation

21  that a vehicle with higher mileage would be more

22  susceptible to mechanical issues?

23      A.   That would be correct as well.

24      Q.   And based upon your experience in the

25  industry, would a vehicle with an impaired odometer

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 63

1  reading be worth less than a similar year, make,

2  model vehicle with an accurate reading?

3      A.   Yes, it would definitely be worth less,

4  for sure.

5      Q.   Would McCombs purchase a vehicle with an

6  impaired odometer reading for resale to a consumer?

7      A.   No, sir.

8      Q.   And why is that?

9      A.   That's just not what we do.

10     Q.   Okay.  Prior to filing the lawsuit against

11 McCombs, did FS Investments make any sort of

12 demands from McCombs to identify it for the claims

13 of Mr. Haddon?

14     A.   Not to my knowledge, no, sir.

15     Q.   All right.  And I do apologize for the

16 background noise.  My entire family is sick with

17 COVID, which includes my baby, so you might hear

18 her opera singing in the back.

19     A.   No, that's fine.

20     Q.   So I'm going to pull up what's going to be

21 Plaintiff's Exhibit A if I can figure out how to do

22 this from my laptop.

23         (Thereupon a document was marked

24     Plaintiff's Exhibit A for Identification in

25     the proceeding.)

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 64

1  BY MR. FEYGIN:

2       Q.   All right.  Does everybody see the title

3  bearing Scan Transaction Number 539994086?

4       A.   Yes, sir.

5       Q.   All righty.  Is this a true and correct

6  copy of the title for the vehicle?

7       A.   It looks to be, yes, sir.

8       Q.   And is this a true and correct copy of the

9  title upon which McCombs accepted transfer of the

10 vehicle?

11      A.   That is correct, from what I can see here,

12 yes, sir.  Because it looks like it's --

13      Q.   Oh, my apologies.

14      A.   You're only showing half --

15      Q.   There we go.  Let me scroll down.  This is

16 the back side.  This is bearing Scan Transaction

17 Number 539994087.  So I just wanted to confirm that

18 this is the true and correct copy.

19      A.   Yep, that looks like -- looks to be it,

20 yes, sir.

21      Q.   Okay.  And I highlighted a portion here.

22 Is this the transfer from McCombs to Auto Deal

23 Corp?

24      A.   Yes.

25      Q.   And this was executed by an agent or

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 65

1  employee of McCombs; correct?

2      A.    That is correct.  Uh-huh.

3      Q.    Okay.  One second, because I'm still

4  trying to figure out my laptop here.  It's not

5  cooperating with me.  Okay.  What's going on?  Is

6  this title still up for you guys?  Because my

7  screen's all jumbled up now.

8      A.    Yeah, the title's still up.  It's the back

9  side of it right now.

10          MR. PERALTA:  Yeah, but it's --

11          MR. BALDWIN:  Josh -- just a moment, sir.

12      We've been at this for about an

13      hour-and-a-half.  I need to use the men's

14      room.

15          MR. FEYGIN:  All righty.  So take a

16      five-minuter?

17          MR. BALDWIN:  Five minutes is more than

18      enough.  I don't want to hold this up.  Thank

19      you.

20          MR. FEYGIN:  No, I should be done pretty

21      quickly.

22          (Thereupon a brief recess was taken, after

23      which the following proceedings were had:)

24          MR. FEYGIN:  All righty.  Let's go back on

25      the record.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 66

1  BY MR. FEYGIN:

2      Q.    So we had left off that this was executed

3  by an agent or employee of McCombs.  Does McCombs

4  dispute that the face of this title discloses the

5  mileage as being accurate with a 201,150 mileage

6  reading as of 3/6/2019?

7      A.    Okay.  Now, you said does McCombs dispute

8  that?

9      Q.    Does McCombs dispute that the title itself

10 disclosed that as what the reading is?

11     A.    Yeah, I would say so, because, again, the

12 odometer on the vehicle that we had in our

13 possession at the time that the vehicle was

14 acquired showed to have 131,000 miles on it, not

15 201.

16     Q.    Okay.  But does the face of the title

17 itself disclose 201,150?

18     A.    Yeah, it does.

19         MR. BALDWIN:  Henry, I'm going to object.

20     The document speaks for itself.

21         You can answer.

22 BY MR. FEYGIN:

23     Q.    Can you please restate your answer so the

24 record is clear?

25     A.    Okay.  So this document that we're looking

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 67

1  at shows that it's got 201.  Sure, I can clearly

2  see that, yes.

3     Q.   And based upon your experience, are

4  mileage discloses given under penalty of perjury?

5     A.   That would be, yes.

6     Q.   And based upon your experience, are you

7  aware that strict penalties exist for failing to

8  properly disclose a vehicle's mileage?

9        MR. BALDWIN:  Objection.  Calls for a

10     legal conclusion.

11 BY MR. FEYGIN:

12     Q.   You may answer, sir.

13     A.   Absolutely.

14     Q.   And you previously testified that the

15 actual mileage disclosure of 201,150 from the title

16 may have been the result of a human error.  Is that

17 a correct representation?

18     A.   Yes.

19     Q.   But do you have any evidence of that?  And

20 by "you," I mean does McCombs have any evidence of

21 that?

22     A.   We don't have any evidence of that other

23 than the evidence that we have stating that the

24 vehicle shows 131,000 miles.

25     Q.   And what evidence is that?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 68

1    A.   Which we have pictures of the odometer

2 statement, and all of our paperwork displays

3 131,600.

4    **Q.   So, effectively, the evidence is the**

5 **vehicle's odometer itself.**

6    A.   That's correct.

7    **Q.   Now, would you agree that if a CarFax or**

8 **AutoCheck report shows several increasing mileage**

9 **entries followed by a sudden drop, it would raise a**

10 **suspicion of an impaired reading on a vehicle's**

11 **odometer?**

12    A.   Sure.  Absolutely.

13         MR. BALDWIN:  Objection; calls for

14     speculation.

15         Give me a chance to object, Henry.  You

16     can answer if you remember the question.

17     Sorry.

18         THE WITNESS:  Yes, absolutely.

19 BY MR. FEYGIN:

20    **Q.   And would you agree that it would be**

21 **unlikely for multiple CarFax or AutoCheck entries**

22 **made by different entities to be inaccurate?**

23         MR. BALDWIN:  Objection; calls for

24     speculation.

25         MR. PERALTA:  Same objection.

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 69

```
 1          THE WITNESS:  Now, come back.  You said --
 2     I think you were asking if there's multiple --
 3  BY MR. FEYGIN:
 4     Q.   Right.  So --
 5     A.   -- entities posting different things;
 6  correct?
 7     Q.   Effectively, if there are several
 8  increasing mileage entries on a CarFax, it would be
 9  highly unlikely for multiple entities to be
10  improperly recording that mileage to CarFax; is
11  that accurate?
12          MR. BALDWIN:  Objection; calls for -- it's
13     a hypothetical that calls for speculation.
14          MR. PERALTA:  I join the objection, plus
15     leading.
16  BY MR. FEYGIN:
17     Q.   What's your answer, sir?
18     A.   I would say so.
19          MR. FEYGIN:  All right.  Nothing further
20     on behalf of the Plaintiff.
21          MR. PERALTA:  I have a few questions after
22     Josh.  Bruce, do you have questions?
23          MR. BALDWIN:  I don't expect to, but we're
24     not done yet.
25          MR. PERALTA:  Okay.
```

Page 70

1                    REDIRECT EXAMINATION

2  BY MR. PERALTA:

3     **Q.   So I just want to clarify some things, Mr.**

4  **Finley.  So you said -- you spoke about McCombs'**

5  **caliber.  Can you elaborate on that?**

6     A.    Okay.  So we're a large company.  We sell

7  a lot of vehicles.  We've never had any issues such

8  as this where we sold a car that had a mileage

9  discrepancy.  I mean, that's just not what we do.

10 I mean, you know, if you checked our records, and

11 I'm sure you probably did, you know, we don't --

12 this is not what we do.  So this is obviously a,

13 clearly, somebody made a mistake somewhere along

14 the lines.  And when I say, "somebody," somebody

15 that -- whoever posted these miles on the title.

16 Because, again, all we have to go by is what we're

17 actually looking at, you know.  So 131,000 miles

18 was on this vehicle when we intercepted it as a

19 trade-in.  There's no reason to go with any other

20 mileage and there'd be no reason for us to not

21 disclose the correct miles upon us selling the

22 vehicle.

23    **Q.   Would you say that is industry standard to**

24 **look at the -- strike that.**

25        **Would you say that is industry standard to**

Choice - United

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 71

1  rely on the dashboard of the vehicle when

2  disclosing the mileage on that vehicle?

3      A.   One hundred percent.

4      Q.   What would you consider to be a large

5  dealer?

6      A.   Vehicles like McCombs.  I mean, we sell a

7  lot of vehicles.  We sell probably 4,000 units per

8  year, so it's a -- yeah, it's a pretty large --

9  pretty large dealer, you know.  And we're --

10     Q.   Would you --

11     A.   -- reputable in the city of San Antonio as

12  well as others, so, you know.

13     Q.   Would you consider yourself comparable to

14  a small dealership?

15     A.   Would I consider myself --

16     Q.   Comparable.

17     A.   No, sir.

18     Q.   What do you consider to be a small

19  dealership?

20     A.   Yeah, I would say someone that's selling

21  under a hundred units a month.

22     Q.   A month.  Okay.  To your knowledge and

23  experience, do you have different procedures as to

24  the sale of vehicles and mileage disclosures as to

25  a small dealership?

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 72

1    A.    I'm not sure what their -- you know, how

2 they do or how they operate their business.  You

3 know, I know that with McCombs, I mean, we cross

4 our t's and dot our i's and make sure that

5 everything's a hundred percent solid.

6    **Q.    To your knowledge, do small dealerships**

7 **rely on CarFax reports and AutoCheck reports when**

8 **selling vehicles?**

9         MR. BALDWIN:  Objection; calls for

10    speculation.

11        THE WITNESS:  Yeah, I'm not -- I'm not

12    certain on that, because, again, I don't work

13    at none of those lots, so I couldn't tell you

14    that they do or don't.

15 BY MR. PERALTA:

16    **Q.    That's fair.**

17        MR. PERALTA:  Okay.  That's all I have.

18        MR. FEYGIN:  One followup -- or a few

19    followups.

20                 RECROSS EXAMINATION

21 BY MR. FEYGIN:

22    **Q.    Based upon your experience in the**

23 **industry, would more disclosure or less disclosure**

24 **be -- strike that.**

25     **Based upon your experience in the industry,**

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 73

1  would it be reasonable to give a consumer more

2  disclosure or less disclosure regarding a vehicle's

3  mileage?

4          MR. BALDWIN:  Objection; hypothetical;

5      calls for speculation.

6          MR. PERALTA:  I join as well.

7          THE WITNESS:  Yeah, I'd say more

8      disclosure.

9  BY MR. FEYGIN:

10     Q.   Okay.  And why is that?

11     A.   I mean, you want to be truthful and

12 honest.

13     Q.   And based upon your experience, should

14 these disclosure standards vary based upon the size

15 of a dealership?

16     A.   I wouldn't say that they should vary, no,

17 sir.

18          MR. FEYGIN:  All right.  Thank you very

19      much for your time today, sir.  This will be

20      all for the Plaintiff.

21          Bruce do you want to explain reading or

22      waiving to your client?

23          MR. BALDWIN:  Yeah, sure.  Henry, if this

24      is ordered, which I imagine it will be, you

25      have the right to review it and to make any

Page 74

1    kind of corrections on an errata sheet if you

2    think that any of the transcription is

3    inaccurate as to things that you testified to.

4    Otherwise, you can waive that and allow it

5    just to be transcribed.  I suggest under these

6    circumstances that you go ahead and read.  So

7    just say to the court reporter that you'd

8    prefer to read.

9         THE WITNESS:  I prefer to read, for sure.

10        MR. FEYGIN:  And, Madam Court Reporter, we

11   will be taking a copy.

12        MR. BALDWIN:  We'll take a copy as well,

13   obviously.

14        MR. PERALTA:  We'll let you know, Madam

15   Court Reporter.

16        THE COURT REPORTER:  Oh, you're not

17   ordering at this time?

18        MR. PERALTA:  No.

19        THE COURT REPORTER:  Okay.  Thank you,

20   everyone.

21        (Thereupon the taking of the remote

22   deposition was concluded.)

23

24

25

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 75

1

2

3                    HENRY FINLEY, AS MCCOMBS WEST

4 FORD, LLC'S, CORPORATE REPRESENTATIVE

5

6

7        Sworn to and subscribed before me this

8

9     day of              2024.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 76

1                     CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF MIAMI-DADE

5

6          I, the undersigned authority, certify that

7  HENRY FINLEY, AS MCCOMBS WEST FORD, LLC'S,

8  CORPORATE REPRESENTATIVE, was duly sworn.

9

10

11         WITNESS my hand and official seal this day

12 of September 30, 2024.

13

14

15

16

17               JAN L. BRONIS

18               Notary Public - State of Florida

19               My Commission expires:  5-16-2027

20               Commission No. HH 350118

21

22

23

24

25

Choice - United

05ca64ed-d7d4-4156-816a-c033c9bc4d13

Page 77

1              REPORTER'S DEPOSITION CERTIFICATE

2

3   STATE OF FLORIDA

4   COUNTY OF MIAMI-DADE

5

6              I, JAN L. BRONIS, Registered Professional

7   Reporter, certify that I was authorized to and did

8   stenographically report the remote deposition of

9   HENRY FINLEY, AS MCCOMBS WEST FORD, LLC'S,

10  CORPORATE REPRESENTATIVE; that a review of the

11  transcript was requested; and that the transcript

12  is a true and complete record of my stenographic

13  notes.

14

15             I further certify that I am not a

16  relative, employee, attorney, or counsel of any of

17  the parties, nor am I a relative or employee of any

18  of the parties' attorney or counsel connected with

19  the action, nor am I financially interested in the

20  action.

21             DATED this day of September 30, 2024.

22

23                    *Jan S Bronis*

24                  JAN L. BRONIS, R.P.R.

25

Choice - United

Page 78

1              CORRECTION SHEET

2

3      Re: Haddon v. FS Investments of America, LLC
       Deponent: HENRY FINLEY, AS MCCOMBS WEST FORD,
4  LLC'S, CORPORATE REPRESENTATIVE
       July 12, 2024

5

PAGE NO.  LINE NO.    CORRECTION OR CHANGE

6

7  _____   _____  _____
   _____   _____  _____
8  _____   _____  _____
   _____   _____  _____
9  _____   _____  _____
   _____   _____  _____
10 _____   _____  _____
   _____   _____  _____
11 _____   _____  _____
   _____   _____  _____
12 _____   _____  _____
   _____   _____  _____
13 _____   _____  _____
   _____   _____  _____
14 _____   _____  _____
   _____   _____  _____
15 _____   _____  _____
   _____   _____  _____
16 _____   _____  _____
   _____   _____  _____
17 _____   _____  _____

18                     _____
                         HENRY FINLEY, AS MCCOMBS
19 WEST FORD, LLC'S, CORPORATE REPRESENTATIVE
   Sworn to and subscribed to before me this _____day
20 of _____, 2024 by _____ who
   produced_____ as Identification.

21
                   _____
22                 Notary Public-State of Florida
                   My Commission No.
23                 Expires:

24

25

Choice - United

Page 79

1        CHOICE-UNITED REPORTING SERVICE, INC.
REGISTERED PROFESSIONAL REPORTERS / VIDEOTAPE
2  DEPOSITIONS COMPUTER TRANSCRIPTION / LITIGATION
VIDEO TELECONFERENCING

3

4  Jan L. Bronis      Registered Professional Reporter
Ft. Lauderdale (954) 525-2221

5

6

            September 30, 2024
7
   RE:   Haddon vs. FS Investments of America, LLC
8

9  Nicklaus & Associates, P.A.
Attn:  Bruce Baldwin, Esq.
10  E-Mail:  Bruceb@nicklauslaw.com

11

12  Dear Mr. Baldwin,
            With reference to the remote deposition of
13  HENRY FINLEY, AS MCCOMBS WEST FORD, LLC'S, CORPORATE
REPRESENTATIVE taken on July 12, 2024, in connection
14  with the above-captioned case, please be advised that
the transcript of the deposition has been completed
15  and is awaiting signature.
      Please arrange to have the deponent stop by
16  our office at 622 South Andrews Avenue, Suite 202,
Fort Lauderdale, Florida, for the purpose of
17  reading and signing the transcript of the
deposition. Office hours are from 9:30 a.m. until
18  4:30 p.m., Monday through Friday.
            PLEASE TELEPHONE IN ADVANCE
19      If this has not been taken care of, however,
within the next 20 days or by the time of trial,
20  whichever comes first, we shall conclude that the
reading and subscribing of the deposition have been
21  waived without further notice.

22      Sincerely,

23

24      BY:  _____

25            Jan L. Bronis, RPR

05ca64ed-d7d4-4156-816a-c033c9bc4d13

## A

a-hundred-plus-tho... 57:2
**a.m** 1:19,19 79:17
**able** 12:23,23 26:1 39:8,24 46:14,16 49:7,11
**above-captioned** 79:14
**absolutely** 11:9 19:6 31:7,14,20 35:25 38:4 39:20 62:7,15 67:13 68:12,18
**accepted** 64:9
**access** 39:23
**accessed** 42:18 43:6
**accuracy** 61:24
**accurate** 24:11 56:4 56:10,11,14,15 61:14 62:16,20 63:2 66:5 69:11
**accurately** 8:16,19 52:17 53:2
**acknowledge** 45:21
**acquired** 18:20,20 20:5 56:9 66:14
**action** 55:20 77:19,20
**actions** 19:3,5
**actual** 12:4 14:18 26:15 29:12 43:21 46:5 47:3,7 48:6,23 50:14,24 51:3,14 67:15
**add** 43:24
**added** 43:22
**additional** 9:8
**address** 12:18
**administers** 11:24
**ADVANCE** 79:18
**advertised** 61:25
**advised** 79:14
**affirmative** 25:6 27:4
**afternoon** 55:15
**agency** 49:4,6
**agent** 64:25 66:3
**ages** 62:17
**ago** 19:12 29:5 34:15 48:16
**agree** 53:11 68:7,20
**Agreed** 41:10,10
**ahead** 5:3,7 28:7 32:18 53:17 74:6

**Aldarwish** 17:19
**Alhambra** 2:3
**alleged** 27:10
**alleging** 27:14,22 28:9
**allow** 27:19 37:25 38:24 44:14 74:4
**allowed** 13:2
**Amanda** 15:16
**America** 1:6,11 2:4 14:19 78:3 79:7
**amount** 53:20
**amounts** 54:19
**and/or** 32:23
**Andrews** 79:16
**announcing** 32:12
**answer** 5:1 15:25 16:1,2,3 24:7,22 25:7,11 26:10,12,23 27:5 28:4,24 48:14 52:21 53:7 59:17 66:21,23 67:12 68:16 69:17
**answered** 51:7
**answers** 3:11 13:22 14:11 15:1,11,13,24
**Antonio** 9:7,11,12 71:11
**anybody** 4:16 13:7 18:16 19:17 59:18
**apologies** 57:15 64:13
**apologize** 55:16 63:15
**appear** 47:18
**APPEARANCES** 2:1
**appeared** 46:20
**appearing** 55:16
**appears** 42:8,11,16 45:18 47:3,15 50:9 52:17 53:3 54:2
**apply** 21:2 50:22
**appraisal** 8:8 57:13 57:25
**Appreciate** 45:3
**ARMSTRONG** 2:2
**arose** 30:15
**arrange** 79:15
**asked** 7:25 18:16
**asking** 4:25 9:20 25:5 27:12 59:20 69:2
**asks** 5:7

**aspect** 6:23 23:9
**assignment** 50:6 51:2
**assignments** 44:22
**Associates** 2:12 79:9
**Attn** 79:9
**attorney** 5:6,17 55:19 77:16,18
**attorneys** 4:24 31:9 46:14
**attorneys'** 4:20
**auction** 10:19 11:24 23:21 26:14 56:14 56:17 57:3 58:19,19 60:3
**authority** 76:6
**authorized** 77:7
**auto** 3:13,22 7:11 22:9 25:14 51:19,22 52:2,5 54:8,10 60:5 60:8,13,14,22 64:22
**AutoCheck** 19:21 20:18 21:3,4,6,13 22:15 24:14 28:18 28:22 29:2,21,25 30:7,20 31:2 32:23 51:9 61:13 68:8,21 72:7
**automobile** 49:2
**AUTOMOTIVE** 1:7 1:11
**available** 24:12
**Avenue** 79:16
**average** 9:15,20,22 10:1,3
**awaiting** 79:15
**aware** 54:5,7,9 67:7

## B

**B** 3:9
**baby** 63:17
**back** 16:8,10,15,17 18:2 22:1 29:24 30:3 38:7 52:22 54:21,25 55:1 57:13 63:18 64:16 65:8,24 69:1
**background** 63:16
**Baldwin** 2:15 5:13,22 25:3 26:8 27:1,25 28:25 29:8,11,15 41:2,8 48:12 52:19 53:5,14 55:13 65:11

65:17 66:19 67:9 68:13,23 69:12,23 72:9 73:4,23 74:12 79:9,12
**based** 20:1 22:14 24:11 34:7 43:8 51:13 59:1,21 61:9 62:3,24 67:3,6 72:22,25 73:13,14
**basic** 57:13
**basically** 7:22 8:5,6,9 20:11 40:10
**basis** 7:6 25:18 27:2,8 27:14,18,22 28:9 33:12
**Bates-stamped** 38:18 44:7
**bear** 13:23
**bearing** 64:3,16
**behalf** 2:4,9,16 11:6 11:12,15,20 69:20
**believe** 33:21 47:6 48:5 55:9
**best** 17:9
**biggest** 20:17,21
**billing** 44:20
**bit** 35:14 37:25
**Blue** 22:6,10
**Book** 22:6,10
**bought** 25:23
**Boulevard** 2:13
**boxes** 50:6,10,19
**brake** 23:11 49:17
**brakes** 49:16 58:23
**break** 5:4
**brief** 65:22
**bring** 21:21
**Bronis** 1:23 76:17 77:6,24 79:4,25
**Bruce** 2:15 5:21 69:22 73:21 79:9
**Bruceb@nicklausla...** 2:18 79:10
**business** 6:24 7:4 9:2 9:3 57:24 72:2
**buyer** 11:16,18,19 12:4,6 34:14,16 35:1 54:14
**buyer's** 35:23
**buyers** 11:22 12:10 12:21,22,24 52:16 53:2

## C

**caliber** 61:16 70:5
**call** 12:7 37:23 39:9 39:18
**called** 4:4 7:14
**calling** 25:4
**calls** 26:9 27:2 28:2 48:13 52:20 53:6,14 67:9 68:13,23 69:12 69:13 72:9 73:5
**car** 13:8 17:11,17 20:4 21:10,10,22 22:2,4,22 24:3 33:15,19 34:2 37:3 37:9 40:7 42:23,24 49:8 54:23 57:23 58:4,24 61:10 70:8
**care** 7:4 12:15 59:6 79:19
**career** 18:10
**Carfax** 3:14 19:7,21 19:24 20:5,18 21:1 21:5,5,12 22:1,9,16 24:13 29:2,12 31:15 31:23 32:10,23 48:9 48:10 51:9 61:12 68:7,21 69:8,10 72:7
**cars** 7:9,9
**case** 1:2 4:23 14:17 14:18 16:25 17:6 18:17 23:1 28:20 31:9 41:9 46:15 50:13 79:14
**cause** 1:25 48:19
**certain** 54:11 72:12
**certainly** 34:18
**certificate** 44:5 45:5 45:5,8,11,19 46:19 47:3,13 48:2 50:8 51:8 76:1 77:1
**certified** 58:10
**certify** 76:6 77:7,15
**certifying** 50:23 51:1
**cetera** 42:1,2 58:23
**chance** 16:2 68:15
**change** 5:20 36:14,15 37:1,4,10 78:5
**changed** 36:24
**changing** 37:4
**check** 3:13 20:19 22:20 29:2 50:6

**checked** 35:17,20 50:11,20 58:14 70:10
**checking** 24:17 36:2 58:4
**checks** 58:20
**Chief** 15:6
**CHOICE-UNITED** 79:1
**Circle** 2:3
**circumstances** 74:6
**city** 16:17 50:1 71:11
**claim** 25:18 27:10
**claiming** 27:8
**claims** 4:22 63:12
**clarify** 5:20 35:24 70:3
**clarifying** 15:24
**clear** 40:15 66:24
**clearly** 67:1 70:13
**clerks** 44:20
**client** 73:22
**Cliver** 15:5,6,9,10,10
**close** 36:18,20
**come** 16:10 33:20 42:21 52:22 54:13 57:13 69:1
**comes** 33:20 39:11 40:14 42:24 43:14 79:20
**Commission** 76:19,20 78:22
**communications** 51:22,25 52:11
**companies** 22:11
**company** 7:14,17,18 35:1,11 70:6
**comparable** 71:13,16
**complaints** 10:10
**complete** 24:11 77:12
**completed** 57:12,17 57:19 79:14
**completing** 59:10
**compliance** 15:17,21
**components** 58:6,13 62:18
**COMPUTER** 79:2
**conclude** 79:20
**concluded** 74:22
**conclusion** 25:4 27:3 28:2 52:20 53:6 67:10

**condition** 33:19
**conditions** 8:18
**conduct** 27:9
**conducted** 23:16,23
**confirm** 26:6 41:19 64:17
**congratulations** 45:2
**connected** 16:24 17:1 17:23 77:18
**connection** 16:23 17:13 79:13
**consider** 21:15,19 71:4,13,15,18
**consideration** 62:5
**considering** 50:7
**consumer** 59:10 61:25 62:1 63:6 73:1
**consumers** 62:5
**contractual** 60:9
**contributed** 27:9
**control** 13:6
**cooperating** 65:5
**copy** 3:19 31:2,8,15 44:4 46:8 64:6,8,18 74:11,12
**Coral** 2:3,14
**Corp** 51:19,22 52:5 64:23
**corporate** 1:21 3:5 4:3,10 75:4 76:8 77:10 78:4,19 79:13
**corporation** 1:7,9,15
**correct** 12:25 13:20 15:12,14,15 18:15 18:22 38:9,14 51:24 60:21 62:19,23 64:5 64:8,11,18 65:1,2 67:17 68:6 69:6 70:21
**CORRECTION** 78:1 78:5
**corrections** 74:1
**correctly** 33:10 37:14 42:5 54:1
**counsel** 77:16,18
**county** 49:19 76:4 77:4
**couple** 4:19 16:8 38:24
**court** 1:1 41:13 74:7 74:10,15,16,19

**cover** 39:1 45:18
**COVID** 55:18 63:17
**crack** 55:15
**creates** 47:25
**cross** 3:6 56:2 61:11 72:3
**currently** 5:25
**customer** 8:11 40:14 42:21
**customers** 59:6
**cut** 16:10

---

**D**

**D** 3:1
**d/b/a** 1:7,8,11,14
**daily** 7:6 29:22
**damage** 20:12,15,23 21:9
**damages'** 27:10
**dashboard** 46:9,21 47:15 48:3 54:3 71:1
**date** 34:4,6 42:15,17 42:20,25 43:16 45:6 45:7
**DATED** 77:21
**dates** 8:11 29:22
**day** 42:21 43:6 55:17 75:9 76:11 77:21 78:19
**days** 43:1,4 60:24 79:19
**De** 2:13
**deal** 3:22 7:23,25 8:2 8:6,12 17:16,17 22:9 25:14 30:14 33:15 42:19,24,24 43:14 51:19,22 52:2 52:5 54:8,11 60:5,8 60:13,15,22 64:22
**dealer** 2:7 71:5,9
**dealers** 26:18
**dealership** 7:11 9:6 59:16,22 61:11 71:14,19,25 73:15
**dealerships** 13:2 15:22 72:6
**dealing** 55:18
**Dear** 79:12
**deem** 20:24 21:10 22:3
**Defendant** 1:16

**Defendant's** 3:11,12 3:14,15,17,18 14:2 28:15 32:2 37:19 38:21 44:10
**Defendant/Third-P...** 14:16
**Defendants** 1:10
**Defendants/Third-...** 4:5
**defenses** 4:22 25:6 27:4
**definitely** 59:25 63:3
**demands** 63:12
**depart** 59:23,25
**department** 7:9 39:15 39:19
**deponent** 78:3 79:15
**deposed** 4:12,14,15
**deposition** 1:21,25 4:16 7:21,23 74:22 77:1,8 79:12,14,17 79:20
**DEPOSITIONS** 79:2
**described** 19:3
**describing** 55:4
**determine** 26:15
**determined** 33:23
**different** 21:5 33:18 41:8 46:20 47:18 50:8 51:11 53:23 68:22 69:5 71:23
**DIRECT** 3:6 4:7
**director** 6:12,17 15:16,19,21 54:7
**disagree** 53:11
**disclose** 52:17 53:2,8 53:12,18,22 54:2 66:17 67:8 70:21
**disclosed** 66:10
**discloses** 66:4 67:4
**disclosing** 71:2
**disclosure** 10:7,11 24:11 40:21 67:15 72:23,23 73:2,2,8 73:14
**disclosures** 71:24
**discrepancy** 48:11 50:15 70:9
**discussed** 24:16
**displays** 68:2
**dispute** 66:4,7,9
**DISTRICT** 1:1,1

**DMV** 39:9,18,23,25 40:4 41:19,22 43:10 43:23 44:1 51:10
**document** 14:1,5,24 26:21 27:13,21 28:14 32:1 37:18 38:2,16,20 39:4,7 39:10 42:6,8,12,16 43:16 44:1,9,14 48:6 54:17 55:5,6 63:23 66:20,25
**documents** 8:3,4 36:22 38:4 52:5,12 55:2
**doing** 17:8 58:2 59:23
**dot** 72:4
**double-check** 58:12
**downpayment** 33:5,9 33:13,25
**drivability** 24:19 57:8 58:4
**drives** 57:10
**drop** 68:9
**drove** 24:3
**duly** 4:6 76:8
**duties** 45:23
**duty** 35:23 36:1 52:16 53:1

---

**E**

**E** 3:1,9
**E-Mail** 2:5,10,18 79:10
**e-mailed** 3:24
**E-s-c-o-b-e-d-o** 41:15
**earlier** 24:16 54:17
**effectively** 68:4 69:7
**eight** 56:22
**either** 12:5 50:16,22
**elaborate** 70:5
**eligible** 22:20,24
**employed** 5:25
**employee** 65:1 66:3 77:16,17
**employees** 46:19
**employment** 18:14
**engine** 58:23
**ensure** 61:13,24
**entail** 6:21 7:2 23:3
**entailed** 7:3
**entails** 6:22
**Enterprise** 54:23

**entire** 39:1 63:16
**entities** 68:22 69:5,9
**entity** 11:21 14:17
**entries** 68:9,21 69:8
**errata** 74:1
**error** 48:5 67:16
**Escobar** 40:20,25
  41:6,7
**Escobedo** 33:4 40:23
  41:2,3,4,11
**especially** 41:9
**Esq** 2:4,9,15 79:9
**et** 42:1,1 58:23
**everybody** 55:16,23
  64:2
**everything's** 36:4
  72:5
**evidence** 67:19,20,22
  67:23,25 68:4
**exact** 34:6 36:15
**exactly** 13:5 57:6
**EXAMINATION** 3:6
  3:6,7,7 4:7 56:2
  70:1 72:20
**Examinations** 3:2
**example** 61:20
**excess** 50:12
**Excuse** 29:9
**executed** 64:25 66:2
**exhibit** 3:11,12,14,15
  3:17,18,21 13:22
  14:2 28:12,13,15,18
  31:22 32:2 37:16,19
  37:22 38:15,21 44:4
  44:10 55:9,10 63:21
  63:24
**exhibits** 3:24 32:9
**exist** 67:7
**exit** 35:10
**expand** 57:5
**expect** 32:6 69:23
**experience** 59:1,8,21
  59:24 61:9 62:3,24
  67:3,6 71:23 72:22
  72:25 73:13
**expires** 76:19 78:23
**explain** 73:21
**extent** 25:7 57:21

————————————

**F**

**F** 3:16,17,19
**F150** 16:24 17:4,14

17:17,24 18:6,19
  19:5,8,13,25 23:17
  23:25 28:23 31:16
  32:24 33:5,8,23
  34:4,13 35:16,18
  36:13,25 37:7 38:12
  40:21 42:8,12 46:10
  46:21 47:4 48:3,11
  50:9 51:11 52:4,16
  53:1,3 54:3,8 56:5
  60:11 61:4
**face** 66:4,16
**facilitate** 17:25
**fact** 18:17 30:10,11
  30:12,13
**factor** 62:13
**facts** 53:23
**factual** 25:18 27:8,14
  27:18,22 28:9 40:19
**factually** 25:16
**failing** 67:7
**fair** 62:12 72:16
**familiar** 10:13,15
  38:2 39:4
**family** 63:16
**far** 7:4 24:17 58:3,21
**fat-fingered** 47:17
**Feygin** 2:7,9 3:6,7
  55:14,19 56:1,3
  64:1 65:15,20,24
  66:1,22 67:11 68:19
  69:3,16,19 72:18,21
  73:9,18 74:10
**figure** 63:21 65:4
**file** 8:13
**filed** 1:25
**filing** 63:10
**finance** 7:9 8:22,23
  15:17,22 16:7,21
  17:21 18:8,10
**financial** 1:8 18:1
**financially** 77:19
**find** 54:13,16
**fine** 5:22 25:10 29:3
  35:13 52:25 63:19
**finish** 4:25 5:2 28:5
**finished** 26:24
**Finley** 1:21 3:4 4:2,9
  29:1 48:14 52:21
  70:4 75:3 76:7 77:9
  78:3,18 79:13
**FIRM** 2:7

**first** 4:6 13:21 14:12
  15:2,13 30:9 32:12
  45:11 50:11 79:20
**five** 9:8 65:17
**five-minuter** 65:16
**Florida** 1:1,7,24 2:3,8
  2:14 76:3,18 77:3
  78:22 79:16
**followed** 68:9
**following** 65:23
**follows** 4:6
**followup** 55:23 72:18
**followups** 72:19
**Ford** 1:14,14,21 2:16
  3:4 4:2 7:15 56:5
  75:4 76:7 77:9 78:3
  78:19 79:13
**foreign** 1:9,15
**form** 21:5
**Fort** 79:16
**forward** 17:5
**four** 34:15 43:4
**frame** 20:11,15,23
  21:9 34:18
**Francis** 15:16
**Francisco** 33:4
**free** 40:15
**Friday** 79:18
**front** 46:11 53:24
**FS** 1:6,11 2:4 14:19
  14:21 25:1,13,18
  27:8 52:7,8,11 54:7
  60:10 63:11 78:3
  79:7
**Ft** 79:4
**full** 6:23,25
**full-on** 23:10
**further** 55:11 69:19
  77:15 79:21

————————————

**G**

**Gables** 2:3,14
**Gabriel** 1:3 28:20
**general** 6:3,4,5,6,11
  6:14,16,20,22 7:1,7
**generally** 57:23 59:5
**gentleman** 17:20 33:1
  34:16,21
**gentleman's** 33:3
  34:20
**getting** 62:10
**Gillespie** 7:15

**give** 4:19 13:14 16:2
  37:16 38:5 43:13
  55:14 68:15 73:1
**given** 33:8 57:16 67:4
**giving** 40:18,19
**go** 5:3,7 13:7 15:25
  16:17 18:2 28:7
  32:18 36:7 43:12
  46:7 48:17 49:7,10
  49:11 53:17 54:21
  54:25 55:1,2 58:20
  61:19,21 64:15
  65:24 70:16,19 74:6
**goes** 22:22 62:17
**going** 9:24 13:15,21
  14:8 15:25 16:15,18
  17:5,22 18:2,23
  22:1,4,13,14 23:20
  24:5,20 25:3,21
  26:8 27:1,17,19,25
  28:12,13 31:21,22
  31:23 32:5 36:4,6
  37:15,23 38:1 39:17
  43:16 44:13 48:8,12
  55:21 58:8,9,17,18
  58:19,22 61:6,21
  63:20,20 65:5 66:19
**Gomez** 44:18,19 45:4
  45:7 50:5
**good** 23:13 30:5
  36:23 42:5 44:17
  55:15,15
**gosh** 17:12,21 35:6
  44:24
**gotta** 47:22 49:11
**government** 49:4,6
**great** 5:12 50:3
**Greg** 34:22,24 35:4
**guess** 5:17 13:8 34:7
**guy** 11:23,23 12:15
  17:2,16 18:6 24:2
**guys** 12:7,12,16 23:3
  41:5 58:1 65:6

————————————

**H**

**H** 3:9
**Haddon** 1:3 28:20
  29:13,18 63:13 78:3
  79:7
**half** 64:14
**hand** 76:11
**happen** 48:2

**Harrison** 2:8
**hate** 27:13
**headlights** 23:6,11
  49:16
**health** 8:18 16:16
**hear** 32:15 55:23
  63:17
**heard** 51:20
**held** 6:8 7:16
**helping** 17:25
**helps** 44:21
**Henry** 1:21 3:4 4:2
  25:7 66:19 68:15
  73:23 75:3 76:7
  77:9 78:3,18 79:13
**hey** 21:10 22:22
  40:15
**HH** 76:20
**higher** 47:14 48:3
  59:5 62:21
**highlight** 8:3 27:13
**highlighted** 43:1
  64:21
**highly** 69:9
**highway** 50:2
**hired** 44:24
**history** 61:12
**hold** 6:13 8:21 43:20
  65:18
**Hollywood** 2:8
**honest** 73:12
**horn** 23:6,12
**hosting** 12:21
**hour-and-a-half**
  65:13
**hours** 79:17
**House** 56:14
**housekeeping** 29:8
**huge** 10:19
**human** 48:5 67:16
**hundred** 46:16 48:22
  54:4 57:25 58:10
  71:3,21 72:5
**hypothetical** 69:13
  73:4

————————————

**I**

**i's** 72:4
**idea** 47:13 48:9
**ideas** 48:1
**identification** 3:11,12
  3:14,15,17,18,21

14:2 28:15 32:2
37:19 38:18,21 44:7
44:10 63:24 78:20
**identify** 63:12
**imagine** 13:7 19:19
25:25 35:19,20,22
73:24
**impaired** 62:25 63:6
68:10
**important** 61:23 62:4
**improperly** 69:10
**inaccurate** 68:22 74:3
**included** 29:20
**includes** 63:17
**including** 12:12
**incoming** 39:11
**increasing** 68:8 69:8
**indicated** 29:1
**indication** 32:22
**individual** 1:4 42:17
**individuals** 12:10
18:13
**industry** 49:2 58:25
59:8,21,24 60:1
61:10,11 62:4,25
70:23,25 72:23,25
**information** 21:7,12
21:15 22:8,10 24:12
29:19 39:6,14,24
40:3,5,19 41:18,20
41:21 42:16,18,22
43:23,25 51:10
**initially** 17:2
**input** 22:10 47:24
61:18
**inputs** 48:18
**Inquiry** 3:17
**inspect** 49:8
**inspected** 23:24,25
57:5,22 58:6
**inspecting** 58:3
**inspection** 22:18,19
23:2,10,16,19 49:6
49:12,14 57:6,9,12
57:17,19 58:14
59:11,23
**inspections** 22:23
49:4,25 56:19 57:8
**instance** 50:17
**instructions** 4:20
**intercepted** 70:18
**interested** 77:19

**intermediary** 12:21
**internal** 46:3
**internally** 12:8
**Interrogatories** 3:11
13:23 14:12 15:2,14
20:2 28:1,6,10
**Interrogatory** 16:1
18:24 19:4 24:6,21
26:22 27:3,15,23
**interrupting** 57:15
**investigating** 30:14
**Investments** 1:6,11
2:4 14:19,22 25:2
25:13,18 52:7,8,12
54:8 60:10 63:11
78:3 79:7
**Investments'** 27:8
**involve** 36:1
**involved** 24:16
**issue** 16:24 17:6 29:9
30:17,25 32:5,21
48:20 61:4
**issues** 16:16 20:20
59:7 62:22 70:7
**italicized** 27:15,23
28:9

**J**

**Jan** 1:23 76:17 77:6
77:24 79:4,25
**Jiffy** 48:17 61:20
**job** 6:21,22 7:2,3
35:23 45:23 59:7
**Joe** 11:23 12:1,2,3,5
34:12,14
**join** 69:14 73:6
**Jose** 2:4 29:9
**Josh** 65:11 69:22
**Josh@sueyourdeal...**
2:10
**Joshua** 2:7,9 55:19
**Jperalta@atllp.com**
2:5
**July** 1:19 78:4 79:13
**jumbled** 65:7

**K**

**keep** 32:9
**kicks** 8:24
**kind** 12:7 16:10 18:2
21:6 32:16 43:11
54:19,24 74:1
**kinds** 8:3,4 21:16

**know** 4:23 5:4,19 7:6
7:7 8:7,8 9:1 10:17
10:18 12:22 13:4,5
14:9,10,13,21 16:3
18:25 19:11,17,23
20:10,11,13 21:10
22:6 23:3,13 24:7
24:18 25:12,13,14
25:15,16,25 26:23
28:4 29:5,17 30:4,5
30:8 31:11,22 32:6
33:13,14,15 34:3,20
35:3,19 36:5,12,16
36:22,24 37:2,3,5,6
38:24,25 39:2 40:14
40:15 41:5,6,7,14
41:25 42:5 43:12,13
44:15,15 45:17,22
46:1 47:19 48:1,10
48:17,19 49:15 50:5
51:18 52:8 54:10,12
54:22,23,24 56:25
57:2 58:1,3,15
59:13,22 60:9,12
61:17 62:9,10,11
70:10,11,17 71:9,12
72:1,3,3 74:14
**knowledge** 10:6 13:1
23:16,23 24:12,25
35:15 36:11 45:10
47:2,5 49:22 50:21
53:19 60:13 63:14
71:22 72:6

**L**

**L** 1:23 76:17 77:6,24
79:4,25
**lady** 44:19
**Lagarrion** 16:6,7,14
18:3,8
**laptop** 63:22 65:4
**large** 1:24 70:6 71:4,8
71:9
**Lauderdale** 79:4,16
**LAW** 2:7
**lawsuit** 46:25 51:18
51:23 52:1,9,13
63:10
**leading** 69:15
**leave** 16:17
**left** 16:15 34:18 66:2
**legal** 25:4 27:2 28:2

52:20 53:6 67:10
**Leon** 2:13
**let's** 15:25 37:8 65:24
**letting** 41:5
**license** 8:22,23
**licensed** 13:2 49:7,11
**licenses** 8:21
**lien** 40:7
**liens** 40:12
**lights** 23:6,12,12
49:17
**limits** 50:13
**LINE** 78:5
**lines** 70:14
**list** 36:7
**listed** 61:22
**Listen** 36:22
**LITIGATION** 79:2
**little** 35:14 37:11,11
37:25 48:16 59:5
**live** 25:21 26:1,5
31:10
**LLC** 1:8,14 78:3 79:7
**LLC'S** 1:21 3:4 4:2
75:4 76:7 77:9 78:4
78:19 79:13
**LLP** 2:2
**located** 9:6,10,16
**location** 9:16 10:3
**locations** 9:9 15:20
**Log** 3:16 37:23 38:8
55:9
**long** 6:4,13,18 9:1
10:17,19 35:6,12
44:23 61:3
**longer** 35:1
**look** 7:23 8:4,10 14:9
19:21 20:18 22:1,3
23:3,5,5 26:2 28:21
30:23 37:25 44:14
45:24,25 54:21,25
55:1 58:3 61:16
70:24
**looked** 7:24 8:5,7,7
8:12 20:4 24:3 30:3
30:24
**looking** 18:3 20:11,12
20:14,16,17,22,23
21:8,9 24:17 26:6
29:22 33:15,16,17
33:17,18 40:6,7,8
40:10,11 42:25

45:14 46:2 50:16
51:16 66:25 70:17
**looks** 64:7,12,19,19
**Loop** 9:6,17 12:18
**lot** 10:17 36:22 43:20
46:2 56:17,25 58:20
70:7 71:7
**lots** 72:13
**Loyd** 17:8,10,15 20:3
24:1 57:18
**Lube** 48:17 61:20
**LUC** 1:3

**M**

**Madam** 74:10,14
**making** 7:3,5 42:4
57:9
**man** 9:3 13:14 17:21
34:6 35:5,7
**manager** 6:3,4,5,6,11
6:14,16,20,22 7:2,8
7:19 16:7,21 17:11
17:15,21 18:9 20:4
34:2 57:18
**Manheim** 10:13,15
10:16,18,22,25 11:4
11:9,11,19 12:20
13:3,6,10,13,15
19:14 26:5,18 34:13
36:13 51:12 54:15
56:13
**Manheim's** 34:5
35:16
**March** 18:21 34:9
45:6
**mark** 37:15
**marked** 14:1 28:13
28:14 32:1 37:18
38:20 44:9 55:10
63:23
**market** 10:20
**marketplace** 12:22
34:5 35:17
**markets** 10:20
**marking** 51:4
**match** 40:11
**matches** 40:9 41:25
**McCombs** 1:14,14,21
2:16 3:4,22 4:2,21
5:25 6:2,5,6,9,14,15
7:10 9:2,3,5,12 10:6
10:10 11:6,8,12,15

11:20,25 12:11 13:9
14:18 15:7,17 18:14
19:3,17,18 20:19
21:3 23:17 24:10,23
31:3,16,17 34:4
35:5,6 36:12,25
37:7,23 38:8,11,12
38:16 39:6,23 40:22
41:21 42:17 43:7,22
44:5,23 45:1 46:9
50:23 51:1,10 52:15
53:1,12 54:1 56:5
56:13,16 59:14,19
60:9,12,14,16 61:3
63:5,11,12 64:9,22
65:1 66:3,3,7,9
67:20 71:6 72:3
75:3 76:7 77:9 78:3
78:18 79:13
**McCombs'** 4:10,22
14:11 15:1,13,22
27:4 30:20 59:4
70:4
**mean** 8:5 10:21 13:4
13:6 16:2 19:20
20:12,15 21:5,6,11
21:23 29:16,20
30:11,18,19 32:20
32:20 40:24 43:11
46:25 47:21 48:16
48:21 49:11 50:11
50:19,22 57:23,25
59:5 61:21 62:2
67:20 70:9,10 71:6
72:3 73:11
**Meaning** 17:16
**means** 43:3,5,5 51:21
58:6,21 62:18,22
**mechanical** 50:12
**medication** 8:15
**memory** 36:23
**men's** 65:13
**mentioned** 18:8,19
20:22 22:11 25:13
56:8,12 57:4 58:24
**mess** 41:12
**Miami** 41:9
**MIAMI-DADE** 76:4
77:4
**MIDDLE** 1:1
**mileage** 10:8,11
20:20 25:19 26:2,6

26:15 35:18,20,24
36:4,12,24 37:2
41:22 42:7,9,11
43:21 45:17,24
46:20 47:2,4,7,8,14
47:22 48:3,11,22
50:12,14,24 51:3,11
51:13 52:17 53:2,20
54:2 61:24 62:4,10
62:12,17,21 66:5,5
67:4,8,15 68:8 69:8
69:10 70:8,20 71:2
71:24 73:3
**miles** 8:8 36:14 37:5
45:25 46:4,5 47:11
47:18,23,24 48:19
57:2 61:18 66:14
67:24 70:15,17,21
**mind** 24:6,22 26:22
**minutes** 38:24 65:17
**mistake** 70:13
**model** 63:2
**moment** 65:11
**Monday** 79:18
**month** 9:16,23,25
10:4 13:13 19:11
29:4 71:21,22
**month-and-a-half**
29:5
**monthly** 13:15
**months** 19:12
**morning** 55:15
**mother** 16:16
**motor** 39:15,19 58:16
**multiple** 11:22 68:21
69:2,9
**Mustang** 18:5 33:2,6
**MWF** 38:19

**N**

**N** 3:1
**NADA** 22:6 33:16
**name** 8:10 12:1 14:18
28:20 33:3 34:20
41:24 55:19
**named** 11:23
**names** 17:9 20:2
25:12 40:11 42:4
45:15
**nature** 5:14,19 8:9
20:9,16 22:7 23:7
23:13 41:25 44:22

45:16 46:4 49:17
57:10
**necessarily** 12:16
14:15 21:21 22:1,15
30:23 35:11 49:5
50:16 54:9,21 57:24
**need** 5:4 14:9 31:19
34:19 39:2 44:16
49:25 58:3 65:13
**never** 46:23 51:20,21
59:14 70:7
**new** 6:12,17 7:4,9,18
10:3
**Nice** 45:1
**Nicklaus** 2:12 79:9
**noise** 63:16
**normally** 57:2
**Northwest** 9:6,17
12:17
**notarized** 15:11
**Notary** 1:23 76:18
78:22
**notes** 77:13
**notice** 1:24 30:8,21
32:11 79:21
**notified** 46:18,22
**number** 13:14 16:1
18:24 22:14 64:3,17

**O**

**OATH** 76:1
**object** 25:3 26:8 27:2
27:25 28:25 48:12
52:19 53:5 66:19
68:15
**objection** 53:14 67:9
68:13,23,25 69:12
69:14 72:9 73:4
**objections** 5:6
**objects** 5:8
**obligation** 60:12 61:1
**obtain** 22:9 39:6,24
**obtained** 31:3,16
**obtaining** 39:22
**obviously** 8:24 10:16
43:15 59:12 70:12
74:13
**occurred** 57:6,7
**odometer** 8:7 26:2,7
26:16 30:9,17 32:12
32:21 40:21 46:9
50:7,8,14,15,24

51:1,17 53:19 61:13
62:25 63:6 66:12
68:1,5,11
**office** 79:16,17
**Officer** 15:6
**official** 76:11
**oh** 13:14 34:6 41:4,15
43:24 45:21 62:7
64:13 74:16
**okay** 4:19 5:12,23
6:13,20 7:1,10,16
8:15 9:1,15,24 10:2
10:6,24 11:7,10,14
12:3,9,19 13:1,9,17
13:21 14:8,11,20
15:1,10,23 16:5,10
16:20 17:4,8,13
18:13 19:2,13,17,23
20:6,19 21:1 22:5,8
22:17 23:2,8,22
24:5,20,24 25:15
26:4,13,17,20,25
27:1,7 28:7 29:15
30:2,5,11,18 31:1,8
31:21 32:8,18,24
33:12 34:12,20 35:3
35:8,13,22 36:11
37:13,24 38:2,5,7
38:15 40:6,20 41:10
42:7,15 43:18 44:3
44:13,17,18 45:13
45:17 46:8,13,24
47:6,20 49:9,13
50:18,23 51:18,21
52:4,15,22 55:4,8
55:11 56:23 57:4,12
57:20 58:6,13 59:3
60:22 61:9,23 63:10
64:21 65:3,5 66:7
66:16,25 69:25 70:6
71:22 72:17 73:10
74:19
**old** 56:22
**older** 57:1
**online** 12:22 26:18
34:5 35:17 39:23
**opera** 63:18
**operate** 9:5 22:24
50:1 72:2
**operates** 12:20 39:22
**operating** 8:24 15:6
19:20 23:14 39:13

40:2
**operation** 6:25
**operations** 6:23
**operator** 61:15
**opinion** 59:20
**opportunity** 4:21
**order** 23:14 32:9
49:25
**ordered** 73:24
**ordering** 74:17
**overseeing** 6:23,25
**owed** 52:16
**owes** 53:1
**owners** 49:2

**P**

**P.A** 2:12 79:9
**p.m** 79:18
**pack** 46:3
**page** 3:2,10 30:9
32:12 45:11,13,18
78:5
**paid** 60:6
**painless** 55:22
**paper** 36:9
**paperwork** 17:2 18:1
25:21 46:1,3 68:2
**part** 8:10 18:10 27:9
34:22 35:23 45:23
**particular** 7:25 8:6
23:18 50:17
**parties** 77:17
**parties'** 77:18
**parts** 6:24
**pass** 56:18
**passed** 22:23 49:25
56:20
**passes** 49:24
**penalties** 67:7
**penalty** 67:4
**people** 61:17
**Peralta** 2:4 3:6,7 4:8
5:15,16,21,23,24
14:4 25:9 26:11
27:6 28:3,17 29:3
29:10,14,16 30:1
32:4 36:4 37:21
38:23 41:4,10,16
44:12 48:25 51:15
52:24 53:10,16
55:11,25 65:10
68:25 69:14,21,25

70:2 72:15,17 73:6
74:14,18
**percent** 46:17 48:22
54:4 57:25 58:10
71:3 72:5
**performed** 19:5
**period** 16:12 35:3
**perjury** 67:4
**person** 11:10,20 12:6
17:23 19:23 26:1
33:22 35:16,17 40:8
44:21 60:18 61:2
**personally** 11:2,7
19:15
**pertain** 20:13
**pertained** 7:24
**pertains** 12:17
**photo** 46:5,8
**pictures** 47:9 68:1
**place** 34:9 42:23 49:7
49:11 59:13 60:25
**places** 48:18
**placing** 51:2
**Plaintiff** 1:5,12 2:9
4:5 14:17 28:19
55:20 69:20 73:20
**Plaintiff's** 3:21 63:21
63:24
**plant** 38:6
**plays** 62:13
**please** 4:25 5:7 18:24
24:6,22 44:15 66:23
79:14,15,18
**PLLC** 2:7
**plus** 9:4 69:14
**point** 5:18 18:9 21:11
42:23 47:24 61:1
**policy** 57:20
**Ponce** 2:13
**portal** 39:24
**portion** 64:21
**pose** 5:6 27:20
**position** 25:1,15,16
25:19,23
**possession** 30:21 31:5
51:8 60:15,16 61:3
66:13
**possible** 55:22
**post** 36:7 51:15 58:18
**posted** 11:3,8 34:4,12
35:16 51:11,12,13
70:15

**posting** 11:7,10 35:18
36:25 69:5
**posts** 11:19
**potential** 32:21
**potentially** 21:24
30:16 48:19 61:18
**Powerhouse** 1:7,11
13:22 14:13,16,22
38:18 44:8
**Powerhouse's** 14:12
15:2,13 37:24 38:17
44:6
**prefer** 74:8,9
**prepare** 7:20,22
**pretty** 4:20 5:9 8:12
27:12 36:20 59:6
65:20 71:8,9
**prevent** 8:16,19
**previously** 67:14
**price** 38:10,12
**prior** 6:11 42:21 43:1
63:10
**probably** 13:15 16:18
19:11 23:19 34:8,10
36:20 42:19 43:9
56:20,21 59:4 60:24
70:11 71:7
**problem** 5:5 30:9
32:13
**problems** 20:20
**procedure** 20:7 39:13
40:3 57:21
**procedures** 19:20
71:23
**proceeding** 14:3
28:16 32:3 37:20
38:22 44:11 63:25
**proceedings** 65:23
**process** 57:21,25
58:14
**produced** 28:19
37:23 38:16 44:5
54:18 78:20
**professional** 1:23
8:21 77:6 79:1,4
**pronounced** 15:9
**pronouncing** 17:9
41:1
**proper** 53:18
**properly** 22:24 50:1
57:10 67:8
**provide** 5:1 31:8,18

46:14 61:1
**provided** 24:23 40:4
41:19,20,21 43:23
43:25 60:19
**Public** 1:23 76:18
**Public-State** 78:22
**pull** 34:19 39:8,10
42:22 43:10,12,15
44:1 63:20
**pulled** 39:23 43:17
54:17
**purchase** 13:2,8,9,13
26:3,13,18 33:6
62:5 63:5
**purchased** 25:22 33:2
54:8,20 55:3 60:22
61:2
**purchases** 13:18
**purchasing** 26:4
62:11
**purpose** 49:13 79:16
**purposes** 13:18 38:18
44:7
**pursuant** 1:24
**pushed** 7:5
**put** 13:8 17:15 47:17
61:21

---

### Q

**question** 5:3,14,19,20
8:6 15:3 16:3 18:23
23:22 24:5,7,21,22
26:21 27:7,17,20
28:5,8,24 43:19
46:13 48:8 52:19
53:5 68:16
**questions** 4:21,24 5:1
5:10 7:25 15:24
28:1 52:7 55:12
69:21,22
**quick** 55:21
**quickly** 65:21

---

### R

**R.P.R** 77:24
**raise** 68:9
**ran** 23:19
**re-registered** 22:21
**read** 14:10 16:2
18:25 27:19,20
32:19 38:25 74:6,8
74:9
**reading** 24:6,22

26:22,23 28:5 32:16
50:14,24 51:2 61:13
62:4,13 63:1,2,6
66:6,10 68:10 73:21
79:17,20
**ready** 16:5 24:9,24
26:25
**really** 7:7,8 8:9,23
12:16 20:14,17,22
40:10 41:24 42:6
46:2,6 49:15
**reason** 37:4 47:6,10
51:15 53:22 61:19
70:19,20
**reasonable** 73:1
**reasons** 21:2 49:23
**recall** 34:15 36:19,20
**received** 10:10
**recess** 65:22
**record** 47:9 65:25
66:24 77:12
**recorded** 48:23
**recording** 69:10
**records** 22:3,5 70:10
**RECROSS** 3:7 72:20
**REDIRECT** 3:7 70:1
**refer** 39:18 40:17
**reference** 61:12 79:12
**referencing** 17:18
**referring** 14:13,23
17:5 24:13,15 25:1
**regarding** 27:3 57:21
60:10 73:2
**register** 23:14
**registered** 1:23 22:24
45:15 77:6 79:1,4
**registration** 39:9
42:1
**related** 23:11
**relating** 28:1
**relation** 10:7,11
**relationship** 60:10
**relative** 77:16,17
**rely** 71:1 72:7
**Remarks** 43:21
**remember** 34:6,17
35:9,11 36:15 68:16
**remembering** 33:10
37:14
**remote** 74:21 77:8
79:12
**Rental** 54:23

**repeat** 5:20
**report** 3:13,14 19:7
19:24 21:3 24:13,14
28:19,22 29:12 30:7
30:20 31:2,16,23
32:10 48:9,10 61:12
68:8 77:8
**reported** 30:9
**reporter** 1:23 41:13
74:7,10,15,16,19
77:7 79:4
**REPORTER'S** 77:1
**REPORTERS** 79:1
**REPORTING** 79:1
**reports** 21:16 72:7,7
**represent** 55:20
**representation** 62:16
62:20 67:17
**representative** 1:21
3:5 4:3,10 75:4 76:8
77:10 78:4,19 79:13
**represented** 36:12
**reputable** 71:11
**requested** 77:11
**requirement** 49:18,19
49:20,21
**resale** 20:25 63:6
**resell** 58:9,18,22
**reselling** 13:18
**reside** 22:25
**resold** 56:13 59:9,22
**respect** 10:2 19:5,8
25:1 28:22 42:12
**respond** 5:7,8
**response** 19:4 37:24
38:17 44:6 57:16
**rest** 59:5
**restate** 66:23
**result** 67:16
**retailing** 22:2
**reverse** 23:12
**review** 45:10 61:23
73:25 77:10
**reviewing** 21:3
**right** 7:20 21:6,23
22:14 29:8,13 31:10
31:11 34:3 36:4
37:22 39:3 41:17
43:11,12,13 46:11
46:12 47:25 50:5
54:16 57:24 60:19
61:19 63:15 64:2

65:9 69:4,19 73:18
73:25
**righty** 55:14 56:1
64:5 65:15,24
**role** 6:12
**roles** 58:1
**rollback** 32:21
**room** 65:14
**roughly** 16:19 61:6
**RPR** 79:25
**rules** 13:5
**run** 10:17,21
**runs** 57:10

**S**

**S** 3:9
**safe** 49:24
**safety** 20:13,23 23:9
23:10 24:18 49:15
49:16,22 58:4
**sale** 3:16 10:21 11:3
11:19 21:20 22:4,12
34:4,13 35:16 36:25
37:23 38:8 43:2
51:12 56:25 60:10
60:25 62:1 71:24
**sales** 6:11,14,16,24
7:1,7,8,8,19 9:21,21
9:22,25 11:11 17:10
17:11,15 18:10 55:9
57:18 58:24 61:10
**salesperson** 18:4
**Sally** 44:18,19,24
45:4,7,10 50:5
**salvaged** 20:15
**San** 9:6,11,12 71:11
**saw** 19:11,18 28:22
29:4,7 30:7,7 32:11
36:22 45:17
**saying** 36:9 54:1
**says** 24:10 45:6
**Scan** 64:3,16
**screen** 14:6 39:1
42:13
**screen's** 65:7
**scroll** 14:8 28:23
32:14 38:1 44:13
64:15
**se** 54:22
**seal** 76:11
**second** 16:11 18:25
31:6,19 37:17 38:5

65:3
**section** 43:21
**see** 14:5 19:13,15
21:23 29:20 30:15
37:8 40:7 41:15
42:13 45:21 54:19
64:2,11 67:2
**seeing** 43:8
**seen** 11:14 14:24 19:7
19:24 38:3,3 42:7,9
42:11 47:16
**sell** 9:12 12:23,24
21:25 37:7 54:14,22
56:24 70:6 71:6,7
**seller** 52:16 53:1
**sellers** 12:21,23
**selling** 7:4 70:21
71:20 72:8
**sells** 10:4
**send** 57:3
**sense** 53:24
**September** 76:12
77:21 79:6
**serve** 18:16
**service** 6:24 79:1
**SERVICES** 1:8,8
**Set** 14:12 15:2,14
**setup** 26:19
**shared** 52:5,12
**sheet** 36:9 74:1 78:1
**short** 39:17
**show** 13:21 21:12
28:12 29:18 31:22
32:7 37:15 38:15
44:3 47:14 48:10
**showed** 46:19 66:14
**showing** 64:14
**shows** 48:2,6 67:1,24
68:8
**Shultis** 17:8,10 20:3
24:1 34:2 57:18
**sic** 40:20
**sick** 63:16
**side** 64:16 65:9
**sign** 40:20
**signature** 15:8 79:15
**signed** 45:4,7
**signing** 79:17
**similar** 30:8 32:11
63:1
**Sincerely** 79:22
**singing** 63:18

**sir** 4:11,18 5:11 8:14
8:17,20 9:8,11 10:9
10:12,14 11:13,17
12:2 13:20 14:7
15:15 16:22 18:18
19:16 21:4,18 26:19
38:3 39:5,16 40:1
41:23 42:14 52:2,3
52:6,10,14 54:10
55:7,24 56:4,7 63:7
63:14 64:4,7,12,20
65:11 67:12 69:17
71:17 73:17,19
**sitting** 31:10
**situation** 21:8 30:15
34:7 42:22 46:22,24
**six** 55:17
**size** 8:25 73:14
**slowly** 38:1
**small** 71:14,18,25
72:6
**snapshot** 46:5
**sold** 10:24 18:5,5
19:14 25:14 29:24
30:13,19 37:9 38:10
38:11,12 54:10 56:5
56:16 60:3,5,14
61:5,25 70:8
**solely** 41:24
**solid** 72:5
**somebody** 41:13
47:17 70:13,14,14
**somebody's** 47:22
**sorry** 4:13 12:23
16:12 18:6 28:24
32:15,18 38:7 53:17
57:14 68:17
**sort** 48:20 63:11
**sounds** 41:7 50:3
**source** 26:5
**South** 79:16
**speak** 46:12
**speaks** 45:1 66:20
**Specifically** 25:5
**speculation** 26:9
48:13 53:15 68:14
68:24 69:13 72:10
73:5
**spell** 41:13
**spelled** 42:4
**spoke** 70:4
**spot** 60:20

**squares** 51:4
**stand** 46:6 48:21
**standard** 19:20 20:6
32:20 39:13 40:2
58:25 59:24 60:1
61:11 70:23,25
**standards** 59:4 73:14
**started** 30:14
**state** 1:24 22:25,25
23:10,19 32:22
49:19,21 50:1 76:3
76:18 77:3
**state-certified** 22:18
22:19
**stated** 48:16 50:12
**statement** 68:2
**states** 1:1 50:3,11
53:19
**stating** 30:16 67:23
**stenographic** 77:12
**stenographically**
77:8
**sticker** 22:22
**stop** 14:10 44:16
79:15
**stops** 57:9
**store** 8:24 12:16
15:19 61:16
**Street** 2:8
**strict** 67:7
**strike** 21:14 38:11
50:24 51:6 54:6
70:24 72:24
**Striker** 34:23,24 35:4
**structured** 17:17
**stuff** 42:5
**subpoena** 37:24
38:17 44:6
**subscribed** 75:7
78:19
**subscribing** 79:20
**sudden** 68:9
**SUE** 2:7
**sued** 10:7 14:18
**suggest** 74:5
**Suite** 2:3,8,13 79:16
**sure** 5:15 7:3,5 17:7
20:8,10 22:20 25:12
25:20,22,23 31:19
32:8 40:8,11,17
42:4 43:8 48:20
50:10 57:9 58:22

60:1 62:15 63:4
67:1 68:12 70:11
72:1,4 73:23 74:9
**surfaced** 30:25
**surprising** 59:9
**susceptible** 62:22
**suspicion** 68:10
**sworn** 4:6 75:7 76:8
78:19
**Syman** 17:19

**T**

**T** 3:9
**t's** 72:4
**taillights** 23:6,11
**take** 14:9 19:21 32:18
46:4 49:3 59:6,13
65:15 74:12
**taken** 1:23 4:16 32:6
47:9 65:22 79:13,19
**takes** 12:15
**talking** 21:1 36:3
55:7 58:17
**team** 18:10
**TEASDALE** 2:2
**Tele** 2:5,10,17
**TELECONFEREN...**
79:2
**TELEPHONE** 79:18
**tell** 9:24 16:18 34:11
43:10 47:16 55:2
57:7 60:24 61:6,8
72:13
**tells** 22:22 40:14
**tend** 62:18
**testified** 4:6 67:14
74:3
**testifying** 4:9 8:16,19
**Texas** 3:17 9:7,10
23:1 39:14,18,18,23
39:25 40:4 41:19,21
43:23 44:5 45:5,8
45:11,18 49:3 51:8
51:10
**Thank** 15:10 18:12
22:17 41:4,5,15
65:18 73:18 74:19
**That'd** 47:21
**Thereupon--** 4:1
**thing** 5:13 20:17,21
24:20 31:18 48:15
48:21

**things** 8:8 20:9,16,22
  22:7 23:6,12 33:18
  39:17 41:25 44:22
  45:15 46:3 49:17
  57:10 69:5 70:3
  74:3
**think** 17:25 40:25
  43:10 47:10 51:7
  56:21 69:2 74:2
**Third-Party** 1:12,16
**thorough** 59:6
**thought** 41:6 57:15
**three** 12:12,12 43:1
**three-and-a-half** 6:19
**till** 16:19 17:12,22
**Tim** 15:5,6,9,10
**time** 10:17,19 16:9,12
  18:4,9 20:5 23:17
  23:25 24:11 26:3
  27:11 30:23 32:19
  34:1,17 35:3,6,12
  42:10,23 44:14
  47:24 52:23 54:16
  56:21 66:13 73:19
  74:17 79:19
**time-stamped** 43:11
**tires** 58:23
**title** 3:19,22 6:2,14
  7:16 12:3,4,5 20:15
  40:15 44:4,5 45:5,6
  45:8,11,19,24 46:19
  47:3,14 50:7 51:3,9
  52:4,18 53:3,12
  60:15,17,19,23 61:1
  61:24 64:2,6,9 65:6
  66:4,9,16 67:15
  70:15
**title's** 65:8
**titles** 6:8 44:22
**today** 4:9 8:16,19
  55:17 73:19
**today's** 7:21,23
**total** 9:21
**touched** 35:14
**track** 38:7
**trade** 8:8 17:3 21:22
  33:15 46:3 48:24
**trade-in** 17:18 18:20
  21:17 23:25 39:11
  40:3 56:9 70:19
**traded** 18:6 19:18,25
  23:17 31:4,17 32:25

33:1 40:21 60:18
**trading** 24:17 40:8
**transaction** 17:3
  29:13 34:8,22 56:9
  64:3,16
**transactions** 29:18
**transcribed** 74:5
**transcript** 3:25 55:8
  77:11,11 79:14,17
**transcription** 74:2
  79:2
**transfer** 64:9,22
**transferring** 45:24
**transmission** 58:16
  58:23
**trial** 79:19
**truck** 18:5 33:1
**true** 64:5,8,18 77:12
**truthful** 73:11
**try** 55:21
**trying** 39:21 65:4
**twelve** 6:7
**two** 6:15 19:12 21:15
  32:10 42:21 50:19
  61:7
**type** 41:8 59:10,23

-----

**U**

**Uh-huh** 34:25 38:9
  65:2
**ultimately** 56:13 61:4
**undersigned** 76:6
**understand** 4:22 5:18
  18:12 39:21 43:18
**understanding** 5:14
  12:20 50:18 53:25
  60:2,4
**Understood** 15:23
  31:1
**UNITED** 1:1
**units** 71:7,21
**unsafe** 20:24 21:10
**updated** 29:21
**use** 22:8 41:18,21
  65:13
**usually** 54:16 56:25
  58:13

-----

**V**

**v** 1:5,13 78:3
**value** 22:3,11,13 33:8
  33:20,23 62:14
**values** 22:6,6 33:16

33:16,17
**valuing** 21:16,19,22
  33:13
**vary** 73:14,16
**vehicle** 3:17 6:12,17
  9:21,22,25 10:8,11
  16:24 17:3,5 19:18
  19:21,22,22 20:5,9
  20:13,24 21:16,16
  21:20,22,25 22:11
  22:20,23 23:4,5,13
  23:14,18,20 24:17
  24:18 25:14,19,22
  25:24 26:4,7 29:24
  30:13,19 31:3 32:24
  35:21 36:2,5,6
  39:11 40:13,16,22
  41:20,22 42:1 46:6
  47:11 48:7,23,24
  49:3,12,24 50:1,22
  51:3,12,14 52:18
  53:9,13,20 54:10,20
  54:23 55:3 56:8,12
  56:16,18,21 57:1,5
  57:9,22 58:7,9,17
  58:18,21 59:9,22
  60:3,4,14,23 61:2
  61:12,22 62:11,13
  62:17,21,25 63:2,5
  64:6,10 66:12,13
  67:24 70:18,22 71:1
  71:2
**vehicle's** 22:13 33:21
  60:15 61:13,24
  62:14 67:8 68:5,10
  73:2
**vehicles** 7:5 9:13,16
  9:24 10:4,18,22,24
  11:3,8,11,19 12:23
  12:24 13:9,12,17,19
  26:13,18 39:15,19
  49:3 54:14 56:24
  62:6 70:7 71:6,7,24
  72:8
**venture** 34:11 61:7
**verify** 25:19 41:22,24
**versus** 30:4 48:6
**Vice** 41:9
**video** 55:17 79:2
**VIDEOTAPE** 79:1
**VIN** 22:14 56:5
**VINs** 54:18

**visibility** 49:16
**visit** 54:22
**visual** 36:8 57:8
**visually** 23:24,24
  24:2 35:20 36:2
**vs** 79:7

-----

**W**

**wait** 4:25 28:23
**waive** 74:4
**waived** 79:21
**waiving** 73:22
**walked** 24:2
**want** 15:23 17:12
  20:8,10 26:21 28:25
  29:6 32:7 33:4 35:6
  35:15 37:8,9,11
  38:15 42:20 44:3
  45:25 60:25 62:9,10
  65:18 70:3 73:11,21
**wanted** 28:21 64:17
**wants** 5:17
**warning** 50:15
**wasn't** 50:16
**watched** 41:9
**water** 21:11
**watering** 38:6
**way** 13:8 17:4 26:14
  29:12 48:5
**We'll** 74:12,14
**we're** 16:5 17:17
  26:20 31:10 36:6
  38:7 39:8 40:6,6,7
  42:6 58:9,17,22
  61:21 66:25 69:23
  70:6,16 71:9
**we've** 21:1 47:9,16
  65:12 70:7
**wear** 62:18
**week** 34:8,10 43:14
  61:7
**weekly** 10:18
**went** 30:24
**weren't** 50:11
**WEST** 1:14,14,21 3:4
  4:2 75:3 76:7 77:9
  78:3,19 79:13
**WESTLAKE** 1:8,8
**whatnot** 24:19 54:19
  54:24 58:5
**whichever** 79:20
**wholesale** 12:6,6

33:17
**window** 22:21 42:16
**windshield** 49:16
**Winfrey** 16:6,7,23
**witness** 4:4 18:17
  29:21 41:3 48:15
  52:22 53:8 55:24
  68:18 69:1 72:11
  73:7 74:9 76:11
**work** 7:11 16:9,13
  59:18 72:12
**worked** 16:15 17:11
  17:21 18:13 35:4
  44:23
**working** 7:10,14
  12:10 16:8 33:14
  34:17
**works** 11:24 44:19
**worth** 21:23,24 33:21
  63:1,3
**wouldn't** 59:12 73:16
**write** 41:11
**written** 57:20,25
**wrong** 41:1 47:23,24
  48:18 61:18

-----

**X**

**x** 1:17 3:1,9 53:19

-----

**Y**

**yeah** 8:23 10:19 16:5
  17:10 20:1 21:4
  24:9 25:10,10 26:13
  29:14,14,15 32:8,18
  32:20 35:9 36:14
  43:5,24 44:17 47:21
  48:15 53:18 55:6
  62:2,2 65:8,10
  66:11,18 71:8,20
  72:11 73:7,23
**year** 63:1 71:8
**years** 6:7,16,19 9:4
  16:8 30:24 34:15
  56:22 58:2,2,2
**Yep** 64:19
**young** 44:19

-----

**Z**

**Zapata** 11:23 12:2,3
  12:13 34:12,14 35:2
**Zapata's** 12:3,5,15
**zoom** 1:18 2:1 39:2
  43:19,20

**zoomed** 38:25

**0**

**000106** 38:19

**1**

**1** 3:11 14:2 50:19
**10:03** 1:19
**101** 57:24 58:24
**11:44** 1:19
**12** 1:19 24:6 78:4
   79:13
**1200** 2:3
**12718** 56:6
**131** 36:16
**131,000** 36:14 66:14
   67:24 70:17
**131,600** 36:17 68:3
**131,628** 36:18
**131.6** 36:16
**14** 3:11
**150** 3:16,17,19
**17** 26:22 27:15
**175** 9:25
**18** 24:21
**19** 27:18,23 28:1,6,10
**1930** 2:8

**2**

**2** 3:12 16:1 28:13,15
   50:19
**20** 27:18,24 28:2,6,10
   79:19
**200** 2:13 10:5
**2003** 35:7
**201** 66:15 67:1
**201,150** 66:5,17
   67:15
**2012** 44:24 56:5
**2013** 17:22
**2018** 17:12
**2019** 16:18 35:10
**202** 79:16
**2020** 17:12 18:21
   29:24 30:4 35:10
   45:7
**2022** 16:16,19 30:4
**2023** 17:22
**2024** 1:19 75:9 76:12
   77:21 78:4,20 79:6
   79:13
**208F** 2:8
**210** 10:5

**3**

**3** 3:14 31:22 32:2
**3/31** 42:20
**3/6/2019** 66:6
**30** 60:24 76:12 77:21
   79:6
**305** 2:17
**31st** 18:21 34:9 45:6
**32** 3:14
**33020** 2:8
**33134** 2:3
**33146** 2:14
**350118** 76:20
**355** 2:3
**37** 3:15
**38** 3:17

**4**

**4** 3:4,6,15 37:16,19
   37:22 55:10
**4,000** 71:7
**4:30** 79:18
**410** 9:6,17 12:18
**44** 3:18
**460-9888** 2:17
**4651** 2:13

**5**

**5** 3:17 18:24 38:15,21
**5-16-2027** 76:19
**525-2221** 79:4
**539994086** 64:3
**539994087** 64:17
**56** 3:6

**6**

**6** 3:18 44:4,10
**60** 9:3 13:16
**622** 79:16
**63** 3:21

**7**

**7/12/2024** 43:13
**70** 3:7 9:4 13:16
**7111** 9:6,16 12:17
**72** 3:7
**786** 2:5

**8**

**8,000** 33:11,13 37:9
**8:23-cv-00709** 1:2
**822-3700** 2:5

**9**

**9,000** 37:10
**9,075** 38:13
**9,100** 37:11
**9:30** 79:17
**954** 2:10 79:4