

Exhibit 5

Plaintiff's_Resp_FS_RFP015

SCAN TRANSACTION NUMBER   539994087

Whenever you sell or trade in a vehicle, be sure to protect yourself by filing the Vehicle Transfer Notification online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.   144973339

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE**
Name of Purchaser: 7111 N.W. LOOP 410, SAN ANTONIO, TX 78238
Odometer Reading: 131,621
Date of Sale: 3/31/20
Printed Name: Francisco Herrera Escobedo
Printed Name (Buyer): Sally Gomez

**FIRST REASSIGNMENT DEALER ONLY**
Name of Purchaser: Auto Deal Corp, 7611 NW 7th Ave Unit 126, Miami FL 33150
Odometer Reading: 131,628
Date of Sale: 04-14-2020
Dealer's Name: McCombs Ford West   Dealer No: 75975
Agent's Signature: Juliana A
Printed Name: Juliana A

**SECOND REASSIGNMENT DEALER ONLY**
Name of Purchaser: Powerhouse Automotive, 10333 Woodberry Rd, Tampa FL 33619
Odometer Reading: 131,630
Date of Sale: 5-15-20
Dealer's Name: Auto Deal Corp   Dealer No: VF102369
Printed Name: Juliana A
Printed Name (Buyer): Franklyn Strusberg

**THIRD REASSIGNMENT DEALER ONLY**
Name of Purchaser: Gabriel Luc Haddon and Maria Haddon
Odometer Reading: 131,630
Date of Sale: 5-25-20
Dealer's Name: Powerhouse Automotive   Dealer No: VF1128009
Printed Name: Franklyn Strusberg
Printed Name (Buyer): Gabriel Luc Haddon and Maria Haddon Bulboa Donitali

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS):

Plaintiff's_Resp_FS_RFP016