UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**GABRIEL LUC HADDON**, an individual,

    Plaintiff,

vs.

**FS INVESTMENTS OF AMERICA, INC.**, d/b/a POWERHOUSE AUTOMOTIVE, a Florida corporation, and WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, a foreign corporation,

    Defendants.
_____/

Case No. 8:23-cv-00709

## DEFENDANT FS INVESTMENTS OF AMERICA, INC.'S MOTION TO DEEM SEPARATE STATEMENT OF UNDISPUTED FACTS TIMELY FILED

Defendant, FS Investments of America, Inc. ("Defendant"), by and through the undersigned counsel, hereby moves for an order deeming its *Separate Statement of Undisputed Facts* [D.E. 80] timely filed, and in support thereof, states the following:

1. On October 7, 2024, Defendant timely filed its Motion for Summary Judgment [D.E. 72] against plaintiff Gabriel Luc Haddon ("Plaintiff").

2. In the Motion for Summary Judgment [D.E. 72], defendant includes a Statement of Undisputed Facts.  However, this Court's Amended Case Management and Scheduling Order ("CMO") [D.E. 24] requires that the Statement of Undisputed Facts be filed separately.  Defendant did not file the Statement of Undisputed Facts separately due to a clerical error.

3. However, on October 29, 2024, upon realizing that the Statement of Undisputed Facts was not filed separately, Defendant filed the statement as it appears in its Motion for Summary Judgment. Defendant filed the statement as a good faith effort to comply with the Court's CMO.

4. Accordingly, Defendant requests that this Court deems the Statement of Undisputed Facts timely filed. No prejudice would result to Plaintiff as he had notice of the statement in Defendant's Motion for Summary Judgment [D.E. 24].

**WHEREFORE**, defendant, FS Investments of America, Inc., respectfully requests that the Court enter an order deeming its *Separate Statement of Undisputed Facts* [D.E. 80] timely filed, in addition to any other relief that the Court deems just and proper.

Dated October 29, 2024.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**
*Counsel for FS Investments of America, Inc.*
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (786) 822-3700
Telecopier: (305) 675-3605

By: */s/ Jose A. Peralta, Esq.*
Keith D. Silverstein, Esq.
Fla. Bar No. 086820
ksilverstein@atllp.com
Jose A. Peralta, Esq.
Fla. Bar No. 1028554
jperalta@atllp.com
**FOR SERVICE:**
miamiefiling@atllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served to every counsel of record via transmission of notices of electronic filing generated by CM/ECF on <u>October 29, 2024</u>.

/s/ *Jose A. Peralta*
Jose A. Peralta, Esq.
