## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASE NO.: 8:23-cv-00709-WFJ

GABRIEL LUC HADDON,

      Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a
POWERHOUSE AUTOMOTIVE, a Florida
Corporation, and WESTLAKE SERVICES, LLC.
d/b/a WESTLAKE FINANCIAL SERVICES,
a Foreign Corporation,

      Defendants.

_____/

FS INVESTMENTS OF AMERICA, INC.,

      Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a
MCCOMBS FORD WEST, a Foreign
Corporation,

      Third-Party Defendant.

_____/

## THIRD-PARTY DEFENDANT MCCOMBS WEST FORD, LLC'S STATEMENT OF UNDISPUTED FACTS

COMES NOW, Third-Party Defendant, McCombs West Ford, LLC ("McCombs") by and through undersigned counsel and files the following statement of undisputed facts in support of its Motion for Summary Judgment against Third-

Party Defendant, FS Investments of America, Inc. ("FS Investments") and states the following.

1.      Franklyn Strusberg is the owner of FS Investments (d/b/a Powerhouse Automotive). *Strusberg Depo.* 10:18-11:4. (Strusberg's deposition transcript is attached as Exhibit 1 to McCombs Motion for Summary Judgment).

2.      On or about April 11, 2020, McCombs sold the 2012 Ford F-150 that is the subject of this action ("F-150"), to non-party, Auto Deal Corp.   *Strusberg Depo.* 35:13-15; 113:2-5.

3.      Auto Deal Corp. paid for the F-150.  *Strusberg Depo*. 41:7-12.

4.      Thereafter, FS Investments purchased the F-150 from Auto Deal Corp. *Strusberg Depo.* 75:4-9.


**NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for McCombs Ford*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889

By: _____
       **BRUCE B. BALDWIN, ESQ.**
       Florida Bar No.: 493023
       bruceb@nicklauslaw.com
       **EDWARD R. NICKLAUS, ESQ.**
       Florida Bar No.: 138399
       edwardn@nicklauslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically on all counsel of record *via* the Court's CM/ECF system this 29th day of October, 2024.

BRUCE B. BALDWIN