UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709-WFJ

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a
POWERHOUSE AUTOMOTIVE, a Florida
Corporation, and WESTLAKE SERVICES, LLC.
d/b/a WESTLAKE FINANCIAL SERVICES,
a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a
MCCOMBS FORD WEST, a Foreign
Corporation,

    Third-Party Defendant.
_____/

## THIRD-PARTY DEFENDANT MCCOMBS WEST FORD, LLC'S MOTION TO DEEM STATEMENT OF UNDISPUTED FACTS TIMELY FILED

COMES NOW, Third-Party Defendant, McCombs West Ford, LLC ("McCombs") by and through undersigned counsel and requests that the Court enter

1

an order deeming its Statement of Undisputed Facts timely filed and states the following.

On October 4, 2024, McCombs timely filed its Motion for Summary Judgment against Third-Party Plaintiff, FS Investments of America, Inc. [DE 71]. By reason of excusable neglect McCombs did not separately file its Statement of Undisputed Facts until today, October 29, 2024. [DE 83]. Therefore, McCombs respectfully requests that the Court enter an order deeming its Statement of Undisputed Facts timely filed.

**WHEREFORE**, Third-Party Defendant, McCombs West Ford, LLC requests that the Court enter an order deeming its Statement of Undisputed Facts timely filed.

**NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for McCombs Ford*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889

By: _____
**BRUCE B. BALDWIN, ESQ.**
Florida Bar No.: 493023
bruceb@nicklauslaw.com
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
edwardn@nicklauslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically on all counsel of record *via* the Court's CM/ECF system this 29th day of October, 2024.

BRUCE B. BALDWIN