UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GABRIEL LUC HADDON, an individual, | Case No. 8:23-cv-00709 |
| Plaintiff, | |
| vs. | |
| FS INVESTMENTS OF AMERICA, INC., d/b/a POWERHOUSE AUTOMOTIVE, a Florida corporation, and WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, a foreign corporation, | |
| Defendants. _____/ | |
| **FS INVESTMENTS OF AMERICA, INC.**, a Florida corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| **MCCOMBS WEST FORD, LLC**, d/b/a MCCOMBS FORD WEST, a foreign corporation, | |
| Third-Party Defendant. _____/ | |

**DEFENDANT FS INVESTMENTS OF AMERICA, INC.'S
COUNTER-STATEMENT OF DISPUTED FACTS**

Defendant, FS Investments of America, Inc. ("FS Investments"), by and through the undersigned counsel, and pursuant to this Court's Amended Case Management and Scheduling Order ("CMO") [D.E. 24], hereby files its *Statement of*

*Disputed Facts* in response to the *Statement of Undisputed Facts* [D.E. 83] filed by third-party defendant, McCombs West Ford, LLC ("McCombs"), stating the following:

1. Defendant disputes that "[o]n or about April 11, 2020, McCombs sold the 2012 Ford F-150 that is the subject of this action ('F-150'), to non-party, Auto Deal Corp[,]" as set forth in paragraph two of McCombs' SOF. (See Strusberg Dep. 104:25–105:13, 141:1–15, and Santessi Decl. ¶ 5 (showing that FS Investments owned the account through which the F-150 was purchased from McCombs)); (Strusberg Dep. 36:11–16, 97:17–23, 135:21–24, Finley Dep. 36:11–21, and Bill of Sale (showing that FS Investments' relied on McCombs' material misrepresentation)); (*see also* Assignment of Claim Agreement).[1]

Dated October 31, 2024.

---

[1] A copy of the deposition transcript of Mr. Franklyn Strusberg (FS Investments' corporate representative) was field with McCombs' Motion for Summary Judgment.  A copy of the Assignment of Claim Agreement, Declaration of Martin Santessi (director of Auto Deal), as well as the deposition transcript of Mr. Henry Finley (McCombs' general manager and corporate representative) were filed with FS Investments' Response to McCombs' Motion for Summary Judgment.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**
Counsel for FS Investments of America, Inc.
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (786) 822-3700
Telecopier: (305) 675-3605

By: */s/ Jose A. Peralta, Esq.*
   Keith D. Silverstein, Esq.
   Fla. Bar No. 086820
   ksilverstein@atllp.com
   Jose A. Peralta, Esq.
   Fla. Bar No. 1028554
   jperalta@atllp.com
   **FOR SERVICE:**
   miamiefiling@atllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 31, 2024</u>, a true and correct copy of the foregoing was served to every counsel of record via transmission of notices of electronic filing generated by CM/ECF.

   */s/ Jose A. Peralta*
   Jose A. Peralta, Esq.