UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

**DECLARATION OF MARIA HADDON
IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

THE UNDERSIGNED, MARIA HADDON, hereby declares pursuant to 28 U.S.C. §1746, as follows:

1. I am the mother of the named Plaintiff, Gabriel Luc Haddon, in the above-referenced lawsuit.

2. I make this affidavit based on my personal knowledge.

3. On May 25, 2020, my son and I went to FS INVESTMENTS OF AMERICA INC. ("**Defendant**"), to consider used vehicles with the intent of purchasing a vehicle for my son as a gift.

4. Based on the Defendant's representation that the vehicle had 131,636 miles, we agreed to complete the purchase of a 2012 Ford F150, with a Vehicle Identification Number ending in 2718 ("**Ford**").

5. The decision to purchase the Ford was directly influenced by our understanding that that a lower mileage vehicle would need fewer mechanical repairs than a higher mileage vehicle.

6. Following the purchase of the Ford, I made the monthly installment payments for the benefit of, and on behalf of, my son.

7. However, it was always my intention that the Ford would belong to my son, and if and when he sold it, any proceeds from the sale would be his, exclusively. I did not intend to retain any interest in the Ford. As such, the Ford is his vehicle.

8. On August 14, 2020, the Ford was delivered to Quality Care Automotive Center in Lutz, Florida to have the turbocharger replaced after it failed.

9. The cost of the repair was $1,720.47 which I agreed to pay on my son's behalf and paid to Quality Care Automotive Center in Lutz, Florida.

10. I expected my son to repay me for this repair. To this day, my son owes me for this amount and I still expect repayment of this amount.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED: 11/04/2024

_____
MARIA HADDON