UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITS, NUNC PRO TUNC

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Middle District of Florida Local Rule 3.01(a), Plaintiff, GABRIEL LUC HADDON, ("Plaintiff") through undersigned counsel, respectfully moves this Court for leave to file his Motion for Summary Judgment [DE 73] in excess of the 25-page limit *nunc pro tunc*. In support of this motion, Plaintiff states as follows:

    1.    On October 7, 2024, Plaintiff filed a Motion for Summary Judgment [DE 73] totaling 26 pages, inadvertently exceeding the Court's 25-page limit set forth in Local Rule 3.01(a) and this Court's Case Management Order. [DE 24].

2. The 26th page of Plaintiff's Motion for Summary Judgment contained only the signature block of counsel along with a certificate of service and no substantive legal argument, statement of facts, or citations to legal authority. No additional claims or arguments were presented beyond the page limit mandated by the Local Rules and the Court's Case Management Order.

3. Counsel for Plaintiff mistakenly believed that the title page and signature block would not be counted towards the 25-page limit, resulting in the inadvertent filing of a motion exceeding the page limit by merely one page. This motion seeks relief to address the error as harmless and excusable, as no substantive content extended beyond the page limit.

4. Plaintiff submits that this minor error does not prejudice Defendant and does not substantively alter the Motion for Summary Judgment. The 26th page is limited to the signature block together with a certificate of service and does not expand the legal arguments before the Court. Granting this motion will not affect the timing, content, or structure of the arguments, nor will it burden the Court or cause unfair advantage to any party.

5. Plaintiff submits this motion in good faith to ensure full compliance with the Court's rules and requests that the Court grant leave *nunc pro tunc*, permitting the 26-page Motion for Summary Judgment to stand as filed.

WHEREFORE, Plaintiff, GABRIEL LUC HADDON, respectfully requests that this Court grant leave, *nunc pro tunc*, allowing Plaintiff's Motion for Summary

Judgment [DE 73] to exceed the page limitation by one page, deeming the 26-page filing compliant with Local Rule 3.01(a) under the specific circumstances here.

Respectfully submitted on Monday, 11 November 2024, by:

> */s/ Joshua Feygin*
> Joshua Feygin, Esq.
> FLORIDA BAR NO: 124685
> Email:  Josh@JFeyginesq.com
> **SUE YOUR DEALER – A LAW FIRM**
> 1930 Harrison Street, Suite 208 F
> Hollywood, FL 33020
> Telephone: (954) 228-5674
> Facsimile: (954) 697-0357

## CERTIFICATE OF SERVICE

I certify that on November 11, 2024, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Joshua Feygin*
> Joshua Feygin, Esq.
> FLORIDA BAR NO: 124685