

## ACH Withdrawal Authorization Agreement Form

ACH Payments are a free service offered by Westlake Financial Services, whereby your regular monthly car payment is electronically withdrawn from your checking or savings account and applied to your Westlake Financial Services account. No more writing checks, buying stamps or worrying about mail delays!

To enroll in the ACH Payments, complete this ACH withdrawal Authorization Agreement and return it to us via Electronic Signature. Please allow thirty (30) days for your account to be set up for ACH withdrawals. Please make your regularly scheduled payment(s) in the meantime.

| WESTLAKE FINANCIAL SERVICES ACCOUNT DETAILS | BANK ACCOUNT DETAILS - PROVIDED TO CUSTOMER SERVICE |
|---|---|
| Westlake Financial Services Customer Name: **MARIA HADDON** | Name of Financial Institution: **WELLSFARGO** |
| Westlake Financial Services Account Number: **7811** | Name on Checking/Savings Account: **MARIA HADDON** |
| Address: [redacted] | Bank Routing Number: [redacted] |
| | Bank Account Number: [redacted] |
| City: [redacted] | [x] Checking Account   [ ] Savings Account |
| | Account Holder Signature: *[signature]* |
| State: [redacted] | Date: **09.08.20** |
| ZIP: [redacted] | ACH withdrawal due every **7** day of each month, beginning: **10/07/2020** |
| Email address: [redacted] | [Note: To allow for processing time, the date of your first ACH withdrawal must be at least five (5) days from today's date.] |

*By signing this ACH Withdrawal Authorization Agreement, I hereby request and authorize Westlake Financial Services to initiate withdrawals from the checking account named above, or to draw by electronic transfer from the checking account named above, funds payable to Westlake Financial Services. This authorization covers the original or revised schedule of payments due under my motor vehicle retail installment contract. Westlake Financial Services' bank and Westlake Financial Services reserve the right to terminate this program and/ or my participation therein at any time. I may cancel this authorization at any time (subject to the below conditions) by calling Westlake Financial Services at (888)739-9192.*

The resource of this report item is not reachable.

**Payment History**

## CUSTOMER INFORMATION

| | | | |
|---|---|---|---|
| **Account:** | ▮7811 FL,SI,GOLD LOAN (NEW) | **Address1:** | |
| **Dealer:** | 100407495 - POWERHOUSE AUTOMOTIVE | **Address2:** | |
| **Customer:** | HADDON, GABRIEL | **City State Zip:** | |
| **Account:** | ▮7811 FL,SI,GOLD LOAN (NEW) | **Address1:** | |
| **Dealer:** | 100407495 - POWERHOUSE AUTOMOTIVE | **Address2:** | |
| **Customer:** | HADDON, GABRIEL | **City State Zip:** | |

## ACCOUNT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Contract Dt:** | 5/25/20 | **Current Bal:** | 0.00 | **Last Pmt Dt:** | 9/18/23 |
| **Active Dt:** | 5/30/20 | **Late Chg Bal:** | 0.00 | **Next Due Dt:** | 11/7/23 |
| **Term:** | 48 | **NSF Bal:** | 0.00 | **First Due Dt:** | 7/7/20 |
| **Paid Term:** | 40 | **Other Bal:** | 0.00 | **Rate:** | 16.09 |
| **Opening Bal:** | 20,080.17 | **Total Bal:** | 0.00 | **APR:** | 16.09 |
| **Contract Dt:** | 5/25/20 | **Current Bal:** | 0.00 | **Last Pmt Dt:** | 9/18/23 |
| **Active Dt:** | 5/30/20 | **Late Chg Bal:** | 0.00 | **Next Due Dt:** | 11/7/23 |
| **Term:** | 48 | **NSF Bal:** | 0.00 | **First Due Dt:** | 7/7/20 |
| **Paid Term:** | 40 | **Other Bal:** | 0.00 | **Rate:** | 16.09 |
| **Opening Bal:** | 20,080.17 | **Total Bal:** | 0.00 | **APR:** | 16.09 |

## ACCOUNT DETAIL

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 5/30/20 | 5/25/20 | ACTIVE | 0.00 | | NONE INTERNAL | | 0.00 |
| 5/30/20 | 5/25/20 | FND CASH SALES/ ADVANCE AMOUNT | 19,285.17 | | NONE INTERNAL | | 0.00 |
| 5/30/20 | 5/25/20 | FND GAP WAIVER | 795.00 | | NONE INTERNAL | | 0.00 |
| 5/30/20 | 5/25/20 | LOAN RECEIVABLES | 20,080.17 | | NONE INTERNAL | | 20,080.17 |
| 6/17/20 | 6/17/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 20,080.17 |

Oct 16, 2023 10:19 AM

**Westlake 0080**

<span style="color:red">Plaintiff's_Resp_FS_RFP146</span>

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 7/2/20 | 6/30/20 | INSURANCE CANCELLATION | 0.00 | | | UNDEFINED | 20,080.17 |
| 7/2/20 | 6/30/20 | INSURANCE ADDITION | 0.00 | | | UNDEFINED | 20,080.17 |
| 7/2/20 | 7/1/20 | INTEREST ACCRUAL | 327.52 | | NONE INTERNAL | | 20,080.17 |
| 7/2/20 | 7/1/20 | PAYMENT (Y) | 575.00 | CHECK FREE MANUAL | CUSTOMER PAYMENT | HADDON, VAL & MARIA | 19,832.69 |
| | | - INTEREST BILLED | 327.52 | | | | |
| | | - ADV / PRIN | 1.68 | | | | |
| | | - ADV / PRIN BILLED | 245.80 | | | | |
| 7/18/20 | 7/18/20 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 19,832.69 |
| 7/18/20 | 7/18/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 19,832.69 |
| 8/7/20 | 8/7/20 | INTEREST ACCRUAL | 323.48 | | NONE INTERNAL | | 19,832.69 |
| 8/7/20 | 8/7/20 | PAYMENT (Y) | 575.00 | CHECK FREE MANUAL | CUSTOMER PAYMENT | HADDON, VAL & MARIA | 19,581.17 |
| | | - INTEREST BILLED | 323.48 | | | | |
| | | - ADV / PRIN BILLED | 248.16 | | | | |
| | | - ADV / PRIN | 3.36 | | | | |
| 8/18/20 | 8/18/20 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 19,581.17 |
| 8/18/20 | 8/18/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 19,581.17 |
| 9/10/20 | 9/10/20 | INTEREST ACCRUAL | 293.48 | | NONE INTERNAL | | 19,581.17 |
| 9/10/20 | 9/10/20 | PAYMENT (Y) | 575.00 | CHECK FREE MANUAL | CUSTOMER PAYMENT | HADDON, VAL & MARIA | 19,299.65 |
| | | - INTEREST BILLED | 293.48 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 276.48 | | | | |
| 9/17/20 | 9/17/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 19,299.65 |
| 9/18/20 | 9/18/20 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 19,299.65 |

Oct 16, 2023 10:19 AM

**Westlake 0081**

Plaintiff's_Resp_FS_RFP147

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 10/7/20 | 10/7/20 | INTEREST ACCRUAL | 229.71 | | NONE INTERNAL | | 19,299.65 |
| 10/7/20 | 10/7/20 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 20281070000047 | 18,956.04 |
| | | - ADV / PRIN BILLED | 338.57 | | | | |
| | | - INTEREST BILLED | 229.71 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| 10/18/20 | 10/18/20 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 18,956.04 |
| 10/18/20 | 10/18/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 18,956.04 |
| 11/7/20 | 11/7/20 | INTEREST ACCRUAL | 259.04 | | NONE INTERNAL | | 18,956.04 |
| 11/7/20 | 11/7/20 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 20312090000037 | 18,641.76 |
| | | - ADV / PRIN BILLED | 309.24 | | | | |
| | | - INTEREST BILLED | 259.04 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| 11/17/20 | 11/17/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 18,641.76 |
| 11/18/20 | 11/18/20 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 18,641.76 |
| 12/7/20 | 12/7/20 | INTEREST ACCRUAL | 246.53 | | NONE INTERNAL | | 18,641.76 |
| 12/7/20 | 12/7/20 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 20342070000024 | 18,314.97 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 321.75 | | | | |
| | | - INTEREST BILLED | 246.53 | | | | |
| 12/18/20 | 12/18/20 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 18,314.97 |
| 12/18/20 | 12/18/20 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 18,314.97 |
| 1/7/21 | 1/7/21 | INTEREST ACCRUAL | 250.28 | | NONE INTERNAL | | 18,314.97 |
| 1/7/21 | 1/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21007080000011 | 17,991.93 |
| | | - INTEREST BILLED | 250.28 | | | | |
| | | - ADV / PRIN BILLED | 318.00 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 1/9/21 | 1/9/21 | INSURANCE EXPIRED | 0.00 | | NONE INTERNAL | | 17,991.93 |
| 1/18/21 | 1/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 17,991.93 |
| 1/18/21 | 1/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 17,991.93 |
| 2/7/21 | 2/7/21 | INTEREST ACCRUAL | 245.87 | | NONE INTERNAL | | 17,991.93 |

Oct 16, 2023 10:19 AM

**Westlake 0083**

Plaintiff's_Resp_FS_RFP149

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 2/7/21 | 2/7/21 | INTEREST ACCRUAL | 245.87 | | NONE INTERNAL | | 17,991.93 |
| 2/7/21 | 2/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21038070000006 | 17,664.48 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 245.87 | | | | |
| | | - ADV / PRIN BILLED | 322.41 | | | | |
| 2/15/21 | 2/15/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 17,664.48 |
| 2/18/21 | 2/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 17,664.48 |
| 3/7/21 | 3/7/21 | INTEREST ACCRUAL | 218.03 | | NONE INTERNAL | | 17,664.48 |
| 3/7/21 | 3/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21066070000098 | 17,309.19 |
| | | - INTEREST BILLED | 218.03 | | | | |
| | | - ADV / PRIN BILLED | 350.25 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| 3/18/21 | 3/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 17,309.19 |
| 3/18/21 | 3/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 17,309.19 |
| 4/7/21 | 4/7/21 | INTEREST ACCRUAL | 236.54 | | NONE INTERNAL | | 17,309.19 |
| 4/7/21 | 4/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21097080000087 | 16,972.41 |
| | | - ADV / PRIN BILLED | 331.74 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 236.54 | | | | |
| 4/17/21 | 4/17/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 16,972.41 |
| 4/18/21 | 4/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,972.41 |
| 5/7/21 | 5/7/21 | INTEREST ACCRUAL | 224.45 | | NONE INTERNAL | | 16,972.41 |
| 5/7/21 | 5/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21127090000078 | 16,623.54 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 343.83 | | | | |
| | | - INTEREST BILLED | 224.45 | | | | |

Oct 16, 2023 10:19 AM

Westlake 0084

Plaintiff's_Resp_FS_RFP150

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 5/18/21 | 5/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,623.54 |
| 5/18/21 | 5/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 16,623.54 |
| 6/7/21 | 6/7/21 | INTEREST ACCRUAL | 227.17 | | NONE INTERNAL | | 16,623.54 |
| 6/7/21 | 6/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21158070000069 | 16,277.39 |
| | | - INTEREST BILLED | 227.17 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 341.11 | | | | |
| 6/17/21 | 6/17/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 16,277.39 |
| 6/18/21 | 6/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,277.39 |
| 7/7/21 | 7/7/21 | INTEREST ACCRUAL | 215.26 | | NONE INTERNAL | | 16,277.39 |
| 7/7/21 | 7/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21188070000060 | 15,919.33 |
| | | - ADV / PRIN BILLED | 353.02 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 215.26 | | | | |
| 7/18/21 | 7/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 15,919.33 |
| 7/18/21 | 7/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 15,919.33 |
| 8/7/21 | 8/7/21 | INTEREST ACCRUAL | 217.55 | | NONE INTERNAL | | 15,919.33 |
| 8/7/21 | 8/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21219080000047 | 15,563.56 |
| | | - ADV / PRIN BILLED | 350.73 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 217.55 | | | | |
| 8/18/21 | 8/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 15,563.56 |
| 8/18/21 | 8/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 15,563.56 |
| 9/7/21 | 9/7/21 | INTEREST ACCRUAL | 212.68 | | NONE INTERNAL | | 15,563.56 |

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 9/7/21 | 9/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21250070000040( | 15,202.92 |
| | | - INTEREST BILLED | 212.68 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 355.60 | | | | |
| 9/17/21 | 9/17/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 15,202.92 |
| 9/18/21 | 9/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 15,202.92 |
| 10/7/21 | 10/7/21 | INTEREST ACCRUAL | 201.05 | | NONE INTERNAL | | 15,202.92 |
| 10/7/21 | 10/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21280070000026 | 14,830.65 |
| | | - INTEREST BILLED | 201.05 | | | | |

Oct 16, 2023 10:19 AM

**Westlake 0086**

Plaintiff's_Resp_FS_RFP152

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 10/7/21 | 10/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21280070000026 | 14,830.65 |
| | | - ADV / PRIN BILLED | 367.23 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| 10/18/21 | 10/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 14,830.65 |
| 10/18/21 | 10/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 14,830.65 |
| 11/7/21 | 11/7/21 | INTEREST ACCRUAL | 202.67 | | NONE INTERNAL | | 14,830.65 |
| 11/7/21 | 11/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21311080000015 | 14,460.00 |
| | | - ADV / PRIN BILLED | 365.61 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 202.67 | | | | |
| 11/17/21 | 11/17/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 14,460.00 |
| 11/18/21 | 11/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 14,460.00 |
| 12/7/21 | 12/7/21 | INTEREST ACCRUAL | 191.23 | | NONE INTERNAL | | 14,460.00 |
| 12/7/21 | 12/7/21 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 21341060000006 | 14,077.91 |
| | | - ADV / PRIN BILLED | 377.05 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 191.23 | | | | |
| 12/18/21 | 12/18/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 14,077.91 |
| 12/18/21 | 12/18/21 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 14,077.91 |
| 1/7/22 | 1/7/22 | INTEREST ACCRUAL | 192.38 | | NONE INTERNAL | | 14,077.91 |
| 1/7/22 | 1/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22007060000093 | 13,696.97 |
| | | - INTEREST BILLED | 192.38 | | | | |
| | | - ADV / PRIN BILLED | 375.90 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| 1/18/22 | 1/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 13,696.97 |
| 1/18/22 | 1/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 13,696.97 |

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 2/7/22 | 2/7/22 | INTEREST ACCRUAL | 187.18 | | NONE INTERNAL | | 13,696.97 |
| 2/7/22 | 2/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22038060000085 | 13,310.83 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 187.18 | | | | |
| | | - ADV / PRIN BILLED | 381.10 | | | | |
| 2/15/22 | 2/15/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 13,310.83 |
| 2/18/22 | 2/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 13,310.83 |
| 3/7/22 | 3/7/22 | INTEREST ACCRUAL | 164.30 | | NONE INTERNAL | | 13,310.83 |
| 3/7/22 | 3/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22066050000076 | 12,901.81 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 403.98 | | | | |
| | | - INTEREST BILLED | 164.30 | | | | |
| 3/18/22 | 3/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 12,901.81 |
| 3/18/22 | 3/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 12,901.81 |
| 4/7/22 | 4/7/22 | INTEREST ACCRUAL | 176.31 | | NONE INTERNAL | | 12,901.81 |
| 4/7/22 | 4/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22097060000063 | 12,504.80 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 391.97 | | | | |
| | | - INTEREST BILLED | 176.31 | | | | |
| 4/17/22 | 4/17/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 12,504.80 |
| 4/18/22 | 4/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 12,504.80 |
| 5/7/22 | 5/7/22 | INTEREST ACCRUAL | 165.37 | | NONE INTERNAL | | 12,504.80 |
| 5/7/22 | 5/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22127060000050 | 12,096.85 |
| | | - ADV / PRIN BILLED | 402.91 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 165.37 | | | | |

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 5/18/22 | 5/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 12,096.85 |
| 5/18/22 | 5/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 12,096.85 |
| 6/7/22 | 6/7/22 | INTEREST ACCRUAL | 165.31 | | NONE INTERNAL | | 12,096.85 |
| 6/7/22 | 6/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22158060000042 | 11,688.84 |
| | | *- ADV / PRIN* | *5.04* | | | | |
| | | *- ADV / PRIN BILLED* | *402.97* | | | | |
| | | *- INTEREST BILLED* | *165.31* | | | | |
| 6/17/22 | 6/17/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 11,688.84 |

Oct 16, 2023 10:19 AM

**Westlake 0089**

Plaintiff's_Resp_FS_RFP155

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 6/17/22 | 6/17/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 11,688.84 |
| 6/18/22 | 6/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 11,688.84 |
| 7/7/22 | 7/7/22 | INTEREST ACCRUAL | 154.58 | | NONE INTERNAL | | 11,688.84 |
| 7/7/22 | 7/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22188060000034 | 11,270.10 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 154.58 | | | | |
| | | - ADV / PRIN BILLED | 413.70 | | | | |
| 7/18/22 | 7/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 11,270.10 |
| 7/18/22 | 7/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 11,270.10 |
| 8/7/22 | 8/7/22 | INTEREST ACCRUAL | 154.01 | | NONE INTERNAL | | 11,270.10 |
| 8/7/22 | 8/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22219060000025 | 10,850.79 |
| | | - ADV / PRIN BILLED | 414.27 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 154.01 | | | | |
| 8/18/22 | 8/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 10,850.79 |
| 8/18/22 | 8/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 10,850.79 |
| 9/7/22 | 9/7/22 | INTEREST ACCRUAL | 148.28 | | NONE INTERNAL | | 10,850.79 |
| 9/7/22 | 9/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22250060000016 | 10,425.75 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 420.00 | | | | |
| | | - INTEREST BILLED | 148.28 | | | | |
| 9/17/22 | 9/17/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 10,425.75 |
| 9/18/22 | 9/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 10,425.75 |
| 10/7/22 | 10/7/22 | INTEREST ACCRUAL | 137.88 | | NONE INTERNAL | | 10,425.75 |
| 10/7/22 | 10/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22280060000005 | 9,990.31 |
| | | - ADV / PRIN | 5.04 | | | | |

Oct 16, 2023 10:19 AM

Westlake 0090

Plaintiff's_Resp_FS_RFP156

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 10/7/22 | 10/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22280060000005 | 9,990.31 |
| | | - INTEREST BILLED | 137.88 | | | | |
| | | - ADV / PRIN BILLED | 430.40 | | | | |
| 10/18/22 | 10/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 9,990.31 |
| 10/18/22 | 10/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 9,990.31 |
| 11/7/22 | 11/7/22 | INTEREST ACCRUAL | 136.52 | | NONE INTERNAL | | 9,990.31 |
| 11/7/22 | 11/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22311040000096 | 9,553.51 |
| | | - INTEREST BILLED | 136.52 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 431.76 | | | | |
| 11/17/22 | 11/17/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 9,553.51 |
| 11/18/22 | 11/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 9,553.51 |
| 12/7/22 | 12/7/22 | INTEREST ACCRUAL | 126.34 | | NONE INTERNAL | | 9,553.51 |
| 12/7/22 | 12/7/22 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 22341050000086 | 9,106.53 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 126.34 | | | | |
| | | - ADV / PRIN BILLED | 441.94 | | | | |
| 12/18/22 | 12/18/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 9,106.53 |
| 12/18/22 | 12/18/22 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 9,106.53 |
| 1/7/23 | 1/7/23 | INTEREST ACCRUAL | 124.45 | | NONE INTERNAL | | 9,106.53 |
| 1/7/23 | 1/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23007050000077 | 8,657.66 |
| | | - INTEREST BILLED | 124.45 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 443.83 | | | | |
| 1/18/23 | 1/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 8,657.66 |
| 1/18/23 | 1/18/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 8,657.66 |

Oct 16, 2023 10:19 AM

Westlake 0091

Plaintiff's_Resp_FS_RFP157

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 2/7/23 | 2/7/23 | INTEREST ACCRUAL | 118.31 | | NONE INTERNAL | | 8,657.66 |
| 2/7/23 | 2/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23038040000070 | 8,202.65 |
| | | *- INTEREST BILLED* | *118.31* | | | | |
| | | *- ADV / PRIN* | *5.04* | | | | |
| | | *- ADV / PRIN BILLED* | *449.97* | | | | |
| 2/15/23 | 2/15/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 8,202.65 |
| 2/18/23 | 2/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 8,202.65 |
| 3/7/23 | 3/7/23 | INTEREST ACCRUAL | 101.25 | | NONE INTERNAL | | 8,202.65 |

Oct 16, 2023 10:19 AM

Westlake 0092

Plaintiff's_Resp_FS_RFP158

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 3/7/23 | 3/7/23 | INTEREST ACCRUAL | 101.25 | | NONE INTERNAL | | 8,202.65 |
| 3/7/23 | 3/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23066050000060 | 7,730.58 |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 467.03 | | | | |
| | | - INTEREST BILLED | 101.25 | | | | |
| 3/18/23 | 3/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 7,730.58 |
| 3/18/23 | 3/18/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 7,730.58 |
| 4/7/23 | 4/7/23 | INTEREST ACCRUAL | 105.64 | | NONE INTERNAL | | 7,730.58 |
| 4/7/23 | 4/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23097070000051 | 7,262.90 |
| | | - ADV / PRIN BILLED | 462.64 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 105.64 | | | | |
| 4/17/23 | 4/17/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 7,262.90 |
| 4/18/23 | 4/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 7,262.90 |
| 5/7/23 | 5/7/23 | INTEREST ACCRUAL | 96.05 | | NONE INTERNAL | | 7,262.90 |
| 5/7/23 | 5/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23127050000042 | 6,785.63 |
| | | - ADV / PRIN BILLED | 472.23 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 96.05 | | | | |
| 5/18/23 | 5/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 6,785.63 |
| 5/18/23 | 5/18/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 6,785.63 |
| 6/7/23 | 6/7/23 | INTEREST ACCRUAL | 92.73 | | NONE INTERNAL | | 6,785.63 |
| 6/7/23 | 6/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23158050000031 | 6,305.04 |
| | | - INTEREST BILLED | 92.73 | | | | |
| | | - ADV / PRIN BILLED | 475.55 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |

Oct 16, 2023 10:19 AM

**Westlake 0093**

Plaintiff's_Resp_FS_RFP159

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 6/17/23 | 6/17/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 6,305.04 |
| 6/18/23 | 6/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 6,305.04 |
| 7/7/23 | 7/7/23 | INTEREST ACCRUAL | 83.38 | | NONE INTERNAL | | 6,305.04 |
| 7/7/23 | 7/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23188060000025 | 5,815.10 |
| | | - INTEREST BILLED | 83.38 | | | | |
| | | - ADV / PRIN BILLED | 484.90 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| 7/18/23 | 7/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 5,815.10 |
| 7/18/23 | 7/18/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 5,815.10 |
| 8/7/23 | 8/7/23 | INTEREST ACCRUAL | 79.47 | | NONE INTERNAL | | 5,815.10 |
| 8/7/23 | 8/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23219050000018 | 5,321.25 |
| | | - ADV / PRIN BILLED | 488.81 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - INTEREST BILLED | 79.47 | | | | |
| 8/18/23 | 8/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 5,321.25 |
| 8/18/23 | 8/18/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 5,321.25 |
| 9/7/23 | 9/7/23 | INTEREST ACCRUAL | 72.72 | | NONE INTERNAL | | 5,321.25 |
| 9/7/23 | 9/7/23 | PAYMENT (Y) | 573.32 | ACH | CUSTOMER PAYMENT | 23250050000012 | 4,820.65 |
| | | - INTEREST BILLED | 72.72 | | | | |
| | | - ADV / PRIN | 5.04 | | | | |
| | | - ADV / PRIN BILLED | 495.56 | | | | |
| 9/17/23 | 9/17/23 | BILL/DUE DATE | 573.32 | | NONE INTERNAL | | 4,820.65 |
| 9/18/23 | 9/18/23 | INTEREST ACCRUAL | 23.38 | | NONE INTERNAL | | 4,820.65 |
| 9/18/23 | 9/18/23 | ADV / PRIN - SUBTRACT | 141.85 | | NONE INTERNAL | | 4,678.80 |

Oct 16, 2023 10:19 AM

Westlake 0094

Plaintiff's_Resp_FS_RFP160

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 9/18/23 | 9/18/23 | INSURANCE CANCELLATION | 0.00 | | NONE INTERNAL | | 4,678.80 |
| 9/18/23 | 9/18/23 | PAYMENT (Y) | 4,702.18 | ACI - AGENT - ACH | PAYOFF - CUSTOMER | 1059885888 | 0.00 |
| | | *- ADV / PRIN BILLED* | *544.90* | | | | |
| | | *- ADV / PRIN* | *4,133.90* | | | | |
| | | *- INTEREST BILLED* | *23.38* | | | | |
| 9/18/23 | 9/18/23 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 0.00 |
| 9/18/23 | 9/18/23 | ACCOUNT - PAID OFF | 0.00 | | NONE INTERNAL | | 0.00 |

Oct 16, 2023 10:19 AM

**Westlake 0095**

Plaintiff's_Resp_FS_RFP161