**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:23-cv-709-WFJ-SPF | DATE: | December 19, 2024 |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **GABRIEL LUC HADDON,**<br><br>    **Plaintiff**<br><br>v.<br><br>**FS INVESTMENTS OF AMERICA, INC., et al.,**<br><br>    **Defendants** | **PLAINTIFF COUNSEL**<br>Joshua Feygin, Retained<br><br><br><br>**DEFENDANT COUNSEL**<br>Jose Peralta and Keith Silverstein, Retained | |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:** | **Javaris Gooding-Butts** |
| **TIME:** 3:29 PM - 4:07 PM<br>**TOTAL:** 38 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**     MOTION HEARING Summary Judgment

Court in session.

Counsel identified for the record.

The Court addressed the pending motions with the parties.

The Defense presented their argument.

The Plaintiff presented their argument.

The Court takes the pending motions under advisement.

Court adjourned.