UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GABRIEL LUC HADDON**, an individual,

       Plaintiff,

vs.

**FS INVESTMENTS OF AMERICA, INC.**, d/b/a POWERHOUSE AUTOMOTIVE, a Florida corporation, and **WESTLAKE SERVICES, LLC**, d/b/a WESTLAKE FINANCIAL SERVICES, a foreign corporation,

       Defendants.
_____/

Case No. 8:23-cv-00709

## JOINT MOTION AND MEMORANDUM OF LAW FOR CONTINUANCE OF TRIAL AND OUTSTANDING PRETRIAL DEADLINES

Plaintiff, Gabriel Luc Haddon, and Defendants, FS Investments of America, Inc. and Westlake Services, LLC, by and through their undersigned counsel, hereby move for a 90-day continuance of the trial and all outstanding pretrial deadlines, and in support thereof, state the following:

1. Under Federal Rule of Civil Procedure 6(b)(1)(A), if a request is timely made, the Court may, for good cause, extend the time of an act that must be done within a specified time.

2. The pretrial statement is due January 3, 2025, and the final pretrial conference is set for January 16, 2025. (Dkt. 66, 97, 101). Trial is scheduled for the February 2025 Trial Term, commencing on February 3, 2025. (Dkt. 67).

3. On October 7, 2024, FS Investments timely filed its Motion for Summary Judgment against Haddon. (Dkt. 72). That same day, Haddon timely filed his Motion for Partial Summary Judgment against FS Investments. (Dkt. 73). The Parties have submitted responses and replies in connection with these motions. (Dkt. 78, 87, 91, 92).

4. In the Complaint, Haddon seeks economic and actual damages against Defendants, alleging violations of the Odometer Act, 49 U.S.C. § 32705(a) (Count I), fraud (Count II), fraudulent inducement (Count III), and breach of express warranty (Count IV). Dkt. 1.

5. FS Investments' Motion for Summary Judgment seeks resolution of all counts in the Complaint, alleging Haddon's lack of standing and lack of damages. (Dkt. 72).

6. Haddon's Motion for Partial Summary Judgment seeks resolution of his claim for statutory damages under count I of the Complaint, alleging FS Investments' violation of the Odometer Act.

7. On December 19, 2024, the Court heard arguments from counsel regarding the Parties' respective Motions for Summary Judgment and is currently deliberating its ruling.

8. Given the potential for the Court's resolution of the Motions for Summary Judgment to dispose of some or all claims in this case, the Parties submit that good cause exists for a 90-day continuance of the trial and pretrial deadlines. This extension would allow the Parties to efficiently allocate resources for trial preparation

and meet outstanding pretrial deadlines in alignment with the Court's ruling on the motions.

9.  This Motion is made in good faith and not for purposes of delay. No party will be prejudiced by the requested continuance.

**WHEREFORE**, plaintiff, Gabriel Luc Haddon, and defendants, FS Investments of America, Inc. and Westlake Services, LLC, respectfully request that this Court enter an order continuing the trial and all outstanding pretrial deadlines by 90 days, along with any other relief the Court deems just and proper.

### LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff and Defendants hereby certify that they conferred on January 3, 2025, and both agree to the 90-day continuance requested herein.

Dated January 3, 2025

Respectfully submitted,

| | |
|---|---|
| **SUE YOUR DEALER — A LAW FIRM**<br>*Counsel for Plaintiff*<br>1930 Harrison Street, Suite 208 F<br>Hollywood, FL 33020<br>Telephone: (954) 228-5674<br>Facsimile: (954) 697-0357<br><br>By: */s/ Joshua Feygin*<br>Joshua Feygin, Esq.<br>Fla. Bar No. 124685<br>Josh@JFeyginesq.com | **ARMSTRONG TEASDALE LLP**<br>*Counsel for Defendants*<br>355 Alhambra Circle, Suite 1200<br>Coral Gables, Florida 33134<br>Telephone: (786) 822-3700<br>Telecopier: (305) 675-3605<br><br>By: */s/ Jose A. Peralta*<br>Keith D. Silverstein, Esq.<br>Fla. Bar No. 086820<br>ksilverstein@atllp.com<br>Jose A. Peralta, Esq.<br>Fla. Bar No. 1028554<br>jperalta@atllp.com<br>**FOR SERVICE:**<br>miamiefiling@atllp.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, a true and correct copy of the foregoing was served to every counsel of record via transmission of notices of electronic filing generated by CM/ECF.

                                          /s/ *Jose A. Peralta*
                                          Jose A. Peralta, Esq.