# EXHIBIT A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GABRIEL LUC HADDON,            Case No.: 8:23-cv-00709-WFJ-SPF

    Plaintiff,

v.

FS INVESTMENTS OF AMERICA, INC., and WESTLAKE SERVICES, LLC,

    Defendants.
_____/

**FS INVESTMENTS OF AMERICA, INC.**

    Third-Party Plaintiff,

v.

**MCCOMBS WEST FORD, LLC,**

    Third-Party Defendant.
_____/

## DEFENDANT FS INVESTMENTS OF AMERICA, INC.'S RESPONSE TO THIRD-PARTY DEFENDANT MCCOMBS WEST FORD, LLC'S FIRST REQUEST FOR ADMISSIONS

Defendant, FS Investments of America, Inc. ("Defendant"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 36, hereby responds to the First Request for Admissions of third-party defendant, McCombs West Ford, LLC ("McCombs"), as follows:

1. Admit that FS Investments of America, Inc. purchased the subject Ford F-150 from Auto Deal, Corp.

   **RESPONSE: Admitted.**

2. Admit that FS Investments of America, Inc. did not purchase the subject Ford F-150 from McCombs West Ford, LLC.

   **RESPONSE: Denied. See response to Interrogatory no. 1.**

3. Admit that FS Investments of America, Inc. has had no business dealings with McCombs West Ford, LLC.

   **RESPONSE: Denied in so far as Defendant has a business relationship with McCombs.**

4. Admit that no written contract exists or existed between FS Investments of America, Inc. and McCombs West Ford, LLC regarding the subject Ford F-150.

   **RESPONSE: Admitted in so far as Defendant and McCombs are not counter parties to the same "written contract."**

5. Admit that no oral contract exists or existed between FS Investments of America, Inc. and McCombs West Ford, LLC regarding the subject Ford F-150.

   **RESPONSE: Admitted.**

6. Admit that no written contract exists or existed between FS Investments of America, Inc. and McCombs West Ford, LLC regarding any vehicle sales.

   **RESPONSE: Admitted in so far as Defendant and McCombs are not counter parties to the same "written contract."**

7. Admit that no oral contract exists or existed between FS Investments of America, Inc. and McCombs West Ford, LLC regarding any vehicle sales.

   **RESPONSE: Admitted.**

8. Admit that FS Investments of America, Inc. did not purchase the subject Ford F-150 at an auction conducted by Manheim.

   **RESPONSE: Admitted in so far as Defendant did not purchase the Vehicle at auction directly from McCombs; rather, it purchased the Vehicle from**

**Auto Deal Corp. ("Auto Deal"), who purchased the Vehicle from McCombs at an auction conducted by Manheim. Defendant took delivery of the Vehicle sold by McCombs directly from Manheim.**

9. Admit that FS Investments of America, Inc. made no bids on the subject Ford F-150 when it was put up for auction by Manheim.

   **RESPONSE: Denied. Frank Strusberg, the principal for Defendant, bid on the Vehicle as the representative of Auto Deal, in anticipation of the sale to Defendant. The sole purpose of the acquisition by Auto Deal was a subsequent sale to Defendant.**

10. Admit that when Franklyn Strusberg purchased the subject Ford F-150 through Manheim, he did so as a representative of Auto Deal, Corp.

    **RESPONSE: Admitted, but see response to Interrogatory no. 9.**

11. Admit that FS Investments of America, Inc. did not have at account with Manheim in April of 2020 permitting it to place bids on or to purchase automobiles.

    **RESPONSE: Denied.**

Dated <u>August 22, 2024</u>

                                Respectfully submitted,

                                **ARMSTRONG TEASDALE LLP**
*Counsel for Defendant FS Investments of America, Inc.*
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
Telecopier: (305) 675-3605

By: <u>/s/ *Keith D. Silverstein*</u>
    Keith D. Silverstein, Esq.
    Fla. Bar No. 086820
    ksilverstein@atllp.com
    Jose A. Peralta, Esq.
    Fla. Bar No. 1028554
    jperalta@atllp.com

**FOR SERVICE:**
miamiefiling@atllp.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on August 22, 2024, with a copy of this document via email.

/s/ *Keith D. Silverstein*
Keith D. Silverstein, Esq.