UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACY YOUNGBLOOD-MCDANIEL,
an individual, and
ENDPOINT CAPITAL, LLC,
a Florida limited liability company,

      Plaintiffs,

v.    Case No. 8:24-cv-700-TPB-UAM

DIAGNOSTIC BIOSCIENCE
LABORATORIES, LLC, a
Delaware limited liability company,

      Defendant.
_____/

## WRIT OF GARNISHMENT TO JPMORGAN CHASE & CO.

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      YOU ARE COMMANDED to summon Garnishee, JPMorgan Chase & Co., by serving CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 32324, through its authorized designated agent to accept service of legal documents, chief legal officer, general counsel, or corporate secretary, to serve an answer to this writ on John R. Zoesch III, Beggs & Lane, RLLP, 501 Commendencia Street, Pensacola, Florida 32502, within 20 days after service on the garnishee, exclusive of the date of service, and to file the original with the clerk of this court either before

service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant Diagnostic Bioscience Laboratories, LLC, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of Diagnostic Bioscience Laboratories, LLC the Garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to Diagnostic Bioscience Laboratories, LLC or who may be in possession or control of any of the property of Diagnostic Bioscience Laboratories, LLC. The amount set in Plaintiff's motion is $118,938.00 plus $470.00 in costs, and interest beginning July 29, 2024, at the rate established by law until execution of said award, until paid.

Defendant under garnishment is given notice of the right to an immediate hearing for dissolution of the writ pursuant to § 77.07 of Florida Statutes.

WITNESS my hand and seal of said Court on this __13th__ day of __January__, 2024.

ELIZABETH WARREN
Clerk of Court

By: __MelanieBowman__
Deputy Clerk