**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.09 and Fed. R. Civ. P. 41, Plaintiff, GABRIEL LUC HADDON, an individual together with POWERHOUSE AUTOMOTIVE, a Florida Corporation, and WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, a Foreign corporation, through undersigned counsel, hereby notify the Court that a settlement in principle has been reached in this action between the aforementioned Parties.

The Parties ask the Court to retain jurisdiction while the parties negotiate the

terms of the written settlement agreement and effectuate the terms of the same.

Dated: January 14, 2025

         Respectfully submitted,

         /s/ Joshua Feygin
         Joshua Feygin, Esq.
         FLORIDA BAR NO: 124685
         Email: Josh@JFeyginesq.com
         **SUE YOUR DEALER – A LAW FIRM**
         1930 Harrison Street, Suite 208
         Hollywood, FL 33020
         Telephone: (954) 228-5671
         Facsimile: (954) 697-0357
         *Counsel for Plaintiff*

         /s/ James R. Liebler
         **James Randolph Liebler, Esq.**
         FL Bar No.: 115348
         Courthouse Tower - 25th Floor
         44 West Flagler Street
         Miami, FL 33130
         (305) 379-0400
         Counsel for Defendant, *WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

         /s/ Ira Scot Silverstein
         **Ira Scot Silverstein, Esq.**
         FL Bar No.: 9636
         Courthouse Tower - 25th Floor
         44 West Flagler Street
         Miami, FL 33130
         (305) 379-0400
         Counsel for Defendant, *WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

         /s/ Keith D. Silverstein
         **Keith D. Silverstein**
         Florida Bar No. 086820

355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: keith@atllp.com
*Counsel for Defendants, FS INVESTMENTS OF AMERICA, INC. and WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

/s/ Jose Ariel Peralta
**Jose Ariel Peralta**
Florida Bar No. 1028554
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: jperalta@atllp.com
*Counsel for Defendants, FS INVESTMENTS OF AMERICA, INC. and WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on January 14, 2025, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685

# **SERVICE LIST**

LIEBLER, GONZALEZ & PORTUONDO
**James Liebler, Esq.**
FL Bar No.: 115348
**Ira Silverstein, Esq.**
FL Bar No.: 9636
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
*Counsel for Defendant WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

ARMSTRONG TEASDALE
**Keith D. Silverstein**
Florida Bar No. 086820
**Jose Ariel Peralta**
Florida Bar No. 1028554
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: keith@atllp.com
E-mail: jperalta@atllp.com
*Counsel for Defendants, FS INVESTMENTS OF AMERICA, INC. and WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*