UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709-WFJ

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a
POWERHOUSE AUTOMOTIVE, a Florida
Corporation, and WESTLAKE SERVICES, LLC.
d/b/a WESTLAKE FINANCIAL SERVICES,
a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a
MCCOMBS FORD WEST, a Foreign
Corporation,

    Third-Party Defendant.
_____/

## THIRD-PARTY DEFENDANT'S MOTION FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(h) Third-Party Defendant, McCombs West Ford, LLC hereby requests a "virtual" hearing on its Amended Motion for Sanctions [Dkt. 107] attached hereto as **Exhibit A** and its Motion for Fees [Dkt. 109] attached hereto

as **Exhibit B.** It is estimated that the hearing should take no more than 30 minutes. The undersigned believes oral argument will benefit the Court given that although it found Third-Party Plaintiff, FS Investments of America, Inc. lacked *standing* to sue McCombs, FS Investments persists in arguing in opposition [Dkt. 112] that its claims against McCombs (common law indemnity and negligent misrepresentation) were not meritless and thus not sanctionable.

Respectfully submitted,

**BRUCE B. BALDWIN, ESQ.**
Florida Bar No.: 493023
bruceb@nicklauslaw.com
**NICKLAUS & ASSOCIATES, P.A.**
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, FL 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
*Attorneys for Third-Party Defendant,*
*McCombs West Ford, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically (CM/ECF) to counsel for Third-Party Plaintiff, FS Investments of America, Inc. Jose A. Peralta, Esq. (JPeralta@Atllp.com) and Keith D. Silverstein, Esq. (KSilverstein@Atllp.com) on January 22, 2025.

BRUCE B. BALDWIN

## LOCAL RULE 3.01(g) CERTIFICATION

**I HEREBY CERTIFY** that pursuant to Local Rule 3.01(g) the undersigned attempted to confer by making phone calls and sending emails from January 22, 2005 to January 24, 2025 to opposing counsel Jose Peralta in a good faith effort to resolve the issues raised in this Motion but was unable to obtain any substantive response from him.

                                                                                                                      _____
                                                                                                                      **BRUCE B. BALDWIN**