UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## RESPONSE TO COURT ORDER

Plaintiff, GABRIEL LUC HADDON, ("Plaintiff") an individual responds to the Court's Order date January 27, 2025 [DE 114] and states as follows:

1. On January 13, 2025, Plaintiff and Defendants FS INVESTMENTS OF AMERICA INC., d/b/a POWERHOUSE AUTOMOTIVE, and WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES ("Defendants") resolved the claims of Mr. Haddon subject to the negotiation and execution of a mutually agreeable written settlement agreement.

2. As part of the Parties' agreement, the Court is to retain jurisdiction over the settlement agreement over a period of FIVE (5) months to allow for performance under the agreement.

3. On January 13, 2025 Plaintiff delivered a copy of the proposed settlement agreement for the Defendants' review and commentary.

4. On January 14, 2025, Defendants returned their proposed revisions to the settlement agreement.

5. On January 15, 2025, Plaintiff incorporated the proposed changes and also provided a proposed Joint Motion to Stay the action to allow for performance of the terms of the settlement agreement, or in the alternative to retain jurisdiction.

6. Counsel for Defendants has more recently informed the undersigned that he was predisposed with other matters and is in the process of addressing the settlement agreement.

7. The undersigned respectfully requests that this Court set a deadline for the Defendants to finalize the settlement agreement by February 03, 2025. Upon receipt, Plaintiff shall promptly counter-execute.

Dated: January 28, 2025

        Respectfully submitted,

        /s/ Joshua Feygin
        Joshua Feygin, Esq.
        FLORIDA BAR NO: 124685
        Email: Josh@JFeyginesq.com

**SUE YOUR DEALER – A LAW FIRM**

1930 Harrison Street, Suite 208
Hollywood, FL 33020
Telephone: (954) 228-5671
Facsimile: (954) 697-0357
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on January 28, 2025, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685

## **SERVICE LIST**

LIEBLER, GONZALEZ & PORTUONDO
**James Liebler, Esq.**
FL Bar No.: 115348
**Ira Silverstein, Esq.**
FL Bar No.: 9636
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
*Counsel for Defendant WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*

ARMSTRONG TEASDALE
**Keith D. Silverstein**
Florida Bar No. 086820
**Jose Ariel Peralta**
Florida Bar No. 1028554
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Telephone: (305) 371-8809
E-mail: keith@atllp.com
E-mail: jperalta@atllp.com
*Counsel for Defendants, FS INVESTMENTS OF AMERICA, INC. and WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES*