**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:23-cv-709-WFJ-SPF | DATE: | February 13, 2025 |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **GABRIEL LUC HADDON,**<br><br>      **Plaintiff**<br><br>**v.**<br><br>**FS INVESTMENTS OF AMERICA, INC., et al.,**<br><br>      **Defendants** | **PLAINTIFF COUNSEL**<br>Joshua Feygin, Retained<br><br><br><br>**DEFENDANT COUNSEL**<br>Jose Peralta and Keith Silverstein, Retained | |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:** | **Javaris Gooding-Butts** |
| **TIME:**  3:00 PM - 3:04 PM<br>**TOTAL:**  4 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**    FINAL PRETRIAL CONFERENCE

Court in session.

Counsel identified for the record.

The Court addressed the status of the case with the parties.

The Court will remove this case from the trial calendar.

The Court will take any pending motions under advisement.

Court adjourned.