**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:23-cv-709-WFJ-SPF | DATE: | March 18, 2025 |
|---|---|---|
| HONORABLE WILLIAM F. JUNG | | |
| FS INVESTMENTS OF AMERICA, INC.,<br><br>　　Third Party Plaintiff<br>v.<br><br>MCCOMBS WEST FORD, LLC,<br><br>　　Third Party Defendants | PLAINTIFF COUNSEL<br>Keith Silverstein, Retained<br><br><br><br>DEFENDANT COUNSEL<br>Edward Nicklaus, Retained | |
| **COURT REPORTER:** Lori Vollmer | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 10:02 AM - 10:56 AM<br>**TOTAL:** 54 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   MOTION HEARING

Court in session.

Counsel identified for the record.

The Court addressed the pending motions with the parties.

The Parties presented their argument.

The Court Orders the plaintiff to file proposed fees within two weeks and the defense to reply within three weeks.

The Court takes the pending motions under advisement.

The Court advised the parties that they may file any rebuttal arguments them deem appropriate.

Court adjourned.