UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:23-cv-00709-WFJ

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a
POWERHOUSE AUTOMOTIVE, a Florida
Corporation, and WESTLAKE SERVICES, LLC.
d/b/a WESTLAKE FINANCIAL SERVICES,
a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a
MCCOMBS FORD WEST, a Foreign
Corporation,

    Third-Party Defendant.
_____/

## THIRD-PARTY DEFENDANT'S VERIFIED NOTICE OF FILING

Third-Party Defendant, McCombs West Ford, LLC, by and through undersigned counsel, hereby gives notice of filing its time records (attached hereto as Exhibit A) pursuant to the Court's instructions during the March 18, 2025 hearing on its Motion for Fees against Third-Party Plaintiff, FS Investments of America, Inc. and its counsel pursuant to Fla. Stat. § 57.105.

As set forth in the attached time records, to date, the undersigned law firm has expended 368.42 hours, billed and collected $61,436.50 in fees from McCombs, and that $19,300.00 in fees remains due and owing.

Respectfully submitted,

**BRUCE B. BALDWIN, ESQ.**
Florida Bar No.: 493023
bruceb@nicklauslaw.com
**NICKLAUS & ASSOCIATES, P.A.**
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, FL 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
*Attorneys for Third-Party Defendant,
McCombs West Ford, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically (CM/ECF) to counsel for Third-Party Plaintiff, FS Investments of America, Inc. Keith D. Silverstein, Esq. (KSilverstein@Atllp.com) on March 26, 2025.

**BRUCE B. BALDWIN**

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing document and its Exhibit and that the facts stated therein are true to the best of my knowledge and belief. Fla. Stat. § 92.525(2)

**BRUCE B. BALDWIN**
