## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

GABRIEL LUC HADDON, an
individual,

             Plaintiff,

vs.

FS INVESTMENTS OF AMERICA,
INC., d/b/a POWERHOUSE
AUTOMOTIVE, a Florida corporation,
and WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL
SERVICES, a foreign corporation,

             Defendants.

_____/

Case No. 8:23-cv-00709

**FS INVESTMENTS OF AMERICA,
INC.**, a Florida corporation,

             Third-Party Plaintiff,

vs.

**MCCOMBS WEST FORD, LLC**,
d/b/a MCCOMBS FORD WEST, a
foreign corporation,

             Third-Party Defendant.

_____/

### THIRD-PARTY PLAINTIFF FS INVESTMENTS OF AMERICA, INC.'S TIME SENSITIVE MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER REGARDING COURT INQUIRY [D.E. 128]

       Third-party plaintiff, FS Investments of America, Inc. ("FS Investments"), by

and through the undersigned counsel, and pursuant to Local Rule 3.01(c), and this

Court's Order [D.E. 128], hereby files its Time Sensitive Motion for Extension of Time

to Comply with Order Regarding Court Inquiry [D.E. 128], and in support thereof states the following:

## A. Request for Brief 14-Day Extension of Time

On March 18, 2025, this Court heard oral argument on the Motion for Sanctions and Motion for Fees [D.E. 109] and Motion for Sanctions [D.E. 113] filed by third-party defendant MCCOMBS WEST FORD, LLC ("McCombs").

Following oral argument, on April 11, 2025, the Court entered an Order requesting that "Concerning the motion for sanctions, Mr. Silverstein and/or his partners should answer the following questions within 14 days [no later than April 25, 2025]. . . Did Mr. Silverstein or his colleagues act "*in good faith, based on the representations of his or her client*" regarding the alleged buy/sell relationship between McCombs and FS; and regarding the assignment to FS that occurred after the law suit? Why or why not? Assuming the Court grants sanctions against FS why should they not also lodge against FS' attorney(s)?" *See* D.E. 128.

Rule 6(b) of the Federal Rules of Civil Procedure allows the Court, for good cause, to extend the time to respond when an act may or must be done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline.

On April 16, 2025, undersigned counsel was informed by Hon. N. Hunter Davis, Seventeenth Judicial Circuit Court, Broward County, that the matter *Pulso Capital Group, LLC v 1055 N Federal LLC* was first backup and would be called to

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 **T.** 786.822.3700 **F.** 305.675.3605 ArmstrongTeasdale.com

commence jury selection on April 28, 2025 for a 4-5 day trial in which undersigned counsel is lead trial counsel. As a result, undersigned counsel has been consumed with trial preparation.

Due to the fact that (i) the associate attorney who worked exclusively with undersigned counsel on this matter and was most familiar with the procedural and factual history *is no longer employed with undersigned counsel*, requiring undersigned counsel to independently investigate and confirm details previously known only to such associate and (ii) the pending trial in *Pulso Capital Group, LLC v 1055 N Federal LLC* has consumed the immediate attention of the undersigned counsel, FS Investments and its counsel respectfully request a brief 14 day extension of time within which to answer the Court's inquiry. In light of the fact that this case has been settled and/or all claims resolved and there no other pending issues to be determined by the Court, McCombs will not be prejudiced by such a brief extension of time.

**B. <u>Conclusion</u>**

Wherefore, third-party plaintiff, FS Investments of America, Inc., respectfully requests that the Court enter an order granting FS Investments and undersigned counsel a brief 14-day extension of time within which to respond to the Court Order [D.E. 128], in addition to such other and further relief as this Court deems just and proper.

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 **T.** 786.822.3700 **F.** 305.675.3605    ArmstrongTeasdale.com

Dated <u>April 24, 2025</u>.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**
*Counsel for FS Investments of America, Inc.*
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (786) 822-3700
Telecopier: (305) 675-3605

By: */s/ Keith D. Silverstein*
    Keith D. Silverstein, Esq.
    Fla. Bar No. 086820
    <u>ksilverstein@atllp.com</u>

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, a true and correct copy of the foregoing was served to every counsel of record via transmission of notices of electronic filing generated by CM/ECF.

    */s/ Keith D. Silverstein*
    Keith D. Silverstein, Esq.

Armstrong Teasdale LLP | 355 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 **T.** 786.822.3700 **F.** 305.675.3605 ArmstrongTeasdale.com