# EXHIBIT B



JOSHUA FEYGIN <josh@sueyourdealer.com>

## Conferral: non payment of settlement installment - Haddon v FS Investments

**JOSHUA FEYGIN** <josh@sueyourdealer.com>	Mon, May 12, 2025 at 2:06 PM
To: "Keith D. Silverstein" <KSilverstein@atllp.com>
Cc: "Ira S. Silverstein" <ISS@lgplaw.com>, "James R. Liebler" <JRLII@lgplaw.com>

Keith:

Good afternoon. We are teeing up the motion. Circling back for another conferral attempt. Any word from your client re: status of payment?

Best,



On Fri, May 9, 2025 at 8:59 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
> Keith:
>
> Good morning. Please accept this correspondence as the Plaintiff's conferral attempt to resolve FS Investment's failure to pay the May installment of the settlement agreement. Per the parties agreement, payment was due on the 7th. My office has not received anything to date despite repeated attempts to obtain compliance. We will be moving for entry of a final judgment per the terms of the settlement agreement. Please provide the Defendant's position w/r/t same by COB today.
>
> Sincerely,



> On Thu, May 8, 2025 at 9:49 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
>> Keith:
>>
>> Any word from your client?

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*

P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Fri, May 2, 2025, 4:16 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
> Hi Keith:
>
> In the hopes of avoiding the same song and dance as the last two months, friendly reminder that payment is due on the 7th. Please ask your client to send it out on time.
>
> Best,



On Fri, Apr 11, 2025 at 2:26 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
> Check just walked in my door.
>
> Chat again next month...
>
> *Sent from a mobile device using voice dictation. Please excuse any typos.*
>
> Joshua Feygin, Esq.*
> P: 954.228.5674
> F: 954.697.0357
> A: 1930 Harrison Street
>    Suite 208F
>    Hollywood, FL 33020
>    (Note: By Appointment Only)
> W: www.sueyourdealer.com
> E: josh@sueyourdealer.com
>
> *Admitted to practice in Florida, Vermont and Washington D.C.
>
> NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

> On Fri, Apr 11, 2025, 8:41 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
>> Ok. Safe travels.
>>
>> *Sent from a mobile device using voice dictation. Please excuse any typos.*
>>
>> Joshua Feygin, Esq.*
>> P: 954.228.5674
>> F: 954.697.0357
>> A: 1930 Harrison Street
>>     Suite 208F
>>     Hollywood, FL 33020
>>     (Note: By Appointment Only)
>> W: www.sueyourdealer.com
>> E:  josh@sueyourdealer.com
>>
>> *Admitted to practice in Florida, Vermont and Washington D.C.
>>
>> NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.
>>
>> On Fri, Apr 11, 2025, 8:35 AM Keith D. Silverstein <KSilverstein@atllp.com> wrote:
>>> Josh: I am travelling today, need until Monday.
>>>
>>> 
>>>
>>> Armstrong Teasdale LLP
>>> **Keith D. Silverstein** | Partner
>>>
>>> 355 Alhambra Circle, Suite 1200
>>>
>>> Coral Gables, FL 33134
>>> MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605
>>> DIRECT: 786.536.3276 | CELL: 786.351.5800
>>> ksilverstein@atllp.com
>>> www.armstrongteasdale.com
>>> Always exceed expectations through teamwork and excellent client service.
>>>
>>> Please consider the environment before printing this email.
>>>
>>> ---
>>>
>>> **From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
>>> **Sent:** Friday, April 11, 2025 8:33 AM
>>> **To:** Keith D. Silverstein <KSilverstein@Atllp.com>
>>> **Subject:** Re: Conferral: non payment of settlement installment - Haddon v FS Investments
>>>
>>> Keith:
>>>
>>> Good morning. We have not received the settlement proceeds nor an update on the status of the same. Buy close of business, please provide me with tracking for this month's installment payment otherwise we'll be forced to proceed with a motion to enforce.

Best,


*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E:  josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.


On Wed, Apr 9, 2025, 10:53 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Ok, thanks for the update.
>
>
> May I suggest he just send me a stack of checks dated on the 7th of each month and I'll just deposit as they become due so we can avoid this mess every month.
>
>
>
> On Wed, Apr 9, 2025 at 10:51 AM Keith D. Silverstein <KSilverstein@atllp.com> wrote:
>
>> Josh: I was out all day yesterday – I just contacted my client.
>>
>> 
>>
>> Armstrong Teasdale LLP
>> Keith D. Silverstein | Partner
>> 355 Alhambra Circle, Suite 1200
>> Coral Gables, FL 33134
>> MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605
>> DIRECT: 786.536.3276 | CELL: 786.351.5800
>> ksilverstein@atllp.com

www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

---

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, April 9, 2025 10:32 AM
**To:** Keith D. Silverstein <KSilverstein@Atllp.com>
**Cc:** Ira S. Silverstein <ISS@lgplaw.com>; James R. Liebler <JRLII@lgplaw.com>
**Subject:** Re: Conferral: non payment of settlement installment - Haddon v FS Investments

**CAUTION:** EXTERNAL EMAIL

Good morning:

Following up on the below email.

Best,

On Tue, Apr 8, 2025 at 10:32 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Keith:
>
> Good morning. Your client has defaulted on the settlement agreement again.
>
> Please accept this correspondence as both the plaintiff's notice and opportunity to cure as well as our conferral on plaintiff's motion to enforce the settlement agreement.
>
> Please have your client cure the default by Thursday. Otherwise, we will before forced to proceed with a motion to enforce which I would prefer to avoid.
>
> Best,

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*
P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)
W: www.sueyourdealer.com
E: josh@sueyourdealer.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Mon, Apr 7, 2025, 1:06 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Hi Keith:
>
> April payment is due today. Can you inquire re: tracking.
>
> Best,
>
> On Mon, Mar 24, 2025 at 1:18 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
>
>> Keith:
>>
>> Be advised we received the March installment moments ago.
>>
>> Best,

On Tue, Mar 18, 2025 at 7:36 AM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Keith:
>
> Good morning. Please accept this correspondence as the Plaintiff's conferal attempt to resolve FS Investment's failure to pay the March installment of the settlement agreement. Per the parties agreement, payment was due on the 7th. My office has not received anything to date. Please ensure payment gets delivered by COB Thursday otherwise we will be forced to enlist the assistant of the court.
>
> Best,
>
> *Sent from a mobile device using voice dictation. Please excuse any typos.*
>
> Joshua Feygin, Esq.*
> P: 954.228.5674
> F: 954.697.0357
> A: 1930 Harrison Street
>    Suite 208F
>    Hollywood, FL 33020
>    (Note: By Appointment Only)
> W: www.sueyourdealer.com
> E:  josh@sueyourdealer.com
>
> *Admitted to practice in Florida, Vermont and Washington D.C.
>
> NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP processes personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP processes personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA.