## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,

vs.

FS INVESTMENTS OF
AMERICA INC., d/b/a
POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND ENTER JUDGMENT

Plaintiff, GABRIEL LUC HADDON, by and through undersigned counsel and pursuant to applicable law, hereby withdraws the Motion to Enforce Settlement and Enter Judgment, which was filed on May 13, 2025 [D.E. 133].

This withdrawal is made in light of the Defendant's tender of the May installment payment on May 14, 2025, which cured the default under the settlement agreement that was the subject of the motion. Plaintiff respectfully reserves the right to refile an appropriate motion in the event of a future default by the Defendant.

Dated: May 15, 2025

                                  Respectfully submitted,

                                  */s/ Joshua E. Feygin*
                                  **JOSHUA FEYGIN, ESQ.**
                                  FL Bar No.: 124685
                                  Email:  Josh@Sueyourdealer.com
                                  **SUE YOUR DEALER – A LAW FIRM**
                                  1930 Harrison St, Suite 208F
                                  Hollywood, FL 33020
                                  Tel: (954) 228-5674
                                  Fax: (954) 697-0357
                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on May 15, 2025, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685

## SERVICE LIST

All parties of record.