UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00709

GABRIEL LUC HADDON,

    Plaintiff,

vs.

FS INVESTMENTS OF AMERICA, INC., d/b/a POWERHOUSE AUTOMOTIVE, a Florida Corporation, and WESTLAKE SERVICES, LLC. d/b/a WESTLAKE FINANCIAL SERVICES, a Foreign Corporation,

    Defendants.
_____/

FS INVESTMENTS OF AMERICA, INC.,

    Third-Party Plaintiff,

vs.

MCCOMBS WEST FORD, LLC., d/b/a MCCOMBS FORD WEST, a Foreign Corporation,

    Third-Party Defendant.
_____/

**THIRD PARTY DEFENDANT MCCOMBS WEST FORD, LLC.'S, MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER REGARDING COURT INQUIRY [D.E. 128, 131]**

COMES NOW, the Third-Party Defendant, MCCOMBS WEST FORD, LLC. d/b/a MCCOMBS FORD WEST ("McCombs Ford"), by and through its undersigned counsel, files its time sensitive Motion for Extension of Time to Comply

with Order Regarding Court Inquiry [D.E. 128, 131], and in support thereof states the following:

**REQUEST FOR BRIEF 7-DAY EXTENSION OF TIME**

On March 18, 2025, this Court heard oral argument on the Motion for Sanctions and Motion for Fees [D.E. 109] and Motion for Sanctions [D.E. 113] filed by third-party defendant MCCOMBS WEST FORD, LLC ("McCombs").

Following oral argument, on April 11, 2025, the Court entered an Order requesting that

> "Concerning the motion for sanctions, Mr. Silverstein and/or his partners should answer the following questions within 14 days. Did Mr. Silverstein or his colleagues act "in good faith, based on the representations of his or her client" regarding the alleged buy/sell relationship between McCombs and FS; and regarding the assignment to FS that occurred after the law suit? Why or why not? Assuming the Court grants sanctions against FS why should they not also lodge against FS' attorney(s)?" See D.E. 128.

Rule 6(b) of the Federal Rules of Civil Procedure allows the Court, for good cause, to extend the time to respond when an act may or must be done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline.

McCombs Ford and its counsel respectfully request a 7-day extension to submit their response to the Court's inquiry. Good cause exists for the extension, as undersigned counsel has been engaged in other time-sensitive matters and requires

additional time to properly evaluate and prepare the response. While McCombs Ford maintains that no further response should be necessary—given the record and the procedural posture of the case—this request is made in an abundance of caution to ensure that the Court's inquiry is addressed fully and appropriately. Moreover, no party will be prejudiced by this modest extension because the Court's inquiry concerns a post-resolution issue that does not affect the merits of any pending claims or defenses.

## **CONCLUSION**

Wherefore, Third-Party Defendant, MCCOMBS WEST FORD, LLC. d/b/a MCCOMBS FORD WEST ("McCombs Ford"), respectfully requests that the Court enter an order granting McCombs Ford and undersigned counsel a brief 7-day extension of time within which to respond to the Court Order [D.E. 128], in addition to such other and further relief as this Court deems just and proper.

Dated: May 16th, 2025.

By: */s/ Edward R. Nicklaus, Esq.*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
edwardn@nicklauslaw.com
**ROGER ROCHE, ESQ.**
Florida Bar No.: 1007717
rogerr@nicklauslaw.com
**NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Third-Party Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF this 16th day of May, 2025.

        **NICKLAUS & ASSOCIATES, P.A.**
        *Attorneys for Backer*
        4651 Ponce de Leon Blvd., Suite 200
        Coral Gables, Florida 33146
        Telephone: 305-460-9888
        Facsimile: 305-460-9889
        edwardn@nicklauslaw.com
        rogerr@nicklauslaw.com

        By: */s/ Edward R. Nicklaus, Esq.*
        **EDWARD R. NICKLAUS, ESQ.**
        Florida Bar No.: 138399
        **ROGER ROCHE, ESQ.**
        Florida Bar No.: 1007717