# EXHIBIT B

---------- Forwarded message ---------
From: **JOSHUA FEYGIN** <josh@sueyourdealer.com>
Date: Tue, Jun 10, 2025, 2:17 PM
Subject: Re: Haddon - Consent to Speak to Powerhouse
To: Frank Strusberg <frank@powerhouseautomotive.us>

Please provide tracking information. The payment is past due. This has been a recurring issue, even with reminders being sent.

**Joshua Feygin, Esq.**
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Mon, Jun 9, 2025 at 1:15 PM Frank Strusberg <frank@powerhouseautomotive.us> wrote:
> So I'll be overnighting last check tomorrow thanks

---- On Mon, 09 Jun 2025 13:03:34 -0400 JOSHUA FEYGIN<josh@sueyourdealer.com> wrote ----

Correct.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*

P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
    Suite 208F
    Hollywood, FL 33020
    (Note: By Appointment Only)

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Mon, Jun 9, 2025, 1:02 PM Frank Strusberg <frank@powerhouseautomotive.us> wrote:

Please confirm this check I'm sending now is the last check right? Thanks

---- On Mon, 09 Jun 2025 13:01:33 -0400 JOSHUA FEYGIN<josh@sueyourdealer.com> wrote ----

Good afternoon:

We did not receive the check. Please provide tracking confirmation.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*

P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street

A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Mon, Jun 2, 2025, 11:58 AM Frank Strusberg <frank@powerhouseautomotive.us> wrote:
> This will be our last payment thanks total of 60k

---- On Mon, 02 Jun 2025 10:35:00 -0400 JOSHUA FEYGIN<josh@sueyourdealer.com> wrote ----

Gentleman:

Friendly reminder regarding the upcoming payment due on the 7th.

Regards,

**Joshua Feygin, Esq.**
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Tue, May 13, 2025 at 2:33 PM JOSHUA FEYGIN <josh@sueyourdealer.com>

On Tue, May 13, 2025 at 2:33 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
> Thank you for confirming.
>
> **Joshua Feygin, Esq.**
> Attorney at Law
>
> 954.321.0507
> josh@sueyourdealer.com
> www.sueyourdealer.com
> 1930 Harrison St. Suite 208
> Hollywood, FL 33020
>
> 
>
> 
>
> On Tue, May 13, 2025 at 2:19 PM Frank Strusberg <frank@powerhouseautomotive.us> wrote:
>> My son is sending a check today thanks

---- On Tue, 13 May 2025 13:57:11 -0400 josh@sueyourdealer.com<josh@sueyourdealer.com> wrote ----

Thanks.

Mr. Strusberg, as you are aware, the dealership has failed to tender payment for the May installment. As a result, we have filed the attached motion to have a judgment entered against the dealership and yourself, individually. Please advise what the status is of the May installment.

Regards,

**Joshua Feygin, Esq.**

Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Tue, May 13, 2025 at 1:52 PM Keith D. Silverstein <KSilverstein@atllp.com> wrote:

Josh: You have my consent to speak with Frank regarding the settlement payment.



Armstrong Teasdale LLP

Keith D. Silverstein | Partner

355 Alhambra Circle, Suite 1200

Coral Gables, FL 33134

MAIN PHONE: 305.371.8809 | MAIN FAX: 305.675.3605

DIRECT: 786.822.3725 | CELL: 786.351.5800

ksilverstein@atllp.com

www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

********** PRIVATE AND CONFIDENTIAL**********

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP processes personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA.