# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:23-cv-00709-WFJ-SPF

GABRIEL LUC HADDON,
an individual,

    Plaintiff,
vs.

FS INVESTMENTS OF AMERICA
INC., d/b/a POWERHOUSE
AUTOMOTIVE,
a Florida Corporation, and
WESTLAKE SERVICES, LLC,
d/b/a WESTLAKE FINANCIAL SERVICES,
A Foreign corporation,

    Defendants.
_____/

## AFFIDAVIT OF INDEBTEDNESS

I, Joshua Feygin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice in the State of Florida and admitted to practice before this Court. I represent the Plaintiff, Gabriel Luc Haddon, in the above-captioned matter. I have personal knowledge of the facts contained herein.

2. This Affidavit is submitted in support of Plaintiff's Motion to Enforce Settlement Agreement and for Entry of Final Judgment.

3. On or about February 12, 2025, the parties executed a Settlement Agreement and Release (the "Agreement"), whereby Defendant, FS INVESTMENTS OF AMERICA INC., d/b/a POWERHOUSE AUTOMOTIVE ("Defendant"), agreed to pay the total sum of Sixty Thousand Dollars ($60,000.00) to Plaintiff, payable in five (5) monthly installments of Twelve Thousand

Dollars ($12,000.00) each, due on the 7th of each month beginning in March 2025. Time was expressly made of the essence.

4. The Agreement was personally guaranteed by Franklyn Strusberg, Defendant's principal.

5. To date, the following payments have been received:

- February 18, 2025: $12,000.00
- March 24, 2025: $12,000.00
- April 11, 2025: $12,000.00
- May 15, 2025: $12,000.00

6. The previously delinquent May payment was received the date of the notice of withdrawal of the previous Motion to Enforce Judgment.

7. As of the date of this Affidavit, Defendant has failed to timely tender the June 2025 installment, which was due on June 7, 2025.

8. Plaintiff provided the requisite notice and opportunity to cure the default under the Agreement, payment has not been received. Consequently, the Defendant is in material breach of the Agreement.

9. The total amount due and owing under the Agreement as of June 11, 2025, is:

- Total settlement amount: $60,000.00
- Payments received: $48,000.00
- Outstanding balance: $12,000.00

10. Plaintiff seeks entry of final judgment in the amount of $12,000.00, together with post-judgment interest at the legal rate, and an award of attorney's fees and costs incurred in connection with the enforcement of the Agreement, as expressly provided for therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of June, 2025.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685